Solyndra LLC
(A Delaware limited liability company)

## SECRETARY'S CERTIFICATE

At a meeting held on September 1, 2011, the Board of Managers of Solyndra LLC, a Delaware limited liability company (the "Company"), approved the resolutions attached hereto as **Exhibit A**.

The undersigned Secretary of the Company hereby certifies, on behalf of the Company, that resolutions in substantially the form attached hereto as **Exhibit A** were duly adopted by the Board of Managers of the Company at the meeting referred to above, and that the substance of such resolutions has not been modified or rescinded as of this 5th day of September, 2011.

Solyndra LLC

By: _____
Benjamin Schwartz
Corporate Secretary

# EXHIBIT A

## EXTRACT OF MINUTES OF THE MEETING OF THE
## BOARD OF MANAGERS OF SOLYNDRA LCC

A meeting of the Board of Managers (the "Board") of Solyndra LLC (the "Company"), was held upon proper notice on September 1, 2011, beginning at 11:30 a.m. In attendance were Board members Brian Harrison, James Gibbons, Dan Maydan, David Prend, Steve Mitchell, Jameson McJunkin, Ray Sims, Stephen Johnson and Richard Adkisson.

There being a quorum of the Board present, the Board convened the meeting. The Board discussed the Company's business and discussed the Company's potential filing under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). After further discussion, the Board, upon motion duly made and seconded, approved the following resolutions:

WHEREAS, the Board has considered the financial and operational aspects of the Company's business, and the Board has reviewed the current status of the, Company in light of recent events;

WHEREAS, Section 6.11 of the Operating Agreement of the Company (the "Operating Agreement") requires the approval of at least two Outside Managers (as that term is defined in the Operating Agreement) prior to the commencement of an Insolvency Proceeding (as that term is defined in the Operating Agreement); and

WHEREAS, Stephen Johnson and Richard Adkisson are the Outside Managers of the Company.

NOW, THEREFORE, BE IT RESOLVED, by a unanimous vote of the Board, including Stephen Johnson and Richard Adkisson, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties that a petition be filed by the Company in the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of the Bankruptcy Code;

RESOLVED, that the officers of the Company (each, an "Authorized Officer") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's Chapter 11 case, to retain and employ all assistance by attorneys, financial advisors, claims and noticing agents, accountants and other professionals that they may deem necessary or proper with a view to the successful administration of the chapter 11 case of the Company, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers of the Company be, and, each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of cash collateral agreement; and in connection therewith the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED, that in the judgment of the Board it is desirable and in the best interests of the Company that the Company sell substantially all of its assets pursuant to either a sale (or sales) of assets under the Bankruptcy Code, or a plan of liquidation or reorganization or such other mechanism under applicable bankruptcy law as determined by the Authorized Officers in their reasonable discretion and the Company is further authorized to file a request to approve such sale or sales and for any related relief, and to close such sale or sales, subject to Bankruptcy Court approval in the Company's Chapter 11 proceeding;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized and empowered to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZJ;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates, authorize and effectuate the sale of the Company's assets, and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 reorganization; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed and approved in all respects.