# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Solyndra LLC, | Case No. 11-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 360 Solar Degree Holdings, Inc. 47488 Kato Road Fremont, CA 94538 | | | 100% Ownership |

I, W.G. Stover, Jr., as an authorized officer of the debtor in this chapter 11 case, declare under

penalty of perjury that I have reviewed the list and that it is true and correct as of June 30, 2011, to the best of my

knowledge, information and belief.

Executed this **5**<sup>TH</sup> day of September, 2011 at Fremont, California.

_____
W.G. Stover, Jr.