IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Solyndra LLC, <br>               Debtor. | Case No. 11-_____ (___) |

## VERIFIED STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP PURSUANT TO RULES 1007 AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

☒ The following entity directly or indirectly owns 10% or more of any class of the above-captioned Debtor's equity interests:

       Name:       360 Degree Solar Holdings, Inc.
       Address:   47488 Kato Road
                      Fremont, CA 94538

☐ (Additional names are attached hereto)

☐ There are no entities that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

I, W.G. Bill Stover, Jr., as an authorized officer of the debtor in this chapter 11 case, declare under penalty of perjury that I have reviewed the list and that it is true and correct as of June 30, 2011, to the best of my knowledge, information and belief.

Executed this 5TH day of September, 2011 at Fremont, California.

                                              _____
                                              W.G. Stover, Jr.
                                              Chief Financial Officer and Senior Vice President