# EXHIBIT C

INITIAL BUDGET

**Solyndra LLC**
**DIP/Cash Collateral Budget**

| | | September | | | | October | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| week ending | | 9/10/2011 | 9/17/2011 | 9/24/2011 | 10/1/2011 | 10/8/2011 | 10/15/2011 | 10/22/2011 | 10/29/2011 | 11/5/2011 |
| Cash Balance at Filing | ($'s 000) | $ 3,052.07 | | | | | | | | |
| | | | | | | | | | | |
| Equity Funding Account | | $ 3,040.00 | | | | | | | | |
| Sales of Inventory | | | | | | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,000.00 |
| Collections on AR Facility | | | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Asset sale proceeds (misc. not incl. Bldg/Land) | | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | | $ 3,040.00 | $ - | $ 100.00 | $ 100.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,100.00 |
| | | | | | | | | | | |
| *Operating Disbursements* | | | | | | | | | | |
| Payroll Wages & Benefits | | $ 406.46 | $ 372.30 | $ 328.57 | $ 306.72 | $ 240.45 | $ 167.10 | $ 160.37 | $ 160.37 | $ 120.80 |
| First Day Motion Payments | | 4,343.55 | - | - | - | - | - | - | - | - |
| Chapter 11 Fees [1] | | 400.00 | 286.44 | 209.32 | 212.19 | 216.51 | 215.79 | 187.91 | 180.75 | 178.60 |
| Equipment Operations shut down | | 69.00 | 99.00 | 109.00 | 104.00 | 99.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| Utilities (Electricity, Gas, Telecom, IT) | | 673.50 | 118.50 | 65.00 | 716.00 | 104.00 | 69.00 | 64.00 | 68.00 | 63.00 |
| Building (incl. CAM, ins., taxes, scrty., janitorial, R&M) | | 64.54 | 55.79 | 53.00 | 823.00 | 51.00 | 40.00 | 37.00 | 36.00 | 36.00 |
| Environmental Remediation | | - | - | - | - | 154.00 | - | - | - | - |
| Warehousing, Freight & Logistics | | 59.50 | 59.50 | 57.00 | 57.00 | 57.00 | - | - | - | 20.00 |
| Travel Expense/Reimbursement | | 50.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 5.00 | 5.00 | 5.00 |
| Property, Casualty, D&O insurance | | - | - | - | - | - | - | - | - | - |
| Contingency | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| **Total Operating Disbursements** | | $ 6,086.55 | $ 1,031.53 | $ 861.88 | $ 2,258.92 | $ 961.96 | $ 551.89 | $ 494.28 | $ 490.12 | $ 463.40 |
| **Net Cash Flow from Operations** | | $ (3,046.55) | $ (1,031.53) | $ (761.88) | $ (2,158.92) | $ 388.04 | $ 798.11 | $ 855.72 | $ 859.88 | $ 636.60 |
| | | | | | | | | | | |
| *Beginning Cash Balance* | | $ 3,052.07 | $ 505.52 | $ 473.99 | $ 712.11 | $ 53.19 | $ 441.23 | $ 989.34 | $ 845.07 | $ 954.95 |
| *Net Cash Flow from Operations* | | $ (3,046.55) | $ (1,031.53) | $ (761.88) | $ (2,158.92) | $ 388.04 | $ 798.11 | $ 855.72 | $ 859.88 | $ 636.60 |
| *DIP Proceeds* | | 500.00 | 1,000.00 | 1,000.00 | 1,500.00 | - | - | - | - | - |
| *Cash Used to Paydown DIP* | | | | | | | 250.00 | 1,000.00 | 750.00 | 750.00 |
| *Ending Cash Balance* | | $ 505.52 | $ 473.99 | $ 712.11 | $ 53.19 | $ 441.23 | $ 989.34 | $ 845.07 | $ 954.95 | $ 841.55 |

[1] Chapter 11 Fees

| | 9/10/2011 | 9/17/2011 | 9/24/2011 | 10/1/2011 | 10/8/2011 | 10/15/2011 | 10/22/2011 | 10/29/2011 | 11/5/2011 |
|---|---|---|---|---|---|---|---|---|---|
| PSZ&J | 100 | 100 | 100 | 100 | 100 | 100 | 75 | 75 | 75 |
| Financial Advisor[A] | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| Investment Bank[A] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gibson Dunn | 150 | 100 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| DIP Closing cost & interest accrual @ 15% | 80 | 1.4 | 4.3 | 7.2 | 11.5 | 10.8 | 7.9 | 5.8 | 3.6 |
| Claims Agent | 10 | 10 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Creditor Committee | | 10 | 10 | 10 | 10 | 10 | 10 | 5 | 5 |
| US Trustee | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Contingency | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| | $ 400.00 | $ 286.44 | $ 209.32 | $ 212.19 | $ 216.51 | $ 215.79 | $ 187.91 | $ 180.75 | $ 178.60 |

[A] Plus any success fee that the Bankruptcy Court may approve

Chapter 11 Fees are reflected in this Budget on an accrual basis, but will be funded in the amounts and at the times set forth in the Budget and held in a segregated account or treated as restricted funds in existing accounts pending allowance of such Chapter 11 Fees by the Bankruptcy Court.

9/5/2011 21:13   Pg 1 of 1