IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOLYNDRA LLC, et al. | ) | Case No. 11-12779 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the United States of America, a party-in-interest and creditor herein, hereby appears through the United States Department of Justice, Civil Division, and demands service of all notices and papers herein upon:

John Stemplewicz, Esq.
Matthew J. Troy, Esq.
United States Department of Justice
Civil Division

<u>via regular mail</u>
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

and

<u>via overnight delivery</u>
1100 L Street, N.W.
Room 10030
Washington, DC 20530

Please take notice that this demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property, or its estate.

Please take further notice that neither this notice nor any later appearance, pleading, proof

of claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to these chapter 11 cases, (iii) the right to have the United States District Court for the District of Delaware withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) any election of remedy, and (vi) any other rights, claims, actions, defenses, set offs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses set offs and recoupments are expressly reserved.

This 6th day of September 2011.

Respectfully submitted,

TONY WEST
Assistant Attorney General

CHARLES M. OBERLY, III
United States Attorney

ELLEN W. SLIGHTS
Assistant U.S. Attorney

/s/ Matthew J. Troy
J. CHRISTOPHER KOHN
JOHN STEMPLEWICZ
MATTHEW J. TROY
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9038 (o)
(202) 307-0494 (f)

# CERTIFICATE OF SERVICE

       I hereby certify that on this 6th day of September 2011, I caused a true and correct copy of foregoing Notice of Appearance to be served upon the following via first class, U.S. Mail:

Bruce Grohsgal
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

Office of United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

                                                    /s/ Matthew J. Troy
                                                    Matthew J. Troy