# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Solyndra LLC, *et al.*,[1] | : | Case No. 11-12799 (MFW) |
| | : | |
| Debtors. | : | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as counsel to Menlo Logistics, Inc. and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Local Rule 2002-1(b), request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

Norman L. Pernick, Esquire  
**COLE, SCHOTZ, MEISEL,**  
**FORMAN & LEONARD, P.A.**  
500 Delaware Avenue, Suite 1410  
Wilmington, DE 19801  
Telephone: (302) 652-3131  
Facsimile: (302) 652-3117  
npernick@coleschotz.com

Gerald H. Gline, Esquire  
**COLE, SCHOTZ, MEISEL,**  
**FORMAN & LEONARD, P.A.**  
25 Main Street  
P. O. Box 800  
Hackensack, NJ 07602-0800  
Telephone: (201) 489-3000  
Facsimile: (201) 489-1536  
ggline@coleschotz.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal,

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA *94538.*

written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

Dated: September 7, 2011

Respectfully submitted,

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

By: */s/ Norman L. Pernick*
Norman L. Pernick (No. 2290)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (Fax)

- and –

Gerald H. Gline, Esquire
25 Main Street
P. O. Box 800
Hackensack, NJ 07602-0800
(201) 489-3000
(201) 489-1536 (Fax)

Counsel to Menlo Logistics, Inc.