# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

        **Debtor:** Solyndra LLC
        **Case Number:** 11-12799-MFW     **Chapter:** 11
        **Date / Time / Room:** WEDNESDAY, SEPTEMBER 07, 2011 11:30 AM   CRT#4, 5TH FL.
        **Bankruptcy Judge:** MARY F. WALRATH
        **Courtroom Clerk:** LAURIE CAPP
        **Reporter / ECR:** BRANDON MCCARTHY

## Matter:

    First day motions
    **R / M #:** 17 / 0

## Appearances:

    See attached sign-in sheet

## Proceedings:

Agenda Matters:
    Item 3 - Order entered
    Item 4 - Order entered
    Item 5 - Order entered
    Item 6 - Order entered
    Item 7 - Order entered
    Item 8 - Order entered
    Item 9 - Bridge Order entered
    Item 10 - Order entered