# EXHIBIT B

## Monger Declaration

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## DECLARATION OF MEADE MONGER IN SUPPORT OF DEBTORS' APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF ALIXPARTNERS, LLP AS NOTICING, CLAIMS AND BALLOTING AGENT IN THESE CHAPTER 11 CASES NUNC PRO TUNC TO THE PETITION DATE

I, Meade Monger, hereby declare the following under penalty of perjury:

1.  I am a Managing Director employed by AlixPartners, LLP ("AlixPartners"), which has as its principal place of business 2000 Town Center, Suite 2400, Southfield, Michigan 48075, since October 2006.

2.  I submit this declaration (the "Declaration") in support of the *Debtors' Application for Order Authorizing and Approving the Employment and Retention of AlixPartners, LLP as Noticing, Claims and Balloting Agent in These Chapter 11 Cases Nunc Pro Tunc to the Petition Date* (the "Application"). Capitalized terms not defined herein have the meaning given them in the Application. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

## Scope of Services

3. As provided in the Application and subject to the Order, AlixPartners will provide services as Claims Agent under the terms of the Engagement Letter.

4. Such services shall be as deemed appropriate and feasible in order to provide Claims Agent services during the pendency of the Chapter 11 Cases, including, without limitation, the following:

- Receive and process all proofs of claim and maintain the claims register.
- Track all claims transfers and update ownership of claims in the claims register accordingly.
- Provide both the Company and its counsel access to the claims database system.
- Prepare creditors matrix listing all potential creditors.

and, on request of the Debtors, to render the following services:

- Assist with preparation for a potential bankruptcy filing under Chapter 11 of the United States Bankruptcy Code.
- Assist with developing the complete notice database system to inform all potential creditors as to the filing of the case and the bar date notice.
- Process and mail all notices including the initial bankruptcy notices and bar date notice.
- Provide all voting ballots to necessary parties, quantify the ballot results and provide a final report to the Bankruptcy Court ("Court").
- Be available for testimony such as results of balloting.
- Develop and host a case website including a secure document room for legal and transactional diligence as necessary.
- File monthly claims register with the Court.
- Assist with such other matters as may be requested that fall within AlixPartners' expertise and that are mutually agreeable.

5.  AlixPartners will use reasonable efforts to ensure that the services

AlixPartners will provide to the Debtors will not be duplicative of efforts by professionals

retained in these Chapter 11 Cases.

## Compensation

6.  AlixPartners will receive compensation for professional services rendered and

reimbursement of expenses incurred by AlixPartners as Claims Agent in connection with these

Chapter 11 Cases consistent with the compensation as described below (the "Fee Structure") and

including the terms and conditions as more fully set forth in the Engagement Letter, to which the

Court is respectfully referred.

| | |
|---|---|
| Clerical | $40.00 - $60.00 per hour |
| Project Specialist | $75.00 - $125.00 per hour |
| Case Manager | $130.00 - $185.00 per hour |
| IT Programming Consultant | $140.00 - $190.00 per hour |
| Consultant | $190.00 - $225.00 per hour |
| Senior Consultant | $250.00 - $295.00 per hour |

**Notice Printing & Mailing, Publication Services**

| | |
|---|---|
| Standard Notice & Envelope Printing | $0.10 per impression |
| Document Finishing | |
| Collate/Fold/Insert | $0.05 per page |
| USPS First Class/ Priority Mail Postage & Processing Fees | at cost |
| Express/ Overnight Shipment Delivery Fees | at cost |
| Electronic Noticing | $0.02 per page |
| Claim Acknowledgement Noticing | $0.25 per notice |
| Legal Notice Publishing | quoted as required |
| Public Debt and Equity Holder Noticing | quoted as required |

**Photocopying, Printing, Claim Duplication, Facsimile**

| | |
|---|---|
| Photocopying or Printing | $0.10 per page |
| Facsimile Transmission (domestic) | $0.20 per page |

**Solicitation Mailings, Vote Tabulations**

| | |
|---|---|
| Ballot Solicitation/Disclosure Statement & Plan Mailings | quoted as required |

| | |
|---|---|
| Voting Tabulation | see hourly rates |

**Claims Docketing, Imaging, Document Management**

| | |
|---|---|
| Claims Docketing, Examination, Data Entry & Review | see hourly rates |
| Document Scanning | $0.30 per page |
| Database and System Access | no charge |
| Document Archival Storage | no charge |

**System Licensing, Database Storage, Web Hosting**

| | |
|---|---|
| License Fees & Data Storage | no charge |
| Setup and/or Configuration | see hourly rates |
| Implementation Training and/or Technical Support | see hourly rates |
| Web Site Hosting (Case-Specific) | no charge |

**Creditor Setup**

| | |
|---|---|
| Creditor Setup & Data Parsing | |
|     Data Transfer | see hourly rates |
|     Manually Entered (Clerical) | see hourly rates |

**Communications Center Services**

| | |
|---|---|
| Standard Call Center Setup | no charge |
| Call Center Operator | see hourly rates |
| Voice Recorded Message | no charge |
| Standard Call Center Support/Maintenance | see hourly rates, only when applicable/needed |

**Distributions**

| | |
|---|---|
| Remittance Check Production | quoted as required |

**Miscellaneous Expense**

| | |
|---|---|
| Travel and Related Expenses | at cost |

7. The Fee Structure is consistent with and typical of compensation arrangements entered into by AlixPartners and other comparable firms in connection with the rendering of similar services under similar circumstances. AlixPartners believes that the Fee Structure is in fact reasonable, market-based, and designed to fairly compensate AlixPartners for its work and to cover fixed and routine overhead expenses.

8. AlixPartners reviews and revises its billing rates on January 1 of each year.

9. In addition to the above compensatory fees for professional services rendered by AlixPartners personnel, AlixPartners will seek reimbursement for reasonable and necessary expenses (subject to limits and approvals within the Engagement Letter) incurred in connection with these Chapter 11 Cases, including transportation costs, lodging, food, telephone, copying and messenger services. In addition, AlixPartners may use third-party vendors for certain services, which will be billed to the Debtors at the cost incurred by AlixPartners. Further, as part of the Fee Structure payable to AlixPartners under the terms of the Engagement Letter, the Debtors have agreed to certain limitations of liability and indemnification obligations as described therein.

10. Beginning on or about September 1, 2011 and extending to the Petition Date, AlixPartners commenced providing a variety of services to the Debtors pursuant to the Engagement Letter, which services included, without limitation, those related to the Claims Agent role listed in paragraph 16 above. AlixPartners has waived any fees or charges incurred for those services to prior to the Petition Date.

11. AlixPartners received no payments from the Debtors during the 90 days prior to commencement of this Chapter 11 Case.

**Disclosures and Other Information as to Eligibility for Retention**

12. In connection with the proposed employment and retention of AlixPartners as Claims Agent and the submission of the Application, AlixPartners undertook a lengthy analysis process to determine whether it had any connections, conflicts or other relationships that might

impact its eligibility for retention as Claims Agent in these Chapter 11 Cases. In addition, AlixPartners sends a firm-wide email to all its professionals requesting information on potential relationships.

13. Specifically, to check and clear potential conflicts of interest in these Chapter 11 Cases, AlixPartners reviewed its client relationships to determine whether it had any relationships with the entities as were identified, listed and categorized by the Debtors; such categorized list of entities is set forth in the attached **Schedule 1** (the "Potential Parties in Interest", incorporated by reference into this Declaration). Additional Potential Parties in Interest or other relevant information may be provided to AlixPartners during the pendency of the Chapter 11 Cases. Accordingly, I will update this Declaration as necessary and when I become aware of material information.

14. Based on that analysis process, AlixPartners represents that, to the best of its knowledge, AlixPartners knows of no fact or situation that would represent a conflict of interest for AlixPartners with regard to the Debtors. AlixPartners, however, wishes to disclose the matters set forth herein and in the attached **Schedule 2** incorporated by reference into this Declaration (collectively, the "Disclosed Matters").

15. AlixPartners and its affiliates provide services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, AlixPartners appears in numerous cases, proceedings and transactions involving many different attorneys, accountants, investment bankers and financial consultants, some of whom may represent claimants and parties in interest in these Chapter 11 Cases. Further, AlixPartners has in the past, and may in the future, be represented by several attorneys and law firms, some of whom may be

involved in these Chapter 11 Cases. In addition, AlixPartners has been in the past, and likely

will be in the future, engaged in matters unrelated to the Debtors or these Chapter 11 Cases in

which it works with or against other professionals involved in these cases. To the best of my

knowledge, information and belief, insofar as I have been able to ascertain after reasonable

inquiry, none of these business relations constitute interests adverse to the Debtors' estates.

     16. To the best of my knowledge, information and belief, insofar as I have been

able to ascertain after reasonable inquiry, neither I nor any of AlixPartners' professional

employees: (a) have any connection with the Debtors, their creditors, the United States Trustee

(the "U.S. Trustee"), or any other Potential Parties in Interest in these Chapter 11 Cases or their

respective attorneys or accountants; or (b) are related or connected to any United States

Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of

Delaware who handle bankruptcy cases, the U.S. Trustee, or any employee in the Office of the

U.S. Trustee, except as otherwise set forth in the Disclosed Matters. In addition:

    a. With respect to matters related to these Chapter 11 Cases, AlixPartners is not employed by, and has not been employed by, any entity other than the Debtors.

    b. From time to time, AlixPartners has provided services, and likely will continue to provide services, to certain parties in interest of the Debtors and various other parties adverse to the Debtors in matters unrelated to these Chapter 11 Cases. As described herein, however, AlixPartners will undertake a detailed search to determine, and to disclose, whether it is providing or has provided services to any significant customers, equity security holders, insiders or other parties in interest in such unrelated matters.

    c. AlixPartners has hundreds of employees. It is possible that certain employees of AlixPartners hold interests in mutual funds or other investment vehicles that may own the Debtors' securities or have other business associations with the Debtors.

17. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, AlixPartners has not been retained to provide any assistance other than as Claims Agent on matters relating to, or in direct connection with, these Chapter 11 Cases. If this Court authorized the employment and retention of AlixPartners as Claims Agent in these Chapter 11 Cases, AlixPartners will not accept any engagement or perform any service for any other entity for matters relating to, or in direct connection with, these Chapter 11 Cases. AlixPartners will, however, continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or parties in interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

18. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, neither AlixPartners, nor any employee thereof, holds any interest adverse as to the matters for which it is being employed in these Chapter 11 Cases. Certain individuals affiliated with AlixPartners may render restructuring advisory services in these Chapter 11 Cases on a part-time basis, while others have been or will continue to be engaged full-time. To the extent such individuals are employed on a part-time basis, AlixPartners submits that there are no simultaneous engagements existing which would constitute a conflict or adverse interest as to the matters for which it is being employed in these Chapter 11 Cases.

19. Despite the efforts described above to identify and disclose the connections that AlixPartners and its affiliates have with parties in interest in these Chapter 11 Cases, because the Debtors are a large enterprise with numerous creditors and other relationships, AlixPartners

is unable to state with certainty that every client relationship or other connection has been disclosed. In this regard, if AlixPartners discovers additional information that requires disclosure, AlixPartners will file promptly a supplemental declaration with the Court.

20. In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor AlixPartners has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with these Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code. If any such agreement is entered into, AlixPartners undertakes to amend and supplement this Declaration to disclose the terms of any such agreement.

*[signature page follows]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

September 9, 2011

By: _____
Name:  Meade Monger

# SOLYNDRA LLC
# PARTIES IN INTEREST

**DEBTORS**

SOLYNDRA, LLC

**OFFICER AND DIRECTORS**

BEN BIERMAN
BRIAN HARRISON
BRIAN HARRISON
CLEMENS G. JARGON
CORBY C. WHITAKER
DAVID J. PREND
DR. DAN MAYDAN
DR. JAMES F. GIBBONS
JAMESON J. MCJUNKIN
JOHN GAFFNEY
KAREN ALTER
RAYMOND J. SIMS
RICHARD W. ADKISSON
STEPHEN C. JOHNSON
STEVEN R. MITCHELL
W.G. BILL STOVER, JR.

**CREDITORS (MAJOR)**

ADVANCED NANO PRODUCTS
ADVANTAGE METAL PRODUCTS
AEROTEK ENERGY
AMCOR PHARMECEUTICAL PACKING USA, INC.
APEX PRECISION ENGINEERING
ATLUMIN ENERGY, INC.
ATS AUTOMATION TOOLING SYSTEM, INC.
CERTIFIED THERMOPLASTICS CO., INC.
CHEUNG WOH INTERNATIONALCOMPANY LIMITED
CHICK PACKAGING
CLEAN INNOVATION CORPORATIO
CONNOR MANUFACTURING SERVICES
CRAVATH, SWAINE & MOORE LLP
D.W. NICHOLSON
DOW CORNING
H.C. STARK
ICHOR SYSTEMS
JONES DAY
KINETIC SYSTEMS, INC.
LINTELLE ENGINEERING, INC
MATERIALS RESEARCH GROUP, INC.

ME2 MANUFACTURING & ENGINEERING
MENLO LOGISTICS, INC.
MGS MFG. GROUP
MOTION INDUSTRIES
NPI SOLUTIONS, INC.
OZ OFFSHORE CAPITAL LENDERS, LLC
OZ DOMESTIC PARTNERS II, LP
PANALPINA, INC.
PENTAGON TECHNOLOGIES
PG&E
PLANSEE USA LLC
PLASTIKON INDUSTRIES, INC.
RUDOLPH AND SLETTEN
SCHOTT NORTH AMERICA, INC
SHIN-ETSU MICROSI, INC
UNITED STATES DEPARTMENT OF ENERGY
VON ARDENNE ANLAGENTECHNIK GMBH
WEST VALLEY STAFFING GROUP
XYRATEX INTERNATIONAL INC.
YUSEN LOGISTICS (AMERICAS) INC.

## CREDITORS (OTHER) AND/OR EQUITYHOLDERS

AMP PRIVATE EQUITY
ARGONAUT VENTURES
ARTIS PARTNERS
BE!TEST SHIPPING. COMPANY, LTD.
CMEA VENTURES
DAN MAROHL
DAN MAYDAN
DEBORAH MCREYNOLDS
GIRASOTE PARTNERS LLC
HBA HOLDINGS
HORNTHAL INVESTMENT PARTNERS LENOX INVESTMENTS
HOWARD HUGHES MEDICAL INSTITUTE
HSH NORDBANK
JAMES GIBBONS
KC-SOLAR, LLC
KEYWORD COMPANY LIMITED
KKR
LEGEND TRADING SA
LENOX INVESTMENTS, LLC
MADRONE CAPITAL PARTNERS
MAPLE AVE INVESTORS
MASDAR CLEAN TECH FUND
OCH-ZIFF

PHIL FROHLICH
PINNACLE
PINTO INVESTMENT PARTNERS
PLAINFIELD SPECIAL SITUATION
RAYMOND SIMS
REDPOINT VENTURES
ROCKPORT CAPITAL PARTNERS
SERA SOLAR
STACY FAMILY TRUST
STEVE KIRCHER/ KIRCHER FAMILY TRUST
SUNBIRD LP
U.S. VENTURE PARTNERS
VIRGIN CLEAN FUND
ZETGELST CAPITAL LLC

**PROFESSISONALS IN INTEREST**

CRAVATH SWAINE & MOORE LLP.
JONES DAY
PACHULSKI STANG ZIEHL & JONES

**UNITED STATES TRUSTEES**

ROBERTA A. DEANGELIS
DAVID BUCHBINDER
MARTHA HILDEBRANDT
JOSEPH S. SISCA
ANNE K. FIORENZA
FREDERIC J. BAKER
MARK KENNEY
JANE LEAMY
RICHARD SCHEPACARTER
DAVID KLAUDER
THOMAS PATRICK TINKER

**JUDGES FOR U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

KEVIN J. CAREY
KEVIN GROSS
BRENDAN L. SHANNON
CHRISTOPHER S. SONTCHI
PETER J. WALSH
MARY F. WALRATH

# Schedule 1 to Meade MongerDeclaration

## "Potential Parties In Interest"

# SOLYNDRA LLC
## PARTIES IN INTEREST

**DEBTORS**

SOLYNDRA, LLC

**OFFICER AND DIRECTORS**

BEN BIERMAN
BRIAN HARRISON
BRIAN HARRISON
CLEMENS G. JARGON
CORBY C. WHITAKER
DAVID J. PREND
DR. DAN MAYDAN
DR. JAMES F. GIBBONS
JAMESON J. MCJUNKIN
JOHN GAFFNEY
KAREN ALTER
RAYMOND J. SIMS
RICHARD W. ADKISSON
STEPHEN C. JOHNSON
STEVEN R. MITCHELL
W.G. BILL STOVER, JR.

**CREDITORS (MAJOR)**

ADVANCED NANO PRODUCTS
ADVANTAGE METAL PRODUCTS
AEROTEK ENERGY
AMCOR PHARMECEUTICAL PACKING USA, INC.
APEX PRECISION ENGINEERING
ATLUMIN ENERGY, INC.
ATS AUTOMATION TOOLING SYSTEM, INC.
CERTIFIED THERMOPLASTICS CO., INC.
CHEUNG WOH INTERNATIONALCOMPANY LIMITED
CHICK PACKAGING
CLEAN INNOVATION CORPORATIO
CONNOR MANUFACTURING SERVICES
CRAVATH, SWAINE & MOORE LLP
D.W. NICHOLSON
DOW CORNING
H.C. STARK
ICHOR SYSTEMS
JONES DAY
KINETIC SYSTEMS, INC.
LINTELLE ENGINEERING, INC
MATERIALS RESEARCH GROUP, INC.

ME2 MANUFACTURING & ENGINEERING
MENLO LOGISTICS, INC.
MGS MFG. GROUP
MOTION INDUSTRIES
NPI SOLUTIONS, INC.
OZ OFFSHORE CAPITAL LENDERS, LLC
OZ DOMESTIC PARTNERS II, LP
PANALPINA, INC.
PENTAGON TECHNOLOGIES
PG&E
PLANSEE USA LLC
PLASTIKON INDUSTRIES, INC.
RUDOLPH AND SLETTEN
SCHOTT NORTH AMERICA, INC
SHIN-ETSU MICROSI, INC
UNITED STATES DEPARTMENT OF ENERGY
VON ARDENNE ANLAGENTECHNIK GMBH
WEST VALLEY STAFFING GROUP
XYRATEX INTERNATIONAL INC.
YUSEN LOGISTICS (AMERICAS) INC.

## **CREDITORS  (OTHER) AND/OR EQUITYHOLDERS**

AMP PRIVATE EQUITY
ARGONAUT VENTURES
ARTIS PARTNERS
BE!TEST SHIPPING. COMPANY, LTD.
CMEA VENTURES
DAN MAROHL
DAN MAYDAN
DEBORAH MCREYNOLDS
GIRASOTE PARTNERS LLC
HBA HOLDINGS
HORNTHAL INVESTMENT PARTNERS LENOX INVESTMENTS
HOWARD HUGHES MEDICAL INSTITUTE
HSH NORDBANK
JAMES GIBBONS
KC-SOLAR, LLC
KEYWORD COMPANY LIMITED
KKR
LEGEND TRADING SA
LENOX INVESTMENTS, LLC
MADRONE CAPITAL PARTNERS
MAPLE AVE INVESTORS
MASDAR CLEAN TECH FUND
OCH-ZIFF

PHIL FROHLICH
PINNACLE
PINTO INVESTMENT PARTNERS
PLAINFIELD SPECIAL SITUATION
RAYMOND SIMS
REDPOINT VENTURES
ROCKPORT CAPITAL PARTNERS
SERA SOLAR
STACY FAMILY TRUST
STEVE KIRCHER/ KIRCHER FAMILY TRUST
SUNBIRD LP
U.S. VENTURE PARTNERS
VIRGIN CLEAN FUND
ZETGELST CAPITAL LLC

**PROFESSISONALS IN INTEREST**

CRAVATH SWAINE & MOORE LLP.
JONES DAY
PACHULSKI STANG ZIEHL & JONES

**UNITED STATES TRUSTEES**

ROBERTA A. DEANGELIS
DAVID BUCHBINDER
MARTHA HILDEBRANDT
JOSEPH S. SISCA
ANNE K. FIORENZA
FREDERIC J. BAKER
MARK KENNEY
JANE LEAMY
RICHARD SCHEPACARTER
DAVID KLAUDER
THOMAS PATRICK TINKER

**JUDGES FOR U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

KEVIN J. CAREY
KEVIN GROSS
BRENDAN L. SHANNON
CHRISTOPHER S. SONTCHI
PETER J. WALSH
MARY F. WALRATH

**Schedule 2 to Meade Monger Declaration**

**"Disclosed Matters"**

For the purpose of the "Disclosed Matters" set forth in this Exhibit, and unless otherwise expressly provided herein, the term "AlixPartners" shall mean AlixPartners, LLP together with each of its subsidiaries including, without limitation, AP Services, LLC.

- H&F Astro LLC and Hellman & Friedman Capital Associates V, LLC ("H&F Capital"), two private equity investment vehicles managed by Hellman & Friedman LLC ("H&F LLC", and collectively with H&F Astro LLC and H&F Capital, "H&F") own a controlling stake in AlixPartners, LLP, an affiliate of AP Services, LLC. No material nonpublic information about the Debtors has been furnished by AlixPartners to H&F. AlixPartners' conflict checking system has searched the names of each managing director of H&F LLC and each portfolio company of H&F LLC (the "H&F Conflict Parties") against the list of Potential Parties in Interest, and AlixPartners has determined to the best of its knowledge that there are no resulting disclosures other than as noted herein. The term "portfolio company" means any business in which H&F has a direct controlling or minority interest. The term "portfolio company" does not include indirect investments such as businesses owned or investments made by an H&F portfolio company. H&F invests primarily in equity-related investments. However, H&F, its members, affiliated fund entities or affiliates (collectively, the "H&F Entities") may have had, currently have or may in the future have business relationships or connections with the Debtors or other Potential Parties in Interest in matters related to or unrelated to the Debtors or their affiliates or these chapter 11 cases. AlixPartners operates independently of the H&F Entities, and does not share common employees or officers, except that certain H&F LLC managing directors or employees are on the Board of Directors of AlixPartners. AlixPartners' financial performance is not impacted by the success or failure of the H&F Entities. Accordingly, AlixPartners has not undertaken to determine the existence, nature and/or full scope of any business relationships or connections that the H&F Entities may have with the Potential Parties in Interest, the Debtors and their affiliates or these chapter 11 cases, other than with respect to the H&F Conflict Parties. AlixPartners believes it continues to be disinterested and does not hold or represent an interest adverse to the estate with respect to the engagement, regardless of any direct or indirect relationship or connection any of the H&F Entities may have with the Debtors.

- Cravath Swaine & Moore, a creditor to the Debtors, is opposing counsel, client counsel and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Cravath Swaine & Moore is a current and former AlixPartners client in matters unrelated to the Debtors. Cravath Swaine & Moore is a vendor to AlixPartners.

- Dow Corning, a creditor to the Debtors, is a co-defendant to a former AlixPartners client in matters unrelated to the Debtors. Dow Corning is a former AlixPartners client in matters unrelated to the Debtors. An affiliate, Dow Chemical Company, is a former AlixPartners client in matters unrelated to the Debtors.

- HSH Nordbank, a creditor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. HSH Nordbank is a lender and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Jones Day, a creditor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. Jones Day is a professional in interest to current and former AlixPartners client in matters unrelated to the Debtors. Jones Day provides legal services to AlixPartners.

- Kohlberg Kravis Roberts & Company ("KKR"), a creditor to the Debtors, is a lender, shareholder and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. KKR is a current and former AlixPartners client in matters unrelated to the Debtors. An affiliate, KKR Asia, is a former AlixPartners client in matters unrelated to the Debtors.

- Menlo Logistics, a creditor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.

- OZ Offshore Capital and OZ Domestic Partners II, LP (collectively, "OZ"), creditors to the Debtors, are affiliated with OZ Management, LLC. OZ Management, LLC is a lender in a current bankruptcy matter in which AlixPartners represents the unsecured creditors' committee of The Tribune Company, in matters unrelated to the Debtors.

- Pachulski Stang Ziehl & Jones LLP, a professional in interest in this bankruptcy matter, is a former AlixPartners client in matters unrelated to the Debtors. AlixPartners currently is engaged by Pachulski Stang Ziehl & Jones LLP in a litigation support matter unrelated to the Debtors. Pachulski Stang Ziehl & Jones LLP is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Pacific Gas & Electric ("PG&E"), a creditor to the Debtors, is an executory contract counterparty, adverse party, vendor and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. In addition, PG&E was a client through membership of the creditors committee to a former AlixPartners client in matters unrelated to the Debtors.

- Pinnacle, a creditor to the Debtors, is an adverse party and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.\

- United States Department of Energy ("USDE"), a creditor to the Debtors, is affiliated with United States governmental branches which are creditors, adverse parties and vendors to current and former AlixPartners clients in matters unrelated to the Debtors. USDE governmental branches are current and former AlixPartners clients in matters unrelated to the Debtors. A governmental branch is the previous employer of a current AlixPartners employee.