**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Solyndra LLC, et al. | : | Case No. 11-12799 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Schott North America, Inc.**, Attn: Michael Kitts, 555 Taxter Road, Elmsford, NY 10523, Phone: 914-831-2224, Fax: 914-831-2201

2. **MGS Manufacturing Group, Inc.**, Attn: Jeff Kolbow, W188 N11707 Maple Road, Germantown, WI 53022, Phone: 262-255-5790, Fax:262-250-3730

3. **Certified Thermoplastics Co. Inc.**, Attn: Robert Duncan, 26381 Ferry Court, Santa Clarita, CA 91350, Phone: 661-222-3006, Fax:661-222-3009

4. **West Valley Staffing Group**, Attn: Teresa Kossayian, 390 Potrero Avenue, Sunnyvale, CA 94085, Phone: 408-735-1420, Fax: 408-735-1314

5. **Plastikon Industries Inc.**, Attn: Mark Petri, 688 Sansoval Way, Hayward, CA 94544, Phone: 415-308-6133, Fax: 510-400-1117

6. **VDL Enabling Technologies Group**, Attn: Simon Bambach, Wekkerstraat 1, 5652 An, Eindhoven NL, Phone: 31-65-3130048, Fax: 31-40-2638240

7. **Peter M. Kohlstadt**

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ Jane Leamy, for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: September 15, 2011

Attorney assigned to this Case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Bruce Grohsgal, Esquire, Phone: (302) 778-6403, Fax: (302) 652-4400