# EXHIBIT A

**Bid Procedures**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Case No. 11-12799 (MFW) |
| | ) | |

Deadline for Submitting Bids: October 25, 2011 at 4:00 p.m. PT<br>
Auction Date: October 28, 2011 at 10:00 a.m. PT<br>
Deadline for Objections to Sale Motion: October 19, 2011 at 4:00 p.m. ET<br>
Hearing Date on Sale Motion: November 2, 2011 at 11:30 a.m. ET

## BID PROCEDURES FOR SALE OF SOLYNDRA LLC'S BUSINESS ASSETS

Solyndra LLC ("Solyndra"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), commenced its chapter 11 case by filing a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on September 6, 2011.

By motion dated September 16, 2011, Solyndra sought, among other things, approval of the process and procedures set forth below (the "Bid Procedures") for the sale of substantially all of Solyndra's assets utilized in the ordinary course operation of Solyndra's business (or any portion thereof), including Solyndra's manufacturing plant and land, all associated fixtures and equipment, intellectual property, rights under executory contracts and leases, and any other business assets necessary for a "turnkey" sale of Solyndra's enterprise (together, the "Assets"). Solyndra holds all of the Assets necessary to operate the company's business. On September ___, 2011, the Bankruptcy Court entered its order (the "Bid Procedures Order") approving the Bid Procedures.

The identity of the Successful Bidder and Back-Up Bidder (defined below), if any, for the Assets (or any portion thereof) shall be determined, if at all, at an Auction (defined below) to be held on October 28, 2011 at 10:00 a.m. (prevailing Pacific time) at the offices of Solyndra's bankruptcy counsel, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, or at such other date, time and place as determined and announced by the Solyndra.

As further described below, on November 2, 2011 at 11:30 a.m. (prevailing Eastern time), the Bankruptcy Court shall conduct a hearing (the "Sale Hearing") to consider approval of the sale of the Assets to the Successful Bidder(s) (defined below), if any. At the Sale Hearing,

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

Solyndra shall seek entry of an order (the "Sale Order") authorizing and approving the proposed sale or sales.

*Assets for Sale*

Solyndra seeks offers for the Assets (or any portion thereof). Solyndra proposes to sell the Assets in an Auction (defined below). The sale of the Assets will be on an "as is," "where is," and "with all faults" basis. Bidders are permitted to bid on a portion of the Assets.

### Bidding Process

As more fully discussed below, all bids shall be made by a letter or other writing ("Offer Letter") RECEIVED by the Notice Parties (defined below) on or before **October 25, 2011 at 4:00 p.m. (prevailing Pacific time)** (the "Bid Deadline") by mail, delivery service, fax or email summarizing the material terms of the bid.

Each Offer Letter must be accompanied by a proposed Purchase and Sale Agreement (the "Agreement") in substantially the form prepared by Solyndra, subject to review by the Notice Parties (defined below), which form is available from Solyndra's financial advisors, Imperial Capital, LLC, 55 Second Street, Suite 1950, San Francisco, CA 94105, Attn: Eric Carlson (email: ecarlson@imperialcapital.com). Each bidder must submit a clean copy and a redlined copy of the Agreement that is marked for any changes proposed by the bidder.

*Participation Requirements*

In order to participate in the bidding process and otherwise be considered for any purpose hereunder, unless Solyndra in its discretion waives or modifies the following requirements (after consultation with the Notice Parties), a person (a "Potential Bidder") interested in the Assets must first deliver (unless previously delivered) to Solyndra and the other Notice Parties (defined below), not later than the Bid Deadline:

1. Confidentiality Agreement. An executed confidentiality agreement in form and substance acceptable to Solyndra and its counsel (a "Confidentiality Agreement"), a form of which is available from Solyndra's financial advisors, Imperial Capital, LLC, 55 Second Street, Suite 1950, San Francisco, CA 94105, Attn: Eric Carlson (email: ecarlson@imperialcapital.com).

2. Offer Letter, Agreement and Evidence of Authority. A bid ("Bid") in the form of an Offer Letter accompanied by a proposed Agreement, as set forth above, and evidence of equity holders', board of directors', or other relevant authority for the Potential Bidder to make the Bid, execute the Agreement and close the proposed purchase. The Offer Letter must, in substance:

    (a) state that the Potential Bidder's offer is IRREVOCABLE until the closing of the purchase of the Assets if such Potential Bidder is the Successful Bidder or a Back-Up Bidder (as such terms are defined below);

2

(b) state that the Good Faith Deposit (defined below) is NONREFUNDABLE if the Potential Bidder is designated the Successful Bidder;

(c) state that the Potential Bidder shall be ready, willing and able to close the purchase of the Assets by December 1, 2011, subject to any necessary governmental approvals;

(d) to the extent that the Bid is for a portion of the Assets, specify a percentage and/or dollar amount allocation of the total consideration offered among the Assets; and

(e) state the Potential Bidder's intention with respect to operating the Assets, including the extent, location and scope of such anticipated operations and the potential for hiring employees or re-employing Solyndra's workforce.

The Offer Letter shall not contain any due diligence or other contingencies. The clean copy of the Agreement accompanying the Offer Letter shall be executed by the Potential Bidder and evidence of due authority of the signatory shall also be provided with the Offer Letter.

An Offer Letter should not request a "break-up fee," "overbid fee" or similar payment or any payment or reimbursement of any fee to its advisor(s), but may indicate a willingness to become a "stalking horse" bidder or bidders (collectively, a "Stalking Horse Bidder"). Solyndra reserves the right, after consultation with the Notice Parties (defined below), to enter into a separate agreement with a Potential Bidder that is separate from an Offer Letter under which the Potential Bidder's Qualified Bid (defined below) would be deemed the Baseline Bid (defined below) for the Auction (defined below) of the Assets. Solyndra has discretion to designate a Stalking Horse Bidder and to grant the Stalking Horse protections in the form of payment, at any closing of the sale of such assets to a Successful Bidder that is not the Stalking Horse Bidder, of a break-up fee (the "Break-Up Fee") payable solely out of the proceeds of sale that would not exceed three percent (3%) of the Stalking Horse Bidder's Baseline Bid, plus reimbursement of reasonable out-of-pocket expenses ("Expense Reimbursement") payable solely out of proceeds of sale in an amount not to exceed $250,000. Any Break-Up Fee may be credit bid in an Overbid by the Stalking Horse Bidder, if any. Notwithstanding the foregoing, Solyndra may not designate any holder of the Debtors' prepetition secured debt as the Stalking Horse Bidder without specific approval of the Bankruptcy Court.

3. Good Faith Deposit. Each Bid must be accompanied by a cash deposit (the "Good Faith Deposit") received by Solyndra at or prior to the Bid Deadline by a wire transfer or bank check payable to the order of "Solyndra LLC" in an amount equal to at least five percent (5%) of the proposed purchase price for the Assets contained in such Bid. The Good Faith Deposit is NONREFUNDABLE if the Potential Bidder is designated the Successful Bidder (whether initially or after being previously designated a Back-Up Bidder) unless Solyndra defaults under any executed and delivered Agreement.

4 Proof of Ability to Perform. By the time of presentation of a Bid, each Potential Bidder shall provide written evidence that Solyndra reasonably concludes, after consultation

3

with the Notice Parties, demonstrates the Potential Bidder has the necessary financial ability to close the contemplated transaction and provide adequate assurance of future performance under all contracts to be assumed in such contemplated transaction. Such information should include, among other things, the following:

(a) the Potential Bidder's current financial statements (audited if they exist);

(b) contact names and numbers for verification of financing sources; and

(c) proof of internal financial resources and any debt or equity funding commitments that are needed to timely close the contemplated transactions.

Each Potential Bidder shall deliver written copies of its Bid by the Bid Deadline to Solyndra's financial advisors, Imperial Capital, LLC, 55 Second Street, Suite 1950, San Francisco, CA 94105, Attn: Eric Carlson (email: ecarlson@imperialcapital.com), with a copy to: (a) Solyndra's counsel, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Debra I. Grassgreen (email: dgrassgreen@pszjlaw.com); (b) counsel to AE DIP 2011, LLC, as the DIP Lender, and Argonaut Ventures I, L.L.C., as the Prepetition Tranche A Representative and the Prepetition Tranche E Agent, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166, Attn: Michael A. Rosenthal (email: mrosenthal@gibsondunn.com) and Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, DE 19899, Attn: Sean M. Beach, Esq. (email: sbeach@ycst.com); (c) counsel to the U.S. Department of Energy, acting by and through the Secretary of Energy, as the Prepetition Tranche B/D Credit Facility Agent, U.S. Department of Justice, Civil Division, 1100 L Street NW, Room 10030, Washington, D.C. 20530, Attn: Matthew J. Troy (email: matthew.troy@usdoj.gov); (d) counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, Attn: Bonnie Glantz Fatell (email: fatell@blankrome.com); and (e) Office of the U.S. Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Jane M. Leamy (email: jane.m.leamy@usdoj.gov) (collectively, the "Notice Parties"). Bids received by any of the Notice Parties may be shared with any of the other Notice Parties without prior notice to the Potential Bidder.

*Access to Due Diligence Materials*

Only Potential Bidders that execute and deliver a Confidentiality Agreement to Solyndra are eligible to receive due diligence access or additional non-public information. If Solyndra determines after consultation with the Notice Parties that a Potential Bidder that has satisfied the Participation Requirements described below does not constitute a Qualified Bidder, then such Potential Bidder's right to receive due diligence access or additional non-public information shall terminate and such Potential Bidder shall promptly return all confidential and non-public information to Solyndra without retaining any copies. Solyndra shall not be obligated to furnish any due diligence information after the Bid Deadline. Solyndra is not responsible for, and shall bear no liability with respect to, any information obtained by Qualified Bidders in connection with the sale of any of the Assets (whether such information is provided by Solyndra or its professionals or omitted by them).

4

*Due Diligence From Bidders*

Each Potential Bidder and Qualified Bidder (each, a "Bidder") shall comply with all reasonable requests for additional information and due diligence access by Solyndra or its advisors regarding such Bidder and its contemplated transaction and operational and financial ability to timely close a sale. Failure by a Potential Bidder to comply with requests for additional information and due diligence access will be a basis for Solyndra to determine that the Potential Bidder is not or no longer is a Qualified Bidder. Failure by a Qualified Bidder to comply with such requests for additional information and due diligence access will be a basis for Solyndra to determine, after consultation with the Notice Parties, that a bid made by a Qualified Bidder is not a Qualified Bid.

*Designation as Qualified Bidder*

A "Qualified Bidder" is a Potential Bidder (or combination of Potential Bidders whose bid ("Qualified Bid") for the Assets do not overlap and who shall also be referred to herein as a single Qualified Bidder) that timely delivers the documents and Good Faith Deposit described above, and that Solyndra determines, after consultation with the Notice Parties, has made a *bona fide* offer that the Potential Bidder would be able to timely consummate the purchase of the Assets, if selected as a Successful Bidder or a Back-Up Bidder.

A Bid received after the Bid Deadline shall not constitute a Qualified Bid unless Solyndra designates such Bid as a Qualified Bid after consultation with the Notice Parties.

Solyndra shall have the right to reject any and all Bids that Solyndra believes in its reasonable discretion, after consultation with the Notice Parties, do not comply with the Bid Procedures or for any reason or no reason. In the event that any Potential Bidder is determined by Solyndra after consultation with the Notice Parties not to be a Qualified Bidder, the Potential Bidder shall be refunded its Good Faith Deposit without interest thereon, within three business days after that determination. Solyndra shall not be obligated to deposit the funds constituting a Bidder's Good Faith Deposit in an interest-bearing account or investment.

Solyndra, as soon as is practicable after receipt of each Bid but not later than 24 hours before the beginning of the Auction, shall notify each Potential Bidder whether it is a Qualified Bidder.

**Auction**

If no timely, conforming Qualifying Bids are submitted by the Bid Deadline, Solyndra shall not hold the Auction and may withdraw any motion to sell the Assets without prejudice. If only one timely Qualifying Bid is submitted for the Assets, Solyndra (after consultation with the Notice Parties) shall not hold the Auction, but may designate the sole Qualifying Bidder to be the Successful Bidder with respect to the Assets and proceed with the Sale Hearing or reject the Bid and withdraw the proposed sale.

5

If Solyndra has received more than one Qualifying Bid for the Assets, Solyndra shall conduct an auction (the "Auction") for the Assets to determine the highest and best bid with respect to the Assets.

At least 24 hours prior to the Auction, after consultation with the Notice Parties, Solyndra shall determine in its reasonable discretion which Qualified Bid, if any, constitutes the "Baseline Bid," if any, for the Assets. In making such determination, Solyndra may take into account, among other things, (a) the number, type and nature of any changes to the Agreement requested by each Qualified Bidder; (b) the extent to which such modifications are likely to delay closing of the sale of the Assets and the cost to Solyndra of such modifications or delay; (c) the consideration (in type and amount) to be received by Solyndra and the net benefit to the estate; (d) the likely ability of the Qualified Bidder to close a transaction and the timing thereof; and (e) any other non-monetary considerations such as the Qualified Bidder's intentions with respect to operating the Assets, taking into account any Break-Up Fee and/or Expense Reimbursement (the "Bid Assessment Criteria").

Solyndra shall provide all Qualified Bidders (a) notice of the identity of any Qualified Bidder that has been selected by Solyndra, after consultation with the Notice Parties, to make the Baseline Bid for the Assets and (b) copies of all Qualified Bids at least 24 hours prior to the Auction, which may exclude any confidential financial information, as determined by Solyndra in their sole reasonable discretion, after consultation with the Notice Parties, or which has been so designated by a Qualified Bidder in writing.

The Auction shall commence at **10:00 a.m. (prevailing Pacific time) on October 28, 2011**, at the offices of Solyndra's counsel, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, or at such other date, time and place as determined and announced by Solyndra.

Any Auction shall be conducted according to the following procedures:

1. **Participation and Attendance at the Auction**

Only a Qualified Bidder that has submitted a Qualified Bid is eligible to participate at an Auction. Each Qualified Bidder must have a representative at the Auction in order to make an Overbid (defined below). Each Qualifying Bidder shall be required to confirm that it has not engaged in any collusion with respect to the bidding or the sale.

Unless Solyndra in its reasonable discretion allows another party in interest to attend the Auction, only the authorized representatives of each of the Qualified Bidders, Solyndra, and the Notice Parties shall be permitted to attend the Auction.

2. **Solyndra Shall Conduct the Auction**

Solyndra and/or its professionals shall direct and preside over the Auction. Solyndra may conduct the Auction in the manner Solyndra determines in its reasonable discretion, after consultation with the Notice Parties, could result in the highest and best offer for the Assets.

6

Solyndra, after consultation with the Notice Parties, shall have the discretion to determine which Qualifying Bid is the highest and best bid at the Auction.

At the start of the Auction, Solyndra shall describe the material business terms of the Baseline Bid. All Bids made thereafter shall be Overbids (as defined below) and shall be made and received on an open basis, and all material non-confidential terms of each Overbid shall be fully disclosed to all other Qualified Bidders. Solyndra shall maintain a list or other compilation of the Baseline Bid and Overbids, or may have a transcript made of the Auction instead of or in addition to making such a list or compilation.

3. **Terms of Initial Bid and Overbids**

An "Overbid" is any bid made before or at the Auction subsequent to Solyndra's announcement of the Baseline Bid. To submit an Overbid for purposes of the Auction, a Qualified Bidder must comply with the following conditions:

(a) **Minimum Overbid Increments**

At the Auction, the bidding shall begin with a minimum Overbid, if any, that is, at a minimum, equal to the Baseline Bid *plus* an initial overbid incremental amount, in cash, equal to the sum of (i) any Break-Up Fee and/or Expense Reimbursement and (ii) $1,000,000, and continue in subsequent minimum overbid incremental amounts of at least $500,000 in cash. Any Break-Up Fee and/or Expense Reimbursement may be credit bid in an Overbid by the Stalking Horse Bidder, if any.

(b) **Remaining Terms are the Same as for Qualified Bids**

Except as modified herein, an Overbid must comply with the relevant conditions for a Qualified Bid set forth above. Any Overbid made by a Qualified Bidder must remain open and binding on the Qualified Bidder until and unless (i) Solyndra accepts a higher Qualified Bid as an Overbid and (ii) such Overbid is not selected as a Back-Up Bid (as defined below).

To the extent not previously provided, a Qualified Bidder submitting an Overbid must submit at Solyndra's request, as part of its Overbid, written evidence (in the form of financial disclosure or credit-quality support information) demonstrating such Qualified Bidder's ability to timely close the transaction proposed by such Overbid.

(c) **Announcing Overbids**

Solyndra shall announce at the Auction the material terms of each Overbid, which may include the basis for calculating the total consideration offered in each such Overbid and the resulting benefit to Solyndra's estate based on, *inter alia*, the Bid Assessment Criteria.

4. **Additional Procedures**

Solyndra in its reasonable discretion, after consultation with the Notice Parties, may adopt rules for the Auction at or prior to the Auction that should better promote the goals of the

Auction and that are not materially inconsistent with any of the provisions of the Bid Procedures Order. Such rules shall provide that at the Auction all Bids shall be made and received in one room, on an open basis, and all other Qualified Bidders shall be entitled to be present for all bidding with the understanding that the true identity of each Qualified Bidder (*i.e.*, the principals submitting the Bid) shall be fully disclosed to all other Qualified Bidders and that all material terms of each Qualified Bid shall be fully disclosed (subject to any confidentiality restrictions) to all other Qualified Bidders throughout the entire Auction. Solyndra, as appropriate and in its reasonable discretion after consultation with the Notice Parties, shall have the ability to increase or decrease the Minimum Overbid Increments during an Auction.

Solyndra in its reasonable discretion, after consultation with the Notice Parties, may, subject to the terms of the final DIP financing order entered in the Debtors' chapter 11 cases, extend the Bid Deadline or the Auction Date beyond the dates provided herein. In the event of such an extension, Solyndra shall provide notice to the Notice Parties and any Qualified Bidders of such extension, any related time and location details with respect to same, and any consequent continuance of the Sale Hearing.

5.  **Consent to Jurisdiction as Condition to Bidding**

All Qualified Bidders at the Auction shall be deemed to have consented to the exclusive core jurisdiction of the Bankruptcy Court and waived any right to a jury trial or alternative dispute resolution in connection with any disputes relating to the Auction or any Bid, and the construction and enforcement of each Qualified Bidder's Agreement and related documents.

6.  **Closing the Auction**

Upon conclusion of the bidding (as determined by Solyndra in its reasonable discretion after consultation with the Notice Parties), the Auction shall be closed, and Solyndra shall identify the highest and best offer (*i.e.*, providing the greatest value to Solyndra's estates) for the Assets (which may be an aggregate of bids for less than all of the Assets) (the "Successful Bid") and the entity submitting such Successful Bid (the "Successful Bidder"), and the next highest and best offer after the Successful Bid (the "Back-up Bid") and the entity submitting the Back-Up Bid (the "Back-Up Bidder"), and advise the Qualified Bidders of such determination.

### Acceptance of Successful Bid

After consultation with the Notice Parties, Solyndra may (a) at any time until closing of the sale of the Assets, determine which Qualified Bid, if any, is the highest and best offer and (b) reject at any time before entry of an order of the Bankruptcy Court approving a Qualified Bid, any Bid for no reason or any reason including because it is (i) inadequate or insufficient; (ii) not in conformity with the requirements of the Bankruptcy Code, these Bid Procedures, or any other terms and conditions of sale; or (iii) contrary to the best interests of Solyndra, its estate and its creditors.

Solyndra shall be deemed to have accepted a Qualified Bid only when the Qualified Bid has been approved by the Bankruptcy Court by an order that has not been stayed, modified, reversed or vacated.

The rights of all parties in interest to object to Solyndra's selection of the Successful Bidder, including the assignment of any such objector's assumed executory contracts or unexpired leases (the "Assumed Contract") thereto, are preserved, and Solyndra reserves the right to contest any such objection including (without limitation) because the objector lacks standing, provided, however, that any objection to such assignment on the basis of undisputed amounts necessary, pursuant to section 365 of the Bankruptcy Code, to cure all defaults under such objector's Assumed Contracts must be made and/or reserved in accordance with any procedures set forth in the order approving these Bid Procedures.

### "As Is, Where Is, and With All Faults"

The sale of the Assets shall be on an "as is," "where is," and "with all faults" basis and without representations or warranties of any kind, nature, or description by Solyndra, its agents or its estate except to the extent set forth in the executed and delivered Agreement with the Successful Bidder. Each Qualified Bidder shall be deemed to acknowledge and represent that it has had an opportunity to conduct any and all due diligence regarding the Assets prior to making its offer, that it has relied solely upon its own independent review, investigation and/or inspection of any documents and/or the Assets in making its bid, and that it did not rely upon any written or oral statements, representations, promises, warranties or guaranties whatsoever, whether express, implied, by operation of law or otherwise, regarding the Assets, or the completeness of any information provided in connection therewith, its Bid or any Overbids or the Auction, except as expressly stated in these Bid Procedures or the executed and delivered Agreement with the Successful Bidder.

### Free Of Any And All Interests

Except as otherwise provided in the executed and delivered Agreement with the Successful Bidder and subject to the approval of the Bankruptcy Court, all of Solyndra's right, title and interest in and to the Assets subject thereto shall be sold free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options and interests thereon and there against (collectively, the "Interests") other than claims, liabilities and obligations of Solyndra expressly assumed by the Successful Bidder in its Agreement and third party property interests to which the Assets may be subject (such as tax liens, mechanics' and materialman's liens, and other permitted liens), in accordance with Bankruptcy Code § 363(f), with such Interests to attach to the net proceeds of the sale of the Assets.

### Sale Hearing

The Sale Hearing shall be conducted by the Bankruptcy Court on November 2, 2011 at 11:30 a.m. (prevailing Eastern time), or on such other date and time as may be established or continued by the Bankruptcy Court. Any continuation of the Sale Hearing that is announced in open court need not be separately noticed to the Notice Parties or Qualified Bidders.

### Closing

Solyndra shall endeavor to close the sale of the Assets to the Successful Bidder(s) as soon as reasonably practicable after the entry of an order of the Bankruptcy Court after the Sale

Hearing approving such sale unless the Bankruptcy Court or the United States District Court for the District of Delaware enters a stay of such sale. Solyndra's presentation of a particular Qualified Bid to the Bankruptcy Court for approval does not constitute Solyndra's acceptance of such Qualified Bid.

If a Successful Bidder fails to consummate an approved sale in accordance with the applicable Agreement or such Agreement is terminated, Solyndra shall be authorized, but not required, to deem the Back-up Bid, as disclosed at the Sale Hearing, the Successful Bid, and Solyndra shall be authorized, but not required, after consultation with the Notice Parties, to consummate the sale with the Qualified Bidder submitting such Bid without further order of the Bankruptcy Court. Any Back-Up Bidder that is notified by Solyndra that it has become the Successful Bidder shall be the "Successful Bidder" as that defined term is used herein.

### Return of Good Faith Deposits

Any Good Faith Deposit of the Successful Bidder shall be applied to the purchase price of the relevant transaction at closing. Good Faith Deposits of all Qualified Bidders (other than the Successful Bidder and any Back-Up Bidder) shall be returned to the respective Qualified Bidders with any accumulated interest thereon, if any, within three business days after the conclusion of the Auction. The Good Faith Deposit of any Back-Up Bidder shall be returned to the Back-Up Bidder with any accumulated interest thereon, if any, within three business days after the closing of the relevant sale with the Successful Bidder. If a Successful Bidder (including any Back-Up Bidder that has become the Successful Bidder) fails to consummate an approved sale because of a breach or failure to perform on the part of such Successful Bidder, Solyndra shall be entitled to retain such Successful Bidder's Good Faith Deposit as part of the damages resulting from such Successful Bidder's breach or failure to perform.