**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Solyndra LLC, *et al.*,[1] | ) | Case No. 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), The Official Committee of Unsecured Creditors (the "Committee") of Solyndra, LLC, *et al.*, by its undersigned counsel, hereby enters its appearance in the above-captioned cases and requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
***Blank Rome LLP***
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
Tel: (302) 425-6400
Fax: (302) 425-6464
Email: fatell@blankrome.com
Email: carickhoff@blankrome.com

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. *(5583).* The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: September 19, 2011

**BLANK ROME LLP**

By: */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Fatell@blankrome.com
Email: Carickhoff@blankrome.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Solyndra LLC, et al.*