UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re SOLYNDRA LLC, et al.                    Case No. 11-12799 (MFW) (Jointly Administered)
          Debtors.

## INITIAL MONTHLY OPERATING REPORT
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection  (Form IR-1) [1] | x | x |
| **Certificates of Insurance:** | | |
|    Workers Compensation | x | |
|    Property | x | |
|    General Liability | x | |
|    Vehicle | x | |
|    Other: Directors and Officers | x | |
| **Evidence of Debtor in Possession Bank Accounts** [2] | | |
|    Tax Escrow Account | N/A | x |
|    General Operating Account | N/A | x |
|    Money Market Account Pursuant to Local Rule 4001-3 for the | N/A | x |
|    District of Delaware only.  Refer to: | | |
|    http:www.deb.uscourts.gov/ | | |
| Other: | | |
| **Retainers Paid (Form IR-2)** | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                      Date

_____          _____
Signature of Joint Debtor                                Date

_W. G. Stover_ (signature)                        _20 Sept '11_
Signature of Authorized Individual*                      Date

_W. G. STOVER, JR_                         _CFO_
Printed Name of Authorized Individual          Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

[1] See attached budget approved pursuant to *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize
Cash Collateral; (II) Granting Liens and Superpriority Administrative Status; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay;
and (V) Scheduling a Final Hearing* [Docket No. 40] attached hereto as **Exhibit A.**

[2] See attached *Order Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continued Use of Existing Business Forms; (III) Continued Use of
Cash Management System; (IV) Limited Funding for Wind-Up of Foreign Subsidiaries and; (VI) Waiver of Section 345(b) Deposit and Investment
Requirement* [Docket No. 42] attached as **Exhibit B.**

FORM IR
(9/99)

# EXHIBIT A

## Solyndra LLC
## DIP/Cash Collateral Budget

|  | September | | | | October | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **week ending** | 9/10/2011 | 9/17/2011 | 9/24/2011 | 10/1/2011 | 10/8/2011 | 10/15/2011 | 10/22/2011 | 10/29/2011 | 11/5/2011 |
| **Cash Balance at Filing** ($'s 000) | $ 3,052.07 | | | | | | | | |
| | | | | | | | | | |
| Equity Funding Account | $ 3,040.00 | | | | | | | | |
| Sales of Inventory | | | | | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,000.00 |
| Collections on AR Facility | | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Asset sale proceeds (misc. not incl. Bldg/Land) | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | $ 3,040.00 | $ - | $ 100.00 | $ 100.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 1,100.00 |
| | | | | | | | | | |
| ***Operating Disbursements*** | | | | | | | | | |
| Payroll Wages & Benefits | $ 406.46 | $ 372.30 | $ 328.57 | $ 306.72 | $ 240.45 | $ 167.10 | $ 160.37 | $ 160.37 | $ 120.80 |
| First Day Motion Payments | 4,343.55 | - | - | - | - | - | - | - | - |
| Chapter 11 Fees [1] | 400.00 | 286.44 | 209.32 | 212.19 | 216.51 | 215.79 | 187.91 | 180.75 | 178.60 |
| Equipment Operations shut down | 69.00 | 99.00 | 109.00 | 104.00 | 99.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| Utilities (Electricity, Gas, Telecom, IT) | 673.50 | 118.50 | 65.00 | 716.00 | 104.00 | 69.00 | 64.00 | 68.00 | 63.00 |
| Building (incl. CAM, ins., taxes, scrty., janitorial, R&M) | 64.54 | 55.79 | 53.00 | 823.00 | 51.00 | 40.00 | 37.00 | 36.00 | 36.00 |
| Environmental Remediation | - | - | - | - | 154.00 | - | - | - | - |
| Warehousing, Freight & Logistics | 59.50 | 59.50 | 57.00 | 57.00 | 57.00 | - | - | - | 20.00 |
| Travel Expense/Reimbursement | 50.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 5.00 | 5.00 | 5.00 |
| Property, Casualty, D&O insurance | - | - | - | - | - | - | - | - | - |
| Contingency | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| **Total Operating Disbursements** | $ 6,086.55 | $ 1,031.53 | $ 861.88 | $ 2,258.92 | $ 961.96 | $ 551.89 | $ 494.28 | $ 490.12 | $ 463.40 |
| **Net Cash Flow from Operations** | $ (3,046.55) | $ (1,031.53) | $ (761.88) | $ (2,158.92) | $ 388.04 | $ 798.11 | $ 855.72 | $ 859.88 | $ 636.60 |
| | | | | | | | | | |
| ***Beginning Cash Balance*** | $ 3,052.07 | $ 505.52 | $ 473.99 | $ 712.11 | $ 53.19 | $ 441.23 | $ 989.34 | $ 845.07 | $ 954.95 |
| ***Net Cash Flow from Operations*** | $ (3,046.55) | $ (1,031.53) | $ (761.88) | $ (2,158.92) | $ 388.04 | $ 798.11 | $ 855.72 | $ 859.88 | $ 636.60 |
| ***DIP Proceeds*** | 500.00 | 1,000.00 | 1,000.00 | 1,500.00 | - | - | - | - | - |
| ***Cash Used to Paydown DIP*** | | | | | | 250.00 | 1,000.00 | 750.00 | 750.00 |
| ***Ending Cash Balance*** | $ 505.52 | $ 473.99 | $ 712.11 | $ 53.19 | $ 441.23 | $ 989.34 | $ 845.07 | $ 954.95 | $ 841.55 |

[1] Chapter 11 Fees

|  | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PSZ&J | 100 | 100 | 100 | 100 | 100 | 100 | 75 | 75 | 75 |
| Financial Advisor[A] | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| Investment Bank[A] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gibson Dunn | 150 | 100 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| DIP Closing cost & interest accrual @ 15% | 80 | 1.4 | 4.3 | 7.2 | 11.5 | 10.8 | 7.9 | 5.8 | 3.6 |
| Claims Agent | 10 | 10 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Creditor Committee | | 10 | 10 | 10 | 10 | 10 | 10 | 5 | 5 |
| US Trustee | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Contingency | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| | $ 400.00 | $ 286.44 | $ 209.32 | $ 212.19 | $ 216.51 | $ 215.79 | $ 187.91 | $ 180.75 | $ 178.60 |

[A] Plus any success fee that the Bankruptcy Court may approve

Chapter 11 Fees are reflected in this Budget on an accrual basis, but will be funded in the amounts and at the times set forth in the Budget and held in a segregated account or treated as restricted funds in existing accounts pending allowance of such Chapter 11 Fees by the Bankruptcy Court.

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | Re Docket No. 11 |

**ORDER AUTHORIZING (I) MAINTENANCE OF EXISTING
BANK ACCOUNTS, (II) CONTINUED USE OF EXISTING BUSINESS
FORMS, (III) CONTINUED USE OF CASH MANAGEMENT SYSTEM, (IV)
CONTINUED ACCESS TO CORPORATE CREDIT CARDS, (V) LIMITED
FUNDING FOR WIND-UP OF FOREIGN SUBSIDIARIES, AND (VI) WAIVER
OF SECTION 345(b) DEPOSIT AND INVESTMENT REQUIREMENTS**

Upon consideration of the motion (the "Motion")[2] filed by the debtors and debtors

in possession (the "Debtors") in the above-captioned chapter 11 cases, seeking entry of an Order

under sections 105, 363, 1107 and 1108 of title 11 of the United States Code (the "Bankruptcy

Code") (i) authorizing the Debtors to maintain existing bank accounts, (ii) authorizing the

Debtors to continue use of existing Cash Management System, (iii) authorizing the Debtors to

continue to use of existing business forms and checks without reference to the debtor in

possession status, (iv) authorizing the Debtors to continue to have access to corporate credit

cards, (v) authorizing limited funding for wind-up of foreign subsidiaries, and (vi) granting a

limited waiver of section 345(b) deposit and investment requirements; and it appearing that the

relief requested is in the best interests of the Debtors' estates, their creditors and other parties in

interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§

---

[1]  The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number
are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583).  The Debtors' address is 47488
Kato Road, Fremont, CA 94538.
[2]  Unless otherwise noted, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §

157(b)(2)(A), (M) and (O); and due and adequate notice of the Motion having been given under

the circumstances; and after due deliberation and cause appearing therefor; it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the Debtors are authorized, but not directed, in the reasonable

exercise of their business judgment, (i) to designate, maintain and continue to use, with the same

account numbers, all of the Bank Accounts identified in the Motion; (ii) to use, in their present

form, checks and other documents related to the Bank Accounts and (iii) to treat the Bank

Accounts for all purposes as accounts of the Debtors as debtors in possession; and it is further

ORDERED that Wells Fargo Bank, N.A. ("Wells Fargo") and U.S. Bank N.A.

("U.S. Bank" and together with Wells Fargo, the "Banks") are hereby authorized to continue to

service and administer the Bank Accounts as accounts of the Debtors as debtors in possession

without interruption and in the usual and ordinary course of business, and to receive, process,

honor and pay any and all checks and drafts drawn on the Bank Accounts before or after the

Petition Date when presented by the holders or makers thereof unless the Debtors have delivered

to the Bank a stop payment notice with respect to any one or more checks issued and provided

the applicable Bank with a list of all payments for which a stop payment notice had been given;

and it is further

ORDERED, that each of the Debtors' Banks is authorized to debit the Debtors'

accounts in the ordinary course of business without the need for further order of this Court for:

(i) all checks drawn on one or more of the Bank Accounts which are cashed at such Bank's

2

counters or exchanged for cashier's checks by the payees thereof prior to the Petition Date; (ii) all checks or other items deposited in one or more of the Debtors' accounts with such Bank prior to the Petition Date which have been dishonored or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent that such Debtor was responsible for such items prior to the Petition Date; and (iii) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to any Bank as service charges for the maintenance of the Cash Management System; and it is further

ORDERED, that any of the Debtors' Banks may rely on the representations of one or more of the Debtors with respect to whether any check or other payment order drawn or issued by one or more of the Debtors prior to the Petition Date should be honored pursuant to this or any other order of this Court, such Bank shall not have any liability to any party for relying on such representations by such Debtor as provided for herein, and any such check or payment order that is not listed as a stop payment by a Debtor shall be deemed to have been represented by such Debtor as appropriate to be honored; and it is further

ORDERED that (i) certain existing arrangements between the Debtors and the Banks with respect to the Bank Accounts and with respect to the transfers to and from the Bank Accounts shall continue to govern the postpetition cash management relationship between the Debtors and each of the Banks; (ii) the Debtors and each of the Banks may (but are not required to), without further order of this Court, agree to and implement changes to the cash management system and procedures in the ordinary course of business, including, without limitation, the opening and closing of bank accounts, with notice to the United States Trustee, the Debtors'

DOCS_DE:172836.2 80368-00001

prepetition and postpetition lenders, and counsel to any official committee appointed in this case; *provided however*, that the Banks are not required to determine whether such notice has been given by the Debtors and the Banks may rely on such changes whether such notice has been given; and (iii) in the course of providing cash management services to the Debtors, each Bank is authorized, without further Order of this Court, to continue to deduct from the appropriate accounts of the Debtors, the Bank's customary fees and expenses associated with the nature of the deposit and cash management services rendered to the Debtors; and is further

ORDERED that each Bank that maintains a disbursement account of the Debtors shall implement reasonable procedures to not honor any check for which one or more of the Debtors has delivered to Bank a stop payment notice and identified such check on a list provided to the appropriate Bank of all checks for which such Debtor has represented that a stop payment notice has been issued, , and no Bank that implements such procedures and then honors a prepetition check or other item drawn on any account that is the subject of this Order (i) at the direction of the Debtors to honor such prepetition check or item, (ii) in good faith belief that the Court has authorized such prepetition check or item to be honored, or (iii) as a result of an innocent mistake made despite implementation of such procedures, shall be deemed in violation of this Order or liable under the Bankruptcy Code for the failure to pay to the Debtors amounts payable on account of such prepetition check or item; and it is further

ORDERED that the Debtors may continue to fund its business and operations through the Bank Accounts; and it is further

4

ORDERED that the Debtors shall maintain detailed records reflecting all transfers of funds under the terms and conditions provided for by the existing agreements with the institutions participating in the Debtors' Cash Management System in connection with the ongoing utilization of its Cash Management System; and it is further

ORDERED that nothing contained herein shall prevent the Debtors from opening any new bank accounts or closing any existing bank accounts as it may deem necessary and appropriate, with notice to the United States Trustee, the Debtors' prepetition and postpetition lenders, and to any official committee appointed in these cases; *provided, however*, that any new account shall be with a bank that is insured by the Federal Deposit Insurance Corporation and organized under the laws of the United States or any state therein; and it is further

ORDERED that the Debtors are authorized to continue to use and issue checks without alteration and without the designation "debtor in possession" imprinted upon them *provided, however*, that upon exhaustion of its current check supply the Debtors shall designate "debtor in possession" on any new checks obtained postpetition; and it is further

ORDERED that the Debtors are authorized to continue utilizing their Cash Management System to manage their cash, in a manner consistent with its prepetition practice; and it is further

ORDERED that the Debtors are authorized to continue to have access to corporate credit cards issued by Wells Fargo on a postpetition basis and for postpetition business charges up to an aggregate limit of $100,000, which amount shall be collateralized by cash on hand in the Restricted Account at Wells Fargo in an amount not less than $110,000, which

Restricted Account shall be subject to a first priority security interest and right of set off in favor

of Wells Fargo that are senior to any other claims of secured creditors and any postpetition liens

granted by one or more of the Debtors, and Wells Fargo is authorized to continue to process any

prepetition charges made on such corporate credit cards and to deduct the amounts of such

prepetition charges from the Operating Account; and it is further

ORDERED that the Debtors are authorized to fund their foreign subsidiaries in an

amount not to exceed $~~500,000~~ 60,000 to the extent that any such funds have not cleared the Debtors'

Bank Accounts as of the Petition Date or are otherwise returned for any reason; and it is further

ORDERED that, subject to the following paragraph of this Order, the Debtors are

(i) authorized, on an interim basis, to deposit funds, in excess of amounts insured by the Federal

Depository Insurance Corporation, as requested in the Motion, all in accordance with the Debtors

customary prepetition Cash Management System, in addition to the investments and deposits

permitted by Bankruptcy Code § 345 and (ii) granted a 60-day extension of time to comply with

the investment and deposit requirements of section 345 of the Bankruptcy Code, which extension

is without prejudice to the Debtors' ability to seek a final waiver of those requirements; and it is

further

ORDERED, for banks at which the Debtors hold accounts that are party to a

Uniform Depository Agreement with the Office of the United States Trustee for the District of

Delaware, within fifteen (15) days from the date of entry of this Order the Debtors shall

(a) contact each bank, (b) provide the bank with each of the Debtors' employer identification

numbers, and (c) identify each of their accounts held at such banks as being held by a debtor in possession; and it is further

ORDERED, for Banks that are not party to a Uniform Depository Agreement with the Office of the United States Trustee for the District of Delaware, the Debtors shall use their good-faith efforts to cause the Banks to execute a Uniform Depository Agreement in a form prescribed by the Office of the United States Trustee within forty-five (45) days of the date of entry of this Order; and it is further

ORDERED that the authority and approvals granted by the terms of this Order to the Debtors, including with respect to the opening and closing of bank accounts and continuation of their Cash Management System, shall be in all respects subject to any requirements imposed on the Debtors under any cash collateral or debtor in possession financing order; and it is further

ORDERED that the Debtors shall cause a copy of this Order to be served on each Bank at which a Bank Account is maintained within five (5) business days of the date hereof; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: September 1, 2011

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

7

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
### as of 9/6/11

| Firm | Retainer | Paid | O/S Invoices | Paid | Total Owed | Work Performed |
|------|----------|------|--------------|------|------------|----------------|
| Pachulski Stang Ziehl & Jones LLP | $400,000 | X | $ | N/A | $ | General Bankruptcy Counsel |

**CERTIFICATES OF INSURANCE**

# ACORD CERTIFICATE OF LIABILITY INSURANCE

| PRODUCER | 650-393-2000 |
|---|---|
| San Francisco P&C | |
| Hays of California Ins Service | |
| 1350 Bayshore Hwy, Suite 218 | |
| Burlingame, CA 94010 | |
| David S. Liebes | |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURED | Solyndra, Inc. |
|---|---|
| | Solyndra LLC |
| | 47700 Kato Road |
| | Fremont, CA 94538 |

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Federal Insurance Company | 20281 |
| INSURER B: Travelers Group | 3548 |
| INSURER C: Navigators Management Co., Inc | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | GENERAL LIABILITY | 35920734 | 11/15/10 | 11/15/11 | EACH OCCURRENCE | $ 1,000,000 |
| | | X COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 100,000 |
| | | CLAIMS MADE X OCCUR | | | | MED EXP (Any one person) | $ 5,000 |
| | | X Owner/Cont Prot. | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | POLICY PRO-JECT X LOC | | | | Emp Ben. | 1,000,000 |
| A | X | AUTOMOBILE LIABILITY | | | | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | X ANY AUTO | | | | | |
| | | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | SCHEDULED AUTOS | 35920734 | 11/15/10 | 11/15/11 | | |
| | | X HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | X NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ANY AUTO | | | | OTHER THAN EA ACC | $ |
| | | | | | | AUTO ONLY: AGG | $ |
| A | X | EXCESS / UMBRELLA LIABILITY | 7887-97-77 | 11/15/10 | 11/15/11 | EACH OCCURRENCE | $ 9,000,000 |
| | | X OCCUR CLAIMS MADE | | | | AGGREGATE | $ 9,000,000 |
| | | | | | | | $ |
| | | DEDUCTIBLE | | | | | $ |
| | | X RETENTION $ | | | | | $ |
| B | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | HTUB-7463M765 | 11/15/10 | 11/15/11 | X WC STATU-TORY LIMITS OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | Y/N | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | | OTHER Fiduciary | 8222-9870 | 11/15/10 | 11/15/11 | Aggregate | 1,000,000 |
| C | | EPLI | NY10EPL306206IV | 11/15/10 | 12/15/11 | EPLI | 5,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
Proof of Coverage Only - Notice of cancellation for non-payment of premium
is 10 days only.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL **30** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| Proof of Coverage USA Coverages | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2009/01)

© 1988-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD



OP ID: I9

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
09/12/11

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: | |
|---|---|---|---|
| San Francisco P&C | 650-393-2000 | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| Hays of California Ins Service | 650-393-2001 | E-MAIL ADDRESS: | |
| 1350 Bayshore Hwy, Suite 218 | | PRODUCER CUSTOMER ID #: SOLYN-1 | |
| Burlingame, CA 94010 | | | |
| David S. Liebes | | INSURER(S) AFFORDING COVERAGE | NAIC # |
| INSURED | Solyndra LLC | INSURER A : Federal Insurance Company | 20281 |
| | Shig Hamamatsu | INSURER B : | |
| | 47700 Kato Road | INSURER C : | |
| | Fremont, CA 94538 | INSURER D : | |
| | | INSURER E : | |
| | | INSURER F : | |

COVERAGES        CERTIFICATE NUMBER:                                REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| A | CRIME | | | | 11/15/10 | 11/15/11 | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | X POLICY ☐ PRO- JECT ☐ LOC | | | | | | CRIME | $ 1,000,000 |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ SCHEDULED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | ☐ HIRED AUTOS | | | | | | | $ |
| | ☐ NON-OWNED AUTOS | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DEDUCTIBLE | | | | | | | $ |
| | ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ WC STATU- TORY LIMITS ☐ OTH- ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Pollution | | | 3731-1028 | 11/15/07 | 11/15/12 | Kato/Page | 2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, If more space is required)
Proof Of Coverage Only - Notice of cancellation for non-payemnt of premium is 10 days only.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Proof Of Coverage Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

© 1988-2009 ACORD CORPORATION. All rights reserved.

ACORD 25 (2009/09)          The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
| --- |
| 09/12/11 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: | | |
| --- | --- | --- | --- | --- |
| San Francisco P&C | 650-393-2000 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| Hays of California Ins Service | 650-393-2001 | E-MAIL ADDRESS: | | |
| 1350 Bayshore Hwy, Suite 218 | | PRODUCER CUSTOMER ID #: SOLYN-1 | | |
| Burlingame, CA 94010 | | | | |
| David S. Liebes | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED    Solyndra, Inc. | | INSURER A : Federal Insurance Company | | 20281 |
| Shig Hamamatsu | | INSURER B : Great Northern Insurance Co | | 20303 |
| 47700 Kato Road | | INSURER C : | | |
| Fremont, CA 94538 | | INSURER D : | | |
| | | INSURER E : | | |
| | | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | GENERAL LIABILITY | | | 35920734 | 11/15/10 | 11/15/11 | EACH OCCURRENCE | $ 1,000,000 |
| | X  COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | CLAIMS-MADE  X  OCCUR | | | | | | MED EXP (Any one person) | $ 5,000 |
| | X  Owner/Cont Prot. | | | GLOBAL/WORLDWIDE | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | PUBLIC LIABILITY | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | POLICY  PRO-JECT  X  LOC | | | | | | Emp Ben. | $ 1,000,000 |
| B | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | SCHEDULED AUTOS | | | 99476691 | 11/15/10 | 11/15/11 | PROPERTY DAMAGE (Per accident) | $ |
| | X  HIRED AUTOS | | | (FOREIGN) | | | | $ |
| | X  NON-OWNED AUTOS | | | | | | | $ |
| A | X  UMBRELLA LIAB  X  OCCUR | | | 7987-97-77 (WORLDWIDE) | 11/15/10 | 11/15/11 | EACH OCCURRENCE | $ 9,000,000 |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ 9,000,000 |
| | DEDUCTIBLE | | | | | | | $ |
| | RETENTION $ -0- | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y / N | | | 99476691 | 11/15/10 | 11/15/11 | X  WC STATU-TORY LIMITS  OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | FOREIGN VOLUNTARY WC | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| C | Cargo/Transit | | | N01193065 | 11/01/10 | 11/01/11 | Transit | 10,000,000 |
| | | | | | | | Warehouse | 25,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Proof of coverage only - Notice of cancellation for non-payment of premium is 10 days only.

| CERTIFICATE HOLDER | CANCELLATION |
| --- | --- |
| Proof Of Coverage Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2009 ACORD CORPORATION. All rights reserved.

ACORD 25 (2009/09)          The ACORD name and logo are registered marks of ACORD

OP ID: I9

# ACORD EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY) 09/12/2011

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): 650-393-2000 | COMPANY NAME AND ADDRESS | NAIC NO: |
|---|---|---|---|
| San Francisco P&C<br>Hays of California Ins Service<br>1350 Bayshore Hwy, Suite 218<br>Burlingame, CA 94010<br>David S. Liebes | | Zurich NA<br>Dept. 8745<br>135 S. LaSalle Street<br>Chicago, IL 60674-8745 | |

| FAX (A/C, No): 650-393-2001 | E-MAIL ADDRESS: | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
|---|---|---|
| CODE: | SUB CODE: | POLICY TYPE |
| AGENCY CUSTOMER ID #: SOLYN-1 | | |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | | POLICY NUMBER PPR9829896-00 |
|---|---|---|---|
| Solyndra LLC<br>47700 Kato Road<br>Fremont, CA 94538 | EFFECTIVE DATE 11/15/10 | EXPIRATION DATE 11/15/11 | CONTINUED UNTIL ☐ TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: | | |

**PROPERTY INFORMATION** (Use REMARKS on page 2, if more space is required)   ☒ BUILDING   OR ☐ BUSINESS PERSONAL PROPERTY

| LOCATION/DESCRIPTION | See attached Statement of Values and List of all commercial properties to be included in coverage below |
|---|---|

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**   PERILS INSURED   ☐ BASIC   ☐ BROAD   X SPECIAL   X

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE:   $                                         DED:

| | YES | NO | N/A | | | |
|---|---|---|---|---|---|---|
| ☒ BUSINESS INCOME   ☐ RENTAL VALUE | | | | If YES, LIMIT: _INCLUDED_ | Actual Loss Sustained; # of months: 12 | |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ | | 500,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC | | |
|   IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | | | |
|   IS DOMESTIC TERRORISM EXCLUDED? | X | | | | | |
| LIMITED FUNGUS COVERAGE | | | X | If YES, LIMIT: | DED: | |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | | | |
| REPLACEMENT COST | X | | | | | |
| AGREED VALUE | X | | | | | |
| COINSURANCE | | | X | If YES,        % | | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: 500,000,000 | DED: | |
| ORDINANCE OR LAW   - Coverage for loss to undamaged portion of bldg | X | | | | | |
|   - Demolition Costs | X | | | If YES, LIMIT: 25,000,000 | DED: | 250,000 |
|   - Incr. Cost of Construction | X | | | If YES, LIMIT: 25,000,000 | DED: | 250,000 |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: 10,000,000 | DED: | 250,000 |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: 10,000,000 | DED: | 250,000 |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: 500,000,000 | DED: | 250,000 |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL ___30___ DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**ADDITIONAL INTEREST**

| ☐ MORTGAGEE | ☐ CONTRACT OF SALE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|
| ☐ LENDERS LOSS PAYABLE | | |
| NAME AND ADDRESS | | |
| | | AUTHORIZED REPRESENTATIVE _James Olson_ |
| Proof of Coverage Only | | |

ACORD 28 (2006/07)   Page 1 of 2   © ACORD CORPORATION 2003-2006. All rights reserved.

The ACORD name and logo are registered marks of ACORD

See attached addendum of "Statement of Values" for per location coverage. Property "Blanket" coverage includes Building, Business Personal Property, Time Element, and Electronic Data Processing Equipment. There is an "excess" property policy with Chubb/ Federal Insurance #0662-70-70 which provides and additional blanket limit of $100,000,000.


**CHUBB**

### Excess Property Insurance

### *Declarations*

*Chubb Group of Insurance Companies*
*15 Mountain View Road*
*Warren, NJ 07059*

Named Insured and Mailing Address

SOLYNDRA, INC
47700 KATO ROAD
FREMONT, CA 94538

*Policy Number*   0662-70-70 LAO

*Effective Date*   NOVEMBER 30, 2010

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**FEDERAL INSURANCE COMPANY**

Producer No.   0008737

Producer      HAYS COMPANIES, INC.
              1350 BAYSHORE HWY, #218
              BURLINGAME, CA 94010-0000

*Incorporated under the laws of*
*INDIANA*

---

## Policy Period

From:   NOVEMBER 30, 2010        To:   NOVEMBER 15, 2011
12:01 A.M. standard time at the Named Insured's mailing address shown above.

---

## Premium
$ 95,900

---

## Limits of Insurance

| | |
|---|---|
| Each Occurrence | $100,000,000 X/O $500,000,000 |
| Flood | EXCLUDED |
| Flood-Annual Aggregate | EXCLUDED |
| Earthquake | EXCLUDED |
| Earthquake-Annual Aggregate | EXCLUDED |

## Underlying Insurance
First Underlying Insurance Policy:

| | |
|---|---|
| Limit of Insurance | $500,000,000 |
| Insurance Company: | ZURICH AMERICAN INSURANCE COMPANY |
| Policy Number: | PPR 9829896-00 |
| Policy Term: | From: NOVEMBER 15, 2010       To: NOVEMBER 15, 2011 |

---



**Navigators Insurance Company**
**One Penn Plaza**
**New York, NY 10119**

**Policy Number: NY10DOL609377IV**

## DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY
## INCLUDING EMPLOYMENT PRACTICES AND SECURITIES CLAIMS COVERAGE
## WITH DEFENSE COSTS INCLUDED IN THE LIMIT OF LIABILITY

### DECLARATIONS

| ADMINISTRATOR NAME AND ADDRESS | PRODUCER NAME AND ADDRESS |
|---|---|
| Navigators Pro<br>A Division of Navigators Management Company, Inc.<br>One Penn Plaza, 32nd Floor<br>New York, NY 10119 | Woodruff-Sawyer & Co.<br>220 Bush Street, 7th Floor<br>San Francisco, CA 94104-3509 |

**NOTE: This is a Claims Made Policy, please read it carefully. Amounts incurred as costs of defense shall reduce the limit of liability available to pay judgments or settlements and shall also be applied against the retention. This policy does not provide for any duty by the insurer to defend those insured under the Policy.**

| | | |
|---|---|---|
| **ITEM 1.** | **CORPORATION** - NAME AND PRINCIPAL ADDRESS:<br>Solyndra, Inc.<br>47700 Kato Road<br>Fremont, CA 94538 | **ITEM 2.**   **POLICY PERIOD:**<br>(a) Inception Date: November 15, 2010<br>(b) Expiration Date: November 15, 2011<br>at 12:01 a.m. both dates at the Principal Address in ITEM 1. |

| | |
|---|---|
| **ITEM 3.** | **LIMIT OF LIABILITY** (inclusive of **Costs of Defense**):<br>$5,000,000 maximum aggregate limit of liability for all **Claims** made or deemed made during any **Policy Period**. |

| | | |
|---|---|---|
| **ITEM 4.** | **RETENTIONS:** | |
| | Insuring Agreement A:<br>Each **Claim**: | $0 |
| | Insuring Agreements B and/or C:<br>Each **Claim** other than a **Securities Claim** or **Employment Practices Claim**: | $50,000 |
| | Each **Employment Practices Claim**: | N/A |
| | Each **Securities Claim**: | $50,000 |

| | |
|---|---|
| **ITEM 5.** | **PREMIUM:**<br>Total Premium: $30,000 |

| | |
|---|---|
| **ITEM 6.** | **FORMS AND ENDORSEMENTS ATTACHED AT ISSUANCE:** |

| | | | | |
|---|---|---|---|---|
| NAV-DOL-001 (10/01) | NAV-SIG-001 (10/01) | NAV-DOMA-564D (03/10) | NAV-DOMA-640 (12/09) | NAV-DOME-144 (06/05) |
| NAV-DOA-034 (10/01) | NAV-DOA-012 (10/01) | NAV-DOA-020 (10/01) | NAV-DOA-036 (10/01) | NAV-DOA-040 (10/01) |
| NAV-DOA-059 (10/01) | NAV-DOA-132 (10/01) | NAV-DOA-149 (10/01) | NAV-DOA-165 (10/01) | NAV-DOE-203 (10/01) |
| NAV-DOMA-002 (10/01) | NAV-DOMA-073 (05/03) | NAV-DOMA-096 (04/04) | NAV-DOMA-177 (02/06) | NAV-DOMA-178 (02/06) |
| NAV-DOMA-183 (03/06) | NAV-DOMA-197D (06/07) | NAV-DOMA-222 (08/06) | NAV-DOMA-250 (12/06) | NAV-DOMA-311 (10/07) |
| NAV-DOME-133 (04/05) | NAV-DOME-140 (06/05) | NAV-DOME-141 (06/05) | NAV-DOME-153 (08/05) | NAV-DOME-209 (07/06) |
| NAV-DOMA-335 (12/07) | NAV-DOMA-537 (10/08) | NAV-DOMA-207 (07/06) | NAV-DOME-007 (05/02) | NAV-DOE-130 (10/01) |
| NAV-DOMA-356 (03/08) | NAV-DOMA-272 (01/07) | NAV-DOMA-287A (04/08) | NAV-DOA-031 (10/01) | NAV-DOMA-667 (03/10) |
| NAV-DOMA-154A (04/08) | NAV-DOMA-352 (02/08) | | | |

| | |
|---|---|
| **ITEM 7.** | **PRIOR AND PENDING DATE:** April 11, 2006 |

**These Declarations, the signed and completed Application and the Policy, with endorsements, will constitute the contract between the Insured and the Insurer.**

Issuing Office: New York

Issue Date: November 30, 2010

NAV-DOL-DEC (10/01)

# SYNDICATE CVS 1919 AT LLOYD'S

399 Park Avenue, New York, NY 10022 • Tel. (646) 227-6377

---

## SIDE 'A' DIRECTORS & OFFICERS EXCESS AND
## LEAD DIFFERENCE-IN-CONDITIONS ("DIC") INSURANCE POLICY

**POLICY NUMBER:** SILSXFL25011310
**RENEWAL OF:** Newline

**NOTICE: EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THE COVERAGE OF THIS POLICY IS GENERALLY LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSUREDS DURING THE POLICY PERIOD AND REPORTED IN WRITING TO THE INSURER PURSUANT TO THE TERMS HEREIN. PLEASE READ THE POLICY CAREFULLY AND DISCUSS THE COVERAGE THEREUNDER WITH YOUR INSURANCE AGENT OR BROKER.**

**NOTICE: THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY AMOUNTS INCURRED FOR DEFENSE COSTS. AMOUNTS INCURRED FOR DEFENSE COSTS SHALL BE APPLIED AGAINST THE RETENTION AMOUNT.**

**NOTICE: THE INSURER DOES NOT ASSUME ANY DUTY TO DEFEND.**

---

DECLARATIONS

**ITEM 1:** COMPANY: Solyndra, Inc.

ADDRESS: 47700 Kato Rd.
Fremont, CA 95125

**ITEM 2:** POLICY PERIOD: From: November 15, 2010 to: November 15, 2011
(12:01 a.m. Standard Time at the address stated in Item 1)

**ITEM 3:** LIMIT OF LIABILITY: $5,000,000
aggregate for all Loss under this policy, including Defense Costs

EXCESS OF TOTAL UNDERLYING LIMITS OF: $5,000,000

**ITEM 4:** SUPPLEMENTAL LIMIT OF LIABILITY FOR INDEPENDENT DIRECTORS:

$500,000
aggregate for all Loss under this policy, including
Defense Costs

CVS FL 16000 EX-A DIC 09-09

**ITEM 5:**   PREMIUM: $22,500

**ITEM 6:**   DISCOVERY PERIOD:

      A. DISCOVERY PERIOD PREMIUM: 100% of premium set forth in Item 5 above

      B. DISCOVERY PERIOD:          12 months

**ITEM 7:**   ADDRESS OF INSURER FOR NOTICES UNDER THIS POLICY:

      **A.** <u>**Claims-Related Notices**</u>

          LVL CLAIMS SERVICES, LLC
          111 JOHN STREET
          SUITE 1500
          NEW YORK, NEW YORK  10038
          e-mail: <u>notice@lvlclaims.com</u>

      **B.** <u>**All Other Notices to the Insurer**</u>:

          C.V. STARR & COMPANY
          ATTN:  FINANCIAL LINES DEPARTMENT
          90 PARK AVE.  6TH FLOOR
          NEW YORK, NY 10016

**ITEM 8:**   SCHEDULE OF PRIMARY AND UNDERLYING EXCESS POLICIES:

**Primary Policy:**

| Insurer | Policy Number | Limits | Policy Period |
|---|---|---|---|
| Navigators Insurance Company | NY10DOL609377IV | $5,000,000 | 11/15/2010 – 11/15/2011 |

In Witness Whereof, the Insurer has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the Insurer.

 

_____                    _____
**Charles H. Dangelo, President**              **Honora M. Keane, General Counsel**

 

_____
Authorized Representative

**Bank Accounts**

| Account Number | Type | Location |
|---|---|---|
| 30412302xxx | Operating Account<br>(Solyndra LLC) | Wells Fargo Bank |
| 412-481xxxx | Payroll Account<br>(Solyndra LLC) | Wells Fargo Bank |
| 777-601xxxx | Collections for<br>Customer Accounts<br>(Solyndra LLC) | Wells Fargo Bank |
| 1334xxxx<br>15391067xxxx | Collections for<br>Customer Accounts<br>(Solyndra LLC) | US Bank |
| 412350xxxx | Restricted Account<br>(Credit Card Obligation) | Wells Fargo Bank |