IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket Nos. 7 & 61** |

**Objection Deadline: September 20, 2011 at 4:00 p.m. (prevailing Eastern time)**
**Hearing: September 27, 2011 at 9:30 a.m. (prevailing Eastern time)**

# CERTIFICATION OF NO OBJECTION RE: DEBTORS' MOTION FOR ORDER UNDER SECTION 365(A) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS (A) TO REJECT UENXPIRED LEASE AND (B) ABANDON ANY PERSONAL PROPERTY LOCATED AT SUCH PREMISES AND FIXING A BAR DATE FOR CLAIMS OF COUNTERPARTY

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Debtors' Motion for Order under Section 365(a) of the Bankruptcy Code Authorizing the Debtors (A) to Reject Unexpired Lease and (B) Abandon Any Personal Property Located at Such Premises and Fixing a Bar Date for Claims of Counterparty* (Docket No. 7) (the "Motion") filed on September 6, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than September 20, 2011.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

Accordingly, the Debtors request that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: September 22, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ B. Grohsgal
───────────────────────────────
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
bgrohsgal@pszjlaw.com
jfried@pszjlaw.com

[Proposed] Counsel for the Debtors and Debtors in Possession

DOCS_DE:173298.1 80368-00001