# EXHIBIT "A"

**INVOICE**

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court   Santa Clarita, CA 91350 USA
Phone: 661-222-3006      Fax: 661-222-3009

Invoice Number: **21980**
Invoice Date: August 16, 2011

SOLD TO:
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA 94088

SHIP TO:
SOLYNDRA LLC
C/O MENLO LOGISTICS
41652 Boscell Road
Fremont, CA 94538

| P.O. No. | Shipping Order No. | F.O.B. |
|---|---|---|
| 139341 | 25963 | Our Plant |
| **Ship Via:** Menlo | | **Terms:** NET 45 |

| DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| P/N: 0025-30077 006 (Tube Middle) | 159,120 | EA | 0.4050 | $64,443.60 |

| | |
|---|---|
| TOTAL CHARGES | $64,443.60 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$64,443.60** |

**INVOICE**

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court   Santa Clarita, CA 91350  USA
Phone: 661-222-3006     Fax: 661-222-3009

Invoice Number: **21985**
Invoice Date: August 17, 2011

**SOLD TO:**
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA 94088

**SHIP TO:**
SOLYNDRA LLC
C/O MENLO LOGISTICS
41652 Boscell Road
Fremont, CA 94538

| P.O. No. 139341 | Shipping Order No. 25965 | F.O.B.: Our Plant |
|---|---|---|
| Ship Via: Menlo | | Terms: NET 45 |

| DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| P/N: 0025-30077 006 (Tube Middle) | 159,120 | EA | 0.4050 | $64,443.60 |

| | |
|---|---|
| TOTAL CHARGES | $64,443.60 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$64,443.60** |

**INVOICE**

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court   Santa Clarita, CA  91350  USA
**Phone:** 661-222-3006      **Fax:** 661-222-3009

**Invoice Number:** 21998
**Invoice Date:** August 18, 2011

**SOLD TO:**
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA  94088

**SHIP TO:**
SOLYNDRA LLC
C/O MENLO LOGISTICS
41652 Boscell Road
Fremont, CA 94538

| P.O. No. 139341 | Shipping Order No. 25964 | F.O.B.: Our Plant |
|---|---|---|
| Ship Via: Menlo | | Terms: NET 45 |

| DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| P/N: 0025-30077 006 (Tube Middle) | 159,120 | EA | 0.4050 | $64,443.60 |

| | |
|---|---|
| TOTAL CHARGES | $64,443.60 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$64,443.60** |

# INVOICE

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court   Santa Clarita, CA  91350  USA
Phone: 661-222-3006      Fax: 661-222-3009

Invoice Number: **22000**

Invoice Date: August 22, 2011

**SOLD TO:**
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA  94088

**SHIP TO:**
SOLYNDRA LLC
C/O MENLO LOGISTICS
41652 Boscell Road
Fremont, CA 94538

| P.O. No. 139341 | Shipping Order No. 25966 | F.O.B.: Our Plant |
|---|---|---|
| Ship Via: Landstar | | Terms: NET 45 |

| DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| P/N: 0025-30077 006 (Middle Tube) | 159,120 | EA | 0.4050 | $64,443.60 |

| | |
|---|---|
| TOTAL CHARGES | $64,443.60 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$64,443.60** |

# INVOICE

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court   Santa Clarita, CA 91350 USA
**Phone:** 661-222-3006   **Fax:** 661-222-3009

**Invoice Number:** **22004**
**Invoice Date:** August 23, 2011

**SOLD TO:**
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA 94088

**SHIP TO:**
SOLYNDRA LLC
C/O MENLO LOGISTICS
41652 Boscell Road
Fremont, CA 94538

| P.O. No. 141271 | Shipping Order No. 26241 | F.O.B.: Our Plant | |
|---|---|---|---|
| Ship Via: Menlo | | Terms: NET 45 | |
| **DESCRIPTION** | **QTY** | **UNIT** | **PRICE** | **TOTAL** |
| P/N: 0020-31237 003 (Cable, Trough, East/West) | 4,500 | EA | 7.5200 | $33,840.00 |

| | |
|---|---|
| TOTAL CHARGES | $33,840.00 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$33,840.00** |

**INVOICE**

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court   Santa Clarita, CA 91350 USA
Phone: 661-222-3006    Fax: 661-222-3009

**Invoice Number: 22007**
Invoice Date: August 24, 2011

**SOLD TO:**
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA 94088

**SHIP TO:**
SOLYNDRA LLC
C/O MENLO LOGISTICS
41652 Boscell Road
Fremont, CA 94538

| P.O. No. | Shipping Order No. | F.O.B. |
|---|---|---|
| 139341 | 25967 | Our Plant |
| Ship Via: JIT Collect | | Terms: NET 45 |

| DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| P/N: 0025-30077 006 (Tube Middle) | 159,120 | EA | 0.4050 | $64,443.60 |

| | |
|---|---|
| TOTAL CHARGES | $64,443.60 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$64,443.60** |

**INVOICE**

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court  Santa Clarita, CA  91350  USA
**Phone:** 661-222-3006  **Fax:** 661-222-3009

**Invoice Number:** **22011**
**Invoice Date:** August 25, 2011

**SOLD TO:**
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA  94088

**SHIP TO:**
SOLYNDRA LLC
41652 Boscell Road
Fremont, CA 94538

| P.O. No. 141271 | Shipping Order No. 26244 | F.O.B.: Our Plant |
|---|---|---|
| Ship Via: JIT Collect | | Terms: NET 45 |

| DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| P/N: 0020-31237 003 (Cable trough, East/West) | 1,995 | EA | 7.5200 | $15,002.40 |

| | |
|---|---|
| TOTAL CHARGES | $15,002.40 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$15,002.40** |

**INVOICE**

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court   Santa Clarita, CA 91350  USA
**Phone:** 661-222-3006      **Fax:** 661-222-3009

**Invoice Number:** 22012
**Invoice Date:** August 25, 2011

**SOLD TO:**
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA 94088

**SHIP TO:**
SOLYNDRA LLC
41652 Boscell Road
Fremont, CA 94538

| P.O. No. 139341 | Shipping Order No. 25968 | F.O.B.: Our Plant |
|---|---|---|
| Ship Via: JIT Collect | | Terms: NET 45 |

| DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| P/N: 0025-30077 006 (Tube Middle) | 159,120 | EA | 0.4050 | $64,443.60 |

|  |  |
|---|---|
| TOTAL CHARGES | $64,443.60 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$64,443.60** |

**INVOICE**

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court   Santa Clarita, CA 91350 USA
Phone: 661-222-3006   Fax: 661-222-3009

**Invoice Number:** 22016
**Invoice Date:** August 26, 2011

**SOLD TO:**
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA 94088

**SHIP TO:**
SOLYNDRA LLC
41652 Boscell Road
Fremont, CA 94538

| P.O. No. | Shipping Order No. | F.O.B. |
|---|---|---|
| 139341 | 25970 | Our Plant |
| **Ship Via:** JIT Collect | | **Terms:** NET 45 |

| DESCRIPTION | QTY | UNIT | PRICE | TOTAL |
|---|---|---|---|---|
| P/N: 0025-30077 006 | 159,120 | EA | 0.4050 | $64,443.60 |

| | |
|---|---|
| TOTAL CHARGES | $64,443.60 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$64,443.60** |

**INVOICE**

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court   Santa Clarita, CA 91350 USA
**Phone:** 661-222-3006      **Fax:** 661-222-3009

**Invoice Number:** **22046**
**Invoice Date:** August 30, 2011

**SOLD TO:**
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA 94088

**SHIP TO:**
SOLYNDRA LLC
41652 Boscell Road
Fremont, CA 94538

| P.O. No. 140594 | Shipping Order No. 26135 | F.O.B.: Our Plant | |
|---|---|---|---|
| Ship Via: JIT | | Terms: NET 45 | |
| **DESCRIPTION** | **QTY** | **UNIT** | **PRICE** | **TOTAL** |
| P/N: 0020-31237 003 (Cable Trough, East/West) | 2,580 | EA | 7.5200 | $19,401.60 |

| | |
|---|---|
| TOTAL CHARGES | $19,401.60 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$19,401.60** |

**INVOICE**

**CERTIFIED THERMOPLASTICS CO., INC.**
26381 Ferry Court   Santa Clarita, CA 91350 USA
**Phone:** 661-222-3006      **Fax:** 661-222-3009

**Invoice Number: 22045**
**Invoice Date:** August 30, 2011

**SOLD TO:**
SOLYNDRA LLC
Attn: Accounts Payable
P.O. Box 61239
Sunnyvale, CA 94088

**SHIP TO:**
SOLYNDRA LLC
41652 Boscell Road
Fremont, CA 94538

| P.O. No. 139341 | Shipping Order No. 25969, 25971 & 25972 | F.O.B.: Our Plant | |
|---|---|---|---|
| Ship Via: JIT | | Terms: NET 45 | |
| **DESCRIPTION** | **QTY** | **UNIT** **PRICE** | **TOTAL** |
| P/N: 0025-30077 006 (Tube Middle) | 159,120 | EA  0.4050 | $64,443.60 |
| P/N: 0025-30077 006 (Tube Middle) | 159,120 | EA  0.4050 | $64,443.60 |
| P/N: 0025-30077 006 (Tube Middle) | 159,120 | EA  0.4050 | $64,443.60 |

| | |
|---|---|
| TOTAL CHARGES | $193,330.80 |
| TAX | $0.00 |
| FREIGHT | $0.00 |
| **INVOICE TOTAL** | **$193,330.80** |