IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Solyndra LLC, *et al.*,[1] | ) Case No.: 11-12799 (MFW) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | Related Docket No. 7 |

### ORDER GRANTING DEBTORS' MOTION FOR ORDER UNDER SECTION 365(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS (A) TO REJECT UNEXPIRED LEASE AND (B) ABANDON ANY PERSONAL PROPERTY LOCATED AT SUCH PREMISES AND FIXING A BAR DATE FOR CLAIMS OF COUNTERPARTY

Upon consideration of the motion of the captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order under section 365(a) of the Bankruptcy Code authorizing the Debtors to reject the unexpired lease of non-residential real property described therein and to abandon any personal property located at such premises and fixing a bar date for claims of the counterparty to the rejected lease (the "Motion"); and it appearing that the relief requested is in the best interests of the Debtors' estates and creditors; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is granted;[2] and it is further

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

DOCS_DE:172708.3 80368-00001

ORDERED that the Rejected Lease listed on <u>Exhibit A</u> attached hereto is deemed rejected effective on the Rejection Effective Date; and it is further

ORDERED the Debtors are authorized to abandon any personal property located in the Leased Premises underlying the Rejected Lease pursuant to 11 U.S.C. § 554(a); and it is further

ORDERED that within 3 business days after entry of this Order the Debtors will serve this Order on the Counterparty to the Rejected Lease; and it is further

ORDERED that thirty days after entry of this Order is hereby fixed as the bar date by which the Counterparty to the Rejected Lease must file a claim under section 502 of the Bankruptcy Code or other claims in connection with such Rejected Lease or the rejection, breach or termination of such Rejected Lease, failing which such claim shall be forever barred; and it is further

ORDERED that the Debtors reserve all rights to contest any such rejection damage claim and to contest the characterization of the Rejected Lease, as executory or not, and "true" contract or not, and to contest whether such Rejected Lease may have terminated prior to the Petition Date, or otherwise; and it is further

ORDERED that the Debtors do not waive any claims that they may have against the Counterparty to the Rejected Lease, whether or not such claims are related to the Rejected Lease; and it is further

---

[2] Unless otherwise noted, capitalized terms used herein have the meanings ascribed in the Motion.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that notwithstanding the possible applicability of Rules 6004(g), 7062, or 9014 of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: September 23, 2011

_____
United States Bankruptcy Judge