IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No. 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Re: Dkt. No. 91

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF SOLYNDRA LLC FOR AN ORDER (A) APPROVING PROCEDURES FOR SALE OF BUSINESS ASSETS ON TURNKEY BASIS; (B) SCHEDULING AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE AND ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (C) APPROVING FORMS OF NOTICE; AND (D) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") submits this objection (the "Objection") to the *Motion of Solyndra LLC for an Order (a) Approving Procedures for Sale of Business Assets on Turnkey Basis; (b) Scheduling Auction and Hearing to Consider Approval of Sale and Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; Approving Forms of Notice; and (d) Granting Related Relief* [Dkt. No. 91] (the "Bid Procedures Motion"). In support of its Objection, the Committee respectfully represents as follows:

**BACKGROUND**

**A. General Background**

1. On August 31, 2011, the Debtors shut down all manufacturing operations and terminated the vast majority of their workforce, over 1000 employees. Thereafter, on September

---

[1] The Debtors in these cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

137623.01600/40197359v.1

6, 2011 (the "Petition Date"), each of the Debtors filed separate voluntary petitions under chapter 11 of title 11 of the United States Code.

2. The Committee was formed on September 15, 2011, and is comprised of trade creditors and a former employee, on behalf of himself, and a class of former employees asserting claims for wrongful termination under the WARN Act. The Committee members and the unsecured creditors whom they represent, with aggregate claims in excess of $40 million, have a material interest in the outcome of these chapter 11 cases.

3. On September 14, 2011, the Debtors filed an application to retain Imperial Capital, LLC ("Imperial") as financial advisor and investment banker [Dkt. No. 80] (the "Imperial Retention Application"). The Debtors had not engaged Imperial or any other investment banker to market the assets prior to the Petition Date.

**B. The Bid Procedures Motion**

4. On September 16, 2011, the Debtors filed the Bid Procedures Motion in which the Debtors seek authorization to sell the business assets of Solyndra LLC ("Solyndra") to a turnkey buyer (the "Sale") on an expedited basis.

5. In the Bid Procedures Motion, the Debtors propose that (i) all bids be received no later than October 25, 2011 (the "Bid Deadline"), (ii) an auction be held on October 28, 2011, and (iii) a hearing to approve the Sale be held on November 2, 2011.

**OBJECTION**

6. The Debtors are rushing to sell Solyndra's assets without providing adequate time for Imperial to conduct a robust marketing and sale process. The unnecessarily expedited timeline proposed for the sale impedes the Debtors' ability to maximize value for their estates and all stakeholders. As there were no marketing efforts prior to the Petition Date, and Imperial

2

has no history with Solyndra, the Bid Deadline provides an unreasonably truncated time within which to find an acceptable buyer.

7. The Committee believes that it would be in the best interests of the Debtors, their creditors and all stakeholders to extend the deadlines in the Bid Procedures by, at a minimum, an additional four weeks[2]. The Committee understands that the Debtors have sufficient funds available to extend the marketing and sale process.

8. A four week extension will afford Imperial additional time to market Solyndra's assets and also will allow potential buyers time to perform necessary due diligence in advance of submitting a bid. The sale will be on an "as is, where is" basis with no due diligence or other contingencies. Consequently without sufficient opportunity to complete due diligence, a prospective buyer is likely to undervalue the assets to adjust for the risk of being an uninformed purchaser. Accordingly, additional time creates the opportunity to increase value.

9. Further, the four week extension would allow time for the Debtors, the Committee, the Tranche A Lenders and the Department of Energy ("DOE") to explore potential alternative restructuring opportunities. As recently as August, 2011, the Debtors, certain holders of Tranche A Debt and representatives of the DOE participated in negotiations regarding a restructuring of Solyndra's obligations to existing Lenders. Those negotiations abruptly fell apart and, as a result, Solyndra was unable to continue operations. Now that Solyndra is in Chapter 11, the Committee submits that it should be afforded the opportunity to explore the restructuring and any other options in an attempt to bring the most value to the Debtors' estates. Indeed, the Debtors themselves acknowledge that after suspending operations, they retained "key employees to operate the business while restructuring options are explored." (Bid Procedures

---

[2] The Committee raised other concerns with the Bid Procedures which the Debtors agreed to adopt and incorporate into revised bid procedures.

137623.01600/40197359v.1

Motion at ¶ 16). An extension of the sale process would allow the Committee to partake in restructuring negotiations with the key players. The Committee submits that providing additional time to enable the Committee and the major constituents to consider restructuring options will inure not only to the benefit of creditors, but also to employees and taxpayers. Given that the Debtors have the ability to fund such an extension, there is no prejudice to the Debtors or their estates. On the contrary, such an extension is likely to provide additional value.

10. As everyone knows, the failure of Solyndra has attracted great public attention. The Committee is concerned that forces outside the Chapter 11 process are exerting such pressure on Solyndra and the major players that the high-speed train headed for a quick sale cannot be slowed down. In the interest of all creditors, employees and taxpayers, the Committee respectfully requests that this Court direct the Debtors to extend the marketing and sale process, even if only for a short time, to enable all of the parties to participate in meaningful discussions and for the Debtors to engage in a robust marketing effort in hopes of a more favorable outcome for everyone.

**WHEREFORE**, the Committee respectfully requests that the Court condition the approval of the Bid Procedures Motion on a four week extension of all deadlines contained in the Bid Procedures, and grant such other and further relief as is proper and just.

Dated: September 23, 2011

                                      **BLANK ROME LLP**

                                      By:   */s/ Bonnie Fatell*
                                              Bonnie Glantz Fatell (DE No. 3809)
                                              David W. Carickhoff (DE No. 3715)
                                              Alan M. Root (DE No. 5427)
                                              1201 Market Street
                                              Suite 800
                                              Wilmington, Delaware 19801
                                              (302) 425-6400

                                                       -and-

                                              Rocco A. Cavaliere
                                              The Chrysler Building
                                              405 Lexington Avenue
                                              New York, New York 10174
                                              (212) 885-5000

                                              *Proposed Counsel for the Official*
                                              *Committee of Unsecured Creditors*