IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Solyndra LLC, et al.,[1] | ) Case No.: 11-12799 (MFW) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) **Related Docket No. 118** |

## AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 27, 2011 AT 9:30 A.M.

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**UNCONTESTED MATTERS (CERTIFICATION OF NO OBJECTION AND/OR CERTIFICATION OF COUNSEL FILED):**

1. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code (Filed September 6, 2011; Docket No. 3)

    **Objection Deadline:** September 20, 2011 at 4:00 p.m.

    **Objections/Responses:** None to date.

    **Related Documents:**

    (a) Notice of Hearing on Motion (Filed September 9, 2011; Docket No. 62)

    (b) Certification of Counsel (Filed September 22, 2011; Docket No. 114)

    (c) **[signed] Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code (Entered September 23, 2011; Docket No. 129)**

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

**Status:** This matter is resolved. The Court has entered an Administrative Order at Docket No. 129.

2. Debtors' Motion for Order under Section 365(a) of the Bankruptcy Code Authorizing the Debtors (A) to Reject Unexpired Lease and (B) Abandon Any Personal Property Located at Such Premises and Fixing a Bar Date for Claims of Counterparty (Filed September 6, 2011; Docket No. 7)

   **Objection Deadline:** September 20, 2011 at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a) Notice of Hearing on Motion (Filed September 9, 2011; Docket No. 61)

   (b) Certification of No Objection (Filed September 22, 2011; Docket No. 112)

   (c) **[signed] Order Granting Debtors' Motion (Entered September 23, 2011; Docket No. 130)**

   **Status:** This matter is resolved. The Court has entered an Order Granting Debtors' Motion at Docket No.130.

## UNCONTESTED MATTERS:

3. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Scheduling Final Hearing (Filed September 6, 2011; Docket No. 12)

   **Related Documents:**

   (a) [signed] Interim Order (Entered September 7, 2011; Docket No. 40)

   (b) Notice of Entry of Interim Order and Final Hearing (Filed September 9, 2011; Docket No. 60)

   (c) Amended Notice of Entry of Interim Order and Final Hearing (Filed September 9, 2011; Docket No. 65)

(d) Notice of Filing of Postpetition Loan Agreement (Filed September 16, 2011; Docket No. 90)

(e) Proposed Form of Final Order (I) Authorizing the Debtors to
(A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral,
(II) Granting Liens and Superpriority Administrative Expense Status,
(III) Granting Adequate Protection,(IV) Modifying the Automatic Stay, and
(V) Scheduling Final Hearing (**Docket No. 138**)

**Objection Deadline:** September 23, 2011 at 4:00 p.m. **[Extended to September 26, 2011 at 12:00 Noon for the United States Trustee]**

**Objections/Responses:**

(a) **Limited Objection of Peter M. Kohlstadt, on behalf of himself and a class of similarly-situated former employees of Solyndra LLC and 360 Degree Solar Holdings (collectively, the "WARN Claimants") (Filed September 23, 2011; Docket No. 125)**

(b) **Limited Objection of the Official Committee of Unsecured Creditors (Filed September 23, 2011; Docket No. 132)**

**Reply:**

(a) **Omnibus Reply and Submission of Redlined Orders in Support of (I) Entry of Final Order Approving Postpetition Secured Financing and Use of Cash Collateral and (II) Approval of Procedures for Sale of Business Assets on Turnkey Basis (Filed September 23, 2011; Docket No. 138)**

**Status:** This matter is going forward with respect to entry of the Final Order on the Motion.

4. Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors-in-Possession *nunc pro tunc* to the Petition Date (Filed September 8, 2011; Docket No. 45)

**Objection Deadline:** September 20, 2011 at 4:00 p.m. [Extended to September 23, 2011 at 4:00 p.m. for the U.S. Trustee]

**Objections/Responses:** None to date.

**Related Documents:**

    (a)    Notice of Application (Filed September 9, 2011; Docket No. 63)

**Status:** This matter is going forward.

5. Debtors' Application for Order Authorizing and Approving the Employment and Retention of AlixPartners, LLP as Noticing, Claims and Balloting Agent in These Chapter 11 Cases *nunc pro tunc* to the Petition Date (Filed September 9, 2011; Docket No. 66)

   **Objection Deadline:** September 20, 2011 at 4:00 p.m. Extended to September 23, 2011 at 4:00 p.m. for the U.S. Trustee]

   **Objections/Responses:** None to date.

   **Related Documents:**

       **(a)**    **Certification of Counsel re: Revised Order for Application (Filed September 26, 2011; Docket No. 136)**

   **Status:** The Debtors **have filed** a revised order under certification of counsel, incorporating revisions requested by the United States Trustee. This matter is going forward.

6. Debtors' Application for Order Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 Authorizing the Employment and Retention of Imperial Capital, LLC as Financial Advisor and Investment Banker to the Debtors *nunc pro tunc* to September 10, 2011 (Filed September 14, 2011; Docket No. 80)

   **Objection Deadline:** September 23, 2011 at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

       (a)    [signed] Order Shortening Notice Period (Entered September 15, 2011; Docket No. 85)

       (b)    Notice of Hearing on Application (Filed September 15, 2011; Docket No. 87)

    (c)    Supplemental Affidavit of Eric Carlson in Support of the Debtors' Application for Order Authorizing the Employment and Retention of Imperial Capital, LLC, as Financial Advisor and Investment Banker to the Debtors, *nunc pro tunc* to September 10, 2011 (Filed September 26, 2011; Docket No. 139)

    (d)    Certification of Counsel re Revised Order for Application (Filed September 26, 2011; Docket No. 141)

**Status:** The Debtors **have filed** a revised order under certification of counsel, incorporating revisions requested by the United States Trustee. This matter is going forward.

7. Motion of Solyndra LLC for an Order (A) Approving Procedures for Sale of Business Assets on Turnkey Basis; (B) Scheduling Auction and Hearing to Consider Approval of Sale and Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Approving Forms of Notice and (D) Granting Related Relief (Filed September 16, 2011; Docket No. 91)

    **Objection Deadline:** September 23, 2011 at 4:00 p.m. [Extended to September 26, 2011 at 12:00 Noon for the United States Trustee]

    **Objections/Responses:**

    (a)    iStar CTL I, L.P.'s Objection (Filed September 23, 2011; Docket No. 120)

    (b)    Limited Objection of Global Kato HG, LLC (Filed September 23, 2011; Docket No. 121)

    (c)    Joinder of Calaveras LLC to iStar CTL I, L.P.'s Objection (Filed September 23, 2011; Docket No. 122)

    (d)    Objection of the Official Committee of Unsecured Creditors (Filed September 23, 2011; Docket No. 131)

    **Reply:**

    (a)    Omnibus Reply and Submission of Redlined Orders in Support of (I) Entry of Final Order Approving Postpetition Secured Financing and Use of Cash Collateral and (II) Approval of Procedures for Sale of Business Assets on Turnkey Basis (Filed September 23, 2011; Docket No. 138)

**Related Documents**:

(a) [signed] Order Shortening Notice Period (Entered September 19, 2011; Docket No. 97)

(b) Notice of Hearing on Motion (Filed September 19, 2011; Docket No. 102)

**Status:** This matter is going forward.

8. Debtors' Application for Order Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014 of the Federal Rules of Bankruptcy, and Local Rule 2014-1 for Authorization to Employ and Retain McDermott Will & Emery as Special Counsel to the Debtors *nunc pro tunc* to the Petition Date (Filed September 16, 2011; Docket No. 93)

    **Objection Deadline:** September 23, 2011 at 4:00 p.m.

    **Objections/Responses:** None to date.

    **Related Documents**:

    (a) [signed] Order Shortening Notice Period (Entered September 19, 2011; Docket No. 99)

    (b) Notice of Hearing on Application (Filed September 19, 2011; Docket No. 101)

    (c) **Certification of No Objection (Filed September 26, 2011; Docket No. 133)**

    **Status:** This matter is going forward. **The Debtors have filed a certification of no objection with the Court.**

## CONTESTED MATTERS:

9. Debtors' Motion for an Order under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance and (C) Establishing Procedures for Determining Adequate Assurance of Payment (Filed September 6, 2011; Docket No. 8)

    **Objection Deadline:** September 23, 2011 at 4:00 p.m.

**Objections/Responses:**

(a) Objection of Pacific Gas and Electric Company ("PG&E") Creditor and Utility (Filed September 22, 2011; Docket No. 115)

**Related Documents:**

(a) [signed] Bridge Order Determining Adequate Assurance of Payment for Future Utility Services and Setting a Final Hearing (Entered September 7, 2011; Docket No. 37)

(b) Notice of Entry of Bridge Order and Final Hearing on Motion (Filed September 9, 2011; Docket No. 53)

(c) Amended Notice of Entry of Bridge Order and Final Hearing on Motion (Filed September 9, 2011; Docket No. 64)

**Status:** This matter is going forward with respect to entry of the Final Order on the Motion.

Dated: September 26, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *signature*

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  rpachulski@pszjlaw.com
         dgrassgreen@pszjlaw.com
         bgrohsgal@pszjlaw.com
         jfried@pszjlaw.com

[Proposed] Counsel for the Debtors and Debtors in Possession