# Exhibit B

## Non-Core Assets

| Qty | Manufacturer | Model | Description | S/A # | Bldg Location | Location |
|---|---|---|---|---|---|---|
| 1 | Von Ardenne | GC 120H/ CS | GC 120H/ CS automated inline TCO glass coating system. 12 chamber system consisting of (1) entry chamber, (2) process chambers, (7) sputtering chambers, and (2) load lock and buffering chambers; autoload and unload stations. Includes (9) RSM/ RSM 1300 dual rotatable magnetron modules, (7) pumping lids, (4) Polycold PFC 1102HC chiller units; Producing 1.23MW solar tubes, 3.14cm diameter, 120 x 120cm substrate, @ 16% efficiency. Professionally decommissioned and crated. Contents of 114 crates. Mfg date 2007. Located in Fremont, CA. | | | Fremont, CA |
| 1 | Von Ardenne | GC 120H/ CIGS | GC 120H/ CIGS inline PV coating system. 10 chamber system consisting of (8) sputtering chambers and (2) load lock and buffering chambers. Professionally decommissioned, palletized and banded. Contents of _____ crates. Mfg date 2007. Located in Newark, CA. | | | Newark, CA |
| 1 | Mydax | 2VLH60W | High performance chiller unit, 2 channel water cooled chiller/ heater. Professionally decommissioned and crated. Located in Fremont, CA. | s/n S/A 31486. | | Fab 2 Back End |
| 1 | Elma | LRS -10-LRS-S-WLT | Ultra fine cleaning machine #4, 10 station Inline substrate washing system, 2400 tubes/ hour capacity, includes 9 tanks, 1 dryer module, automated loader and unloader track assemblies. | | | Fab 1 Front End |
| 1 | | | Large quantity of support equipment, spare parts, and supplies for Von Ardenne coating systems. | | | |
| 1 | Elma | LRS 530-10-LRS3/2-S | Ultra fine cleaning machine #3, Inline substrate washing system. | | | Fab 1 Front End |
| 1 | | | Lot: (3) Vibratory parts feeders includes metal enclosures & metal support structures. | | Fab 2 Back End | Fremont, CA |
| 1 | | | Tube Assembly module on skid. | | Fab 2 Back End | Fremont, CA |
| 1 | | | Small Vacuum Chamber, manual. | | Fab 2 Back End | Fremont, CA |
| 1 | | | Polypropylene utility hood w/ top ventilation ports, 6 ft. D x 82" H x 10 ft. W. | | Fab 2 Back End | Fremont, CA |
| 1 | Mydax | 2VLH60W | High performance chiller unit, 2 channel water cooled chiller/ heater. Professionally decommissioned and crated. Located in Fremont, CA. | S/A 31486. | Fab 2 Back End | Fremont, CA |
| 1 | | | Lot: Assorted conveyor lines, assembly equipment, robotic arm assembly, and aluminum and metal scrap. Parts only, as is. | | Fab 2 Back End | Fremont, CA |

| Qty | Manufacturer | Model | Description | S/A # | Bldg Location | Location |
|---|---|---|---|---|---|---|
| 1 | Air Flow Systems, Inc. | DCH2-BI-HOPPER-EXTME-PG10 | Airflow unit, 5 hp, 3450 rpm, 3 ph, 460V. Brand new, never used. Mfg. Dec 2009. | | Bldg # 3 | Fremont, CA |
| 1 | White | TE 2660-130 | Vertical Storage Carousel w/ White Series 2400 controller. 20 ft. H x 13 ft. W x 6 ft. D. | | Fab 2 Back End | Fremont, CA |
| 1 | ATS | 07176-02 | Glass measuring line for inspection w/ auto reject system. Includes Advantech controller, auto load/ unload. Mfg. 2008. | | Fab 1 Front End | Fremont, CA |
| 1 | Elma | LRS -10-LRS-S-WLT | Ultra fine cleaning machine #4, 10 station Inline substrate washing system, 2400 tubes/ hour capacity, includes 9 tanks, 1 dryer module, automated loader and unloader track assemblies. | | Fab 1 Front End | Fremont, CA |
| 1 | Elma | LRS 530-10-LRS3/2-S; LRS 630-10-LRS-S; LRS 630-10-LRS-S-WLT | Ultra fine cleaning machine #3, Inline substrate washing system. | | Fab 1 Front End | Fremont, CA |
| 1 | R&M | 2 Ton | Overhead Bridge crane and hoist. | | Fab 1 Front End | Fremont, CA |
| 1 | ATS | | 7 station pick and place machine/ stacking system for glass tubing. Includes Cox Automation electronics, Gudel ZP-3 overhead track conveyor, Allen-Bradley VersaView 1500P controller. | | 2 Binning # 1 | Fremont, CA |
| 1 | Savant Automation | DC-25 | Lot: Complete AGV system to include (10) automated guided vehicles, 48V, 200 amps, 2500 lb. standard capacity, with bi-directional guidance. Mfg. 2008. Includes (10) GNB Technologies batteries 48V, 200 amp hour, 24 cells, 1055 lbs each, and (Qty___) GNB SCR 200 battery chargers, PC controller unit and electronics cabinet includes CSM & Vehicle Manager System, Virtual Path Navigation, RF Base Station, and AGView System monitor. | | | Fremont, CA |
| 1 | Rotary Lift | SP010N905 | Rotary lift system for AGV maintenance and repair. 10,000 lb capacity. | | | Fremont, CA |
| 1 | Muratec | MCR-10 | Automated Storage and Retrieval System consisting of (2) rows of 18 ft. H racks, 25 bays, 3 levels, 155 openings, includes stacker crane model UL06, Max. height 6M, Load Dimensions: 800-1500mm W x 800-1500mm D x 200-2000mm H, max load weight 1000 kg, running speed 160m/min, max lifting speed 45m/min, max forking speed 50m/min. Includes Muratec VCR-1 CD controller. Mfg. 2009. | | | Fremont, CA |
| 1 | AMC | Modu-Con MX2 | Lot: Assorted automated and modular overhead elevators and conveyor systems for VAAT; includes (1) automated load and (1)unload elevator modules and 100 ft. L overhead conveyor line. | | | Fremont, CA |
| 1 | | | Lot: Metal layout assembly tables. | | | Fremont, CA |
| 1 | Process Technology | TY-072-480-3 | Tytan water heater system, 480V, 70,000W, 87 amp, 3 ph. | | | Fremont, CA |
| 1 | | | 5 chamber chemical dispensing system. | | | Fremont, CA |
| 1 | AMC | Modu-Con MX2 | Lot: Assorted automated and modular conveyor lines, elevator/ overhead conveyor systems. Consisting of (?) _____ ft. L conveyors and (?) elevator modules. | | | Fremont, CA |

| Qty | Manufacturer | Model | Description | S/A # | Bldg Location | Location |
|---|---|---|---|---|---|---|
| 1 | | | Lot: 8 door metal structure, parts only. _____ ft. L x _____ ft. W x _____ ft. D. | | | Fremont, CA |
| 1 | Fischer | XDV-SD | Fischerscope, X-ray machine. Coating thickness measurement system. | | | Fremont, CA |
| 1 | Fischer | XDAL | X-ray system w/ PC controller for coating thickness measurement. | | | Fremont, CA |
| 1 | ENI | MKS Optima DCG-200Z | Lot: (10) ENI power supplies. Contents of pallet. | | | Fremont, CA |
| 1 | Neslab | DI Max | DEI water to water chiller. | | | Fremont, CA |
| 1 | Neslab | DI Max | DEI water to water chiller. | | | Fremont, CA |
| 1 | AMC | Modu-Con MX2 | Lot: Automated and modular overhead conveyor system. | | | Fremont, CA |
| 1 | AMC | Modu-Con MX2 | Lot: Automation and modular assembly systems. | | | Fremont, CA |
| 2 | R&M | 5 Ton | Bridge crane and hoist. | | | Fremont, CA |
| 1 | | | Lot: assorted automation tables. | | | Fremont, CA |
| 1 | | | Large quantity of support equipment, spare parts, and supplies for Von Ardenne coating systems. | | | Fremont, CA |
| 1 | | | Loader/ Unloader gantry unit. Parts only. | | Fab 1 Front End | Fremont, CA |
| 1 | Matsuura | MC 800V | Vertical Milling Machine, CNC, 3 Axis, 1 spindle, 1986, s/n 85065046, Yasnac MX2 control. Includes (2) coolant tanks and assorted part. | | | American Rigging, San Jose, CA |
| 1 | Despatch | TAD3-17-1E | Oven #1, Middle tube bake walk in oven. 480V, 3ph, 60hz, 48kw heater capacity, s/n 177990. Includes Protocol Plus controller. | | | American Rigging, San Jose, CA |
| 1 | Despatch | TAD3-17-1E | Oven #2, Middle tube bake walk in oven. 480V, 3ph, 60hz, 48kw heater capacity, s/n 177929. Includes Protocol Plus controller. | | | American Rigging, San Jose, CA |
| 1 | Xenon | | Xenon entrance table w/ Siemens controller. | 35469 | | American Rigging, San Jose, CA |
| 1 | Lansmount | System Station | Controller unit. | | | American Rigging, San Jose, CA |
| 1 | Mydax | 1VLH7W-FT | Chiller unit. | | | American Rigging, San Jose, CA |
| 1 | Schmid | | Lot: (3) Schmid Combi Line modules. | | | American Rigging, San Jose, CA |
| 1 | Telemark Cryogenics | | Control cabinet w/ Scroll controller. Cryo trap (B6) polycold lines. | | | American Rigging, San Jose, CA |
| 6 | Solvix | Magix | DC sputtering power supplies. PDU cabinets w/ plasma power supplies. | | | American Rigging, San Jose, CA |

| Qty | Manufacturer | Model | Description | S/A # | Bldg Location | Location |
|---|---|---|---|---|---|---|
| 2 | | | Evap recovery tanks. | | | American Rigging, San Jose, CA |
| 1 | | XRF | X-Ray fluorescence machine. | | | American Rigging, San Jose, CA |
| 1 | Solyndra | | Tray swapper system BE, 15A, 120 VAC. Includes Allen-Bradley PanelView Plus 600 controller and Sierra conveyor. s/n TSS01. | | | American Rigging, San Jose, CA |
| 1 | Solyndra | | Tray swapper system FE, 15A, 120 VAC. Includes Allen-Bradley PanelView Plus 1500 controller and Sierra conveyor. s/n TSS02. | | | American Rigging, San Jose, CA |
| 1 | Elma Tool | | Main Unit X-tra 800 Hi Elmasonic, 7 tank ultrasonic cleaner. 16 ft. L x 50" D. | | | American Rigging, San Jose, CA |
| 1 | Elma Tool | | Vertical Tank | | | American Rigging, San Jose, CA |
| 1 | CDS Tool | | Main Unit, 8 pieces. | | | American Rigging, San Jose, CA |
| 1 | TCO Tool | | (1crate) anchor plates for TCO tool | 33672 | | American Rigging, San Jose, CA |
| 1 | Pack World | | Bagge/ sealer. H/E pressure vessel. | 35016 | | American Rigging, San Jose, CA |
| 1 | | | CRATE WITH PARTS - see comments for details | 40017 | | American Rigging, San Jose, CA |
| 2 | | | Oven Rack (22 trays, 2 junction, 1 AC, 24 pcs, 1 ext ac 24 pcs) | 35973 | | American Rigging, San Jose, CA |
| 1 | | | Conditioner Trays (1 pallet). Total qty 30. Located upper landing area. | 35973 | | American Rigging, San Jose, CA |
| 1 | | | Xenon Conveyor From VAAT CIGS w/ Siemens controller. | 35469 | | American Rigging, San Jose, CA |
| 1 | Dayton | | 15in. metal bandsaw, PO/ Part # 200601. | 27236 | | American Rigging, San Jose, CA |

| Qty | Manufacturer | Model | Description | S/A # | Bldg Location | Location |
|---|---|---|---|---|---|---|
| 1 | CDS | | CDS manuel I/O tray | 45067 | | American Rigging, San Jose, CA |
| 1 | | | Module P (Encap 3) assembly module. | 43056 | | American Rigging, San Jose, CA |
| 1 | Youngberg Industries | | Lot: Degas Tanks w/pumps and frame. 25 MAWP, 300 PSI, mfg. 2007, 2 sets with 2 tanks each w/ topside mixing motors. (2) 5 ft. x 8 ft. metal stands, missing lower pumps. | 40915 | | American Rigging, San Jose, CA |
| 1 | Busch | DS 160 | Busch Dry Pump 160, DS 160 Cobra pumps, PO/ Part # C0714000151. | 40057 | | American Rigging, San Jose, CA |
| 1 | Busch | DS 160 | Busch Dry Pump 160, DS 160 Cobra pumps, PO/ Part # C0714000153. | 40057 | | American Rigging, San Jose, CA |
| 1 | Busch | DS 2012 | Busch Dry WZ 1000 Pump on cart, Fomblin type, VAAT Busch pump. DS2012 model, PO/ Part # C0402000804. | 40057 | | American Rigging, San Jose, CA |
| 2 | | | Incline conveyors, stainless steel. | | Upper Landing | American Rigging, San Jose, CA |
| 5 | | | Middle Tube Garages from CC. Custom middle tube garage cabinets, 41" W x 57" H x 72" D, polyprop. | | Upper Landing | American Rigging, San Jose, CA |
| 1 | CDS | | DIW tank, standalone recirculator pump for CDS w/ Mettler Toledo 200 CR controller. | | storage trailer | Menlo Logistics, Fremont, CA. |
| 3 | | | Glass tray tables, middle tube trays, 44" x 46" 31" H. | | storage trailer | Menlo Logistics, Fremont, CA. |
| 1 | | | Lot: (1) pallet silicon material, 50 x 50 x70 polycarbonate enclosure. | | storage trailer | Menlo Logistics, Fremont, CA. |
| 1 | Endural (D. Adams Co., Costa Mesa, CA) | | Lot: (3) pallets of black bins w/ handles. Total qty approx. 165+ bins. Consisting of (1) pallet of 27 bins, (1) pallet of 66 bins, and (1) pallet of 75 bins. 78" L x 8" D x 12" W. | | storage trailer | Menlo Logistics, Fremont, CA. |
| 1 | | | 2 tier workbench. | | storage trailer | Menlo Logistics, Fremont, CA. |
| 10 | | | 5-shelf worktables w/ wheels, 32" D x 54" H x 72" L. | | storage trailer | Menlo Logistics, Stewart, Fremont, CA. |

| Qty | Manufacturer | Model | Description | S/A # | Bldg Location | Location |
|---|---|---|---|---|---|---|
| 5 | | | Metal storage boxes, 21" W x 64" L. | | storage trailer | Menlo Logistics, Stewart, Fremont, CA. |
| 1 | | | Assembly Conveyor elevator. 50" L x 83" W x 117" H. | SOL0079 | | RB High Tech, Fremont, CA. |
| 1 | | | Assembly Conveyor elevator. 50" L x 83" W x 117" H. | SOL0080 | | RB High Tech, Fremont, CA. |