# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Solyndra LLC |
| **Case Number:** | 11-12799-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 27, 2011 09:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

Second day motions

**R / M #:**   145 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
- Items 1 and 2 - Orders entered under Certifications
- Item 3 - Order entered
- Item 4 - Order entered
- Items 5 and 6 - Orders entered under Certifications
- Item 7 - Order due under Certification of Counsel
- Item 8 - Order entered under CNO
- Item 9 - Order due under Certification of Counsel