IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| | ) | Case No. 11-12799 (MFW) |
| SOLYNDRA LLC, et al.[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hearing Date: October 17, 2011 at 2:00 pm |
| | ) | Objection Deadline: October 10, 2011 at 4:00 pm |

## CANTON CHEM INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9)

Canton Chem, Inc. ("Canton Chem" or "Vendor") hereby moves ("Motion") for entry of an order pursuant to section 503(b)(9) of Title 11 of the United States Court (the "Bankruptcy Code") (i) allowing Vendor's claim for $50,890 (the "503(b)(9) Claim"), which claim amount represents the value of the goods and merchandise that were sold and delivered to the debtor Solyndra LLC ("Debtor") within 20 days of the Petition Date (defined below), as an administrative expense against the Debtor, and (ii) directing the Debtor to immediately pay Vendor the amount of the 503(b)(9) Claim. In support of this Motion, Vendor states as follows:

1. On September 6, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. No trustee or examiner has been appointed in this matter and the Debtor is operating as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On August 29, 2011, within 20 days preceding the Petition Date, at the Debtor's specific request, Canton Chem sold and delivered goods, namely, 3,500 Kilograms Thiourea ACS+, with an aggregate value of $50,890, on credit in the ordinary course of the Debtor's business as evidenced by attached purchase order, bill of lading, and invoice. (hereinafter, "20-Day Deliveries"). See Exhibit A, copies of Purchase Order, Bill of Lading and Invoice.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

Motion for Allowance & Payment of Admin Expense Claim.DOCX

4. Canton Chem has not been paid for deliveries of merchandise described in Exhibit A, thus giving rise to the Vendor's 503(b)(9) Claim.

5. All of the 20-Day Deliveries were ordered and purchased by the Debtor and delivered to the Debtor in the ordinary course of the parties' respective businesses.

6. Canton Chem is entitled to an administrative expense claim for the value of goods delivered on August 29, 2011.

7. By this Motion, Canton Chem seeks entry of an order pursuant to Bankruptcy Code section 503(b)(9) (i) allowing Vendor's 503(b)(9) Claim for $50,980 as an administrative expense against the Debtor and (ii) directing the Debtor to pay Vendor the amount of the 503(b)(9) Claim immediately.

8. Section 503(b)(9) of the Bankruptcy Code provides, among other things, that an entity may request for a payment of an administrative expense for the value of any goods received by the debtor within 20 days prior to the Petition Date that were sold to the debtor in the ordinary course of such debtor's business. 11 U.S.C. § 509(b)(3).

9. Here, as evidenced by the purchase order, bill of lading, and invoice annexed hereto as Exhibit A, Canton Chem's 503(b)(9) Claim arises out of ordinary course shipments to the Debtor during the 20 days preceding the Petition Date. Accordingly, Canton Chem's 503(b)(9) Claim should be allowed as an administrative expense of the Debtor's estate, with payment directed immediately.

10. Canton Chem reserves all of its rights, claims, counterclaims, defenses and remedies under the Bankruptcy Code and other applicable law.

WHEREFORE, Canton Chem respectfully requests that this Court enter an order pursuant to Bankruptcy Code section 503(b)(9):

(i) Allowing Canton Chem's 503(b)(9) Claim for $50,890 as an administrative expense against the Debtors pursuant to 11 U.S.C. § 503(b)(9); and

(ii) Directing the Debtor to pay Canton Chem the amount of the 503(b)(9) Claim immediately.

DATED:   September 27, 2011

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE   19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:   loizides@loizides.com

- and -

Jigita Patel
SEMMES BOWEN & SEMMES, P.C.
25 South Charles Street, Suite 1400
Baltimore, MD   21201
Telephone:   (410) 539-5040

*Counsel for Canton Chem, Inc*