IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 91** |

## ORDER (A) APPROVING PROCEDURES FOR SALE OF SOLYNDRA LLC'S BUSINESS ASSETS ON TURNKEY BASIS; (B) SCHEDULING AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE AND ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (C) APPROVING FORMS OF NOTICE; AND (D) GRANTING RELATED RELIEF

This matter coming before the Court on the *Motion for an Order (A) Approving Procedures for Sale of Solyndra LLC's Business Assets on Turnkey Basis; (B) Scheduling Auction and Hearing to Consider Approval of Sale and Assumption and assignment of Certain Executory Contracts and Unexpired Leases; (C) Approving Forms of Notice; and (D) Granting Related Relief* (the "Bid Procedures Motion")[2] filed on September 16, 2011 by Solyndra LLC ("Solyndra"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Bid Procedures Motion and having heard the statements of counsel regarding the relief requested in the Bid Procedures Motion at a hearing before the Court (the "Bid Procedures Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) venue

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Unless otherwise noted, capitalized terms used herein have the meanings ascribed in the Bid Procedures Motion.

of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Bid Procedures Motion and the Bid Procedures Hearing was sufficient under the circumstances, the Court having determined that the legal and factual bases set forth in the Bid Procedures Motion and at the Bid Procedures Hearing establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of Solyndra and its estate;

IT IS HEREBY ORDERED THAT:

1. The Bid Procedures Motion is granted as set forth herein.

2. The Bid Procedures substantially in the form attached hereto as **Exhibit 1** are approved.

3. The *Notice of Bid Procedures, Auction Date, and Sale Hearing*, substantially in the form of Exhibit B to the Bid Procedures Motion, is approved and shall be served with the Sale Motion on the persons that had been served with the Bid Procedures Motion.

4. The *Notice of Auction and Sale Hearing*, substantially in the form of Exhibit C to the Bid Procedures Motion, is approved and shall be served on all creditors and equity security holders of the Debtors.

5. The *Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned*, substantially in the form of Exhibit D to the Bid Procedures Motion (as revised consistent with this Order, the "Cure Notice"), is approved and shall be served on each of Solyndra's contract counterparties and lessors with executory contracts and unexpired leases that Solyndra may seek to assume and/or assign in conjunction with the sale.

2

DOCS_DE:173429.2 80368-00001

6. The hearing to consider the Sale Motion shall be held before the Court on November 2, 2011 at 11:30 a.m. prevailing Eastern time (the "Sale Hearing"). The deadline to object to (a) the relief sought by the Sale Motion; (b) Solyndra's conduct of the Auction; and (c) other than as expressly set forth below, the assumption and/or assignment of, or cure amount for, any executory contract or unexpired lease identified in a Cure Notice, is October 28, 2011 at 4:00 p.m. prevailing Eastern Time. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

7. Notwithstanding anything to the contrary herein or in the Bid Procedures Motion, nothing herein shall limit, impair or otherwise prejudice the rights of any counterparty to an executory contract or unexpired lease to object to the Sale Motion on any ground at or prior to the Sale Hearing, including an objection to the identity of the assignee of any such executory contract or unexpired lease at the Sale Hearing or the ability of such assignee to provide adequate assurance of future performance. To the extent that any such objections are made at or prior to the Sale Hearing, the Sale Hearing shall serve as a status conference with respect to unresolved issues and the Court shall set a date and time when such objections shall be resolved.

8. Notwithstanding the foregoing, nothing herein shall prejudice or otherwise affect the right of Solyndra to select a Stalking Horse Bidder as set forth in the Bid Procedures approved hereby.

9. Following the Auction, Solyndra shall promptly file and serve a Notice of Auction Results, identifying the Successful Bidder and Back-Up Bidder, if any. Promptly following conclusion of the Auction, Solyndra shall serve any evidence of adequate assurance of

3

future performance received from the Successful Bidder and Back-Up Bidder and any proposed Asset Purchase Agreement(s) on any lessor or counterparty who requests such service (by notice to Solyndra's Counsel) prior to the Auction. If the Successful Bidder fails to close and Solyndra elects to proceed with a Back-Up Bidder, Solyndra shall file and serve a notice of intent to proceed with Back-Up Bid and request that the Court schedule an expedited status and scheduling conference with respect to a Sale of Assets to the Back-Up Bidder.

10. The Debtors are directed to have a representative of Imperial Capital attend the Solar Power International II Conference as part of their marketing efforts.

Dated: September 28, 2011

Honorable Mary F. Walrath
United States Bankruptcy Judge

4

DOCS_DE:173429.2 80368-00001