IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No. 161** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) ss:
COUNTY OF NEW CASTLE )

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys for the Debtors in the above-captioned action, and that on the 28th day of September 2011 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

> *[signed] Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, and (IV) Modifying the Automatic Stay*

[signature]
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this 28 day of September 2011

[signature]
Notary Public
Commission Exp.: 12/10/12

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 10, 2012

DOCS_DE:173471.1 80368-00001

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

Solyndra LLC 2002 Service List
Case No. 11-12799
Document No. 172797
09 – Hand Delivery
02 – Interoffice Pouch
39 – First Class Mail

(Counsel for the Debtors)
Bruce Grohsgal, Esquire
Pachulski Stang Zeihl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

**Interoffice Pouch (LA)**
(Counsel for the Debtors)
Richard M. Pachulski, Esquire
Pachulski Stang Zeihl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

**Interoffice Pouch (SF)**
(Counsel for the Debtors)
Debra I. Grassgreen, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Zeihl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Hand Delivery**
**(counsel for Menlo Logistics, Inc.)**
Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
**(counsel for Argonaut Ventures I, LLC)**
Sean M. Beach, Esquire
Robert F. Poppiti, Jr., Esquire
Young Conaway Stargatt
& Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Hand Delivery**
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
**(U.S. Trustee)**
Jane M. Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

**Hand Delivery**
**(United States Attorney)**
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
**(Counsel for Global Kato, HG, LLC)**
Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

**Hand Delivery**
(Counsel to the Creditors' Committee)
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 N. Market Street, Ste 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel to U.S. Bank National Association)
Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

**Hand Delivery**
(Counsel for VDL Enabling Technologies Group)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

**First Class Mail**
(counsel for U.S. Dept. of Justice)
John Stemplewicz, Esquire
Matthew J. Troy, Esquire
United States Department of Justice
Civil Division
1100 L Street, N.W.
Room 10030
Washington, D.C. 20530

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
George S. Canellos, Esquire
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Matthew Berry, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Debtors)
Ben Schwartz
W.B. Stover
Solyndra LLC
47488 Kato Road
Fremont, CA 94538

**First Class Mail**
(Counsel for Argonaut, Tranche A and E Agent)
Michael A. Rosenthal, Esquire
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166-4000

**First Class Mail**
(Counsel for Tranche B/D Agent (Dept. of Energy)
Alexandra Barrage, Esquire
Frederick E. Jenney, Esquire
Morrison & Foerster
2000 Pennsylvania Avenue, NW, Suite 6000
Washington, DC 20006-1888

**First Class Mail**
(Counsel for Tranche B/D Agent (Dept. of Energy)
Peter C. Dopsch, Esquire
Norman Rosenbaum, Esquire
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104-0050

**First Class Mail**
(Counsel for U.S. Bank, Master Collateral Agent)
Irving C. Apar, Esquire
Mildred Quinones-Holmes, Esquire
Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4611

**First Class Mail**
U.S. Bank National Association, as Collateral Agent
Attn: Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY 10005

**First Class Mail**
Oracle Credit Corporation
500 Oracle Parkway
Redwood Shores, CA 94065

**First Class Mail**
Banc of America Leasing & Capital, LLC
231 S. LaSalle Street, IL 1-231-08-18
Chicago, IL 60697

**First Class Mail**
Dell Financial Services, L.P.
12234 N. IH-35, Building B
Austin, TX 78753

**First Class Mail**
US Bancorp
1310 Madrid Street, Suite 101
Marshall, MN 56258

**First Class Mail**
HSH Nordbank
New York Branch, as Collateral Agent
230 Park Avenue, 33rd Floor
New York, NY 10169

**First Class Mail**
Kuka Robotics Corporation
22500 Key Drive
Clinton Township, MI 48036

**First Class Mail**
GreatAmerica Leasing Cororation
625 First Street
Cedar Rapids, IA 52401

**First Class Mail**
Argonaut Ventures I, L.L.C.
as Agent under the Loan and Security
Agreement
6733 South Yale
Tulsa, OK 74136

**First Class Mail**
Ixmation Inc.
471 Fox Court
Bloomingdale, IL 60108

**First Class Mail**
Wells Fargo Bank, N.A.
300 Tri-State International, Suite 400
Lincolnshire, IL 60069

**First Class Mail**
NFS Leasing, Inc.
900 Cummings Center, Suite 309-V
Beverly, MA 01915

**First Class Mail**
John Stemplewicz, Esquire
Matthew J. Troy, Esquire
United States Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

**First Class Mail**
**(Counsel for Menlo Logistics, Inc.)**
Gerald H. Gline, Esquire
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800

**First Class Mail**
Michael A. Rosenthal, Esquire
J. Eric Wise, Esquire
Matthew K. Kelsey, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

**First Class Mail**
**(Counsel for Yusen Logistics (Americas) Inc.)**
Robert M. Marshall, Esquire
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470

**First Class Mail**
**(Counsel for Global Kato, HG, LLC)**
Michael S. Greger, Esquire
Allen Matkins Leck Gamble Mallory &
Natsis LLP
1900 Main Street, 5th Floor
Irvine, CA 92614

**First Class Mail**
**(Counsel for McKinstry Essention Inc.)**
Lawrence S. Glosser, Esquire
Ahlers & Cressman PLLC
999 Third Avenue, Suite 3800
Seattle, WA 98104

**First Class Mail**
**(Counsel for Lintelle Engineering, Inc.)**
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

**First Class Mail**
**(Counsel for iStar CTL I, L.P.)**
Dennis D. Miller, Esquire
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

**First Class Mail**
**(Counsel for Speedmark Transportation, Inc.)**
Mario Aieta, Esquire
Pamela A. Bosswick, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

**First Class Mail**
**(Counsel for Motion Industries, Inc.)**
Kimberly J. Robinson, Esquire
Barack Ferrazzano Kirschbaum &
Nagelberg LLLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

**First Class Mail**
**(Counsel for Panalpina, Inc.)**
Jeffrey N. Rothleder, Esquire
Arent Fox LLP
1050 Connecticut Avenue NW
Washington, DC 20036

**First Class Mail**
**(Counsel to U.S. Bank National Association)**
Steven J. Heim, Esquire
Erik Detlefsen, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

**First Class Mail**
**(Counsel for VDL Enabling Technologies Group)**
David Dornblaser, Esquire
Law Offices of David Dornblaser
890 Hillview Court, Suite 260
Milpitas, CA 95035

Solyndra, LLC UCC Service List
Case No. 11-12799
Document No. 172974
12 – First Class Mail

**First Class Mail**
U.S. Bank National Association, as
Collateral Agent
Attn: Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY 10005

**First Class Mail**
Oracle Credit Corporation
500 Oracle Parkway
Redwood Shores, CA 94065

**First Class Mail**
Banc of America Leasing & Capital, LLC
231 S. LaSalle Street, IL 1-231-08-18
Chicago, IL 60697

**First Class Mail**
Dell Financial Services, L.P.
12234 N. IH-35, Building B
Austin, TX 78753

**First Class Mail**
US Bancorp
1310 Madrid Street, Suite 101
Marshall, MN 56258

**First Class Mail**
HSH Nordbank
New York Branch, as Collateral Agent
230 Park Avenue, 33rd Floor
New York, NY 10169

**First Class Mail**
Kuka Robotics Corporation
22500 Key Drive
Clinton Township, MI 48036

**First Class Mail**
GreatAmerica Leasing Corporation
625 First Street
Cedar Rapids, IA 52401

**First Class Mail**
Argonaut Ventures I, L.L.C.
as Agent under the Loan and Security
Agreement
6733 South Yale
Tulsa, OK 74136

**First Class Mail**
Ixmation Inc.
31 Presidential Drive
Roselle, IL 60172

**First Class Mail**
Wells Fargo Bank, N.A.
300 Tri-State International, Suite 400
Lincolnshire, IL 60069

**First Class Mail**
NFS Leasing, Inc.
900 Cummings Center, Suite 309-V
Beverly, MA 01915