IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*[1], | ) | Case No. 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Hearing Date: 11/2/11 @ 11:30 a.m. (ET)
Objection Deadline: 10/24/11 @ 4:00 p.m. (ET)

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SOLYNDRA LLC *ET AL*. FOR AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY BDO CONSULTING, A DIVISION OF BDO USA, LLP, AS ITS FINANCIAL ADVISOR AND BDO CAPITAL ADVISORS, LLC, AS INVESTMENT BANKER, PURSUANT TO 11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P 2014 *NUNC PRO TUNC* TO SEPTEMBER 16, 2011**

The Official Committee of Unsecured Creditors (the "Committee") of Solyndra LLC, *et al.* (the "Debtors") files this application (the "Application") for entry of an Order, pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014, authorizing the retention and employment of BDO Consulting, a division of BDO USA, LLP ("BDO") as financial advisor to the Committee and BDO Capital Advisors, LLC ("BDO Capital") as its investment banker, collectively with BDO the "BDO Professionals" *nunc pro tunc* to September 16, 2011. In support of the Application, the Committee relies upon the Affidavit of David E. Berliner (the "Berliner Affidavit") attached as Exhibit A and incorporated by reference, and respectfully states as follows:

---

1  The Debtors in these cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

## JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014.

## BACKGROUND

3. On September 6, 2011, the Debtors each commenced chapter 11 cases in this Court by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"). This Court granted joint administration of the Debtors' chapter 11 cases by an order dated September 7, 2011 [Docket No. 38].

4. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

5. On September 15, 2011, the United States Trustee for the District of Delaware appointed the Committee, pursuant to section 1102(a)(1) of the Bankruptcy Code, consisting of the following members: (i) Schott North America, Inc.; (ii) MGS Manufacturing Group, Inc.; (iii) Certified Thermoplastics Co. Inc.; (iv) West Valley Staffing Group; (v) Plastikon Industries Inc.; (vi) VDL Enabling Technologies Group; and (vii) Peter M. Kohlstadt [Docket No. 86].

6. Subsequent to its formation, the Committee selected Blank Rome LLP as its counsel and the BDO Professionals as its financial advisor and investment banker.

## RELIEF REQUESTED

7. Through this Application, the Committee seeks authority to retain and employ BDO as its financial advisor effective as of September 16, 2011, which is the date the Committee asked BDO to begin work.

## SERVICES TO BE RENDERED

8. The Committee anticipates that the BDO Professionals will provide financial advisory, accounting and investment banking services to the Committee as they deem appropriate and feasible, in order to advise the Committee during the course of these chapter 11 cases, including but not limited to the following:

- Assessment of bid procedures and review and advice to the Committee with respect to proposed asset dispositions;

- Analyze the financial ramifications of any proposed transactions for which the Debtors seek Court approval including, but not limited to, debtor-in-possession financing, sale of all or a portion of the Debtors' assets, and assist in review of financial information of the Debtors;

- Assistance in meetings and discussions with the Debtors, the Committee, and other parties-in-interest;

- Review of financial disclosures of the debtors including the Statement of Financial Affairs, Schedules of Assets and Liabilities, and Monthly Operating Reports;

- Analysis and assistance to the Committee with regard to the evaluation of cash flow, cash collateral, financial projections prepared by Debtors and other liquidity measures;

- Assistance with the review and affirmation or rejection on various executory contracts and leases;

- Assist the Committee in its review of the financial aspects of any plan of reorganization or liquidation submitted by the Debtors and perform any related analyses;

- Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

- Litigation advisory services and expert testimony on case related issues; and

- Such other consulting, review or assistance as the Committee or its counsel may deem necessary or appropriate in these chapter 11 cases.

## BDO'S ELIGIBILITY FOR EMPLOYMENT

9. The BDO Professionals have informed the Committee that, except as may be set forth in the Berliner Affidavit, they do not hold or represent an interest adverse to the Debtors or their estates with respect to the matters on which the BDO Professionals will be employed, in accordance with section 1103(b) of the Bankruptcy Code.

10. The BDO Professionals have not provided and will not provide any professional services to the Debtors, any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases.

## TERMS OF RETENTION

11. The BDO Professional's requested compensation for professional services rendered to the Committee will be based upon the hours actually expended by each assigned professional at each such professional's hourly billing rate. The Committee has agreed to compensate the BDO Professionals for professional services rendered at the BDO Professional's normal and customary hourly rates.

12. The current normal and customary hourly rates for the services to be rendered by the BDO Professionals are as follows:

| Title | Rate |
|---|---|
| Partners / Managing Directors | $475 to $795 per hour |
| Directors & Sr. Managers | $375 to $525 per hour |
| Managers | $325 to $425 per hour |
| Seniors | $200 to $350 per hour |
| Staff | $150 to $225 per hour |

13. The BDO Professionals will also seek reimbursement for necessary expenses incurred, which shall include, but not be limited to, travel, photocopying, delivery service, postage, vendor charges and other out-of-pocket expenses incurred in providing professional services.

14. The Committee understands that the BDO Professionals intend to apply to the Court for allowances of compensation and reimbursement of expenses for its financial advisory support services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of this Court and guidelines established by the United States Trustee.

WHEREFORE, the Committee respectfully requests that the Court enter an Order, substantially in the form attached hereto, authorizing the retention and employment of the BDO Professionals as financial advisor and investment banker to the Committee effective as of September 16, 2011, pursuant to sections 328 and 1103 of the Bankruptcy Code, as well as Fed. R. Bankr. P. 2014, with compensation and reimbursement of expenses to be paid pursuant to sections 330 and 331 of the Bankruptcy Code, and in accordance with any administrative procedures established by order of the Court, and for such other and further relief as the Court deems just and proper.

Dated: October 6, 2011

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SOLYNDRA LLC, *et al.*

By: MGS Manufacturing Group, Inc.
Authorized Representative of Committee

BY: *[signature]*
Jeff Kolbow