# Exhibit A

VDL Owned Equipment



# VDL property at Solyndra

Han van Kerkhoff   VDL USA   Sept 21 2011



**VDL Enabling Technologies Group**



*Enabling Technologies Group*


## Locations of VDL property (M, C, R & P) at 901Page

# VDL Property at Solyndra




**Mobile Workshop on rear parking lot**

See photos in this presentation and 0.Content Mobile workshop ETG.xls



**Cage in CIGS hall 901Page**

See next page for details




**Remaining hardware & material near ENCP202 line**

See photos in this presentation




**Pallets in Equipment Build hall 901Page**

See overview photo in this presentation

# Cage in CIGS hall 901Page – detail overview

**General material:**

- Tool cars: see inventory list 0.Content toolboxes assembly workers ETG.xls
- Tool boxes and other tooling
- Work clothes, safety harnesses & personal belongings
- Computer & electric devices: see VDL purchased items @ Solyndra.xls
- OEM parts

**ENCP specific material:**

- Parts for specific zones
- Product holders for transports
- Remaining material

See Encp 201 retrofit overview 2011-09-20.xls for all items that were shipped to Solyndra (excl. the shipment of the modules of the 2 ENCP lines)



4

*Enabling Technologies Group*

## Mobile Workshop





+ distribution box & power cables for Mobile Workshop inside near door to Mobile Workshop



## Cage overview



# Tool cars in Cage








# Tool boxes and other tooling




