# Work clothes, safety harnesses & personal belongings







Cabinet with personal belongings Jan Cardol



*Enabling Technologies Group*

# Computer & electric devices






# OEM parts



GAT Feedthrough zone 12 *



2 mill rotation tools "tornkast"



\* package 131 of VDL shipping list Encp 201 retrofit overview 2011-09-20.xls



11

Sharing high-tech ambitions

Enabling Technologies Group

# Parts for specific zones



Buffers



## Product Holders for buffers







Pictures of PH buffers 6, 7, 9 & 12, 11 and Rejects
No pictures of PH buffers 5, 10 and 13




13

# Remaining material



Aligning racks Product Holders zone 6



Parts for Radine modification



Various parts & materials in a lot of pallet boxes, see for full list: Encp 201 retrofit overview 2011-09-20.xls



# Remaining hardware near ENCP202 line








Remaining material near ENCP202 line



# Remaining material near ENCP202 line - continued







# Product Holders buffers near ENCP202 line








Identical to Product Holders in cage

Sharing high-tech ambitions

Enabling Technologies Group

## Pallets in Equipment Build hall



Cables, electric & fitting material, ENCP tools



19