# EXHIBIT A

**Neilson Declaration**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: Case No. 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**DECLARATION OF R. TODD NEILSON IN SUPPORT OF
MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 363 FOR ENTRY OF AN
ORDER AUTHORIZING THE EMPLOYMENT OF BERKELEY RESEARCH GROUP,
LLC AND DESIGNATING R. TODD NEILSON AS CHIEF RESTRUCTURING
OFFICER TO THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 6, 2011**

I, R. Todd Neilson, declare as follows:

1. I make this Declaration in support of the motion (the "Motion") for an order authorizing the above-captioned debtors and debtors in possession (the "Debtors") to employ and retain Berkeley Research Group, LLC ("BRG" or the "Firm") and designating me as Chief Restructuring Officer ("CRO") to the Debtors, *nunc pro tunc* to October 6, 2011. Unless otherwise noted, capitalized terms used in this Declaration have the meanings ascribed in the Motion.

2. I am a director of the Firm which maintains an office at 2049 Century Park East, Suite 2525, Los Angeles, California 90067.

3. BRG is a consulting firm with a wealth of experience in providing advisory services in restructurings and reorganizations and enjoys an excellent reputation for

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States. The Firm has no prior relationship with the Debtors.

4. Personally, I am well-suited to provide the restructuring services required by the Debtors. I help operationally and financially distressed organizations and individuals through out-of-court workouts and chapter 11 reorganizations, frequently acting as a court appointed examiner or trustee. I have been instrumental in a number of prominent restructurings, including:

    (a) Le-Nature's (W.D. Penn. 06-25454 (MBM)

    (b) Death Row Records, Inc. (LA 06-11205 EC);

    (c) IT Group (DE 02-10118 MFW)

    (d) DVI, Inc. (DE 03-12656 MFW)

    (e) Adelphia Communications Corporation (SDNY 02-41729 RG)

    (f) Reed E. Slatkin (ND 01-11549 RR); and

    (g) Michael G. Tyson (S.D.N.Y. 03-41900 ALG).

5. Among other things, as CRO, I will provide assistance to the Debtors with respect to the management of the overall chapter 11 process, including the sale of the Debtors' assets for the benefit of creditors and developing an exit strategy for the Debtors in the Cases.

6. Pursuant to the Engagement Letter, I along with my colleagues at BRG will provide such business and restructuring services as BRG and the Debtors shall deem appropriate and feasible in order to manage and advise the Debtors in the course of Cases, as set forth below:

- Preparing and reviewing possible reorganization or liquidation plans and strategic alternatives for maximizing the value of the Debtors' estates;

2

- Serving as the principal contact with the Debtors' creditors with respect to the Debtors' financial, operational, and reorganization matters. The CRO shall be authorized to directly communicate with parties in interest in the Cases;

- Managing and directing the Debtors' professionals in the reorganization or liquidation process and coordinating their efforts and individual work product with the representatives of the Debtors' various stakeholders consistent with the Debtors' overall reorganization or liquidation goals;

- Evaluating purchase proposals from potential parties and participating in the Debtors' sale efforts;

- Conducting an investigation and preparing a report regarding the underlying financial obligations between various claimants and the Debtors, including certain governmental entities; and

- Performing such other services in connection with the Debtors' reorganization or liquidation efforts under chapter 11, as requested from time to time by the Board of Holdings.

7. To address and handle the above responsibilities on behalf of the Debtors, I will be assisted by certain professionals from BRG pursuant to the terms of the Engagement Letter. I and certain other BRG professionals will serve at the direction of the Board.

8. BRG has not received a retainer in the Cases or any other compensation to date.

9. The Firm has undertaken a thorough review of its computerized database that contains the names of clients and other parties of interest with respect to certain matters. The Firm has, or will, run the creditor lists provided by the Debtors through the Firm's conflicts system. The Firm's investigation has not revealed any actual or potential conflicts of interest with respect to the Firm's proposed engagement by the Debtors, subject to the following disclosures:

(a) See attached <u>Exhibit 1</u>;

3

(b) The Firm has in the past been involved and will continue to be involved with counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), in matters unrelated to the Debtors. Specifically, Mr. Neilson has been appointed as chapter 11 trustee in various matters unrelated to the Debtors, including but not limited to *Le-Nature's* (W.D. Penn. 06-25454 MBM), *William Del Biaggio III* (N.D. Cal. 08-30991) TEC), *Ezri Namvar* (C.D. Cal. 08-32333 BR) and *Galleria USA, Inc.* (C.D. Cal. 09-20651 TA), where Mr. Neilson has retained PSZJ as counsel or special counsel. Mr. Neilson, as plan administrator or in other capacities, has also retained PSZJ as his counsel in various matters unrelated to the Debtors. Further, the Firm is presently engaged as tax advisor to Richard M Kipperman, the chapter 11 trustee of *CMR Mortgage Funds* (N.D. Cal. 08-3220 TEC). PSZJ is counsel to Mr. Kipperman in that case.

(c) Prior to Mr. Neilson's affiliation with the Firm, he was affiliated with LECG LLC ("LECG"). LECG has been involved in various matters with PSZJ, including but not limited to: (a) *Diocese of Wilmington, Inc.* (D. Del., 09-13560 CSS) (LECG was the financial advisor to the Official Committee of Unsecured Creditors for which PSZJ was bankruptcy counsel); (b) *Society of Jesus, Oregon Province* (D. Ore., 09-30938) (LECG was the financial advisor to the Official Committee of Unsecured Creditors for which PSZJ was bankruptcy counsel); (c) *Estate Financial, Inc.* (C.D. Cal. 9:08-bk-11457-RR) (Todd. Jeremiassen of LECG was chapter 11 Trustee. LECG served as accountants to him. PSZJ represented Mr. Jeremiassen); (d) *Death Row Records, Inc.* (LA 06-11205 EC) (Mr. Neilson was the Chapter 11 Trustee and PSZ&J represented the Committee); (e) *Michael G. Tyson* (SDNY 03-41300) (Mr. Neilson is the Plan Administrator, PSZJ represents him and LECG served as accountants to Mr. Neilson); (f) *Adelphia Communications Corporation* (SDNY 02-41729-RG) (LECG served as forensic accountants to the Creditors' Committee and PSZ&J represented a separate ad hoc committee); (g) *Reed E. Slatkin* (CD Cal. 01-11549 RR) (PSZJ represented the Debtor and R. Todd Neilson was the Chapter 11 Trustee and is the Liquidating Agent; LECG served as accountants to Mr. Neilson); (h) *Bruce McNall* (LA 94-48351 TD) (Mr. Neilson was the Chapter 11 Trustee and PSZJ represented the purchaser of the estate's interest in the Los Angeles Kings hockey team); and (i) *Hiuka America Corporation* (CD Cal. 95-27964) (Mr. Neilson was the Chapter 11 Trustee, and is the Disbursing Agent; PSZJ represented Mr. Neilson in both capacities).

10. BRG and certain of its shareholders, counsel and associates may have in the past provided services to, may currently provide services to and likely in the future will provide services to creditors of the Debtors in connection with matters unrelated to the Debtors and these cases.

11. The Firm is not a creditor, equity security holder or an insider of the Debtors.

12. Neither the Firm, nor any employee of the Firm, is or was, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors, or consultant to the Debtors. Neither BRG nor I were involved in voting on the decision to employ and retain BRG or myself.

13. Neither the Firm, nor any employee of the Firm has an interest materially adverse to the interests of the Debtors, their estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

14. To the best of my knowledge, except as disclosed herein, BRG has no connections with the Debtors, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any insider of the Debtors.

15. BRG has provided services to, and will in the future provide services to, many different clients with various business interests in numerous industries. These clients are often referred to BRG by intermediaries such as lawyers, investment bankers, lenders and accountants. To the extent necessary, BRG agrees to update the disclosure information from time to time if and when additional parties with an interest in or a relationship with the Company are identified by the Company, in writing, to BRG.

DOCS_SF:78504.3 80368-002

16. The Debtors propose to pay the Firm compensation on the terms as set forth in the Engagement Letter and summarized in the Motion and to reimburse the Firm for out-of-pocket expenses according to the terms of the Engagement Letter and in accordance with the Motion.

17. I am not related or connected to, and, to the best of my knowledge, no other employee of BRG is related or connected to any United States Bankruptcy Judge or District Judge for the District of Delaware or the United States Trustee for the district of Delaware or to any employee in the offices thereof.

18. In performing these services, BRG will bill the Debtors as set forth in the Engagement Agreement attached to the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of October 2011.

_____
R. Todd Neilson
Director

6

DOCS_SF:78504.3 80368-002

# EXHIBIT 1

# BERLELEY RESEARCH GROUP

# CONFLICT REVIEW

### Shareholders:

BRG is currently engaged in an unrelated ERISA class action in which a James R. Peterson is adverse. We do not believe this is the same individual involved in the Bankruptcy.

BRG was engaged in an unrelated personal injury action in which a Jesus Reyes is adverse. We do not believe this is the same individual involved in this Bankruptcy.

### Professionals:

BRG was engaged in an unrelated matter involving incentive compensation for enrollment counselors in which Gibson, Dunn and Crutcher was counsel for the client.

BRG is engaged in an unrelated matter involving an ERISA Class Action in which Morrison & Foerster is counsel for the adverse party. Morrison is counsel for a BRG client in an unrelated action involving roofing materials.

### Governmental Entities:

BRG is involved in a number of unrelated matters in which the Internal Revenue Service is either the adverse party or the creditor in an unrelated bankruptcy. BRG does not presently provide services to the IRS. In some of the unrelated bankruptcy matters, Mr. Neilson is the Chapter 11 Trustee.

BRG is involved in a number of unrelated matters in which the United States Department of Justice is either BRG's client or is adverse to the client that has engaged BRG in the matter. The matters where the DOJ is the client involve lending practices and damages on mismanagement of funds.

### Utilities:

Alameda County Water District is the co-defendant of BRG's client in an unrelated personal injury matter.

BRG is involved in a number of unrelated matters in which AT&T is the client and is adverse to the client engaging BRG in the matter. In one such case, AT&T is a creditor in a bankruptcy in which Mr. Neilson is the Chapter 11 Trustee.

BRG is involved in two unrelated matters in which Sprint-Nextel is the adverse party.

Verizon is a BRG client in an unrelated construction claims matter and is adverse to BRG's client in several unrelated matters involving patent damages and loss of earnings relating to a fire loss.

**<u>Taxing Authorities</u>**:

BRG is adverse to the State of California in connection with (1) an unrelated environment clean-up of gasoline; (2) unrelated damages relating to a fire; and (3) an unrelated patent dispute, employee wage claims.

BRG's client is adverse to the California Department of Revenue and the state of Massachusetts in connection with unrelated claims relating to "Best Prices" for drugs in the Medicaid program.

California is also a creditor in several unrelated bankruptcies in which BRG is involved.

In one matter the Texas Comptroller is a creditor in an unrelated bankruptcy where Mr. Neilson is the Chapter 11 Trustee.

**<u>UCC Parties</u>**:

BRG has been engaged by Bank of America in unrelated matters involving claims relating to residential mortgages. Bank of America is also adverse to BRG's clients in several other unrelated matters involving a contract dispute, patent damages, a real estate dispute, a deferred compensation plan and general economic analysis. Bank of America is a creditor in an unrelated bankrupt proceeding in which BRG is involved.

Wells Fargo/Wachovia is a creditor in two unrelated bankruptcy proceedings in which BRG is involved. Wells Fargo/Wachovia is a co-defendant of BRG's client in an unrelated patent dispute.

Wells Fargo & Co. is adverse to BRG's client in an unrelated patent dispute and is a creditor in an unrelated bankruptcy in which BRG is involved.

Wells Fargo Bank, N.A. is a creditor in several unrelated bankruptcy matters in which BRG is involved. Wells Fargo Bank, N.A. is adverse to BRG's client in several other unrelated matters involving loan syndications, real estate appraisals, and investment damages. Wells Fargo Bank, N.A./Wells Fargo Home Mortgage Inc. is a BRG client in an unrelated matter involving census data.

**<u>Top 35 List of Unsecured Creditors</u>**:

KKR is an interested party in connection with an unrelated matter.

Pinnacle is adverse to BRG's client in a matter involving electrical workmanship and real estate valuation.

**Directors & Officers/Miscellaneous/Litigation Parties/Landlords**:

BRG is not providing services in connection with any matter involving these entities.

**BERKELEY RESEARCH GROUP, LLC**

**SOLYNDRA EMPLOYEES – SEARCH**

Mario Lopez is the adverse party to BRG's client in an unrelated personal injury matter