IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) Re doc: 210 |
| | ) | |

Proposed Hearing Date: October 17, 2011 at 2:00 p.m. ET
Proposed Objection Deadline: October 14, 2011 at 11:59 p.m. ET

## MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P.2002 AND DEL. BANKR. L.R. 9006-1(E) SHORTENING THE TIME FOR NOTICE WITH RESPECT TO MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 363 FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AND DESIGNATING R. TODD NEILSON AS CHIEF RESTRUCTURING OFFICER TO THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 6, 2011

The captioned debtors and debtors-in-possession, (collectively, the "Debtors"), by and through their undersigned counsel, hereby move for entry of an Order pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") shortening the time for notice (the "Motion to Shorten") with respect to the *Motion of the Debtors Pursuant to 11 U.S.C. § 363 for Entry of an Order Authorizing the Employment of Berkeley Research Group, LLC and Designating R. Todd Neilson as Chief Restructuring Officer to the Debtors Nunc Pro Tunc to October 6, 2011* (the "Motion"), which Motion is being filed concurrently herewith.[2] In support of this Motion to Shorten, the Debtors respectfully represent as follows:

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1. The Bankruptcy Rules and the Local Rules require fourteen (14) days' notice prior to the hearing date filed in chapter 11 cases involving relief of the type requested in the Motion. Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon "written motion specifying the exigencies justifying shortened notice."

2. The Debtors have proposed the employment of Berkeley Research Group, LLC ("BRG") and the designation of R. Todd Neilson as Chief Restructuring Officer ("CRO").

3. The Debtors are serving the Motion by next business day delivery and/or email on the date of the filing of the Motion and this Motion to Shorten.

4. The Official Committee of Unsecured Creditors and the Debtors' prepetition and postpetition lenders do not object to shortening notice on the Motion.

5. The prompt engagement of the CRO and BRG for the purposes of evaluating prospective transactions for the sale of their assets and formulating a plan of reorganization or liquidation and the other purposes set forth in the Motion is essential to the will maximization of the value of the Debtors' estates for the benefit of their creditors. The Debtors and BRG have executed the Engagement Letter contemporaneously with the filing of the Motion and this Motion to Shorten.

6. The next hearing in this case is scheduled for October 17, 2011, and the next omnibus hearing date after that is not until November 2, 2011.

7. The Debtors respectfully submit these exigencies justify shortened notice.

8. The Debtors respectfully request that the Court schedule the hearing on the Motion for October 17, 2011 at 2:00 p.m., and provide that objections to the Motion be filed by October 14, 2011 at 11:59 p.m.

WHEREFORE, for the reasons set forth, the Debtors respectfully request that the Court enter an order, substantially in the form attached, granting the relief requested in the Motion to Shorten and such other and further relief as may be just and proper.

Dated: October 11, 2011                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ BG/*

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:   rpachulski@pszjlaw.com
          dgrassgreen@pszjlaw.com
          bgrohsgal@pszjlaw.com
          jfried@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER PURSUANT TO FED. R. BANKR. P.2002 AND DEL. BANKR. L.R. 9006-1(E) SHORTENING THE TIME FOR NOTICE WITH RESPECT TO MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 363 FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AND DESIGNATING R. TODD NEILSON AS CHIEF RESTRUCTURING OFFICER TO THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 6, 2011**

Upon consideration of the Debtors' Motion to Shorten[2] for entry of an order under Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") shortening the time for notice for the *Motion of the Debtors Pursuant to 11 U.S.C. § 363 for Entry of an Order Authorizing the Employment of Berkeley Research Group, LLC and Designating R. Todd Neilson as Chief Restructuring Officer to the Debtors Nunc Pro Tunc to October 6, 2011* (the "Motion"); and the Court having determined that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion to Shorten has been given and that no other or further

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to them in the Motion to Shorten.

notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

## ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion to Shorten is hereby granted as set forth herein. All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

2. The hearing to consider the Motion will be held on **October 17, 2011 at 2:00 p.m. (ET)** and any response to the relief requested therein must be filed and served on counsel to the Debtors so as to be received not later than **11:59 p.m. (ET) on October 14, 2011**.

3. Debtors' counsel will serve this Order and notice of the hearing on the Motion on the Office of the United States Trustee, the Debtors' prepetition and postpetition lenders, counsel to the unsecured creditors committee and parties that have entered their appearance or are on the Rule 2002 service list in this case, by email, facsimile transmission, or overnight delivery within 24 hours of entry of this Order.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2011

                                                               Honorable Mary F. Walrath
                                                                United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Solyndra LLC, et al.,[1] | ) ) Case No.: 11-12799 (MFW) |
| Debtors. | ) ) (Jointly Administered) ) |

**ORDER PURSUANT TO FED. R. BANKR. P.2002 AND DEL. BANKR. L.R. 9006-1(E) SHORTENING THE TIME FOR NOTICE WITH RESPECT TO MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 363 FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AND DESIGNATING R. TODD NEILSON AS CHIEF RESTRUCTURING OFFICER TO THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 6, 2011**

Upon consideration of the Debtors' Motion to Shorten[2] for entry of an order under Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") shortening the time for notice for the *Motion of the Debtors Pursuant to 11 U.S.C. § 363 for Entry of an Order Authorizing the Employment of Berkeley Research Group, LLC and Designating R. Todd Neilson as Chief Restructuring Officer to the Debtors Nunc Pro Tunc to October 6, 2011* (the "Motion"); and the Court having determined that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion to Shorten has been given and that no other or further

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to them in the Motion to Shorten.

notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

## ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion to Shorten is hereby granted as set forth herein. All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

2. The hearing to consider the Motion will be held on **October 17, 2011 at 2:00 p.m. (ET)** and any response to the relief requested therein must be filed and served on counsel to the Debtors so as to be received not later than **11:59 p.m. (ET) on October 14, 2011**.

3. Debtors' counsel will serve this Order and notice of the hearing on the Motion on the Office of the United States Trustee, the Debtors' prepetition and postpetition lenders, counsel to the unsecured creditors committee and parties that have entered their appearance or are on the Rule 2002 service list in this case, by email, facsimile transmission, or overnight delivery within 24 hours of entry of this Order.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2011

                                              Honorable Mary F. Walrath
                                              United States Bankruptcy Judge