IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SOLYNDRA, LLC, et al. | : | Case No. 11-12799(MFW) |
| | : | |
| Debtors. | : | **Objection Deadline:  October 14, 2011 at 11:59 p.m.** |
| | : | **Hearing Date: October 17, 2011 at 2:00 p.m.** |

### UNITED STATES TRUSTEE'S OBJECTION TO THE MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 363 FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AND DESIGNATING R. TODD NEILSON AS CHIEF RESTRUCTURING OFFICER TO THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 6, 2011

In support of her objection (the "Objection") to the Motion of the Debtors Pursuant to 11 U.S.C. § 363 for Entry of an Order Authorizing the Employment of Berkeley Research Group, LLC and Designating R. Todd Neilson as Chief Restructuring Officer to the Debtors *Nunc Pro Tunc* to October 6, 2011 (the "CRO Motion"), Roberta A. DeAngelis, the United States Trustee for Region 3 ("U.S. Trustee"), through her undersigned counsel, states as follows:

1. This Court has jurisdiction to hear this Objection.

2. Pursuant to 28 U.S.C. § 586, the U.S. Trustee is charged with the administrative oversight of cases commenced pursuant to chapter 11 of title 11 of the United States Code.  This duty is part of the U.S. Trustee's overarching responsibility to enforce the bankruptcy laws as written by Congress and interpreted by the courts.  *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (U.S. Trustee has "public interest standing" under 11 U.S.C. § 307, which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990).

3. On September 6, 2011, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

4. On September 15, 2011, the U.S. Trustee appointed a statutory committee of unsecured creditors.

5. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. On September 30, 2011, the United States Trustee filed her motion seeking an order directing the appointment of a chapter 11 trustee in this case (Docket no. 176) (the "Motion to Appoint a Trustee"). That matter is set for hearing on October 17, 2011 at 2:00 p.m.

7. On October 11, 2011, the Debtors filed the CRO Motion, which is scheduled for hearing on October 17, 2011 at 2:00 p.m.

8. Because it is appropriate for the Court to grant the Motion to Appoint a Trustee, the Debtors should not need a CRO and the Court should therefore deny the CRO Motion.

9. The United States Trustee has also raised informal objections to the CRO Motion that the parties will be working to resolve prior to the hearing.

WHEREFORE, the U.S. Trustee requests that this Court issue an order denying the CRO Motion and granting such other and further relief as this Court deems appropriate, fair and just.

Respectfully submitted,

**ROBERTA A. DeANGELIS**
**UNITED STATES TRUSTEE**

By: */s/ Jane M. Leamy*

T. Patrick Tinker (FL 64874)
Assistant U.S. Trustee
Jane M. Leamy (#4113)
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)