IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 220** |

**SUPPLEMENTAL DECLARATION OF ERIC CARLSON
IN SUPPORT OF THE DEBTORS'
OPPOSITION TO THE UNITED STATES TRUSTEE'S MOTION FOR ENTRY
OF AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11
TRUSTEE UNDER 11 U.S.C. SECTION 1104 OR, IN THE ALTERNATIVE,
CONVERSION OF THE CASE TO CHAPTER 7 UNDER 11 U.S.C. SECTION 1112(B)**

Eric Carlson, under penalty of perjury, deposes and says:

1.      This supplemental declaration (this "Declaration") is submitted in support

of the opposition (the "Opposition") of Solyndra LLC ("Solyndra") and 360 Degree Solar

Holdings, Inc., the above-captioned debtors and debtors in possession (together, the "Debtors"),

to the motion filed by the Office of United States Trustee to appoint a chapter 11 trustee in these

cases or, alternatively, to convert these cases to chapter 7 under the Bankruptcy Code. This

Declaration supplements my declaration submitted on October 12, 2011, which is hereby

incorporated by reference in its entirety. The facts set forth in this Declaration are personally

known to me and, if called as a witness, I could and would testify thereto. Capitalized terms not

defined herein shall have the meanings set forth in the Opposition.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

2.     I am a managing director of Imperial Capital, LLC ("Imperial").  I am duly authorized to make this Declaration on behalf of Imperial.

3.     I have been employed with Imperial since 2006.  I have over twenty years' experience in restructuring advisory services and investment banking.  In that capacity, I regularly represent debtors, buyers and creditors in the context of asset sales under the Bankruptcy Code.  Over the past three years, Imperial has represented debtors or key constituents in the sale of more than a dozen companies in chapter 11.

4.     On September 10, 2011, Imperial was retained as financial advisor and investment banker to the Debtors in these cases.  I have senior responsibility for this assignment on behalf of Imperial.

5.     In the event that there is an extension of the sale timetable, such extension will be beneficial as it will allow interested parties more time to assess the Debtor's assets, which are highly technical.  Among other things, additional interested parties have signed non-disclosure agreements within the last week --- two on October 10 and another on October 14 --- and the additional time will allow these parties a reasonable opportunity to conduct diligence and participate in the auction process.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 17 day of October 2011.

_____
Eric Carlson