IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Solyndra LLC, *et al.*,[1] | ) Case No.: 11-12799 (MFW) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) **Related Docket Nos. 228, 237 & 238** |

## THIRD AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON OCTOBER 17, 2011 AT 2:00 P.M.

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## UNCONTESTED MATTERS (CERTIFICATIONS OF NO OBJECTION AND/OR CERTIFICATIONS OF COUNSEL FILED)

1. Debtors' Application Pursuant to Section 327(a) and 328 of the Bankruptcy Code, Rules 2014 and 6005 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Heritage Global Partners as Sales Agent and Auctioneer to the Debtors and Debtors-in-Possession *nunc pro tunc* to September 19, 2011 (Filed September 28, 2011; Docket No. 170)

   **Objection Deadline:** October 10, 2011 at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a) Certification of No Objection (Filed October 12, 2011; Docket No. 223)

   (b) Certification of Counsel re Revised Order (Filed October 13, 2011; Docket No. 227)

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

(c) [signed] **Order Authorizing Employment And Retention Of Heritage Global Partners As Sales Agent And Auctioneer To The Debtors And Debtors In Possession Nunc Pro Tunc To September 19, 2011 (Entered October 17, 2011; Docket No. 241)**

**Status: The Court has entered an Order granting the Application.**

2. Debtors' Application for Order Pursuant to Section 327(e) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain K&L Gates LLP as Special Counsel to the Debtors *nunc pro tunc* to the Petition Date (Filed September 28, 2011; Docket No. 171)

   **Objection Deadline:** October 10, 2011 at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a) Certification of Counsel re: Revised Order (Filed October 12, 2011; Docket No. 221)

   (b) [signed] **Order Authorizing The Employment And Retention Of K&L Gates LLP As Special Counsel for The Debtors And Debtors In Possession Nunc Pro Tunc To September 12, 2011 (Entered October 17, 2011; Docket No. 243)**

   **Status: The Court has entered an Order granting the Application.**

3. Debtors' Motion for Entry of Order Granting Extension of Time to File Schedules and Statement of Financial Affairs (Filed September 30, 2011; Docket No. 177)

   **Objection Deadline:** October 10, 2011 at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a) Certification of No Objection (Filed October 12, 2011; Docket No. 224)

   (b) [signed] **Order Extending Time To File Schedules And Statements Of Financial Affairs (Entered October 17, 2011; Docket No. 244)**

   **Status: The Court has entered an Order granting the Motion.**

4. Debtors' Motion Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business (Filed October 3, 2011; Docket No. 180)

   **Objection Deadline:** October 10, 2011 at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a) Certification of No Objection (Filed October 12, 2011; Docket No. 222)

   (b) **[signed] Order Authorizing The Debtors To Retain, Employ, And Compensate Certain Professionals Utilized By The Debtors In The Ordinary Course of Business (Entered October 17, 2011; Docket No. 246)**

   **Status: The Court has entered an Order granting the Motion.**

   **CONTESTED MATTERS:**

5. Motion of Debtors for Entry of an Order Authorizing the Employment of Berkeley Research Group, LLC and Designating R. Todd Neilson as Chief Restructuring Officer to the Debtors *nunc pro tunc* to October 6, 2011 (Filed October 11, 2011; Docket No. 210)

   **Objection Deadline:** October 14, 2011 at 11:59 p.m.

   **Objections/Responses:**

   (a) United States Trustee' Objection to the Motion of the Debtors for Entry of an Order Authorizing the Employment of Berkeley Research Group, LLC and Designating R. Todd Neilson as Chief Restructuring Officer to the Debtors *nunc pro tunc* to October 6, 2011 (Filed October 14, 2011; Docket No. 233)

   **Related Documents:**

   (a) Motion to Shorten Notice (Filed October 11, 2011; Docket No. 211)

   (b) [signed] Order Shortening Notice (Entered October 13, 2011; Docket No. 229)

(c) Notice of Hearing on Debtors' Motion for Entry of an Order Authorizing the Employment of Berkeley Research Group, LLC and Designating R. Todd Neilson as Chief Restructuring Officer to the Debtors *nunc pro tunc* to October 6, 2011 (Filed October 13, 2011; Docket No. 231)

**Status:** This matter is going forward.

## **CONTESTED MATTERS:**

6. Debtors' Motion for an Order under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance and (C) Establishing Procedures for Determining Adequate Assurance of Payment with respect to the Objection of Pacific Gas and Electric Company only (Filed September 6, 2011; Docket No. 8)

    **Objection Deadline:** September 23, 2011 at 4:00 p.m.

    **Objections/Responses:**

    (a) Objection of Pacific Gas and Electric Company ("PG&E") Creditor and Utility (Filed September 22, 2011; Docket No. 115)

    **Related Documents:**

    (a) [signed] Bridge Order Determining Adequate Assurance of Payment for Future Utility Services and Setting a Final Hearing (Entered September 7, 2011; Docket No. 37)

    (b) [signed] Final Order on Motion (Filed Entered October 6, 2011; Docket No. 188)

    **Status:** This matter has been resolved with respect to the Objection of Pacific Gas and Electric Company, and the Debtors will submit a proposed order under certification of counsel or at the hearing.

7. Motion of Solyndra LLC for Entry of an Order Approving Procedures for the Sale, Transfer and Abandonment of de Minimis Assets and Ordinary Course Sales of Inventory and Raw Materials (Filed September 26, 2011; Docket No. 148)

    **Objection Deadline:** October 10, 2011 at 4:00 p.m. [Extended to October 13, 2011 for Menlo Logistics]

**Objections/Responses:**

(a) VDL Enabling Technologies Group Eindhoven BV's Omnibus Objection to Debtors' Sale Motions (Filed October 10, 2011; Docket No. 204)

**Status:** This matter is going forward.

8. Debtors' Motion for Order Pursuant to Sections 546, 105(a) and 362 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Establishing Procedures for Resolution of Reclamation Claims. (II) Authorizing Debtors to Return Goods and (III) Prohibiting Interference with Delivery of Debtors' Goods (Filed September 26, 2011; Docket No. 149)

   **Objection Deadline:** October 10, 2011 at 4:00 p.m. [Extended to October 13, 2011 for Menlo Logistics]

   **Objections/Responses:**

   (a) Response of Advanced Nano Products Co., Ltd. (Filed October 10, 2011; Docket No. 201)

   **Status:** This matter is going forward.

9. Motion of Solyndra LLC Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, for Authority to (A) Conduct an Auction for Non-Core Assets, and (B) Sell Assets to the Successful Bidders at an Auction Free and Clear of All Encumbrances (Filed September 26, 2011; Docket No. 150)

   **Objection Deadline:** October 10, 2011 at 4:00 p.m. [Extended to October 13, 2011 for Menlo Logistics]

   **Objections/Responses:**

   (a) VDL Enabling Technologies Group Eindhoven BV's Omnibus Objection to Debtors' Sale Motions (Filed October 10, 2011; Docket No. 204)

   (b) Limited Objection of Global Kato HG, LLC (Filed October 11, 2011; Docket No. 206)

   (c) Limited Objection of Von Ardenne Anlagentechnik GmbH (Filed October 12, 2011; Docket No. 214)

(d) Declaration of Johannes Strumpeel in Support of Limited Objection of Von Ardenne Anlagentechnik GmbH (Filed October 12, 2011; Docket No. 215)

**Status:** This matter is going forward.

10. Motion of Canton Chem Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C Section 503(b)(9) (Filed September 27, 2011; Docket No. 166)

    **Objection Deadline:** October 10, 2011 at 4:00 p.m.

    **Objections/Responses:**

    (a) Objection of Solyndra LLC to Canton Chem Inc.'s Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C Section 503(b)(9) (Filed October 10, 2011; Docket No. 202)

    **Status:** This matter is **continued by the consent of the parties.**

11. United States Trustee's Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee under 11 U.S.C. Section 1104 or, in the Alternative, Conversion of the Case to Chapter 7 under 11 U.S.C. Section 1112(b) (Filed September 30, 2011; Docket No. 176)

    **Objection Deadline:** October 11, 2011 at 4:00 p.m.

    **Objections/Responses:**

    (a) Objection of the Official Committee of Unsecured Creditors (Filed October 11, 2011; Docket No. 208)

    (b) Objection by Argonaut Ventures I, L.L.C. and Ae DIP 2011, LLC (Filed October 12, 2011; Docket No. 217)

    (c) Response of the United States of America, on Behalf of the Department of Energy (Filed October 12, 2011; Docket No. 218)

    (d) Debtors' Opposition to U.S. Trustee's Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee under 11 U.S.C. Section 1104 or, in the Alternative, Conversion of the Case to Chapter 7 under 11 U.S.C. Section 1112(b) (Filed October 12, 2011; Docket No. 219)

(e) Declaration of Eric Carlson in Support of the Debtors' Opposition to U.S. Trustee's Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee under 11 U.S.C. Section 1104 or, in the Alternative, Conversion of the Case to Chapter 7 under 11 U.S.C. Section 1112(b) (Filed October 12, 2011; Docket No. 220)

(f) **Supplemental Declaration of Shig Hamamatsu in Support of the Debtors' Opposition to the United States Trustee's Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee Under 11 U.S.C. Section 1104 or, in the Alternative, Conversion of the Case to Chapter 7 Under 11 U.S.C. Section 1112(B) (Filed October 17, 2011; Docket No. 240)**

(g) **Supplemental Declaration in Support of Eric Carlson in Support of the Debtors' Opposition to the United States Trustee's Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee Under 11 U.S.C. Section 1104 or, in the Alternative, Conversion of the Case to Chapter 7 Under 11 U.S.C. Section 1112(b) (Filed October 17, 2011; Docket No. 242)**

(h) **Supplemental Declaration in Support of R. Todd Neilson in Support of Debtors' Opposition to the United States Trustee's Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee Under 11 U.S.C. Section 1104 or, in the Alternative, Conversion of the Case to Chapter 7 Under 11 U.S.C. Section 1112(b) (Filed October 17, 2011; Docket No. 245)**

**Related Documents:**

(a) Notice of Hearing (Filed October 3, 2011; Docket No. 179)

(b) Declaration of Jeffrey Heck, Bankruptcy Analyst, in Support of Motion of United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee under 11 U.S.C. Section 1104 (Filed October 14, 2011; Docket No. 234)

(c) **Joint Stipulation of Facts in Connection with the United States Trustee's Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee under 11 U.S.C. Section 1104 or, in the Alternative, Conversion of the Case to Chapter 7 under 11 U.S.C. Section 1112(b) (Filed October 17, 2011; Docket No. 247)**

7

**Status:** This matter is going forward.

Dated: October 17, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ B. Grohsgal
_____
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
Curtis A. Hehn (DE Bar No. 6461)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
bgrohsgal@pszjlaw.com
jfried@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:174197.1 80368-00001