# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Solyndra, LLC |
| **Case Number:** | 11-12799-MFW     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 17, 2011 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | STEPHEN GRANT |

## Matter:

Omnibus
**R / M #:**   248 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
  Items 1 through 4 - Orders entered under Certifications
  Item 5 - Order due under Certification of Counsel
  Item 6 - Order entered
  Item 7 - Order entered
  Item 8 - Order entered
  Item 9 - Order due under Certification of Counsel
  Item 10 - Continued
  Item 11 - Order due under Certification of Counsel