IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| In re: | * | | |
| | * | | |
| SOLYNDRA, LLC, et al.[1], | * | Case No. 11-12799-MFW | |
| | * | | |
| Debtor. | * | Chapter 7 | |
| | * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of DLA Piper LLP (US), a creditor and/or party in interest in the above-captioned case, and pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address, telephone number and telecopy number listed as follows:

> Richard M. Kremen, Esquire
> Jodie E. Buchman, Esquire
> DLA Piper LLP (US)
> The Marbury Building
> 6225 Smith Avenue
> Baltimore, Maryland 21209-3600
> Telephone: (410) 580-3000
> Facsimile: (410) 580-3001
> e-mail: richard.kremen@dlapiper.com
> e-mail: Jodie.buchman@dlapiper.com

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, California 94538

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and/or orders relating to any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy or otherwise, which in any way affect or seek to affect any right or interest of DLA Piper LLP (US).

The undersigned additionally requests that the Debtors and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Dated: October 11, 2011

Respectfully submitted,

/s/

Richard M. Kremen, Esquire (MD Bar No. 00532)
Jodie E. Buchman, Esquire (MD Bar No. 26004)
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-3000
Facsimile: (410) 580-3001

Attorneys for DLA Piper LLP (US)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October 2011, a copy of the foregoing Notice of Appearance and Demand for Service of Papers, filed in Case No. 11-12799-MFW was served by first class mail, postage prepaid, on the following:

Solyndra, LLC
47488 Kato Road
Fremont, California 94538

Debra Grassgreen, Esquire
Joshua Fried, Esquire
Maxim B. Lutvak, Esquire
Pachulski, Stang, Ziehl, Young & Jones
150 California Street
15th Floor
San Francisco, California 94111

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899-0035

David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones
1201 Market Street
Suite 800
Wilmington, Delaware 19801

Bruce Grohsgal, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street
16th Floor
Wilmington, Delaware 19801

United States Trustee
402 West Broadway
Suite 600
San Diego, California 92101-8511

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, Delaware 19801

_____
Richard M. Kremen