IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Deadline for Submitting Bids: November 16, 2011 at 4:00 p.m. PT**
**Auction Date: November 18, 2011 at 10:00 a.m. PT**
**Deadline for Objections to Sale Motion: November 21, 2011 at 12:00 p.m. ET**
**Hearing Date on Sale Motion: November 22, 2011 at 4:00 p.m. ET**

## NOTICE OF CONTINUED BID DEADLINE, AUCTION, AND SALE HEARING FOR SALE OF SOLYNDRA LLC'S BUSINESS ASSETS ON TURNKEY BASIS AND ASSUMPTION AND ASSIGNMENT OF RELATED CONTRACTS AND LEASES

PLEASE BE ADVISED that, on September 16, 2011, Solyndra LLC ("Solyndra"), one of the above-captioned debtors and debtors in possession herein (the "Debtors"), filed the Motion of Solyndra LLC for an Order (A) Approving Procedures for Sale of Business Assets on Turnkey Basis; (B) Scheduling Auction and Hearing to Consider Approval of Sale and Assumption and Assignment of Certain Executory Contracts an Unexpired Leases; (C) Approving Forms of Notice; and (D) Granting Related Relief [Docket No. 91] (the "Bid Procedures Motion").[2]

PLEASE BE FURTHER ADVISED that, on September 28, 2011, the Court entered an order approving the Bid Procedures Motion [Docket No. 167] (the "Bid Procedures Order"), which approved certain bid procedures for the sale (the "Bid Procedures"). As set forth

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Bid Procedures Motion.

in the Bid Procedures, Solyndra seeks to sell substantially all of Solyndra's assets utilized in the ordinary course operation of Solyndra's business (or any portion thereof), including Solyndra's manufacturing plant and land, all associated fixtures and equipment, intellectual property, rights under executory contracts and leases, and any other business assets necessary for a "turnkey" sale of Solyndra's enterprise (together, the "Assets"). Solyndra holds all of the Assets necessary to operate the company's business.

PLEASE BE FURTHER ADVISED that, in accordance with the Bid Procedures, Solyndra hereby extends certain dates and deadlines in the Bid Procedures and the Bid Procedures Order as follows: (i) November 16, 2011 at 4:00 p.m. (prevailing Pacific time) is set as the deadline for submitting bids on the Assets, (ii) November 18, 2011, commencing at 10:00 am (prevailing Pacific time) is set as the date and time for an auction (the "Auction") of the Assets, to be conducted at Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, or at such other date, time and place as determined and announced by Solyndra; (iii) November 21, 2011 at 12:00 p.m. (prevailing Eastern time) is set as the deadline for any objections to the Sale Motion (as defined below); and (iv) November 22, 2011 at 4:00 p.m. is set as the date and time of the Sale Hearing (as defined below).

PLEASE BE FURTHER ADVISED that Solyndra intends to file a motion (the "Sale Motion") seeking Court approval of the sale of the Assets to the highest and best bidder(s) at the Auction, free and clear of all liens, claims and encumbrances pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code"), with all liens, claims and encumbrances to attach to the proceeds of the sale with the same validity and in the same order of priority as they attached to the Assets prior to the sale, including the assumption by Solyndra

2

and assignment to the buyer of certain executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code, all as more fully set forth in the Bid Procedures Order and Bid Procedures.

PLEASE BE FURTHER ADVISED that any response or objection to the Sale Motion or the conduct of the Auction must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before <u>November 21, 2011, at 12:00 p.m. (prevailing Eastern time)</u>. By the same time, you must also serve a copy of the response or objection upon Solyndra's financial advisors, Imperial Capital, LLC, 55 Second Street, Suite 1950, San Francisco, CA 94105, Attn: Eric Carlson (email: ecarlson@imperialcapital.com), with a copy to: (a) Solyndra's counsel, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Debra I. Grassgreen (email: dgrassgreen@pszjlaw.com); (b) counsel to AE DIP 2011, LLC, as the DIP Lender, and Argonaut Ventures I, L.L.C., as the Prepetition Tranche A Representative and the Prepetition Tranche E Agent, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166, Attn: Michael A. Rosenthal (email: mrosenthal@gibsondunn.com) and Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, DE 19899, Attn: Sean M. Beach, Esq. (email: sbeach@ycst.com); (c) counsel to the U.S. Department of Energy, acting by and through the Secretary of Energy, as the Prepetition Tranche B/D Credit Facility Agent, U.S. Department of Justice, Civil Division, 1100 L Street NW, Room 10030, Washington, D.C. 20530, Attn: Matthew J. Troy (email: matthew.troy@usdoj.gov); (d) counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, Attn: Bonnie Glantz Fatell (email: fatell@blankrome.com); and (e)

Office of the U.S. Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Jane M. Leamy (email: jane.m.leamy@usdoj.gov) (collectively, the "Notice Parties"). Bids received by any of the Notice Parties may be shared with any of the other Notice Parties without prior notice to any bidders.

PLEASE BE FURTHER ADVISED that an evidentiary hearing (the "Sale Hearing") on the relief requested in the Sale Motion (among other things, to confirm the results of any Auction and approve the sale of the Assets to the Successful Bidder(s), if any) will be held on November 22, 2011 at 4:00 p.m. (prevailing Eastern time) before the Honorable Mary J. Walrath, United States Bankruptcy Judge, at the United States District Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

PLEASE BE FURTHER ADVISED that all requests for information concerning information on the Bid Procedures, the proposed sale of the Assets, or the Sale Motion should be directed in writing to Solyndra's financial advisors, Imperial Capital, LLC, 55 Second Street, Suite 1950, San Francisco, CA 94105, Attn: Eric Carlson (email: ecarlson@imperialcapital.com).

Dated: October 18, 2011          PACHULSKI STANG ZIEHL & JONES LLP

*[signature]*
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Maxim B. Litvak (CA Bar No. 215852)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:      rpachulski@pszjlaw.com
             dgrassgreen@pszjlaw.com
             bgrohsgal@pszjlaw.com
             mlitvak@pszjlaw.com

Counsel for the Debtors and
Debtors in Possession