IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | | **Related Docket No. 150** |

**Objection Deadline: October 10, 2011 at 4:00 p.m. (prevailing Eastern time)**
**Hearing: October 17, 2011 at 2:00 p.m. (prevailing Eastern time)**

**CERTIFICATION OF COUNSEL**
**WITH RESPECT TO REVISED ORDER GRANTING MOTION OF**
**SOLYNDRA LLC PURSUANT TO SECTIONS 105(A) AND 363 OF THE**
**BANKRUPTCY CODE AND AUTHORIZING THEM TO (A) CONDUCT AUCTION**
**FOR NON-CORE ASSETS, AND (B) SELL SUCH ASSETS TO THE SUCCESSFUL**
**BIDDERS AT AN AUCTION FREE AND CLEAR OF ALL ENCUMBRANCES**

      1.      On September 26, 2011, Solyndra LLC, *et al.* (the "Debtors") filed the

*Motion of Solyndra LLC Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, for*

*Authority to (A) Conduct an Auction for Non-Core Assets, and (B) Sell Assets to the Successful*

*Bidders at an Auction Free and Clear of All Encumbrances* [Docket No. 150] (the "Motion").

      2.      On October 10, 2011, an Objection to the Motion was filed by VDL

Enabling Technologies Group Eindhoven BV [Docket No. 204]. On October 11, 2011 a Limited

Objection to the Motion was filed by Global Kato HG, LLC [Docket No. 206]; and on October

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

12, 2011, a Limited Objection to the Motion was filed by Von Ardenne Anlagentechnik GmbH [Docket No. 214], together with the Declaration of Johannes Strumpeel in Support [Docket No. 131] (the "Objections").

3.      On October 17, 2011, the Court conducted a hearing on the Motion and considered the Objections and the arguments of counsel.

4.      The Debtors have revised the proposed order to reflect revisions discussed at the hearing. A copy of the proposed revised order which reflects the modified language is attached hereto as Exhibit A. A blackline of the order having the cumulative revisions made to the proposed order filed with the Motion is attached hereto as Exhibit B.

5.      The Debtors respectfully request that the Court enter the attached form of proposed revised order at its earliest convenience.

6.      Should the Court have any questions regarding the proposed revised order, the Debtors stand ready to respond.

Dated: October \_\_\_, 2011                     PACHULSKI STANG ZIEHL & JONES LLP

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:      rpachulski@pszjlaw.com
             dgrassgreen@pszjlaw.com
             bgrohsgal@pszjlaw.com
             jfried@pszjlaw.com

Counsel for the Debtors and
Debtors in Possession

DOCS_DE:174271.1 80368-00001