U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware 19801
Tel. (302) 573-6491     Fax (302) 573-6497

<u>CHAPTER 11 - 341 (a) MINUTE SHEET</u>

TO THE CLERK OF THE BANKRUPTCY COURT:

| | |
|---|---|
| DEBTOR: | Solyndra, LLC, et al. |
| CASE NUMBER: | 11-12799 (MFW) |
| DATE PETITION FILED: | September 6, 2011 |
| TIME OF MEETING: | 10:00 a.m. |
| PLACE OF MEETING: | J. Caleb Boggs Federal Building, Room 5209, 844 King St., Wilmington, Delaware |
| ORIGINAL 341 (a) DATE: | October 18, 2011 |
| ADJOURNED 341 (a) DATE: | tbd |
| DEBTORS ATTORNEY (APPEARING): | Debra Grassgreen |
| FIRM NAME: | Pachulski Stang Ziehl & Jones |
| COUNSEL/CRED/COMM. (APPEARING): | Stanley Tarr |
| FIRM NAME: | Blank Rome, LLP |
| WITNESS (NAME & TITLE): | Ben Bierman, Executive Vice President of Operations; Shig Hamamatsu, Vice President of Finance; R. Todd Neilson, CRO; Eric Carlson, managing director, Imperial Capital |
| SCHEDULES FILED:   DATE: | n/a |
| WHY HAVE SCHEDULES NOT BEEN FILED: | Debtors have received an extension of time. |
| WHEN WILL SCHEDULES BE FILED: | On or before October 31, 2011 |
| HAS DEBTOR FILED INTERIM REPORTS: | YES (✓)          NO ( ) |

IF NO, WHY NOT:

 /s/ Jane M. Leamy
*Jane M. Leamy*
Trial Attorney

DATED: <u>October 20, 2011</u>          CONCLUDED ( )          CONTINUED (✓)

MEETING CONTINUED TO OPEN DATE (✓)
MEETING CONTINUED TO SET DATE: