IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) <br> ) |
| Solyndra LLC, et al.,[1] | ) Case No.: 11-12799 (MFW) <br> ) (Jointly Administered) |
| | Related Docket No. 210 |
| Debtors. | |

Objection Deadline: October 14, 2011 at 11:59 p.m. (prevailing Eastern time)
Hearing: October 17, 2011 at 2:00 p.m. (prevailing Eastern time)

### CERTIFICATION OF COUNSEL WITH RESPECT TO REVISED ORDER AUTHORIZING THE EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AND DESIGNATING R. TODD NEILSON AS CHIEF RESTRUCTURING OFFICER TO THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 6, 2011

1. On October 11, 2011, Solyndra LLC, *et al.* (the "Debtors") filed the *Motion of Debtors Pursuant to Sections 11 U.S.C. Section 363 for Entry of an Order Authorizing the Employment of Berkeley Research Group, LLC and Designating R. Todd Neilson as Chief Restructuring Officer to the Debtors nunc pro tunc to October 6, 2011* [Docket No. 210] (the "Motion").

2. On October 14, 2011, an Objection to the Motion was filed by the United States Trustee [Docket No. 233].

3. On October 17, 2011, the Court conducted a hearing on the Motion and considered the Objection and the arguments of counsel.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

4. The Debtors have revised the proposed order and the engagement letter to reflect revisions discussed at the hearing. A copy of the proposed revised order which reflects the modified language is attached hereto as <u>Exhibit A</u>, and the amended engagement letter is attached as the exhibit to the proposed revised order. A blackline of the order having the cumulative revisions made to the proposed order filed with the Motion is attached hereto as <u>Exhibit B</u>, and the blackline of the amended engagement letter is attached as an exhibit to the blackline of the proposed order.

5. The Debtors respectfully request that the Court enter the attached form of proposed revised order at its earliest convenience.

6. Should the Court have any questions regarding the proposed revised order, the Debtors stand ready to respond.

Dated: October 31, 2011

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    rpachulski@pszjlaw.com
           dgrassgreen@pszjlaw.com
           bgrohsgal@pszjlaw.com
           jfried@pszjlaw.com

Counsel for the Debtors and
Debtors in Possession

DOCS_DE:174660.1 80368-002

2