IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No. 274** |

## <u>AMENDED</u> NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON NOVEMBER 2, 2011 AT 11:30 A.M.

## <u>NOTE:  HEARING CANCELED – ALL MATTERS CONTINUED OR RESOLVED</u>

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## <u>CONTINUED MATTERS:</u>

1.     Motion of Canton Chem Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C Section 503(b)(9) (Filed September 27, 2011; Docket No. 166)

**Objection Deadline:**  October 10, 2011 at 4:00 p.m.

**Objections/Responses:**

(a)     Objection of Solyndra LLC to Canton Chem Inc.'s Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C Section 503(b)(9) (Filed October 10, 2011; Docket No. 202)

**Status:**  This matter is continued to November 22, 2011 at 4:00 p.m.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583).  The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

**UNCONTESTED MATTERS:**

2.  Application of the Official Committee of Unsecured Creditors of Solyndra LLC, *et al.* for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 *nunc pro tunc* to September 15, 2011 (Filed October 7, 2011; Docket No. 191)

    **Objection Deadline:** October 24, 2011 at 4:00 p.m.

    **Objections/Responses:** None to date.

    **Related Documents:**

    (a)    Certification of No Objection (Filed October 27, 2011; Docket No. 269)

    **Status: The Court has informed counsel that it intends to enter the order on this Application.**

3.  Application of the Official Committee of Unsecured Creditors of Solyndra LLC, *et al.* for an Order Authorizing the Committee to Retain and Employ BDO Consulting, a Division of BDO USA, LLP, as Its Financial Advisor and BDO Capital Advisors, LLC, as Investment Banker, l Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 *nunc pro tunc* to September 16, 2011 (Filed October 7, 2011; Docket No. 192)

    **Objection Deadline:** October 24, 2011 at 4:00 p.m.

    **Objections/Responses:** None to date.

    **Related Documents:**

    (a)    Certification of No Objection (Filed October 27, 2011; Docket No. 270)

    **Status: The Court has informed counsel that it intends to enter the order on this Application.**

Dated: **November 1**, 2011

PACHULSKI STANG ZIEHL & JONES LLP

_____

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
Curtis A. Hehn (DE Bar No. 6461)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:       rpachulski@pszjlaw.com
                   dgrassgreen@pszjlaw.com
                   bgrohsgal@pszjlaw.com
                   jfried@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:174532.1 80368-00001