IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Related Docket No. 150 |

**DECLARATION OF STEPHEN GROSS OF
HERITAGE GLOBAL PARTNERS IN SUPPORT OF MOTION
OF SOLYNDRA LLC PURSUANT TO SECTIONS 105(A) AND 363 OF THE
BANKRUPTCY CODE, FOR AUTHORITY TO (A) CONDUCT AN AUCTION
FOR NON-CORE ASSETS, AND (B) SELL ASSETS TO THE SUCCESSFUL
BIDDERS AT AN AUCTION FREE AND CLEAR OF ALL ENCUMBRANCES**

I, Stephen Gross, declare as follows:

1. I am the Chief Financial Officer of Heritage Global Partners ("HGP"), a leading advisory and auction services firm (collectively, the "Sales Agent") retained by Solyndra LLC ("Solyndra"), pursuant to order of this Court entered on October 17, 2011 (Doc. No. 241). HGP was retained in order to auction certain of Solyndra's non-core assets not necessary for the operation of its business (the "Non-Core Assets"). The auction for the Non-Core Assets occurred on November 2 and 3, 2011 (the "Auction").

2. Except as otherwise indicated, all facts set forth in this proffer are based upon by personal knowledge, my review of relevant documents, or my opinion based upon my experience, knowledge, and information concerning the marketing and sale of the Non-Core Assets. If I were called to testify, I would testify competently to the facts set forth herein.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

DOCS_SF:78744.2 80368-002

3. The marketing effort for the Debtors' assets was a robust multi-faceted process created and executed to notify a global audience of key industry players of the sale and to identify and contact potential buyers. HGP generated a detailed marketing plan for the Auction our a five week period, which included sending over fifty thousand emails to prospective buyers along with print marketing in targeted newspapers, web banner marketing on strategic industry websites, search engine marketing, email marketing and print brochure marketing, among other things. These efforts resulted in over three thousand nine hundred registered bidders from around the world, of which three hundred sixty six made purchases totaling $6,212,566.05.

4. The Auction was at all times conducted without any collusion and in good faith and at arms' length with each of the bidders for the Non-Core Assets. The list of Non-Core Assets, along with the proposed buyers and purchase price for such assets, is disclosed in the *Notice of Auction Results and Auction Report* filed concurrently herewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: November 4, 2011

By: _____
Stephen Gross