IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No. 260** |

## NOTICE OF AUCTION RESULTS AND AUCTION REPORT

**PLEASE TAKE NOTICE** that pursuant to the *Order Granting Motion of Solyndra LLC Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Authorizing Them to (A) Conduct Auction for Non-Core Assets, and (B) Sell Such Assets to the Successful Bidders at an Auction Free and Clean of All Encumbrances* (the "Non-Core Auction Procedures Order") [Docket No. 260] entered by this Court on October 19, 2011, Solyndra LLC, one of the captioned debtors herewith ("Solyndra"), held an auction for the sale of certain of its non-core assets that are not necessary to the operation of its business (collectively, the "Non-Core Assets") commencing on November 2, 2011 (the "Non-Core Auction"). The Non-Core Auction was held at Solyndra's facility and broadcast on the website maintained by the Court-appointed sales agent and auctioneer, Heritage Global Partners ("HGP").[2]

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Non-Core Auction Procedures Order, attached hereto as **Exhibit A** are the post auction

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Capitalized terms not defined herein are defined in the Non-Core Auction Procedures Order.

DOCS_SF:78742.1 80368-001             1

disclosures (the "Post Auction Disclosures") that provides: a list of each Successful Bidder, and/or Backup Bidder, the Non-Core Asset(s) purchased by such bidder, the price to be paid by each Successful Bidder for each Non-Core Asset or lot(s) of Non-Core Assets.

**PLEASE TAKE FURTHER NOTICE** that following two (2) business days after the filing of these Post Auction Disclosures with the Court and if no timely objection is received by any of the Notice Parties prior to the expiration of such period, Solyndra is authorized to immediately consummate the proposed sales contemplated under the Post Auction Disclosures upon entry of an order approving such sales by the Court.

Dated: November 4, 2011    PACHULSKI STANG ZIEHL & JONES LLP

Richard M. Pachulski (CA Bar No. 90073)
Bruce Grohsgal (DE Bar No. 3583)
Debra I. Grassgreen (CA Bar No. 169978)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
bgrohsgal@pszjlaw.com
dgrassgreen@pszjlaw.com
jfried@pszjlaw.com

Attorneys for the Debtors and Debtors in Possession