# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## DISCLOSURE DECLARATION OF ORDINARY COURSE PROFESSIONAL

STATE OF            )
                    ) ss:
COUNTY OF           )

I, <u>Christine Brigagliano</u>, hereby declare that the following is true to the best of my knowledge, information and belief:

I am a <u>Partner</u> of <u>Van Der Hout, Brigagliano & Nightingale, LLP</u> (the "Firm") which maintains offices at 180 Sutter Street, 5th Floor, San Francisco, CA 94104.

This Declaration is submitted in connection with an order of the United States Bankruptcy Court for the District of Delaware dated October 17, 2011, authorizing the above-captioned debtors and debtors in possession (the "Debtors") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' Chapter 11 cases (the "Chapter 11 Cases").

The Firm, through me, and members of the firm, have represented and advised the Debtors as clients with respect to advice and counsel relating to issues of U.S. immigration law since May 2006.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to section 327 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with respect to such matters. Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: Advice and counsel relating to U.S. immigration law.

The Firm's current customary hourly rates, subject to change from time to time, are $395 per hour. In the normal course of business, the Firm revises its regular hourly rates on January 1st of each year and requests that, effective January 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any employee thereof has any connection with the Debtors or currently represents any of the Debtors' creditors, other parties-in-interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the matters upon which it is to be engaged, and the Firm does not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates, or any class of creditors or equity interest holders, except [None].

Thus, I believe that the Firm's representation of such entities in matters entirely unrelated to the Debtors is not adverse to the Debtors' interests, or the interests of their creditors or estates in respect of the matters for which the Firm will be engaged, nor will such services impair the Firm's ability to represent the Debtors in the ordinary course in the Chapter 11 Cases.

In addition, although unascertainable at this time after due inquiry, due to the magnitude of the Debtors' potential universe of creditors and the Firm's clients, the Firm may

have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters entirely unrelated to the Debtors and their estates. The Firm does not and will not represent any such entity in connection with the pending Chapter 11 Cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

In the past year, the Firm has rendered services that have not yet been billed or that have been billed but with respect to which payment has not yet been received. The Firm is currently owed $21,308.19 on account of such prepetition services.

In light of the foregoing, I believe that the Firm does not hold or represent any interest materially adverse to the Debtors, their estates, creditors, or equity interest holders, as identified to the Firm, with respect to the matters in which the firm will be engaged.

Except as set forth herein, no promises have been received by the Firm or any partner, associate or other professional thereof as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and orders of this Court.

The Firm further states that it has not shared or agreed to share any compensation received in connection with the Chapter 11 Cases with another party or person, other than as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

The foregoing constitutes the statement of the Firm pursuant to sections 329 and 504 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016(b).

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Christine Brigagliano
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, 5th Floor
San Francisco, CA 94104

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) ss: | |
| COUNTY OF NEW CASTLE | ) | |

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys for the Debtors in the above-captioned action, and that on the 7th day of November 2011 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

**Disclosure Declaration of Christine Brigagliano of Van Der Hout, Brigagliano & Nightingale, LLP**

/s/ Kathleen Finlayson
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this 7 day of November 2011

/s/ Notary Public
Notary Public
Commission Exp.: 12/10/12

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 10, 2012

DOCS_DE:174896.1 80368-002

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

Solyndra LLC OCP Service List
Case No. 11-12799
Document No. 174800
03 – Hand Delivery
02 – Interoffice Pouch

Counsel for the Debtors)
Bruce Grohsgal, Esquire
Pachulski Stang Zeihl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

**Interoffice Pouch (LA)**
Counsel for the Debtors)
Richard M. Pachulski, Esquire
Pachulski Stang Zeihl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

**Interoffice Pouch (SF)**
Counsel for the Debtors)
Debra I. Grassgreen, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Zeihl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Hand Delivery**
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
**(U.S. Trustee)**
Jane M. Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

**Hand Delivery**
**(Counsel to the Creditors' Committee)**
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 N. Market Street, Ste 800
Wilmington, DE 19801

DOCS_DE:174800.1 80368-002