# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Solyndra LLC, *et al.*, | Case No. 11-12799 (MFW) |
| | Jointly Administered |
| Debtors, | |

## CURE OBJECTION OF AIR PRODUCTS AND CHEMICALS, INC. AND AIR PRODUCTS MANUFACTURING CORPORATION TO NOTICE TO COUNTERPATRIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED

Air Products and Chemicals, Inc. ("APCI") and Air Products Manufacturing Corp. ("APMC"), by and through their undersigned counsel, hereby file this cure objection to the Notice To Counterparties To Executory Contracts and Unexpired Leases That May Be Assumed And Assigned (the "Notice"). In support of their cure objection, APCI and APMC state as follows:

**Procedural Background**

1. On September 1, 2011, Solyndra LLC ("Solyndra") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*

2. On September 16, 2011, Solyndra filed a motion seeking the entry of an order which would, among other things, establish bidding procedures pursuant to which Solyndra would sell substantially all of its assets to a purchaser ("Purchaser") and procedures for identifying any executory contracts Solyndra would assume and assign to the Purchaser in connection with the sale. Solyndra's motion was granted and a hearing has been scheduled for November 22, 2011, at which the Court will be asked to approve the sale of assets and the assumption and assignment of contracts to the Purchaser.

WM01/ 7882466.1

3.      On November 1, 2011, Solyndra sent out copies of the Notice. Exhibit 1 to the Notice identifies APCI and APMC as counterparties to contracts that Solyndra may assume and assign in connection with the sale to the Purchaser. The cure amount listed on Exhibit 1 for the APCI contract is $23,839.90 and the cure amount listed on Exhibit 1 for the APMC contract is $0. Neither cure amount listed on Exhibit 1 is correct.

## The Contracts And Unpaid Fees

4.      Prior to the filing of the petitions, APCI provided Solyndra certain gas products, *e.g.*, oxygen, helium, etc., in accordance with a Product Supply Agreement dated July 1, 2010 ("Supply Agreement"), copy attached as Exhibit A. Pursuant to paragraph 1 of the Supply Agreement, Solyndra agreed to pay for gas products APCI supplied pursuant to the Supply Agreement.

5.      After entry into the Supply Agreement, APCI provided Solyndra gas products pursuant to the Supply Agreement for which APCI is entitled to be paid. Solyndra has not paid for gas product it received pursuant to the Supply Agreement, and the amount of unpaid Supply Agreement fees is $41,805.99. Copies of the invoices evidencing the unpaid Supply Agreement fees are attached as Exhibit B.

6.      Prior to the filing of the petitions, APMC provided Solyndra certain gas products in accordance with a Pipeline Product Supply Agreement dated November 25, 2009 ("Pipeline Agreement"), copy attached as Exhibit C. Pursuant to paragraph 1 of the Pipeline Agreement, Solyndra agreed to pay for gas products APMC supplied pursuant to the Pipeline Agreement.

7.      After entry into the Pipeline Agreement, APMC provided Solyndra gas products pursuant to the Pipeline Agreement for which APMC is entitled to be paid.

Solyndra has not paid for gas product it received pursuant to the Pipeline Agreement, and the amount of unpaid Pipeline Agreement fees is $25,014.71. Copies of the invoices evidencing the unpaid Pipeline Agreement fees are attached as Exhibit D.

**Cure Objection**

8. The cure amount listed on Exhibit 1 to the Notice for the Supply Agreement is $23,839.90, while the correct amount due and owing to APCI for product supplied pursuant to the Supply Agreement is $41,805.99. APCI objects to the incorrect cure amount listed in the Notice.

9. The cure amount listed on Exhibit 1 to the Notice for the Pipeline Agreement is $0, while the correct amount due and owing to APCI is $25,014.71. APMC objects to the incorrect cure amount listed in the Notice.

10. APCI and APMC are prepared to cooperate with Solyndra to reconcile the difference between the cure amounts noted in the Notice and the actual cure amounts. APCI and APMC request that Solyndra's counsel promptly contact the undersigned counsel to initiate this reconciliation process.

11. APCI and AMPC reserve the right to (a) amend, supplement, or otherwise modify this Cure Objection and (b) raise such other and further objections as may be advisable based upon further investigation.

**Conclusion**

WHEREFORE, APCI and AMPC respectfully request this Court bar Solyndra from assuming or assigning the Supply Agreement or the Pipeline Agreement without first

paying APCI and APMC the appropriate cure amount, determine the correct cure amount due APCI and APMC and such other or further relief as is just and proper.


Dated: November 15, 2011        DRINKER BIDDLE & REATH LLP

                                /s/ Todd C. Schiltz_____
                                Todd C. Schiltz (No. 3253)
                                1100 North Market Street, Suite 1000
                                Wilmington, DE 19801
                                (302) 467-4225
                                todd.schiltz@dbr.com

                                *Attorneys for Air Products and Chemicals,*
                                *Inc. and Air Products Manufacturing Corp.*