# EXHIBIT A



# PRODUCT SUPPLY AGREEMENT

This Agreement is made as of the 1st of **July, 2010** between **AIR PRODUCTS AND CHEMICALS, INC.** ("Seller"), 7201 Hamilton Boulevard, Allentown, PA 18195-1501, and Solyndra Incorporated ("Solyndra") and Solyndra's wholly-owned subsidiary, Solyndra Fab 2 LLC ("Solyndra Fab 2") (collectively "Buyer"), whose address is 901 Page Avenue, Fremont, CA 94538. For sake of clarity, the obligations of Solyndra and Solyndra Fab 2 shall be each entity's own obligation, but to the extent that Solyndra Fab 2 does not meet its obligations hereunder, its parent company, Solyndra, Inc. shall guarantee the performance of all such obligations.

1. **Sale and Purchase.** Seller hereby agrees to sell and deliver to Buyer, and Buyer hereby agrees to purchase and accept from Seller, the materials in liquid or gaseous form ("Product(s)") identified in the Rider(s), for use at the Buyer location(s) ("Designated Location(s)") identified in the Rider(s).

2. **Term.** This Agreement shall be effective as of the date first set forth above. The Term of this Agreement with respect to each Product at each Designated Location shall be as indicated in the applicable Rider. This Agreement shall continue in effect with respect to all Products at all Designated Locations in accordance with the terms and Term in all of the Riders. If Seller agrees to supply Product to Buyer after the expiration or termination of this Agreement, the terms and conditions of this Agreement shall apply to such transaction unless and until the parties sign an agreement that supersedes this Agreement.

3. **Price and Payment.** All applicable charges under this Agreement, adjustment thereto, and invoicing and payment obligations, are as set forth in the Riders.

4. **Equipment and Site.** The parties' respective obligations with respect to equipment utilized in connection with Product supply ("Equipment") and with respect to the site within the Designated Locations on which the Equipment will be located ("Equipment Site") are as set forth in the Rider(s).

5. **Unit of Measurement.** Unless otherwise stated in the Rider(s), the unit of measurement for Product under this Agreement shall be one cubic foot of gas measured at a temperature of 70°F, at a pressure of 14.7 psia and dry, referred to as a standard cubic foot ("SCF" or "FTS").

6. **Delivery.** Unless otherwise stated in the Rider(s), the delivery point for Product delivered by Seller's vehicle is the point of connection between Seller's delivery vehicle and the Equipment, and the delivery point for Product generated onsite at the Designated Location is the tie-in point of connection between Seller's pipeline and the pipeline furnished by Buyer. Title to and risk of loss of Product shall pass from Seller to Buyer at the delivery point. In the event of Seller's unexcused failure to deliver Product, Buyer shall have the exclusive remedy of "direct cover damages" (i.e., the difference between the unit price hereunder for the quantity of Product required and not delivered and the higher price necessarily paid for replacement Product delivered by a third party); provided, however, no claim with respect to Seller's unexcused failure to deliver Product shall be greater than the unit price hereunder for the quantity of Product in respect to which such claim is made.

7. **Hazards.** Buyer acknowledges that there are hazards associated with the Product(s), that it understands such hazards, and that it is the responsibility of Buyer to warn and protect its employees and others exposed to such hazards through the storage and use of the Product(s). Seller will provide Buyer with copies of Material Safety Data Sheets relating to the Product(s) for Buyer to make such warnings, and Buyer shall hold harmless, indemnify and defend Seller from and against any liability incurred by Seller because such warnings were not made. Buyer assumes full responsibility and risk and releases Seller from liability for loss, damages or injury to persons or to property of Buyer or others arising out of the storage or use of the Product(s) after delivery to Buyer.

8. **Warranty.** Seller warrants that Product shall conform at the delivery point to the specifications set forth in the Rider(s) and that, at the time of delivery, Seller shall have good title and right to transfer the same and that the same shall be delivered free of encumbrances. No claim of any kind arising from the Product (including claims for non-delivery of Product or delivery of off-specification Product) shall be greater in amount than the purchase price of the quantity of Product with respect to which such claim relates and such remedy shall be Seller's and its affiliates' sole liability and Buyer's and its affiliates' sole and exclusive remedy. Seller warrants that when performing the design, installation, operation and maintenance of the Equipment located at the Designated Locations hereunder that it will exercise that degree of care, skill and judgment that is commensurate with that which is normally exercised by prominent firms of national reputation performing services of a similar nature, but in no event less than reasonable care. THE FOREGOING WARRANTY IS THE SOLE WARRANTY AND IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, IN FACT OR BY LAW, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

9. **Intentionally omitted.**

10. **Liability.** Except as expressly set forth in this Agreement, Seller shall not be liable in contract (including breach of warranty), tort (including negligence or strict liability) or otherwise for any other direct damages. Notwithstanding anything herein to the contrary, but except in the case of willful misconduct, neither Buyer nor Seller shall be liable in contract (including breach of warranty), tort (including negligence and strict liability) or otherwise for any indirect, special, incidental, punitive or consequential damages of any kind, including by way of illustration and not of limitation, loss of use, loss of work in process, down time, claims by customers or loss of profits, and such limitation on damages shall survive failure of an exclusive remedy; provided however that nothing in this Section shall (i) limit a party's obligation to pay indirect, special, incidental, punitive or consequential damages to the extent such party is obligated to pay such damages as an indemnitor with respect to a third-party claim, or (ii) relieve Buyer of any obligation to make specified payments due pursuant to the terms and conditions of this Agreement.

11. **Force Majeure.** Neither party hereto shall be considered in default in the performance of its obligations hereunder (other than its obligation to make any payment of money), or be liable in damages or otherwise for any failure or delay in performance which is due to strike or other industrial disturbance; fire, explosion or other natural catastrophe; epidemic; terrorism; civil disturbance; curtailment, shortage, rationing or allocation of normal sources of supply of labor, materials, transportation, energy, or utilities; accident; act of God; delay of subcontractors or vendors; act of government or compliance with government regulations (whether or not valid); embargo;

1

machinery or equipment breakdown; or any other similar or dissimilar cause which is beyond the reasonable control of the party claiming excuse hereunder. Neither party shall be required to make any concession or grant any demand to bring to an end any strike or other concerted act of workers.

12. **Curtailment of Supply.** If a Force Majeure event only partially reduces Seller's ability to produce or deliver Product, Seller may prorate its available supply among Buyer and Seller's other customers in a fair and equitable manner. Seller is not obligated but, at Buyer's request or authorization, may use commercially reasonable efforts to obtain Product from another source or take other action to perform, provided Buyer reimburses Seller for any additional costs and expenses incurred by Seller in connection therewith.

13. **Buyer Labor Dispute.** If Seller is requested by Buyer and determines to attempt deliveries during a strike or other concerted act of workers ("Dispute") at the Designated Location, then any such deliveries will be made at Buyer's sole risk and responsibility, and Buyer agrees to reimburse Seller for additional expenses and indemnify, defend and hold harmless Seller, including its subsidiaries and affiliates and any of their agents, contractors and employees, from and against all costs (including legal fees), damages, liabilities, claims or otherwise arising out of such attempted deliveries and whether or not based on allegations of Seller's negligence; provided, however, such Buyer obligation shall not extend to claims for injury or damage which would have occurred irrespective of the existence of the Dispute. In addition, Seller reserves the right, at its sole discretion, to request Buyer to provide qualified personnel to deliver Product to any Equipment affected by such Dispute, and Buyer shall provide such personnel. Nevertheless, if the Dispute renders delivery impracticable and/or dangerous, Seller shall not be obligated to make any such delivery and may elect to treat the Dispute as a Force Majeure event.

14. **Assignment.** This Agreement shall inure to the benefit of and be binding upon the successors and the assigns of both parties, but it may not be assigned by either party without the prior written consent of the other party; provided, however. Seller has the right to require assignment of the Agreement to, and assumption by, a purchaser of Buyer's applicable assets.

15. **Waiver.** A waiver by either party of its rights under the Agreement or of strict conformance with any of the terms and conditions of the Agreement shall not be a waiver of any subsequent failure to comply with such terms and conditions.

16. **Confidentiality.** Each party shall keep the terms and conditions of this Agreement confidential in accordance with the non-disclosure agreement between the parties dated _____. If there is a need for either party to provide proprietary information to the other party, then the parties shall enter into an appropriate separate non-disclosure agreement.

17. **Termination for Breach.** Either party may terminate this Agreement for material breach by the other party that is not cured within 30 days of receipt of written notice thereof; provided, however, if such breach cannot reasonably be cured within 30 days, and provided the breach is not a failure to pay, the terminating party shall be deemed not to be in breach if that party commences remedial action within the 30 days and diligently prosecutes the remedial action to completion within a reasonable time thereafter.

18. **Dispute Resolution.** Any dispute between the parties relating to this Agreement which cannot be resolved with reasonable promptness shall be referred to each party's senior manager in an effort to obtain prompt resolution. Neither party shall commence any action against the other until the expiration of 60 days from the date of referral to such senior managers; provided however, this shall not preclude a party from instituting an action seeking injunctive relief to prevent irreparable damage to such party.

19. **Governing Law.** THE AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF NEW YORK, WITHOUT GIVING EFFECT TO ITS CONFLICTS OF LAWS.

20. **Entirety of Contract.** This Agreement and its Riders, including Attachments and Exhibits (all of which are incorporated into and are a part of this Agreement) contain the entire understanding between the parties, superseding any prior agreements, and constitute the General Conditions of Sale. This Agreement is subject to acceptance by a duly authorized representative of Seller. This Agreement cannot be revised or amended unless stated in writing and signed by authorized representatives of each party. Any purchase orders or acknowledgements used by either party shall be deemed intended for record purposes only and shall not add to or modify this Agreement. If any provision of this Agreement is held invalid by any law and/or regulation, all other provisions herein shall continue in full force and effect. Electronic documents and signatures will be permitted in substitution for paper-based documents and signatures.

21. **Notices.** All notices, unless otherwise provided herein, shall be in writing and deemed given on receipt. Either party may change its address upon notice to the other party. Notice to Air Products and Chemicals, Inc. shall be given to the Corporate Secretary's Office at 7201 Hamilton Boulevard, Allentown, Pennsylvania 18195-1501, or by facsimile to 610-481-5765. Notice to Solyndra Fab2 LLC shall be given to 47488 Kato Road, Fremont, California 94538 with a mandatory copy to attention of General Counsel, Solyndra, Inc., 47700 Kato Road, Fremont, California 94538.

**22. Riders.** As of the date of execution, this Agreement includes Rider I with Attachments 1A, 1B, 1C, 2, 3A, 3B, and and 3C.

Submitted by: Dan W. Brabeck

SOLYNDRA FAB 2, LLC

By: _____

Name: W. G. STOVER, JR.

Title: _____

Date: 7/30/10

AIR PRODUCTS AND CHEMICALS, INC.

By: _____

Name: JEFF WHITE

Title: DIRECTOR, GLOBAL ACCTS

Date: 8/18/10

SOLYNDRA, INC.

By: _____

Name: Ben Bierman

Title: EVP Ops +Eng

Date: 7/21/10

| Solyndra LEGAL OK | |
|---|---|
| SDS | 7 19 10 |

3

Product Supply Agreement
Dated 01 July 2010 between
SOLYNDRA FAB 2, LLC and
Air Products and Chemicals, Inc.

RIDER I
MERCHANT
SUPPLY

Attachment I A to Rider I
HYDROGEN ATTACHMENT

1. **Product, Designated Location, and Term**

| Product | Designated Location | Producing Facilities or Mileage | Term (in months) |
|---|---|---|---|
| Hydrogen | 901 Page Ave., Fremont, CA | Sacramento, CA | 60 months |

1.1 **Product Requirements**. Buyer agrees to purchase its entire requirements of the Product at the Designated Location identified above from Seller for the Term hereof, and agrees not to obtain, by any method, or purchase from others, any Product or materials in gaseous or liquid form, irrespective of how produced or delivered, in substitution for such Product.

1.2 **Designated Location**. This Attachment is applicable to all Buyer activities carried on at the Designated Location(s).

1.3 **Producing Facilities**. Seller's specification, price and delivery obligations are predicated on furnishing Buyer's requirements of Product from Seller's Producing Facilities indicated in the chart above by name or mileage from the Designated Location.

1.4 **Term**. The Term of this Agreement, with respect to the Product identified in this Attachment, shall be the period of months indicated in the chart above ("Term") beginning as of 01 July 2010, or as of the date of first delivery (written notice of which shall be provided by Seller), whichever is later, unless or until terminated, expired, renewed or extended by mutual Agreement of both Buyer and Seller.

1.5 **Representation**. Buyer represents and warrants that, as of the date of first delivery of Product to the Designated Location Buyer will not be obligated under the terms of any other contract to purchase Product for the Designated Location, and Buyer agrees to indemnify, defend and hold harmless Seller from and against all claims, demands and suits to the contrary that may be asserted by any third party.

2. **Product Specifications**

| | |
|---|---|
| Hydrogen – Liquid: 99.999%<br>Oxygen: Less than 0.0002%<br>Dew Point: Minus 105°F or lower | Hydrogen – Gaseous – 99.95%<br>Oxygen: Less than 0.0005%<br>Dew Point: Minus 90°F or lower |

3. **Price and Charges**

| Designated Location | Unit Price | Monthly Charge* | Hazmat Charge | Drop Charge | Energy Charge | Estimated Monthly Volume |
|---|---|---|---|---|---|---|
| 901 Page Ave., Fremont, CA | $35.00/1000SCF | $800.00 | N/A | N/A | See formula below | 27,000 SCF |

*effective when Equipment is installed and ready for operation*

3.1 **Unit Price and Monthly Charge Adjustment**. The Price for Product, which consists of the Unit Price and the Monthly Charge, is subject to increase in accordance with the following:

3.1.1 The **Hydrogen Unit Price** will change semi-annually commencing on 1 January 2011 based on changes in an index (I) of costs, in accordance with the formula stated below:

New Price = $P_b$ x $[I/I_b]$

Where:

$[I/I_b] = [.30 + 0.40$ x $(L_I/L_b) + 0.10$ x $(M_I/M_b) + 0.20$ x $(D_I/D_b)]$

4

$P_c$ = The original product charge of $35.00 per 1000 SCF.

L = Labor Component: Employment Cost Index for Total Compensation (Not Seasonally Adjusted), Private Industry Workers, Manufacturing, from Employment Cost Index News Release, released quarterly by the BLS.

M = Maintenance, Machinery and Equipment Component: Producer Price Index (PPI) Chemical Manufacturing Industries Machinery. Equipment and Parts, NAICS coded 3332981, Producer Price Indexes released monthly (first published or final) by the BLS.

D = Distribution Component: Producer Price Index (PPI), Trucking, General Freight, Long Distance LTL, NAICS coded 4841221, Producer Price Indexes released monthly (first published or final) by the BLS.

t = Current Period: The average of the most recent six-month period immediately preceding the adjustment date.

b = Base Period: The average of the six month period ending December 2009 for L(Labor), M(Maintenance, Machinery and Equipment), and D(Distribution)

In the event the applicable index or escalation provision ceases to be published, or ceases to be published in the manner provided herein, Buyer and Seller agree to select another suitable index or escalation provision in substitution thereof.

**3.1.2** The Monthly Charge shall remain fixed for 60 month Term unless or until Equipment is altered per Paragraph 2 of Rider 1.

3.2 **Other Charges.** In addition to the Unit Price and Monthly Charge, Buyer shall pay such other charges as are set forth in the table above and as follows ("Other Charges"):

3.2.1 **Intentionally Left Blank.**

3.2.2 **Service Plus Charges** may apply based on Seller's then prevailing and applicable service schedule and rates. Current schedule and rates can be found in the APDirect customer portal (link at http://www.airproducts.com/Solutions/serviceplus.htm).

3.2.3 An **Energy Charge** shall be calculated monthly in accordance with the following formula (each term in $ per 1000 FTS):

Natural Gas for Hydrogen production + Natural Gas effect on power rates + Diesel Fuel for Product delivery

$$0.55*(NG-4.00) +45.0*(0.024*NG/4.00 - 0.024) +0.70*(D/2.25 - 1)$$

NG(Natural Gas) = The final monthly settlement price (established on the last day of trading of the previous month) of the NYMEX Henry Hub Natural Gas Futures contract, plus transportation and taxes

D (Diesel) = Most recent weekly national retail on-highway diesel price as reported by the Dept. of Energy
The minimum value of each term in the formula is zero.

In the event that publication of any of the above indexes is discontinued, Seller and Buyer will select a mutually agreeable substitute.

3.3 **High Pressure Gaseous Product.** If Product is delivered in gaseous form by tube trailer, there will be a residual gaseous content remaining in the tube trailers used to deliver the Product when the pressure of the gaseous content of the tube trailer equals the working pressure of Buyer's gaseous distribution system. The credit to be allowed for the residual shall be determined by the pressure and temperature in each of the tube trailers. Since Seller's distribution costs are calculated on delivering full-trailer capacities, Seller shall not give credit for the residual content in excess of 0 PSIG.

4. **Estimated Monthly Volume**

Buyer's estimated monthly consumption of Product ("Estimated Monthly Volume") is as set forth in the chart above. To the extent Buyer has requirements for Product in excess of 120% of this Estimated Monthly Volume ("Excess Product") and to the extent Seller deems that it has Excess Product available for Buyer, Buyer will purchase such Excess Product requirements from Seller. If Buyer's monthly requirements are less than 80% of this Estimated Monthly Volume at the end of the first 24 months of Term, Seller may upon 15 days' prior written notice adjust the Estimated Monthly Volume, Unit Price and Monthly Charge for the remaining Term.

5. **Taxes**

Seller will bear and pay all federal, state, and local taxes based upon or measured by its net income and all franchise taxes based upon its corporate existence or its general corporate right to transact business. The prices as stated herein do not include any taxes, charges, or fees other than as stated in the previous sentence. If any other taxes, charges, or fees howsoever denominated and howsoever measured (including but not limited to sale and use taxes and ad valorem taxes) are imposed either directly or indirectly upon the Equipment, the Equipment Site, Seller's and its affiliates' producing facilities, the inventory, or upon the construction, installation, operation, or maintenance of the Equipment, or upon the production, manufacture, storage, sale,

5

transportation, delivery, use, or consumption of Product, or upon services, such taxes, charges, or fees shall be paid directly by Buyer, or, if paid by Seller, shall be invoiced to Buyer as a separate item and paid by Buyer to Seller. Buyer shall provide the Seller with properly completed exemption certificates for any tax, charge, or fee from which the Buyer claims exemption or other preferential status. Seller agrees to cooperate in a reasonable manner with Buyer for the purpose of minimizing all taxes which, pursuant to this paragraph, are to be paid directly or indirectly by Buyer.

6.  **Invoice and Payment**

    6.1  **Invoice.** Seller may invoice Buyer as each delivery of Product is made, monthly, or at Seller's discretion, but in no case more than 2 invoices than month for all Riders under the Product Supply Agreement. All payments due Seller hereunder shall be made to Seller at the location indicated on the invoice. All payments are payable within thirty (30) days from date of invoice by Electronic Funds Transfer using Corporate Trade Exchange ("CTX") via Automated Clearing House ("ACH"). Requests from Buyer to pay invoices in formats other than CTX are subject to Seller's approval.

    6.2  **Payment.** It is agreed that timely payment by Buyer of all amounts due and owing to Seller hereunder is an express condition to the continued performance by Seller of its obligations hereunder. If Buyer shall fail to make payments in accordance with this Agreement, or if in Seller's opinion Buyer's credit has been impaired, Seller may, in addition to other rights or remedies available to Seller, exercise any one or more of the following upon reasonable written notice: (i) suspend deliveries of Product, (ii) require Buyer, as a condition of receiving current deliveries, to prepay the delivery invoice plus part or all of the past due amounts as specified by Seller, (iii) change payment terms (e.g., to prepayment or direct debit) for the remaining Term, or (iv) require satisfactory security, (v) remove the Equipment, or (ii) terminate the Agreement in whole or in part by written notice to Buyer.

Product Supply Agreement
Dated 01 July 2010 Between
SOLYNDRA FAB 2, LLC and
Air Products and Chemicals, Inc.

RIDER I
MERCHANT
SUPPLY

Attachment 1B to Rider I
GASEOUS HELIUM ATTACHMENT

1. **Product, Designated Location, and Term**

| Product | Designated Location | Producing Facilities or Mileage | Term (in months) |
|---|---|---|---|
| Gaseous Helium | 901 Page Ave., Fremont, CA | Santa Clara, CA | 60 months |

1.1 **Product Requirements.** Buyer agrees to purchase its entire requirements of the Product identified above from Seller for the Term hereof, and agrees not to obtain, by any method, or purchase from others, any Product or materials in gaseous or liquid form, irrespective of how produced or delivered, in substitution for such Product.

1.2 **Designated Location.** This Attachment is applicable to all Buyer's activities carried on at the Designated Location(s).

1.3 **Producing Facilities.** Seller's specification, price and delivery obligations are predicated on furnishing Buyer's requirements of Product from Seller's Producing Facilities indicated in the chart above by name or mileage from the Designated Location.

1.4 **Term.** The Term of this Agreement, with respect to the Product identified in this Attachment, shall initially be the period of months indicated in the chart above ("Term") beginning as of 01 July, 2010, or as of the date of first delivery (written notice of which shall be provided by Seller), whichever is later, unless or until renewed or extended by mutual Agreement of both Buyer and Seller.

1.5 **Representation.** Buyer represents and warrants that, as of the date of first delivery of Product to the Designated Location Buyer will not be obligated under the terms of any other contract to purchase Product for the Designated Location, and Buyer agrees to indemnify, defend and hold harmless Seller from and against all claims, demands and suits to the contrary that may be asserted by any third party.

2. **Product Specifications**

| |
|---|
| Helium: 99.995% |
| Oxygen: Less than or equal to 5.0 ppm |
| Dew Point: Minus 90°F or lower |

3. **Price and Charges**

| Designated Location | Unit Price* | Monthly Charge** | Hazmat Charge | Drop Charge | Estimated Monthly Volume |
|---|---|---|---|---|---|
| 901 Page Ave., Fremont, CA | $147.50/1000SCF | $2400.00 | N/A | N/A | 231,000 SCF |

*Invoiced in equivalent m3A at 15 °C and 1 ATM
** effective when Equipment is installed and ready for operation

3.1 **Unit Price and Monthly Charge Adjustment.** The Price for Product, which consists of the Unit Price and the Monthly Charge, is subject to increase in accordance with the following:

3.1.1 The **Helium Unit Price** will change quarterly (every 3 months) commencing on 1 January 2011 based on changes in an index (I) of costs, in accordance with the formula stated below:

New Price = $P_0$ x [$I/I_0$]

where:

[$I/I_0$] = 0.75 x ($C_i/C_0$) + 0.10 x ($L_i/L_0$) + 0.15 x {(0.75 x ($D1_i/D1_0$) + 0.25 x ($D2_i/D2_0$)}

$P =$      Price: $147.50 / 1000 SCF in the first period of this agreement beginning 01 April 2010.

$C =$      Sellers average cost ($/100 scf) for the production of helium.

$D_1 =$    Distribution Component: Producer Price Index (PPI), Trucking, General Freight, Long Distance LTL, NAICS coded 4841221, Producer Price Indexes released monthly (first published or final) by the BLS.

$D_2 =$    Producer Price Index (PPI) Trucking, Petroleum Refineries- Diesel fuel, NAICS coded 324110L2, not seasonally adjusted, Producer Price Indexes released monthly (first published or final) by the BLS.

$L =$      Labor Component: Employment Cost Index for Total Compensation (Not Seasonally Adjusted), Private Industry Workers, Manufacturing. from Employment Cost Index News Release, released quarterly by the BLS (CIU20130000000000I).

$t =$      Current Period: The most recent twelve-month period ending December immediately preceding the adjustment date.

$b =$      Base Period: The twelve-month period ending December in the year 2009

In the event the applicable index or escalation provision ceases to be published, or ceases to be published in the manner provided herein, Buyer and Seller agree to select another suitable index or escalation provision in substitution thereof.

3.1.2 The Monthly Charge shall remain fixed for 60 month Term unless or until Equipment is altered per Paragraph 2 of Rider 1.

3.2 **Other Charges.** In addition to the Unit Price and Monthly Charge. Buyer shall pay such other charges as are set forth in the table above and as follows ("Other Charges"):

3.2.1 **Intentionally Left Blank**

3.2.2 **Service Plus Charges** may apply based on Seller's then prevailing and applicable service schedule and rates. Current schedule and rates can be found in the APDirect customer portal (link at http://www.airproducts.com/Solutions/serviceplus.htm).

3.3 **High Pressure Gaseous Product.** If Product is delivered in gaseous form by tube trailer, there will be a residual gaseous content remaining in the tube trailers used to deliver the Product when the pressure of the gaseous content of the tube trailer equals the working pressure of Buyer's gaseous distribution system. The credit to be allowed for the residual shall be determined by the pressure and temperature in each of the tube trailers. Since Seller's distribution costs are calculated on delivering full-trailer capacities, Seller will not give credit for the residual content in excess of 50 PSIG.

4. **Estimated Monthly Volume**

Buyer's estimated monthly consumption of Product ("Estimated Monthly Volume") is as set forth in the chart above. To the extent Buyer has requirements for Product in excess of 120% of this Estimated Monthly Volume ("Excess Product") and to the extent Seller deems that it has Excess Product available for Buyer. Buyer will purchase such Excess Product requirements from Seller and will pay any additional costs incurred by Seller to supply Excess Product. If Buyer's monthly requirements are less than 80% of this Estimated Monthly Volume at the end of the first 24 months of Term. Seller may upon 15 days' prior written notice adjust the Estimated Monthly Volume, Unit Price and Monthly Charge for the remaining Term.

5.  **Taxes**

Seller will bear and pay all federal, state, and local taxes based upon or measured by its net income and all franchise taxes based upon its corporate existence or its general corporate right to transact business. The prices as stated herein do not include any taxes, charges, or fees other than as stated in the previous sentence. If any other taxes, charges, or fees howsoever denominated and howsoever measured (including but not limited to sale and use taxes and ad valorem taxes) are imposed either directly or indirectly upon the Equipment, the Equipment Site, Seller's and its affiliates' producing facilities, the inventory, or upon the construction, installation, operation, or maintenance of the Equipment, or upon the production, manufacture, storage, sale, transportation, delivery, use, or consumption of Product, or upon services, such taxes, charges, or fees shall be paid directly by Buyer, or, if paid by Seller, shall be invoiced to Buyer as a separate item and paid by Buyer to Seller. Buyer shall provide the Seller with properly completed exemption certificates for any tax, charge, or fee from which the Buyer claims exemption or other preferential status. Seller agrees to cooperate in a reasonable manner with Buyer for the purpose of minimizing all taxes which, pursuant to this paragraph, are to be paid directly or indirectly by Buyer.

6.  **Invoice and Payment**

    6.1 **Invoice**. Seller may invoice Buyer as each delivery of Product is made, monthly, or at Seller's discretion, but in no case more than 2 invoices than month for all Riders under the Product Supply Agreement. All payments due Seller hereunder shall be made to Seller at the location indicated on the invoice. All payments are payable within thirty (30) days from date of invoice by Electronic Funds Transfer using Corporate Trade Exchange ("CTX") via Automated Clearing House ("ACH"). Requests from Buyer to pay invoices in formats other than CTX are subject to Seller's approval.

    6.2 **Payment**. It is agreed that timely payment by Buyer of all amounts due and owing to Seller hereunder is an express condition to the continued performance by Seller of its obligations hereunder. If Buyer shall fail to make payments in accordance with this Agreement, or if in Seller's opinion Buyer's credit has been impaired, Seller may, in addition to other rights or remedies available to Seller, exercise any one or more of the following upon 10 days notice from the recognition of late payment: (i) suspend deliveries of Product, (ii) require Buyer, as a condition of receiving current deliveries, to prepay the delivery invoice plus part or all of the past due amounts as specified by Seller, (iii) change payment terms (e.g., to prepayment or direct debit) for the remaining Term, (iv) require satisfactory security, (v) remove the Equipment, or (vi) terminate the Agreement in whole or in part by written notice to Buyer.

Product Supply Agreement
Dated 01 July 2010 Between
SOLYNDRA FAB 2, LLC and
Air Products and Chemicals, Inc.

RIDER I
MERCHANT
SUPPLY

Attachment 1C to Rider I
OXYGEN ATTACHMENT

1. **Product, Designated Location, and Term**

| Product | Designated Location | Producing Facilities or Mileage | Term (in months) |
|---|---|---|---|
| Oxygen | 901 Page Ave., Fremont, CA | Santa Clara, CA | 60 months |

1.1 **Product Requirements.** Buyer agrees to purchase its entire requirements of the Product identified above from Seller for the Term hereof, and agrees not to obtain, by any method, or purchase from others, any Product or materials in gaseous or liquid form, irrespective of how produced or delivered, in substitution for such Product.

1.2 **Designated Location.** This Attachment is applicable to all Buyer's activities carried on at the Designated Location(s).

1.3 **Producing Facilities.** Seller's specification, price and delivery obligations are predicated on furnishing Buyer's requirements of Product from Seller's Producing Facilities indicated in the chart above by name or mileage from the Designated Location.

1.4 **Term.** The Term of this Agreement, with respect to the Product identified in this Attachment, shall initially be the period of months indicated in the chart above ("Term") beginning as of 01 July, 2010, or as of the date of first delivery (written notice of which shall be provided by Seller), whichever is later, unless or until renewed or extended by mutual Agreement of both Buyer and Seller.

1.5 **Representation.** Buyer represents and warrants that, as of the date of first delivery of Product to the Designated Location Buyer will not be obligated under the terms of any other contract to purchase Product for the Designated Location, and Buyer agrees to indemnify, defend and hold harmless Seller from and against all claims, demands and suits to the contrary that may be asserted by any third party.

2. **Product Specifications**

> Oxygen: 99.5%
> Inerts: Less than 0.5%
> Dew Point: Liquid Oxygen - Minus 80°F or lower

3. **Price and Charges**

| Designated Location | Unit Price | Monthly Charge* | Hazmat Charge | Drop Charge | Estimated Monthly Volume |
|---|---|---|---|---|---|
| 901 Page Ave., Fremont, CA | $5.50/1000SCF | $790.00 | N/A | N/A | 400,000 SCF |

*\* effective when Equipment is installed and ready for operation*

3.1 **Unit Price and Monthly Charge Adjustment.** The Price for Product, which consists of the Unit Price and the Monthly Charge, is subject to increase in accordance with the following:

3.1.1 The **Oxygen Unit Price** will change quarterly(every 3 months) commencing on 1 January 2011 based on changes in an index (I) of costs, in accordance with the formula stated below:

New Unit Price = $P \times [I_t/I_b]$

where: $[I_t/I_b] = [0.\underline{30} \times (E_t/E_b) + 0.\underline{40} \times (L_t/L_b) + 0.\underline{10} \times (M_t/M_b) + 0.\underline{20} \times (D_t/D_b)]$

$P =$ Initial Unit Price of $\underline{5.50}$ per 1,000 FTS

E =    Average indexed cost of power for merchant production at Seller producing facilities in <u>PISANTACLARA (Santa Clara, CA)</u>

L =    Labor Component: Employment Cost Index for Total Compensation (Not Seasonally Adjusted), Private Industry Workers, Manufacturing, from <u>Employment Cost Index</u> News Release, released quarterly by the BLS

M =    Maintenance, Machinery and Equipment Component: Producer Price Index (PPI) Chemical Manufacturing Industries Machinery, Equipment and Parts, NAICS coded 3332981, <u>Producer Price Indexes</u> released monthly (first published or final) by the BLS.

D =    Distribution Component: Producer Price Index (PPI), Trucking, General Freight, Long Distance LTL, NAICS coded 4841221, <u>Producer Price Indexes</u> released monthly (first published or final) by the BLS.

t =    Current Period: The average of the latest available <u>six</u> month period immediately preceding the adjustment date.

b =    Base Period: The six-month period ending December 2009

In the event the applicable index or escalation provision ceases to be published, or ceases to be published in the manner provided herein, Buyer and Seller agree to select another suitable index or escalation provision in substitution thereof.

**3.1.2** The Monthly Charge shall remain fixed for 60 month Term unless or until Equipment is altered per Paragraph 2 of Rider 1.

3.2 **Other Charges.** In addition to the Unit Price and Monthly Charge, Buyer shall pay such other charges as are set forth in the table above and as follows ("Other Charges"):

3.2.1 Intentionally Left Blank.

3.2.2 **Service Plus Charges** may apply based on Seller's then prevailing and applicable service schedule and rates. Current schedule and rates can be found in the APDirect customer portal (link at http://www.airproducts.com/Solutions/serviceplus.htm).

4. **Estimated Monthly Volume**

Buyer's estimated monthly consumption of Product ("Estimated Monthly Volume") is as set forth in the chart above. To the extent Buyer has requirements for Product in excess of 120% of this Estimated Monthly Volume ("Excess Product") and to the extent Seller deems that it has Excess Product available for Buyer, Buyer will purchase such Excess Product requirements from Seller and will pay any additional costs incurred by Seller to supply Excess Product. If Buyer's monthly requirements are less than 80% of this Estimated Monthly Volume after the initial 24 months of the Term, Seller may upon 15 days' prior written notice adjust the Estimated Monthly Volume, Unit Price and Monthly Charge for the remaining Term.

5. **Taxes**

Seller will bear and pay all federal, state, and local taxes based upon or measured by its net income and all franchise taxes based upon its corporate existence or its general corporate right to transact business. The prices as stated herein do not include any taxes, charges, or fees other than as stated in the previous sentence. If any other taxes, charges, or fees howsoever denominated and howsoever measured (including but not limited to sale and use taxes and ad valorem taxes) are imposed either directly or indirectly upon the Equipment, the Equipment Site, Seller's and its affiliates' producing facilities, the inventory, or upon the construction, installation, operation, or maintenance of the Equipment, or upon the production, manufacture, storage, sale, transportation, delivery, use, or consumption of Product, or upon services, such taxes, charges, or fees shall be paid directly by Buyer, or, if paid by Seller, shall be invoiced to Buyer as a separate item and paid by Buyer to Seller. Buyer shall provide the Seller with properly completed exemption certificates for any tax, charge, or fee from which the Buyer claims exemption or other preferential status. Seller agrees to cooperate in a reasonable manner with Buyer for the purpose of minimizing all taxes which, pursuant to this paragraph, are to be paid directly or indirectly by Buyer.

6. **Invoice and Payment**

6.1 **Invoice.** Seller may invoice Buyer as each delivery of Product is made, monthly, or at Seller's discretion, but in no case more than 2 invoices t per month for all Riders under the Product Supply Agreement. All payments due Seller hereunder shall be made to Seller at the location indicated on the invoice. All payments are payable within thirty (30) days from date of invoice by Electronic Funds Transfer using Corporate Trade Exchange ("CTX") via Automated Clearing House ("ACH"). Requests from Buyer to pay invoices in formats other than CTX are subject to Seller's approval.

6.2 **Payment.** It is agreed that timely payment by Buyer of all amounts due and owing to Seller hereunder is an express condition to the continued performance by Seller of its obligations hereunder. If Buyer shall fail to make payments in accordance with this Agreement, or if in Seller's opinion Buyer's credit has been impaired, Seller may, in addition to other rights or remedies available to Seller, exercise any one or more of the following upon reasonable notice: (i) suspend deliveries of Product, (ii) require Buyer, as a condition of receiving current deliveries, to prepay the delivery invoice plus part or all of the past due amounts as specified by Seller, (iii) change payment terms (e.g., to prepayment or direct debit) for the remaining Term, (iv) require satisfactory security, (v) remove the Equipment, or (vi) terminate the Agreement in whole or in part by written notice to Buyer.

Product Supply Agreement
Dated 01 April 2010 Between
SOLYNDRA FAB 2, LLC and
Air Products and Chemicals, Inc.

RIDER I
MERCHANT
SUPPLY

Attachment 2 to Rider I
EQUIPMENT AND SITE ATTACHMENT

**1. Equipment.** Seller shall, if required by Buyer and as necessary for the mode of supply, install at its own expense on Buyer's premises at the applicable Designated Location(s) storage units, equipment, piping, controls and other instrumentation and devices ("Equipment") as Seller may deem appropriate to supply any of Buyer's requirements for Product(s), subject to the provisions set forth below.

**2. Equipment Installation, Maintenance, and Relocation.** Seller shall install, maintain and repair Equipment in accordance with Seller's standard practice at its expense except for damage to Equipment caused by Buyer or third parties, unless such third parties represent or are retained by Seller, which damage shall be paid for by Buyer. Additional maintenance, repair or other service provided by Seller shall be paid for by Buyer at Seller's standard service rates prevailing when such services are rendered. Seller will provide Buyer with a written estimate of such costs prior to undertaking any such maintenance, repair or services. Seller may remove and replace any item of Equipment at its expense, but if relocation, replacement or addition of Equipment becomes warranted due to changes in Buyer's requirements, methods or locations of use, or changes in the construction, layout, or operation of Buyer's facilities, Seller may charge Buyer for costs and expenses incurred and/or change the Monthly Charge and Unit Price. Buyer agrees that Seller may use non-union labor for the installation of Equipment. Seller will deliver Product to the Equipment in accordance with Seller's best practices utilizing telemetry readings.

**3. Title to Equipment.** Unless purchased by Buyer as provided in Section 7, below, title, possession and control of Equipment supplied by Seller shall at all times remain in Seller, and nothing in this Agreement shall be construed as giving Buyer possession or a lease, rental or bailment of the Equipment. Seller's Equipment shall not become a fixture, notwithstanding if it is affixed to real property, and Buyer shall not permit the Equipment to become subject to any lien or encumbrance while owned by Seller. If Buyer does not own the Equipment Site, as defined below, Buyer shall obtain any required permission from the owner and, if requested by Seller, provide Seller with an appropriate agreement from the owner waiving any claims against the Equipment. Subject to Buyer's right to purchase the Equipment, Seller shall have the right to remove the Equipment upon expiration or termination of the applicable Product Attachment, and shall have up to 45 days to do so unless otherwise agreed. At Seller's request, Buyer agrees to join with Seller in executing and recording fixture filings (such fixture filings are for precautionary purposes) and financing statements pursuant to the Uniform Commercial Code which Seller deems necessary or advisable to evidence Seller's ownership in Equipment.

**4. Equipment Site.** Buyer shall without cost to Seller, at all times during the Term of the Agreement for each Product at each Designated Location:

4.1 Furnish Seller an area meeting applicable federal, state and local legal requirements and satisfactory to Seller for the installation of Equipment ("Equipment Site"), together with unrestricted access 24 hours a day, 7 days a week. The Equipment Site shall be free from hazardous substances which could prevent or increase the cost of installation or operation of the Equipment or which could cause injury or death of Seller's employees or any other persons near the Equipment Site or which could cause damage to any other adjoining property. Notwithstanding anything else in this Agreement to the contrary, Buyer shall hold harmless, indemnify and defend Seller from and against any and all claims, liabilities, costs (including legal fees), expenses, damages, penalties and fines that arise out of or result from any hazardous substances now or hereafter in, on or under the Equipment Site, and which do not occur or result directly from Seller's performance pursuant to this Agreement. If Seller determines that the delivery of Product would be unsafe or in violation of applicable law due to a condition present at the Designated Location, Seller may refuse to make further deliveries of Product until Buyer removes the condition, and Seller may terminate this Agreement in whole or in part if Buyer does not promptly remove the condition.

4.2 Furnish any concrete pad, foundations, electric, telephone, water, gas or steam lines and service, fencing, and other utilities required by Seller, and obtain any permits and operating certificates for pressure vessels for the installation, protection, operation, maintenance and repair of Equipment.

4.3 Install, maintain and repair the facilities to transport Product from Equipment to Buyer's points of use.

4.4 Prevent trespassing or entrance to the Equipment Site and prevent any altering, repairing, adjusting or tampering with Equipment by unauthorized personnel.

4.5 Prohibit storage or use of oil, grease, lubricants or any flammable or combustible materials in or near the Equipment Site.

4.6 Comply with all relevant reporting obligations under the Emergency Planning and Community Right-To-Know Act of 1986, 42 U.S.C. § 11001-11050 (EPCRA, also commonly known as Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA Title III)) resulting from the presence of the Product supplied under the Agreement. Further, it is a responsibility of the Buyer to warn and protect its employees and others exposed to the hazards posed by Buyer's storage and use of Product and to comply with all federal, state and local legal notification, reporting and/or permit requirements which may be associated with the storage or use of Product.

4.7 Maintain in strictest confidence and safeguard any installation, maintenance and telephone access instructions and codes provided by Seller with respect to any telemetry system incorporated in Equipment and maintain telephone lines at 110V power for telemetry hookup.

4.8 Seller will monitor inventory of Product in Equipment using a telemetry system and deliver Product based on information received from the telemetry system and normal rate of Product use. Buyer is responsible for notifying Seller of significant changes in operation which impact Buyer's rate of use of Product and, if Buyer is aware of a potential telemetry failure, Buyer is responsible for monitoring inventory and supplying Seller with notice as needed for timely delivery of Product. Appropriate re-order points will be established once actual flow rate data is collected.

**5. Use of Equipment.** If Seller is unable to supply any of Buyer's requirements for Product, Buyer may purchase such requirements from other qualified vendors and have the same delivered into the storage Equipment during such period of Seller's inability. Buyer agrees to discuss and coordinate such deliveries and volumes with Seller. To the extent that such replacement product does not meet the specification for Product hereunder, Seller shall be relieved of its obligations with respect to Product

12

specifications for such period as Product of other vendors is in Seller's storage Equipment. Buyer shall be responsible for any costs incurred by Seller for cleaning Seller's storage Equipment due to the delivery into it of any product from such other vendors that does not meet the specification hereunder.

**6. Removal of Equipment.** Upon any termination or expiration of this Agreement with respect to a Product and Designated Location, unless Buyer elected to purchase the Equipment in accordance with Section 7, below, Buyer shall pay Seller's costs to remove the Equipment and shall pay Seller's unamortized installation costs, if any, and upon Seller's receipt of such payments, Buyer's applicable Monthly Charge shall cease. Buyer shall have no such payment requirement hereunder for: (i) unamortized installation costs at expiration of the Agreement or Rider, (ii) Seller's costs to remove the Equipment and shall pay Seller's unamortized installation costs if the Agreement or Rider is terminated with respect to a Product and/or a Designated Location by Buyer for cause in accordance with Section 17 of the Agreement. If Equipment is removed due to cessation of Buyer's requirements without termination of the Agreement, the Monthly Charge shall cease upon Buyer's payment of the removal and unamortized installation costs.

**7. Purchase of Equipment.** Buyer may purchase –the Equipment listed in Attachments 3A, 3B and 3C on an "AS IS WHERE IS" basis at Agreement anniversary dates per the following schedule, provided the parties agree on a mutually-acceptable Sale of Equipment Agreement transferring title and ownership of Equipment to Buyer.

| Gas System | O2 | He | H2 |
|---|---|---|---|
| End of Term Year 1 | $157,487.00 | $297,270.00 | $151,420.00 |
| Year 2 | $151,487.00 | $291,270.00 | $145,420.00 |
| Year 3 | $145,487.00 | $285,270.00 | $139,420.00 |
| Year 4 | $139,487.00 | $279,270.00 | $133,420.00 |
| Year 5 | $133,487.00 | $273,270.00 | $127,420.00 |

13

## A. Buyer's Anticipated Supply Requirements

| Product | Bulk Gaseous Hydrogen | | | |
|---|---|---|---|---|
| Total Monthly Volume (SCF/0F/month) | 27,000 | | | |
| Product Used As (Gas or Liquid) | **Gas** | | | |
| Monthly Usage (SCF/70F/month) | 27,000 | | | |
| Use Pressure (psig, +/-10%) | 100.0 | | | |
| Continuous Flow Rate (SCF/70F/hr) | 37 | | | |
| Peak Flow Rate (SCF/70F/hr) | 90 | | | |
| Duration of Peak Flow (h) | .00 | | | |
| Frequency of Peak Flow Rate (x/day) | | | | |
| Product Usage Pattern (hr/day, days/wk) | 24.00, 7.00 | . | . | . |

Other Supply Requirements

## B. Buyer's Obligations Prior to Seller's Installation of Equipment

In addition to, or in further clarification of, Buyer's Obligations as set forth in Rider 1 of the Agreement, Buyer shall, prior to Seller's arrival on-site for the installation of Equipment:

1.  Furnish an area meeting Sellers' and National Fire Protection Association (NFPA) specifications for installation of Equipment.
2.  Furnish concrete pad or foundation, fencing, protective posts, grounding and lighting per Seller's specifications.
3.  Furnish dedicated 480 VAC, 30 amp, three phase, 60 Hz electrical service to the stub up location detailed on the equipment layout drawing provided by Seller. Electrical service must be installed per the National Electric Code, latest edition.
4.  Furnish dedicated 120 VAC, 20 amp, single phase, 60 Hz electrical service to the stub up location detailed on the equipment layout drawing provided by Seller. Electrical service must be installed per the National Electric Code, latest edition.
5.  Furnish a dedicated, voice quality, analog phone line to the stub up location detailed on the equipment layout drawing supplied by Seller. Phone service must be installed per the appropriate code. The phone line must be able to transmit and receive calls 24 hours per day without the use of a manual switchboard.
6.  Provide instrument air or nitrogen to an emergency shutdown valve and to the hydrogen tank.
7.  Install necessary facilities to transport Product from Equipment to Buyer's points of use ("Distribution Line"). Distribution Line must be installed to terminate at the edge of the auxiliary equipment foundation as shown on the equipment layout drawing supplied by Seller.
8.  Furnish a product supply line safety relief valve set at the maximum allowable working pressure of the lowest rated component in the Distribution Line. Safety relief valve should be sized for the maximum flow capacity of the system.
9.  Furnish all required state and local installation and operating permits.
10. Agree to allow Seller to make first delivery of Product immediately following completion of equipment installation.

## C. Reimbursement for Additional Costs Incurred by Seller

If any of the above obligations are not completed by Buyer prior to the agreed upon installation date and Seller needs to make a return visit(s) to complete the installation, Buyer agrees to reimburse Seller, at Seller's standard service rates prevailing when such services are rendered, for additional expenses incurred due to the return visit(s).

## D. Scope Changes

Any special site considerations or requirements not specifically listed in this Agreement will be considered a change in original scope. These include, but are not limited to: building or zoning codes and restrictions, height, noise or delivery restrictions, corrosive atmospheres, special materials of construction, emergency shut-off requirements, special instrumentation or control, sampling or analytical services, painting or color specifications, reserve supply requirements, details of existing concrete foundations, temporary supply requirements, requirements for excess flow or earthquake valves, soil bearing capacity, special design requirements, requirements for union labor, special cleaning requirements, special piping codes such as ANSI, special installation or maintenance procedures, or special site restrictions.



# PRODUCT SUPPLY AGREEMENT

## AIR PRODUCTS AND CHEMICALS (APCI), INC.
## Bulk HYDROGEN (BHY) SYSTEM INSTALLATION SCOPE OF WORK

Date: 04/01/2010
Revision: 0

| | | | |
|---|---|---|---|
| Customer Name: | Solyndra Fab 2, LLC | System Location: | 901 Page Road |
| Product/Purity: | Gaseous Hydrogen / Industrial | City, State: | Fremont, CA 95438 |

## A. EQUIPMENT CAPABILITIES

| | | | | |
|---|---|---|---|---|
| Total Monthly Volume (SCF70F/month) | 27,000 | | | |
| Product Used As (Gas or Liquid) | **Gas** | | | |
| Design Monthly Usage (SCF70F/month) | 27,000 | | | |
| Design Supply Pressure (psig, +/-10%) | 100.0 | | | |
| Design Continuous Flow Rate (SCF70F/hr) | 37 | | | |
| Design Peak Flow Rate (SCF70F/hr) | 90 | | | |
| Duration of Peak Flow Rate (h) | .00 | | | |
| Frequency of Peak Flow Rate (x/day) | | | | |
| Product Usage Pattern (hr/day, days/wk): | 24.00, 7.00 | . | . | . |

Special Capabilities:

## B. MAJOR EQUIPMENT DESCRIPTION

3 HSM (H2 Storage Module) Units

1 Tube Trailer Discharge Stanchion

1 Pressure Control Manifold

1 Telemetry Remote Monitoring System

## C. MATERIALS OF CONSTRUCTION

Product Piping: Type K Copper, 35% Cd-free Silver solder, Type 304 or 316 , Sched 10S, min.

Process Valves: Brass/Bronze

## D. APCI'S LHY SYSTEM INSTALLATION RESPONSIBILITIES

1. Contact customer to discuss scope of work and negotiate installation schedule.

2. Conduct site visit/site evaluation. A technical representative of APCI must approve the installation site prior to the initiation of civil work by the customer.

3. Provide typical engineering information and technical support to the Customer's architect engineer for the preparation of site construction plans for permit application. This information and support includes standard site layout, foundation

15

details, and non-proprietary process flow diagrams. Any information and technical support required above those items referenced above and Non standard designs can be provided for an additional fee.

4. Provide all materials not explicitly highlighted under the customer's scope of work to commission and start-up the BHY supply system in accordance with APCI specifications and standards.

5. Coordinate for the shipment of all major equipment to the customer's installation site.

6. Schedule and coordinate an APCI-approved crane contractor to off load all major equipment at the customer's installation site. Schedule and coordinate an APCI-approved mechanical contractor to assist the APCI on-site representative with the BHY installation.

7. Perform all possible shop prefabrication of BHY system piping components and cleaning of all BHY system components prior to arrival on-site at the customer's facility.

8. Provide all labor and materials not highlighted in the customer's scope of work to commission and start-up the BHY supply system. This will include the following:

a. Prepare the installation site and coordinate safety training with external APCI contractors. Control access to the installation area and inspect the crane prior to initiating the BHY system installation.

b. Rig, set, level, and anchor all major equipment.

c. Install piping, piping supports, tank decals, valve tags, piping labels and all other minor equipment required to commission the BHY supply system.

d. Install and secure the vent stack with guy wires or support angles. The vent stack should terminate 25' above grade on horizontal tanks and approximately 10' above the tanks on vertical tanks (25' minimum).

e. Ground the tank and the major auxiliary equipment.

f. Conduct an Operational Readiness Inspection (ORI) of the liquid supply system.

g. Pressure test/Leak test BHY system field installed piping.

h. Cool down and first fill the cryogenic storage vessel immediately following the installation of the supply equipment.

i. Initiate hydrogen supply by commissioning the BHY supply system following the first fill of the storage vessel.

9. Provide system review and safety orientation to the customer's operating personnel.

10. Provide labor and material required to perform routine maintenance and repair of the APCI-owned portions of the BHY supply system in accordance with APCI standard operating procedures.

# E. CUSTOMER'S BHY SYSTEM INSTALLATION RESPONSIBILITIES
1. CIVIL
a. Provide a suitable site that meets all of the requirements of NFPA 55, latest edition, and that does not block means of ingress or egress. A technical representative of APCI must inspect and approve the installation site prior to the initiation of any civil work by the customer.

b. The standard distance for installing the equipment between the center pin of the crane and the center of lift is 35'. If this distance exceeds 35' there can be additional costs involved. If this distance appears to be greater than 35', the customer must provide the distance for the lift to APCI.

c. Provide adequate tanker access to and from the installation site (Combined Tractor and Trailer Length: 68' max.). With an inside turning radius of 50', a 90 degree turn requires a minimum road width of 25' and a 180 degree turn requires a minimum road width of 31'. Notify Air Products of any delivery restrictions or delivery windows.

d. Yard surface where the product delivery trailer will off load should be level or slope no more than 1.5 - 2.0%, so that product will move towards the back of the trailer.

e. Provide a level tank foundation and equipment foundation as per specifications supplied by APCI. Notify the APCI Construction Technician when the concrete has been poured in order to schedule the system installation a minimum of 2 weeks from pour date. APCI requires a minimum of two weeks cure time on all foundation pours. Equipment cannot be set on foundations with cure times less than two weeks without prior approval by the responsible APCI Engineer.

f. Provide a non-combustible surface in areas that will be under any delivery piping of the BHY trailer during deliveries. APCI will provide drawings showing location of these non-combustible areas.

Provide an industrial grade 6' chain link fence with three strands of barbed wire, a sliding delivery gate, personnel gate and protective posts (crash bollards or Jersey barriers) around the perimeter of the supply system to protect the system

a. from vehicular traffic and unauthorized entry. Reference the APCI-supplied drawings for the specific location of the delivery gate. The fence must be installed prior to Air Products' arrival to set the tank and equipment.

b. Provide a soil analysis of the tank installation site in order to determine the existing underlying soil conditions used for the foundation design. The analysis must include documentation regarding environmental evaluation of the site, soil samples, site preparation, and investigation report. If this documentation is current and available, no additional soil testing is required. If a soils analysis is not provided to Air Products any and all costs associated with future soils issues (i.e. heaving of a concrete pad) will be paid by the customer.

2. ELECTRICAL

a. Provide explosion proof electrical equipment, where required, within 25' of any portion of the fenced boundary of the BHY system. Reference the National Electric Code (NEC), latest revision, per Class 1, Group B, Division II, locations. Electrical equipment within 3' of any portion of the fill connection or vent stacks of the LHY system should comply with Class 1, Group B, Division I criteria of the NEC, latest edition.

b. Provide dedicated (isolatable and lockable) 120 VAC, 20 amp, single phase, 60 Hz electrical service to the APCI-supplied telemetry unit. Install the electrical service per the National Electric Code, latest edition. The power should be available the date of the supply system installation. If dedicated power is not available, provide a lockable electrical disconnect at the power supply stub up location for safe maintenance of the utility. Provide an electrician during system installation to make final electrical connections.

c. Provide a dedicated, voice quality, analog phone line to the APCI-supplied telemetry unit. Install the phone service per the appropriate codes. The phone line must be able to transmit and receive calls 24 hours per day without the use of a manual switchboard. The phone should be activated the date of the supply system installation.

d. Provide a 4 conductor cable (16 ga) from the telemetry unit to the front of the APCI-supplied Rosemount transmitters, located at the front of the BHY tank. APCI will advise of final location. Encase the cable in conduit and install the proper seal-offs and breathers per the applicable electrical code.

e. Provide a #12 ground wire between the telemetry unit and the BHY tank, per the applicable electrical code. APCI will advise of final location.

f. Provide adequate lighting for the installation area for night deliveries and system maintenance.

g. Provide a grounding system with a maximum resistivity of 5 ohms. A minimum of (2) connection points should be provided for grounding Air Products equipment. The grounding system should be installed per the National Electric Code (NEC) Article 250, latest revision. Provide connections to ¾" x 10' long 'Copperweld' ground rods. Test using a megger ground tester. Resistance must not exceed 5 ohms.

3. MECHANICAL

g. Install the piping distribution line to the edge of the auxiliary equipment foundation as shown on the APCI-supplied drawings (i.e., stubbed approximately 18" above ground level and 1' from the corner of this foundation). The desired end connection is a FNPT bronze adapter. Communicate a different choice of end connection to an APCI Construction representative at least one week prior to APCI's on-site date.

h. Provide a source of nitrogen or dry instrument air (40 psig) to the front of the BHY tank. APCI will advise of the final location. Design a break point in this supply line at personnel access height to a stub up location located 25', minimum, from any portion of the fenced BHY supply system. APCI will advise of final location. The nitrogen or dry instrument air will operate the BHY tank's fire control valves and the BHY system's emergency shut off valve. NOTE: If a source of nitrogen or dry instrument air is not available, APCI can provide nitrogen cylinders piping connections. However, the customer is responsible for the providing and maintaining the cylinders and MUST BE AWARE that nitrogen cylinders may run out and are NOT GUARANTEED as a reliable pneumatic source. There is the potential of an inadvertent shutdown with cylinders as the sole pneumatic supply.

i. Ensure that the maximum allowable working pressure of the hydrogen piping distribution line and its components is greater than 165 psig. If not, provide a safety relief valve set at the maximum allowable working pressure of the lowest rated in the piping distribution line. Size the safety relief valve for the maximum flow capacity of the system. All safety relief valves must vent out of doors to a safe location elevated 10', minimum, above grade.

j. Provide a 1" block and tie-in valve assembly downstream of all the APCI BHY supply equipment. The material specification is available from APCI upon request. Lack of courtesy valve will require a shutdown if major maintenance is required. At a minimum, an isolation valve must be provided. If the purge/bleed/temporary supply connection is not supplied, then a shutdown may be required for some types of system maintenance.

17

    k.   Provide a source of water within 100 feet of the system, for maintenance and cleaning. Utility flow and pressure are acceptable.

4. SECURITY

    a.   The hydrogen supply site should be included in the normal guard service tour and/or video monitoring system. Guard should inspect gate locks and look for any indications of breach or tampering.

5. GENERAL

    a.   If the design continuous flow rate or peak flow rate referenced above are exceeded, the vaporizers may require manual de-icing. APCI must be notified if this condition exists. If manual de-icing is required the customer shall be responsible for any de-icing expenses incurred by APCI.

    b.   Provide all required state and local installation and operating permits.

    c.   Keep area clean and free of all debris and weeds.

    d.   Before and after installation, allow Air Products to take digital pictures of BHY supply system to document equipment for maintenance and engineering support.

    e.   Prohibit the storage of oil, grease, lubricants or any flammable or combustible material on or within the equipment area.

    f.   Provide tank readings, as required, to the APCI point of contact. Notify Air Products if customer's consumption or usage pattern changes temporarily or permanently from normal, i.e., plant shutdown, addition of a new shift, addition of new process equipment.

    g.   Provide site specific safety training for APCI personnel and contractors in accordance with OSHA guidelines.

    h.   Prevent any customer employee or third party not properly trained in the operation of the supply system from altering, repairing, adjusting or tampering with the supply equipment.

    i.   Reset any equipment after power failures, where applicable (i.e. circuit breakers for telemetry, pumps, etc.).

    j.   All work has been estimated to be completed during normal working days, Monday through Friday. If weekend or holiday work is required, there will be additional costs.

    k.   If any customer scope items are not completed prior to the agreed upon installation date and APCI needs to make a return visit(s) to complete the installation, the customer agrees to reimburse APCI, at APCI's standard service rates prevailing when such services are rendered, for additional expenses incurred due to the return visit(s).

    l.   Provide a dumpster for collection of construction debris during system installation. The dumpster should be located adjacent to the work site. If there are special customer requirements concerning the separation of construction materials, a dumpster for each type should be provided and clearly identified for what type of materials it is provided.

    m.  Any special site conditions or requirements not specifically listed in this document will be a change in original scope. These include, but are not limited to, building or zoning codes and restrictions, height, noise, or delivery restrictions, corrosive atmospheres, special materials of construction, emergency shutoff requirements, special instrumentation or control, sampling or analytical services, painting or color specifications, reserve supply requirements, details of existing concrete foundations, temporary supply requirements, requirements for excess flow or earthquake valves, soil bearing capacity, special design requirements, requirements for union labor, special cleaning requirements, special piping codes such as ANSI, special crane requirements or operations (crane cannot be next to the tank area), special installation or maintenance procedures, or special site restrictions.

## F. SCHEDULE

The installation process takes a minimum of 10 weeks. The customer must notify APCI upon completion of the concrete pour. Once the concrete is poured and the customer is ready for the installation (product is needed in the tank and all other scope items are completed), APCI will schedule the installation.

| Start | Week 1-4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 |
|---|---|---|---|---|---|---|
| Contract Signed | AP completes design, orders/assigns equipment, construction package | Concrete poured (Call AP to confirm Pour) | AP sets up crane & freight | Power & Phone at Pad | Set Equipment | Systems Online |

Equipment lead time after receipt of order:                                    8 - 10 weeks
On-site time required to set, pipe and commission supply system:
                                                                                5-7 days


Submitted By:                                          Accepted By:

_____                       _____
Isaac P West                          Date             Customer                  Date
Project Engineer
Air Products and Chemicals, Inc.                       _____
Santa Clara, CA                                        Title

19

 **PRODUCT SUPPLY AGREEMENT**

Attachment 3B
Dated 04/01 2010 Between
Air Products and Chemicals Inc. (Seller)
and _____SOLYNDRA FAB 2, LLC_____ ( Buyer )

## A. Buyer's Anticipated Supply Requirements

| Product | Bulk Gaseous Helium | | | |
|---|---|---|---|---|
| Total Monthly Volume (SCF/70F/month) | 231,000 | | | |
| Product Used As (Gas or Liquid) | **Gas** | | | |
| Monthly Usage (SCF/70F/month) | 231,000 | | | |
| Use Pressure (psig, +/-10%) | 100.0 | | | |
| Continuous Flow Rate (SCF/70F/hr) | 320 | | | |
| Peak Flow Rate (SCF/70F/hr) | 600 | | | |
| Duration of Peak Flow (h) | .00 | | | |
| Frequency of Peak Flow Rate (x/day) | | | | |
| Product Usage Pattern (hr/day, days/wk) | 24.00, 7.00 | , | , | , |

Other Supply Requirements:  If the Buyer exceeds the Continuous Flow Rate or Peak Flow Rate, a low temperature condition may occur in Buyer's downstream piping and/or other equipment. This could result in the failure of piping or other equipment due to low temperatures.

## B. Buyer's Obligations Prior to Seller's Installation of Equipment

In addition to, or in further clarification of, Buyer's Obligations as set forth in Rider 1 of the Agreement, Buyer shall, prior to Seller's arrival on-site for the installation of Equipment:

1. Furnish an area meeting Sellers' and National Fire Protection Association (NFPA) specifications for installation of Equipment.
2. Furnish concrete pad or foundation, fencing, protective posts and lighting per Seller's specifications.
3. Furnish dedicated 120 VAC, 20 amp, single phase, 60 Hz electrical service to the stub up location detailed on the equipment layout drawing provided by Seller. Electrical service must be installed per the National Electric Code, latest edition.
4. Furnish a dedicated, voice quality, analog phone line to the stub up location detailed on the equipment layout drawing supplied by Seller. Phone service must be installed per the appropriate code. The phone line must be able to transmit and receive calls 24 hours per day without the use of a manual switchboard.
5. Install necessary facilities to transport Product from Equipment to Buyer's points of use ("Distribution Line"). Distribution Line must be installed to terminate at the edge of the auxiliary equipment foundation as shown on the equipment layout drawing supplied by Seller.
6. Furnish a product supply line safety relief valve set at the maximum allowable working pressure of the lowest rated component in the Distribution Line. Safety relief valve should be sized for the maximum flow capacity of the system.
7. Furnish all required state and local installation and operating permits.
8. Agree to allow Seller to make first delivery of Product immediately following completion of equipment installation.

## C. Reimbursement for Additional Costs Incurred by Seller

If any of the above obligations are not completed by Buyer prior to the agreed upon installation date and Seller needs to make a return visit(s) to complete the installation, Buyer agrees to reimburse Seller, at Seller's standard service rates prevailing when such services are rendered, for additional expenses incurred due to the return visit(s).

## D. Scope Changes

Any special site considerations or requirements not specifically listed in this Agreement will be considered a change in original scope. These include, but are not limited to:  building or zoning codes and restrictions, height, noise or delivery restrictions, corrosive atmospheres, special materials of construction, emergency shut-off requirements, special instrumentation or control, sampling or analytical services, painting or color specifications, reserve supply requirements, details of existing concrete foundations, temporary supply requirements, requirements for excess flow or earthquake valves, soil bearing capacity, special design requirements, requirements for union labor, special cleaning requirements, special piping codes such as ANSI, special installation or maintenance procedures, or special site restrictions.

 **PRODUCT SUPPLY AGREEMENT**

## AIR PRODUCTS AND CHEMICALS (APCI), INC.
### BULK HELIUM (BHe) SYSTEM INSTALLATION SCOPE OF WORK

Date:    04/01/2010

Revision:    0

| | | | |
|---|---|---|---|
| Customer Name | Solyndra Fab 2, LLC | System Location: | 901 Page Road |
| Product Purity: | Bulk Gaseous Helium / Industrial | City, State: | Fremont, CA 95438 |

### A. EQUIPMENT CAPABILITIES

| | | | | |
|---|---|---|---|---|
| Total Monthly Volume (SCF70F/month) | 231,000 | | | |
| Product Used As (Gas or Liquid) | **Gas** | | | |
| Design Monthly Usage (SCF70F/month) | 231,000 | | | |
| Design Supply Pressure (psig, +/-10%) | 100.0 | | | |
| Design Continuous Flow Rate (SCF70F/hr) | 320 | | | |
| Design Peak Flow Rate (SCF70F/hr) | 600 | | | |
| Duration of Peak Flow Rate (h) | .00 | | | |
| Frequency of Peak Flow Rate (x/day) | | | | |
| Product Usage Pattern (hr/day, days/wk). | 24.00, 7.00 | . | . | . |

Special Capabilities:

### B. MAJOR EQUIPMENT DESCRIPTION

     1    Hydril Tube Assembly - 6 pack

     1    Pressure Control Manifold

     1    Tube Trailer Discharge Stanchion

     1    Telemetry Remote Monitoring System

### C. MATERIALS OF CONSTRUCTION

Product Piping:    Type K Copper ASTM B88, 35% Cd-free Silver Solder or 15% Silfoss, Stainless Steel ASTM A269, Type 304 or 316, Schedule 10S, minimum

Process Valves:    Brass/Bronze

### D. APCI'S BHe SYSTEM INSTALLATION RESPONSIBILITIES

1. Contact customer to discuss scope of work and negotiate installation schedule.

2. Conduct site visit/site evaluation. A technical representative of APCI must approve the installation site prior to the initiation of civil work by the customer.

3. Provide typical engineering information and technical support to the Customer's architect engineer for the preparation of site construction plans for permit application. This information and support includes standard site layout, foundation details, and non-proprietary process flow diagrams. Any information and technical support required above those items referenced above and Non standard designs can be provided for an additional fee.

21

4. Provide all materials not explicitly highlighted under the customer's scope of work to commission and start-up the BHe supply system in accordance with APCI specifications and standards.

    Coordinate for the shipment of all major equipment to the customer's installation site.

5. Schedule and coordinate an APCI-approved crane rigging contractor to off load all major equipment at the customer's installation site. Schedule and coordinate an APCI-approved mechanical contractor to assist the APCI on-site representative in the BHe system installation.

6. Perform all possible shop prefabrication of BHe system pipeline components and cleaning of all BHe system components prior to arrival on-site at the customer's facility.

7. Provide all labor and materials not highlighted in the customer's scope of work to commission and start-up the BHe supply system. This will include the following:

    a. Prepare the installation site and coordinate safety training with external APCI contractors. Control access to the installation area and inspect the crane prior to initiating the BHe system installation.

    b. Rig, set, level, and anchor all major equipment.

    c. Install piping, piping supports, tube decals, valve tags, piping labels and all other minor equipment required to commission the BHe supply system.

    d. Conduct an Operational Readiness Inspection (ORI) of the gaseous supply system.

    e. Pressure test/Leak test BHe system field installed piping.

    f. Fill and commission the BHe supply system immediately following the installation of the supply equipment.

8. Provide supply system description and safety orientation to the customer's operating personnel.

9. Provide labor and material required to perform routine maintenance and repair of the APCI-owned portions of the helium supply system in accordance with APCI standard operating procedures.

## E. CUSTOMER'S BHe SYSTEM INSTALLATION RESPONSIBILITIES
1. CIVIL
    a. Provide a suitable site that is clear and free of power lines (15' planar distance) and that does not block means of ingress or egress. A technical representative of APCI must inspect and approve the installation site prior to the initiation of any civil work by the customer.

    b. The standard distance for installing the equipment between the center pin of the crane and the center of lift is 35'. If this distance exceeds 35' there are can be additional costs involved. If this distance appears to be greater than 35', the customer must provide the distance for the lift to APCI.

    c. Provide adequate tanker access to and from the installation site (Combined Tractor and Trailer Length: 68' max.). With an inside turning radius of 50', a 90 degree turn requires a minimum road width of 25' and a 180 degree turn requires a minimum road width of 31'. Notify Air Products of any delivery restrictions or delivery windows.

    d. Provide a designated drop area that allows for a safe staging area to perform the change out of the single bay tube trailer installation (IF REQUIRED BY CUSTOMER FOR FUTURE GROWTH). This staging area must be approved by a technical representative of APCI. The designated drop area must be able to accommodate two tube trailers positioned side by side (24' x 68' required) and enable the trailer's landing gear to rest on ground with adequate load bearing capacity. Preferred landing gear zone is reinforced concrete (3' x 24' x 8" thick). Acceptable alternate is a steel plate for each trailer (2 required - 3' x 8' x ½" thick).

    e. Provide a level hydril tube or tube trailer foundation and equipment foundation as per specifications supplied by APCI. Notify the APCI Construction Technician when the concrete has been poured in order to schedule the system installation a minimum of 2 weeks from pour date. APCI requires a minimum of two weeks cure time on all foundation pours. Equipment cannot be set on foundations with cure times less than two weeks without prior approval by the responsible APCI Engineer.

    f. Provide an industrial grade 6' chain link fence with three strands of barbed wire, a swing delivery gate, personnel gate and protective posts (crash bollards and Jersey barriers), as required, to protect the system from vehicular traffic and unauthorized entry. Reference the APCI-supplied drawings for the specific location of the delivery gate. The fence must be installed prior to Air Products' arrival to install the equipment. The chain link fence is not necessary if the overall customer facility is secured by a fence or wall that prevents public access.

g. Provide of the hydril tube or tube trailer installation site in order to determine the existing underlying soil conditions used for the foundation design. The analysis must include documentation regarding environmental evaluation of the site, soil samples, site preparation, and investigation report. If this documentation is current and available, no additional soil testing is required. If this documentation is current and available no additional soil testing required. If a soils analysis is not provided to Air Products any and all costs associated with future soils issues (ie. Heaving of a concrete pad) will be paid by the customer.

2. ELECTRICAL
   a. Provide dedicated (isolatable and lockable) 120 VAC, 20 amp, single phase, 60 Hz electrical service to the stub APCI-supplied telemetry unit. Install the electrical service per the National Electric Code, latest edition. The power should be available the date of the supply system installation. If dedicated power is not available, provide a lockable electrical disconnect at the power supply stub up location for safe maintenance of the utility. Provide an electrician during system installation to make final electrical connections.

   b. Provide a dedicated, voice quality, analog phone line to the APCI-supplied telemetry unit. Install the phone service per the appropriate codes. The phone line must be able to transmit and receive calls 24 hours per day without the use of a manual switchboard. The phone line should be activated by the date of the supply system installation.

   c. Provide adequate lighting for the installation area for night deliveries and system maintenance.

   d. Provide a #16 two-conductor shielded cable from the telemetry unit to the APCI-supplied Rosemount transmitter located at the BHe equipment. APCI will advise of final location. Encase the cable in conduit and install the proper seal-offs and breathers per the applicable electrical code.

3. MECHANICAL
   a. Install the piping distribution line to the edge of the auxiliary equipment foundation as shown on the APCI-supplied drawings (i.e., stubbed approximately 18" above ground level and 1' from the corner of this foundation). The desired end connection is a FNPT bronze adapter. Communicate a different choice of end connection to an APCI Construction representative at least one week prior to APCI's on-site date.

   b. Ensure that the maximum allowable working pressure of the helium piping distribution line and its components is greater than 2640 psig. If not, provide a safety relief valve set at the maximum allowable working pressure of the lowest rated component in the piping distribution line. Size the safety relief valve for the maximum flow capacity of the system. The safety relief valve should vent out of doors to a safe location elevated 7', minimum, above grade.

   c. Provide a 1" block and tie-in valve assembly downstream of all the APCI-supplied BHe supply equipment. The material specification is available from APCI upon request. Lack of courtesy valve will require a shut down if major maintenance is required. At a minimum, an isolation valve must be provided. If the purge/bleed/temporary supply connection is not supplied, then a shutdown may be required for some types of system maintenance.

4. SECURITY
   a. The helium supply site should be included in the normal guard service tour and/or video monitoring system. Guard should inspect gate locks and look for any indications of breach or tampering.

5. GENERAL
   a. Provide all required state and local installation and operating permits.

   b. Keep area clean and free of all debris and weeds.

   c. Before and after installation, allow Air Products to take digital pictures of the BHe supply system to document equipment for maintenance and engineering support.

   d. Prohibit the storage of oil, grease, lubricants or any flammable or combustible material on or within the equipment area.

   e. Provide tube pressure readings, as required, to the APCI point of contact. Notify Air Products if customer's consumption or usage pattern changes temporarily or permanently from normal, i.e., plant shutdown, addition of a new shift, addition of new process equipment.

   f. Provide site specific safety training for APCI personnel and contractors in accordance with OSHA guidelines.

   g. Prevent any customer employee or third party not properly trained in the operation of the supply system from altering, repairing, adjusting or tampering with the supply equipment.

   h. Reset any equipment after power failures, where applicable (i.e. circuit breakers for telemetry, pumps, etc.).

   i. If any customer scope items are not completed prior to the agreed upon installation date and APCI needs to make a return visit(s) to complete the installation, the customer agrees to reimburse APCI, at APCI's standard service rates prevailing when such services are rendered, for additional expenses incurred due to the return visit(s).

j. Provide a dumpster for collection of construction debris during system installation. The dumpster should be located adjacent to the work site. If there are special customer requirements concerning the separation of construction materials, a dumpster for each type should be provided and clearly identified for what type of materials it is provided.

k. Any special site conditions or requirements not specifically listed in this document will be a change in original scope. These include, but are not limited to, building or zoning codes and restrictions, height, noise, or delivery restrictions, corrosive atmospheres, special materials of construction, emergency shutoff requirements, special instrumentation or control, sampling or analytical services, painting or color specifications, reserve supply requirements, details of existing concrete foundations, temporary supply requirements, requirements for excess flow or earthquake valves, soil bearing capacity, special design requirements, requirements for union labor, special cleaning requirements, special piping codes such as ANSI, special crane requirements or operations (crane cannot be next to the hydril tube or tube trailer area), special installation or maintenance procedures, or special site restrictions

## F. SCHEDULE

The installation process takes a minimum of 8 weeks. The customer must notify APCI upon completion of the concrete pour. Once the concrete is poured and the customer is ready for the installation (product is needed in the hydril tubes or tube trailer and all other scope items are completed), APCI will schedule the installation.

| Start | Week 1-4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 |
|-------|----------|--------|--------|--------|--------|--------|
| Contract Signed | AP completes design, orders/assigns equipment, construction package | Concrete poured (Call AP to confirm Pour) | AP sets up crane & freight | Power & Phone at Pad | Set Equipment | Systems Online |

AP=Air Products

Equipment lead time after receipt of order:  8 weeks
On-site time required to set, pipe and commission supply system:  5-7 days

Submitted By:                                    Accepted By:

_____     Date         _____     Date
Isaac P West                                     Customer
Project Engineer
Air Products and Chemicals, Inc.                 _____
Santa Clara, CA                                  Title

24



# PRODUCT SUPPLY AGREEMENT

Attachment 3C
Dated 04/01/2010 Between
Air Products and Chemicals Inc, (Seller)
and      SOLYNDRA FAB 2, LLC      ("Buyer")

### A. Buyer's Anticipated Supply Requirements

| Product | Oxygen | | | |
|---|---|---|---|---|
| Total Monthly Volume (SCF70F/month) | 400,000 | | | |
| Product Used As (Gas or Liquid) | **Gas** | | | |
| Monthly Usage (SCF70F/month) | 400,000 | | | |
| Use Pressure (psig, +/-10%) | 100.0 | | | |
| Continuous Flow Rate (SCF70F/hr) | 1,000 | | | |
| Peak Flow Rate (SCF70F/hr) | 2,000 | | | |
| Duration of Peak Flow (h) | .00 | | | |
| Frequency of Peak Flow Rate (x/day) | | | | |
| Product Usage Pattern (hr/day, days/wk) | 24.00, 7.00 | . | . | . |

Other Supply Requirements: If the Buyer exceeds the Continuous Flow Rate or Peak Flow Rate, a low temperature condition may occur in Buyer's downstream piping and/or other equipment. This could result in the failure of piping or other equipment due to low temperatures.

### E. Buyer's Obligations Prior to Seller's Installation of Equipment

In addition to, or in further clarification of, Buyer's Obligations as set forth in Rider 1 of the Agreement, Buyer shall, prior to Seller's arrival on-site for the installation of Equipment:

1. Furnish an area meeting Sellers' and National Fire Protection Association (NFPA) specifications for installation of Equipment.
2. Furnish concrete pad or foundation, fencing, protective posts and lighting per Seller's specifications.
3. Furnish dedicated 120 VAC, 20 amp, single phase, 60 Hz electrical service to the stub up location detailed on the equipment layout drawing provided by Seller. Electrical service must be installed per the National Electric Code, latest edition.
4. Furnish a dedicated, voice quality, analog phone line to the stub up location detailed on the equipment layout drawing supplied by Seller. Phone service must be installed per the appropriate code. The phone line must be able to transmit and receive calls 24 hours per day without the use of a manual switchboard.
5. Install necessary facilities to transport Product from Equipment to Buyer's points of use ("Distribution Line"). Distribution Line must be installed to terminate at the edge of the auxiliary equipment foundation as shown on the equipment layout drawing supplied by Seller.
6. Furnish a product supply line safety relief valve set at the maximum allowable working pressure of the lowest rated component in the Distribution Line. Safety relief valve should be sized for the maximum flow capacity of the system.
7. Furnish all required state and local installation and operating permits.
8. Agree to allow Seller to make first delivery of Product immediately following completion of equipment installation.

### F. Reimbursement for Additional Costs Incurred by Seller

If any of the above obligations are not completed by Buyer prior to the agreed upon installation date and Seller needs to make a return visit(s) to complete the installation, Buyer agrees to reimburse Seller, at Seller's standard service rates prevailing when such services are rendered, for additional expenses incurred due to the return visit(s).

### G. Scope Changes

Any special site considerations or requirements not specifically listed in this Agreement will be considered a change in original scope. These include, but are not limited to: building or zoning codes and restrictions, height, noise or delivery restrictions, corrosive atmospheres, special materials of construction, emergency shut-off requirements, special instrumentation or control, sampling or analytical services, painting or color specifications, reserve supply requirements, details of existing concrete foundations, temporary supply requirements, requirements for excess flow or earthquake valves, soil bearing capacity, special design requirements, requirements for union labor, special cleaning requirements, special piping codes such as ANSI, special installation or maintenance procedures, or special site restrictions.



### PRODUCT SUPPLY AGREEMENT

### AIR PRODUCTS AND CHEMICALS (APCI), INC.
#### LIQUID OXYGEN (LOX) SYSTEM INSTALLATION SCOPE OF WORK

Date:      04/01/2010
Revision:   0

| Customer Name: | Solyndra Fab 2, LLC | System Location: | 901 Page Road |
| Product Purity: | / Industrial | City, State: | Fremont, CA 95438 |

### A. EQUIPMENT CAPABILITIES

| | | | | |
|---|---|---|---|---|
| Total Monthly Volume (SCF70F/month) | 400,000 | | | |
| Product Used As (Gas or Liquid) | **Gas** | | | |
| Design Monthly Usage (SCF70F/month) | 400,000 | | | |
| Design Supply Pressure (psig, +/-10%) | 100.0 | | | |
| Design Continuous Flow Rate (SCF70F/hr) | 1,000 | | | |
| Design Peak Flow Rate (SCF70F/hr) | 2,000 | | | |
| Duration of Peak Flow Rate (h) | .00 | | | |
| Frequency of Peak Flow Rate (x/day) | | | | |
| Product Usage Pattern (hr/day, days/wk): | 24.00, 7.00 | . | . | . |

Special Capabilities:

### B. MAJOR EQUIPMENT DESCRIPTION

1   Cryogenic Storage Vessel

2   VAI-812 Ambient Air Process Vaporizers

1   Pressure-Temperature Control Manifold

1   Tank Telemetry Remote Monitoring System

### C. MATERIALS OF CONSTRUCTION

Product Piping:   Type K Copper, 35% Cd-free Silver solder (required for copper to 304 stainless steel transition and optional for all other piping); 15% Sil-Fos (non SS to copper joints).

Process Valves:   Brass/Bronze

### D. APCI'S LOX SYSTEM INSTALLATION RESPONSIBILITIES

1.  Contact customer to discuss scope of work and negotiate installation schedule.

2.  Conduct site visit/site evaluation. A technical representative of APCI must approve the installation site prior to the initiation of civil work by the customer.

3.  Provide typical engineering information and technical support to the Customer's architect engineer for the preparation of site construction plans for permit application. This information and support includes standard site layout, foundation details, and non-proprietary process flow diagrams. Any information and technical support required above those items referenced above and Non standard designs can be provided for an additional fee.

4.  Provide all materials not explicitly highlighted under the customer's scope of work to commission and start-up the LOX supply system in accordance with APCI specifications and standards.


5. Coordinate for the shipment of all major equipment to the customer's installation site.

6. Schedule and coordinate an APCI-approved crane contractor to off load all major equipment at the customer's installation site. Schedule and coordinate an APCI-approved mechanical contractor to assist the APCI on-site representative in the LOX system installation.

7. Perform all possible shop prefabrication of LOX system piping components and cleaning of all LOX system components prior to arrival on-site at the customer's facility.

8. Provide all labor and materials not highlighted in the customer's scope of work to commission and start-up the LOX supply system. This will include the following:

    a. Prepare the installation site and coordinate safety training with external APCI contractors. Control access to the installation area and inspect the crane prior to initiating the LOX system installation.

    b. Rig, set, level, and anchor all major equipment.

    c. Install piping, piping supports, tank decals, valve tags, piping labels and all other minor equipment required to commission the LOX supply system.

    d. Conduct an Operational Readiness Inspection (ORI) of the liquid supply system.

    e. Pressure test/Leak test LOX system field installed piping.

    f. Cool down and first fill the cryogenic storage vessel immediately following the installation of the supply equipment.

    g. Initiate oxygen supply by commissioning the LOX supply system following the first fill of the storage vessel.

9. Provide operational and safety orientation to the customer's operating personnel.

10. Provide labor and material required to perform routine maintenance and repair of the APCI-owned portions of the oxygen supply system in accordance with APCI standard operating procedure.

## E. CUSTOMER'S LOX SYSTEM INSTALLATION RESPONSIBILITIES
1. CIVIL

    a. Provide a suitable site that meets the requirements of NFPA 55, latest revision and that does not block means of ingress or egress. A technical representative of APCI must inspect and approve the installation site prior to the initiation of any civil work by the customer.

    b. The standard distance for installing the equipment between the center pin of the crane and the center of lift is 35'. If this distance exceeds 35' there can be additional costs involved. If this distance appears to be greater than 35', the customer must provide the distance for the lift to APCI.

    c. Provide a site so that the tank and equipment are installed in an outdoor location with adequate natural ventilation. If the tank and equipment are to be installed in a confining area (enclosed by walls, in a courtyard, etc.) that restricts the natural ventilation the customer shall comply with the applicable national and local code requirements. A technical representative of APCI must inspect and approve the installation site prior to the initiation of any civil work by the customer.

    d. Provide adequate tanker access to and from the installation site (Combined Tractor and Trailer Length: 68' max.). With an inside turning radius of 50', a 90 degree turn requires a minimum road width of 25' and a 180 degree turn requires a minimum road width of 31'. Notify Air Products of any delivery restrictions or delivery windows.

    e. Yard surface where the product delivery trailer will off load should be level or slope no more than 1.5 - 2.0%, so that product will move towards the back of the trailer.

    f. Provide a level tank foundation and equipment pad as per specifications supplied by APCI. Notify the APCI Construction Technician when the concrete has been poured in order to schedule the system installation a minimum of 2 weeks from pour date. APCI requires a minimum of two weeks cure time on all foundation pours. Equipment cannot be set on foundations with cure times less than two weeks without prior approval by the responsible APCI Engineer.

    g. Provide a non-combustible surface in areas that will be under any delivery piping of the LOX trailer during deliveries. APCI will provide drawings showing location of these non-combustible area.

27



    h.  Provide an industrial quality 6' chain link fence with three strands of barbed wire, a sliding delivery gate and protective posts (crash bollards or anchored Jersey barriers), as required, to protect the system from vehicular traffic and unauthorized entry. Reference the APCI-supplied drawings for the specific location of the delivery gate. The fence must be installed prior to Air Products' arrival to set the tank and equipment. The chain link fence is not necessary if the overall customer facility is secured by a fence or wall that prevents public access.

    i.  Provide a soil analysis of the tank installation site in order to determine the existing underlying soil conditions used for the foundation design. The analysis must include documentation regarding environmental evaluation of the site, soil samples, site preparation, and investigation report. If this documentation is current and available, no additional soil testing is required. If a soils analysis is not provided to Air Products any and all costs associated with future soils issues (i.e. heaving of a concrete pad) will be paid by the customer.

2.  ELECTRICAL

    a.  Provide dedicated (isolatable and lockable) 120 VAC, 20 amp, single phase, 60 Hz electrical service to the APCI-supplied telemetry unit. Install the electrical service per the National Electric Code, latest edition. The power should be available the date of supply system installation. If dedicated power is not available, provide a lockable electrical disconnect at the power supply stub up location for safe maintenance of the utility. Provide an electrician during system installation to make final electrical connections.

    b.  Provide a dedicated, voice quality, analog phone line to the APCI-supplied telemetry unit. Install the phone service per the appropriate codes. The phone line must be able to transmit and receive calls 24 hours per day without the use of a manual switchboard. The phone should be activated by the date of supply system installation.

    c.  Provide adequate lighting for the installation area for night deliveries and system maintenance.

3.  MECHANICAL

    a.  Install the oxygen cleaned piping distribution line to the edge of the auxiliary equipment foundation as shown on the APCI-supplied drawings (i.e., stubbed approximately 18" above ground level and 1' from the corner of this foundation).

    b.  Reference the Compressed Gas Association's (CGA) Pamphlet G4.1, Cleaning Equipment for Oxygen Service, for oxygen cleaning guidelines. Provide APCI with signed documentation that the piping distribution line meets the aforementioned criteria. The desired end connection is a FNPT bronze adapter. Communicate a different choice of end connection to an APCI Construction representative at least one week prior to APCI's on-site date.

    c.  Ensure that the maximum allowable working pressure of the oxygen piping distribution line and its components is greater than 275 psig. If not, provide a safety relief valve set at the maximum allowable working pressure of the lowest rated component in the piping distribution line. Size the safety relief valve for the maximum flow capacity of the system. All relief valves should vent out of doors to a safe location.

    d.  Provide a 1" block and tie-in valve assembly downstream of all the APCI LOX supply equipment. The material specification is available from APCI upon request. Lack of courtesy valve will require a shutdown if major maintenance is required. At a minimum, an isolation valve must be provided. If the purge/bleed/temporary supply connection is not supplied, then a shutdown may be required for some types of system maintenance.

4.  SECURITY

    a.  The oxygen supply site should be included in the normal guard service tour and/or video monitoring system. Guard should inspect gate locks and look for any indications of breach or tampering.

5.  GENERAL

    a.  If the design continuous flow rate or peak flow rate referenced above are exceeded, a low temperature condition may occur in the downstream piping and/or other downstream equipment. APCI must be notified if this condition exists. Typical indications from over drawing the design flows would be excessive ice build up on the vaporizers including frost on the house line. This condition could result in a hazardous condition from failure (leak or fracture) of this downstream process equipment due to temperatures below design limits. The materials typically affected are carbon steel and plastic seats and seals in process equipment.

    b.  If the design continuous flow rate or peak flow rate referenced above are exceeded, the vaporizers may require manual de-icing. APCI must be notified if this condition exists. If manual de-icing is required the customer shall be responsible for any de-icing expenses incurred by APCI.

    c.  Provide all required state and local installation and operating permits.



d. Keep area clean and free of all debris and weeds.

e. Before and after installation, allow Air Products to take digital pictures of LOX supply system to document equipment for maintenance and engineering support.

f. Prohibit the storage of oil, grease, lubricants or any flammable or combustible material on or within the equipment area.

g. Provide tank readings, as required, to the APCI point of contact. Notify Air Products if customer's consumption or usage pattern changes temporarily or permanently from normal, i.e., plant shutdown, addition of a new shift, addition of new process equipment.

h. Provide site specific safety training for APCI personnel and contractors in accordance with OSHA guidelines.

i. Prevent any customer employee or third party not properly trained in the operation of the supply system from altering, repairing, adjusting or tampering with the supply equipment.

j. Reset any equipment after power failures, where applicable (i.e. circuit breakers for telemetry, pumps, etc.).

k. All work has been estimated to be completed during normal working days, Monday through Friday. If weekend or holiday work is required, there will be additional costs.

l. If any customer scope items are not completed prior to the agreed upon installation date and APCI needs to make a return visit(s) to complete the installation, the customer agrees to reimburse APCI, at APCI's standard service rates prevailing when such services are rendered, for additional expenses incurred due to the return visit(s).

m. Provide a dumpster for collection of construction debris during system installation. The dumpster should be located adjacent to the work site. If there are special customer requirements concerning the separation of construction materials, a dumpster for each type should be provided and clearly identified for what type of materials it is provided.

n. Any special site conditions or requirements not specifically listed in this document will be a change in original scope. These include, but are not limited to, building or zoning codes and restrictions, height, noise, or delivery restrictions, corrosive atmospheres, special materials of construction, emergency shutoff requirements, special instrumentation or control, sampling or analytical services, painting or color specifications, reserve supply requirements, details of existing concrete foundations, temporary supply requirements, requirements for excess flow or earthquake valves, soil bearing capacity, special design requirements, requirements for union labor, special cleaning requirements, special piping codes such as ANSI, special crane requirements or operations (crane cannot be next to the tank area), special installation or maintenance procedures, or special site restrictions.

**F. SCHEDULE**

The installation process takes a minimum of 8 weeks. The customer must notify APCI upon completion of the concrete pour. Once the concrete is poured and the customer is ready for the installation (product is needed in the tank and all other scope items are completed), APCI will schedule the installation.

| Start | Week 1-4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 |
|---|---|---|---|---|---|---|
| Contract Signed | AP completes design, orders/assigns equipment, construction package | Concrete poured (Call AP to confirm Pour) | AP sets up crane & freight | Power & Phone at Pad | Set Equipment | Systems Online |

Equipment lead time after receipt of order:      8 weeks

On-site time required to set, pipe and commission supply system:      5-7 days

Submitted By:          Accepted By:

| | |
|---|---|
| Isaac P West      Date | Customer      Date |
| Project Engineer | |
| Air Products and Chemicals, Inc. | Title |
| Santa Clara, CA | |