# EXHIBIT B



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

Page: 1 of 2

SOLYNDRA OPERATOR LLC
PO Box 61149
SUNNYVALE CA 94088

| | |
|---|---|
| Invoice No.: | 915137691 |
| Date: | 06/30/2011 |
| Bill-To No. : | 1091729 |
| Account Number.: | 1091720 |
| Cust.VAT No.: | |
| Delivery Terms: | FCA SHIP DESTINATION |
| Payment Terms: | Net 30 days date of invoice |
| Contact: | AIR PRODUCTS CUSTOMER SERVICE |
| Telephone: | 877-210-0611 |
| Fax: | 610-706-7148 |
| Email: | |

Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact AIR PRODUCTS CUSTOMER SERVICE immediately on 877-210-0611

Quantity - Price unit:
TO = 1000 KG    KM = 1000 M    KG = Kilogram
H  = Hours      L  = Litre     M3 = Cubic meter
EA = Each       NM3 = Normal Cubic Meter
LB = Pounds     FTS = 1scf (70F, 1atm) & FTU= 1000FTS
                FTR = 1scf (60F, 1atm) & FTT= 1000FTR

## Invoice Summary

| | | |
|---|---|---|
| Product Price | | 14,450.93 |
| Net value | | 14,450.93 |
| State Tax | 7.25% | 1,047.70 |
| County Tax | 1.00% | 144.51 |
| Tax Jur Code Level 6 | 1.50% | 216.76 |
| **Total to be paid** | USD | 15,859.90 |

Purchase Order Number: None
Payment Reference.: 915137691 (Please quote this reference when making your payment)

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Remit Checks to:
Air Products and Chemicals, Inc.
PO Box 360545M
Pittsburgh, PA
15251-0545

**Payment Due Date: 07/30/2011**

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

| | Currency: USD | Date: 06/30/2011 | Invoice No.: 915137691 | Page: 2 of 2 |
|---|---|---|---|---|

**Delivery Details**

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|

Purchase Order No: None /   Item No: 0  Release No:
Purchase Order/Reference No: None   Ship From: SANTA CLARA, CA TERMINAL
DelNote/Date: 5108B75672 / 06/04/2011

| 0010 | 13654 | 855.479 M3 | | | |
|---|---|---|---|---|---|
| | Helium Commercial | | | | |
| | Ship-To: 1091726 | | | | |
| | Product Price | | 5.80  USD | 1  M3 | 4,961.78 |
| | CofA / CofC Charge | | | | 50.00 |

Purchase Order No: None /   Item No: 0  Release No:
Purchase Order/Reference No: None   Ship From: SANTA CLARA, CA TERMINAL
DelNote/Date: 5108B76268 / 06/13/2011

| 0011 | 13654 | 482.071 M3 | | | |
|---|---|---|---|---|---|
| | Helium Commercial | | | | |
| | Ship-To: 1091726 | | | | |
| | Product Price | | 5.80  USD | 1  M3 | 2,796.01 |
| | CofA / CofC Charge | | | | 50.00 |

Purchase Order No: None /   Item No: 0  Release No:
Purchase Order/Reference No: None   Ship From: SANTA CLARA, CA TERMINAL
DelNote/Date: 5108B77251 / 06/28/2011

| 0012 | 13654 | 1,128.127 M3 | | | |
|---|---|---|---|---|---|
| | Helium Commercial | | | | |
| | Ship-To: 1091726 | | | | |
| | Product Price | | 5.80  USD | 1  M3 | 6,543.14 |
| | CofA / CofC Charge | | | | 50.00 |

| Net value | | | | | 14,450.93 |
| State Tax | | | 7.25% | | 1,047.70 |
| County Tax | | | 1.00% | | 144.51 |
| Tax Jur Code Level 6 | | | 1.50% | | 216.76 |

**Total to be Paid**                                                                                    15,859.90

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

For domestic use only.  May be subject to licensing.

Various Itemized Charges:
The total amount due from the customer may include various itemized charges, including: charges for the handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, and shipping; and/or charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the Company.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

SOLYNDRA OPERATOR LLC
PO Box 61149
SUNNYVALE CA 94088

| | |
|---|---|
| Invoice No.: | 915151742 |
| Date: | 07/01/2011 |
| Bill-To No. : | 1091729 |
| Account Number.: | 1091720 |
| Cust.VAT No.: | |
| Delivery Terms: | FCA SHIP DESTINATION |
| Payment Terms: | Net 30 days date of invoice |
| Contact: | AIR PRODUCTS CUSTOMER SERVICE |
| Telephone: | 877-210-0611 |
| Fax: | 610-706-7148 |
| Email: | |

Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact AIR PRODUCTS CUSTOMER SERVICE immediately on 877-210-0611

**Quantity - Price unit:**
TO = 1000 KG     KM = 1000 M     KG = Kilogram
H  = Hours       L  = Litre      M3 = Cubic meter
EA = Each        NM3 = Normal Cubic Meter
LB = Pounds      FTS = 1scf (70F, 1atm) & FTU= 1000FTS
                 FTR = 1scf (60F, 1atm) & FTT= 1000FTR

## Invoice Summary

| | | |
|---|---|---:|
| Product Price | | 3,990.00 |
| Net value | | 3,990.00 |
| **Total to be paid** | USD | **3,990.00** |

Purchase Order Number: See Line Item Details
Payment Reference.: 915151742 (Please quote this reference when making your payment)

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Remit Checks to:
Air Products and Chemicals, Inc.
PO Box 360545M
Pittsburgh, PA
15251-0545

**Payment Due Date: 07/31/2011**

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

| Delivery Details | Currency: USD | Date: 07/01/2011 | Invoice No.: 915151742 | Page: 2 of 2 | |
|---|---|---|---|---|---|
| Item | Product Detail | Quantity | Price | Price Unit | Value |

| | | | | | |
|---|---|---|---|---|---|
| **Purchase Order No./Rel No.:** 400253 / Item No: 1 | | | **Contract/Date:** 40793521 /07/01/2011 -07/31/2011 | | |
| 0010 | 7715 | 1 EA | | | |
| | Helium Storage MSC | | | | |
| | Ship-To: 1091726 | | | | |
| | Product Price | | 2,400.00 USD | 1 EA | 2,400.00 |
| **Purchase Order No./Rel No.:** 400226 / Item No: 1 | | | **Contract/Date:** 40793521 /07/01/2011 -07/31/2011 | | |
| 0020 | 7706 | 1 EA | | | |
| | SM_MSC Hydrogen Gas_Ind_Tube | | | | |
| | Ship-To: 1091727 | | | | |
| | Product Price | | 800.00 USD | 1 EA | 800.00 |
| **Purchase Order No./Rel No.:** 400225 / Item No: 1 | | | **Contract/Date:** 40793521 /07/01/2011 -07/31/2011 | | |
| 0030 | 7710 | 1 EA | | | |
| | Oxygen Tank MSC | | | | |
| | Ship-To: 1091728 | | | | |
| | Product Price | | 790.00 USD | 1 EA | 790.00 |
| Net value | | | | | 3,990.00 |
| **Total to be Paid** | | | | | 3,990.00 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

For domestic use only. May be subject to licensing.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

Page: 1 of 2

SOLYNDRA OPERATOR LLC
PO Box 61149
SUNNYVALE CA 94088

| | |
|---|---|
| Invoice No.: | 915324600 |
| Date: | 08/01/2011 |
| Bill-To No. : | 1091729 |
| Account Number.: | 1091720 |
| Cust.VAT No.: | |
| Delivery Terms: | FCA SHIP DESTINATION |
| Payment Terms: | Net 30 days date of invoice |
| Contact: | AIR PRODUCTS CUSTOMER SERVICE |
| Telephone: | 877-210-0611 |
| Fax: | 610-706-7148 |
| Email: | |

Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact AIR PRODUCTS CUSTOMER SERVICE immediately on 877-210-0611

Quantity - Price unit:
TO = 1000 KG    KM = 1000 M    KG = Kilogram
H  = Hours      L  = Litre     M3 = Cubic meter
EA = Each       NM3 = Normal Cubic Meter
LB = Pounds     FTS = 1scf (70F, 1atm) & FTU= 1000FTS
                FTR = 1scf (60F, 1atm) & FTT= 1000FTR

## Invoice Summary

| | | |
|---|---|---|
| Product Price | | 3,990.00 |
| Net value | | 3,990.00 |
| **Total to be paid** | **USD** | **3,990.00** |

---

Purchase Order Number: See Line Item Details
Payment Reference.:  915324600 (Please quote this reference when making your payment)

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Remit Checks to:
Air Products and Chemicals, Inc.
PO Box 360545M
Pittsburgh, PA
15251-0545

Payment Due Date:  08/31/2011

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

| Delivery Details | Currency: USD | Date: 08/01/2011 | Invoice No.: 915324600 | Page: 2 of 2 | |
|---|---|---|---|---|---|
| Item | Product Detail | Quantity | Price | Price Unit | Value |

| | | | | | |
|---|---|---|---|---|---|
| 0010 | Purchase Order No./Rel No.: 400253 / Item No: 1<br>7715<br>Helium Storage MSC<br><br>Ship-To: 1091726<br>Product Price | 1 EA | Contract/Date: 40793521 /08/01/2011 -08/31/2011<br><br><br>2,400.00  USD | <br><br><br>1  EA | <br><br><br>2,400.00 |
| 0020 | Purchase Order No./Rel No.: 400226 / Item No: 1<br>7706<br>SM_MSC Hydrogen Gas_Ind_Tube<br>Ship-To: 1091727<br>Product Price | 1 EA | Contract/Date: 40793521 /08/01/2011 -08/31/2011<br><br><br><br>800.00  USD | <br><br><br><br>1  EA | <br><br><br><br>800.00 |
| 0030 | Purchase Order No./Rel No.: 400225 / Item No: 1<br>7710<br>Oxygen Tank MSC<br><br>Ship-To: 1091728<br>Product Price | 1 EA | Contract/Date: 40793521 /08/01/2011 -08/31/2011<br><br><br><br>790.00  USD | <br><br><br><br>1  EA | <br><br><br><br>790.00 |
| Net value | | | | | 3,990.00 |
| **Total to be Paid** | | | | | 3,990.00 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

For domestic use only.  May be subject to licensing.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

Page: 1 of 2

SOLYNDRA OPERATOR LLC
PO Box 61149
SUNNYVALE CA 94088

| | |
|---|---|
| Invoice No.: | 915489099 |
| Date: | 08/22/2011 |
| Bill-To No. : | 1091729 |
| Account Number.: | 1091720 |
| Cust.VAT No.: | |
| Delivery Terms: | FCA SHIP DESTINATION |
| Payment Terms: | Net 30 days date of invoice |
| Contact: | AIR PRODUCTS CUSTOMER SERVICE |
| Telephone: | 877-210-0611 |
| Fax: | 610-706-7148 |
| Email: | |

Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact AIR PRODUCTS CUSTOMER SERVICE immediately on 877-210-0611

Ship-To:1091726
SOLYNDRA FAB 2
BHE TK 06IB20119
901 PAGE AVE
FREMONT CA 94538

Quantity - Price unit:
TO = 1000 KG    KM = 1000 M      KG = Kilogram
H  = Hours      L  = Litre        M3 = Cubic meter
EA = Each       NM3 = Normal Cubic Meter
LB = Pounds     FTS = 1scf (70F, 1atm) & FTU= 1000FTS
                FTR = 1scf (60F, 1atm) & FTT= 1000FTR

## Invoice Summary

| | | |
|---|---|---:|
| Product Price | | 1,034.99 |
| Net value | | 1,034.99 |
| **Total to be paid** | **USD** | **1,034.99** |

Purchase Order Number: Personal Property Tax
Payment Reference.: 915489099 (Please quote this reference when making your payment)

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Remit Checks to:
Air Products and Chemicals, Inc.
PO Box 360545M
Pittsburgh, PA
15251-0545

Payment Due Date: 09/21/2011

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

| Delivery Details | Currency: USD | Date: 08/22/2011 | Invoice No.: 915489099 | Page: 2 of 2 | |
|---|---|---|---|---|---|
| Item | Product Detail | Quantity | Price | Price Unit | Value |

EXTERNAL...To invoice for 2011 Personal Property Tax for Alameda County, CA. For tank(s) located on your property.  monteskr 8/22/11 (July 2011 SS)

Purchase Order No: Personal Property Tax /   Item No: 0 Release No:
Purchase Order/Reference No: Personal Property Tax   Ship From:
DelNote/Date: 0070450612 /
0010  15305                                                  0 KG
    SM_H2 Tolled Weight Tariff 1
    Product Price                                                    USD           1          1,034.99

Net value                                                                                                  1,034.99

**Total to be Paid**                                                                                        1,034.99

For domestic use only. May be subject to licensing.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

Page: 1 of 3

SOLYNDRA OPERATOR LLC
PO Box 61149
SUNNYVALE CA 94088

| | |
|---|---|
| Invoice No.: | 915541213 |
| Date: | 08/31/2011 |
| Bill-To No. : | 1091729 |
| Account Number.: | 1091720 |
| Cust.VAT No.: | |
| Delivery Terms: | FCA SHIP DESTINATION |
| Payment Terms: | Net 30 days date of invoice |
| Contact: | AIR PRODUCTS CUSTOMER SERVICE |
| Telephone: | 877-210-0611 |
| Fax: | 610-706-7148 |
| Email: | |

Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact AIR PRODUCTS CUSTOMER SERVICE immediately on 877-210-0611

Quantity - Price unit:
TO =  1000 KG     KM  =  1000 M        KG =  Kilogram
H  =  Hours       L   =  Litre         M3 =  Cubic meter
EA =  Each        NM3 =  Normal Cubic Meter
LB =  Pounds      FTS =  1scf (70F, 1atm) & FTU= 1000FTS
                  FTR =  1scf (60F, 1atm) & FTT= 1000FTR

## Invoice Summary

| | | |
|---|---|---:|
| Product Price | | 3,872.81 |
| Energy Charge | | 27.05 |
| Net value | | 3,899.86 |
| State Tax | 6.25% | 243.74 |
| County Tax | 1.00% | 39.00 |
| Tax Jur Code Level 6 | 1.50% | 58.50 |
| **Total to be paid** | **USD** | **4,241.10** |

Purchase Order Number: None
Payment Reference.:  915541213 (Please quote this reference when making your payment)

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Remit Checks to:
Air Products and Chemicals, Inc.
PO Box 360545M
Pittsburgh, PA
15251-0545

Payment Due Date:  09/30/2011

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

| Delivery Details | Currency: USD | Date: 08/31/2011 | Invoice No.: 915541213 | Page: 2 of 3 | |
|---|---|---|---|---|---|
| Item | Product Detail | Quantity | Price | Price Unit | Value |

**Purchase Order No/Date:** None / Item No: 0          **Contract:** 40793520
**DelNote/Date:** 5176B97053 / 07/10/2011
0010  6553                                          10,877.282
                                                        FTS
    Hydrogen Gas

    Ship-To: 1091727
    Pc = 21.00/1000 FTS (Pb) * [0.30 + (0.40*(ECIPCMNSc/ECIPCMNSb)) +
    (0.10*(PPI3332981c/PPI3332981b)) + (0.20*(PPI4841221c/PPI4841221b)]

    Item Net Value                              21.70  USD    1000  FTS       236.07

**Purchase Order No/Date:** None / Item No: 0          **Contract:** 40793520
**DelNote/Date:** 5176B98381 / 08/11/2011
0011  6560                                          173,725.513
                                                        FTS
    Oxygen Liquid
    Ship-To: 1091728
    Pc = 5.50/1000 FTS (Pb) * [(0.30*(PISANTACLARAc/PISANTACLARAb)) +
    (0.40*(ECIPCMNSc/ECIPCMNSb)) + (0.10*(PPI3332981c/PPI3332981b)) +
    (0.20*(PPI4841221c/PPI4841221b)]

    Item Net Value                               6.03  USD    1000  FTS     1,048.12

**Purchase Order No/Date:** None / Item No: 0          **Contract:** 40793520
**DelNote/Date:** 5108B79273 / 07/28/2011
0012  13654                                            364.542
                                                        M3
    Helium Commercial
    Ship-To: 1091726
    Product Price                                5.80  USD       1  M3     2,114.34
    CofA / CofC Charge                                                         50.00

**Purchase Order No/Date:** None / Item No: 0          **Contract:** 40793520
**DelNote/Date:** 5176B98304 / 08/09/2011
0013  6553                                           19,549.231
                                                        FTS
    Hydrogen Gas

    Ship-To: 1091727
    Pc = 21.00/1000 FTS (Pb) * [0.30 + (0.40*(ECIPCMNSc/ECIPCMNSb)) +
    (0.10*(PPI3332981c/PPI3332981b)) + (0.20*(PPI4841221c/PPI4841221b)]

    Item Net Value                              21.70  USD    1000  FTS       424.28



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

| Delivery Details | Currency: USD | Date: 08/31/2011 | Invoice No.: 915541213 | Page: 3 of 3 | |
|---|---|---|---|---|---|
| Item | Product Detail | Quantity | Price | Price Unit | Value |
| Energy Charge | | | | | 27.05 |
| Net value | | | | | 3,899.86 |
| State Tax | | | 6.25% | | 243.74 |
| County Tax | | | 1.00% | | 39.00 |
| Tax Jur Code Level 6 | | | 1.50% | | 58.50 |
| **Total to be Paid** | | | | | 4,241.10 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

For domestic use only. May be subject to licensing.

Various Itemized Charges:
The total amount due from the customer may include various itemized charges, including: charges for the handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, and shipping; and/or charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the Company.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

Page: 1 of 2

SOLYNDRA OPERATOR LLC
PO Box 61149
SUNNYVALE CA 94088

| | |
|---|---|
| Invoice No.: | 915554571 |
| Date: | 09/01/2011 |
| Bill-To No. : | 1091729 |
| Account Number.: | 1091720 |
| Cust.VAT No.: | |
| Delivery Terms: | FCA SHIP DESTINATION |
| Payment Terms: | Net 30 days date of invoice |
| Contact: | AIR PRODUCTS CUSTOMER SERVICE |
| Telephone: | 877-210-0611 |
| Fax: | 610-706-7148 |
| Email: | |

Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact AIR PRODUCTS CUSTOMER SERVICE immediately on 877-210-0611

**Quantity - Price unit:**
TO = 1000 KG    KM = 1000 M      KG = Kilogram
H  = Hours      L  = Litre       M3 = Cubic meter
EA = Each       NM3 = Normal Cubic Meter
LB = Pounds     FTS = 1scf (70F, 1atm) & FTU= 1000FTS
                FTR = 1scf (60F, 1atm) & FTT= 1000FTR

## Invoice Summary

| | | |
|---|---|---|
| Product Price | | 4,230.00 |
| Net value | | 4,230.00 |
| **Total to be paid** | **USD** | **4,230.00** |

Purchase Order Number: See Line Item Details
Payment Reference.: 915554571 (Please quote this reference when making your payment)

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Remit Checks to:
Air Products and Chemicals, Inc.
PO Box 360545M
Pittsburgh, PA
15251-0545

Payment Due Date: 10/01/2011

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

| Delivery Details | Currency: USD | Date: 09/01/2011 | Invoice No.: 915554571 | Page: 2 of 2 | |
|---|---|---|---|---|---|
| Item | Product Detail | Quantity | Price | Price Unit | Value |

**Purchase Order No./Rel No.:** 400253 / Item No: 1   **Contract/Date:** 40793521 /09/01/2011 -09/30/2011
0010  7715                                              1 EA
    Helium Storage MSC

    Ship-To: 1091726
    Product Price                                        2,640.00  USD           1  EA           2,640.00

**Purchase Order No./Rel No.:** 400226 / Item No: 1   **Contract/Date:** 40793521 /09/01/2011 -09/30/2011
0020  7706                                              1 EA
    SM_MSC Hydrogen Gas_Ind_Tube
    Ship-To: 1091727
    Product Price                                          800.00  USD           1  EA             800.00

**Purchase Order No./Rel No.:** 400225 / Item No: 1   **Contract/Date:** 40793521 /09/01/2011 -09/30/2011
0030  7710                                              1 EA
    Oxygen Tank MSC

    Ship-To: 1091728
    Product Price                                          790.00  USD           1  EA             790.00

Net value                                                                                                           4,230.00

**Total to be Paid**                                                                                                 4,230.00

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

For domestic use only. May be subject to licensing.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

Page: 1 of 2

SOLYNDRA OPERATOR LLC
PO Box 61149
SUNNYVALE CA 94088

| | |
|---|---|
| Invoice No.: | 915754595 |
| Date: | 10/01/2011 |
| Bill-To No. : | 1091729 |
| Account Number.: | 1091720 |
| Cust.VAT No.: | |
| Delivery Terms: | FCA SHIP DESTINATION |
| Payment Terms: | Net 30 days date of invoice |
| Contact: | AIR PRODUCTS CUSTOMER SERVICE |
| Telephone: | 877-210-0611 |
| Fax: | 610-706-7148 |
| Email: | |

Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact AIR PRODUCTS CUSTOMER SERVICE immediately on 877-210-0611

Quantity - Price unit:
TO = 1000 KG     KM = 1000 M      KG = Kilogram
H  = Hours       L  = Litre        M3 = Cubic meter
EA = Each        NM3 = Normal Cubic Meter
LB = Pounds      FTS = 1scf (70F, 1atm) & FTU= 1000FTS
                 FTR = 1scf (60F, 1atm) & FTT= 1000FTR

## Invoice Summary

| | | |
|---|---|---|
| Product Price | | 4,230.00 |
| Net value | | 4,230.00 |
| **Total to be paid** | **USD** | **4,230.00** |

Purchase Order Number: See Line Item Details
Payment Reference.: 915754595 (Please quote this reference when making your payment)

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Remit Checks to:
Air Products and Chemicals, Inc.
PO Box 360545M
Pittsburgh, PA
15251-0545

Payment Due Date: 10/31/2011

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

| Delivery Details | Currency: USD | Date: 10/01/2011 | Invoice No.: 915754595 | Page: 2 of 2 | |
|---|---|---|---|---|---|
| Item | Product Detail | Quantity | Price | Price Unit | Value |

**Purchase Order No./Rel No.:** 400253 / Item No: 1     **Contract/Date:** 40793521 /10/01/2011 -10/31/2011
0010  7715     1 EA
     Helium Storage MSC

     Ship-To: 1091726
     Product Price      2,640.00 USD    1 EA    2,640.00

**Purchase Order No./Rel No.:** 400226 / Item No: 1    **Contract/Date:** 40793521 /10/01/2011 -10/31/2011
0020  7706    1 EA
     SM_MSC Hydrogen Gas_Ind_Tube
     Ship-To: 1091727
     Product Price      800.00 USD    1 EA    800.00

**Purchase Order No./Rel No.:** 400225 / Item No: 1    **Contract/Date:** 40793521 /10/01/2011 -10/31/2011
0030  7710    1 EA
     Oxygen Tank MSC

     Ship-To: 1091728
     Product Price      790.00 USD    1 EA    790.00

Net value      4,230.00

**Total to be Paid**      4,230.00

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

For domestic use only.  May be subject to licensing.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

Page: 1 of 2

SOLYNDRA OPERATOR LLC
PO Box 61149
SUNNYVALE CA  94088

| | |
|---|---|
| Invoice No.: | 915938016 |
| Date: | 11/01/2011 |
| Bill-To No. : | 1091729 |
| Account Number.: | 1091720 |
| Cust.VAT No.: | |
| Delivery Terms: | FCA SHIP DESTINATION |
| Payment Terms: | Net 30 days date of invoice |
| Contact: | AIR PRODUCTS CUSTOMER SERVICE |
| Telephone: | 877-210-0611 |
| Fax: | 610-706-7148 |
| Email: | |

Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact AIR PRODUCTS CUSTOMER SERVICE immediately on 877-210-0611

Quantity - Price unit:
TO = 1000 KG    KM = 1000 M      KG = Kilogram
H = Hours        L = Litre         M3 = Cubic meter
EA = Each        NM3 = Normal Cubic Meter
LB = Pounds      FTS = 1scf (70F, 1atm) & FTU= 1000FTS
                 FTR = 1scf (60F, 1atm) & FTT= 1000FTR

## Invoice Summary

| | | |
|---|---|---|
| Product Price | | 4,230.00 |
| Net value | | 4,230.00 |
| **Total to be paid** | **USD** | **4,230.00** |

Purchase Order Number: See Line Item Details
Payment Reference.:  915938016 (Please quote this reference when making your payment)

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Remit Checks to:
Air Products and Chemicals, Inc.
PO Box 360545M
Pittsburgh, PA
15251-0545

**Payment Due Date: 12/01/2011**

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.



# Invoice

Air Products and Chemicals, Inc
7201 Hamilton Blvd.
Allentown, PA 18195-1501
GST No. 123600835 RT0001
QST No. 102753981 TQ0001
Exporter EIN No.231274455
www.airproducts.com

| Delivery Details | Currency: USD | Date: 11/01/2011 | Invoice No.: 915938016 | Page: 2 of 2 | |
|---|---|---|---|---|---|
| Item | Product Detail | Quantity | Price | Price Unit | Value |

| | | | | | |
|---|---|---|---|---|---|
| **Purchase Order No./Rel No.:** 400253 / Item No: 1 | | | **Contract/Date:** 40793521 /11/01/2011 -11/30/2011 | | |
| 0010 | 7715 | 1 EA | | | |
| | Helium Storage MSC | | | | |
| | Ship-To: 1091726 | | | | |
| | Product Price | | 2,640.00 USD | 1 EA | 2,640.00 |
| **Purchase Order No./Rel No.:** 400226 / Item No: 1 | | | **Contract/Date:** 40793521 /11/01/2011 -11/30/2011 | | |
| 0020 | 7706 | 1 EA | | | |
| | SM_MSC Hydrogen Gas_Ind_Tube | | | | |
| | Ship-To: 1091727 | | | | |
| | Product Price | | 800.00 USD | 1 EA | 800.00 |
| **Purchase Order No./Rel No.:** 400225 / Item No: 1 | | | **Contract/Date:** 40793521 /11/01/2011 -11/30/2011 | | |
| 0030 | 7710 | 1 EA | | | |
| | Oxygen Tank MSC | | | | |
| | Ship-To: 1091728 | | | | |
| | Product Price | | 790.00 USD | 1 EA | 790.00 |
| Net value | | | | | 4,230.00 |
| **Total to be Paid** | | | | | 4,230.00 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

For domestic use only. May be subject to licensing.