# EXHIBIT D

# Credit Note

Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com





SOLYNDRA INCORPORATED
DEBTOR IN POSSESION
47700 KATO RD
FREMONT CA 94538

**Invoice No.:** 915666290
**Date:** 09/13/2011
**Bill-To No. :** 642930
**Account Number.:** 642930
**Cust.VAT No.:**
**Delivery Terms:** DDP DELIVERY POINT
**Payment Terms:** Direct Debit - Net 15 d.o.i.
**Contact:** MILLER, MICHELLE A
**Telephone:** 610-481-2190
**Fax:** 610-706-5925
**Email:** MILLERM4@airproducts.com
Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact MILLER, MICHELLE A immediately on 610-481-2190

**Quantity - Price unit:**
TO = 1000 KG KM = 1000 M KG = Kilogram
H = Hours L = Litre M3 = Cubic meter
EA = Each NM3 = Normal Cubic Meter
LB = Pounds FTS = 1scf (70F, 1atm) & FTU= 1000FTS
FTR = 1scf (60F, 1atm) & FTT= 1000FTR

**Invoice Summary**

| | | |
|---|---|---|
| Product Price | | 3,479.60- |
| Net value | | 3,479.60- |
| **Total to be credited** | **USD** | **3,479.60-** |

**Purchase Order Number: none4**
**Payment Reference.: 915666290**

**The above amount will be credited to your account.**

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.

# Credit Note

**AIR PRODUCTS**

Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com

**Currency:** USD **Date:** 09/13/2011 **Invoice No.:** 915666290 

**Delivery Details**

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|

Product Charges for Pipeline Nitrogen - Santa Clara, CA for August 2011

**Purchase Order No/Date:** none4 / Item No: 0 **Contract:** 40446941
**DelNote/Date:** 1109751933 / / /

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|
| 0010 | 15538 | 7,379,058.000 FTS | | | |
| | NITROGEN DELIVERED UP TO 10,000 SCFH | | | | |
| | Ship-To: 719098 | | | | |
| | Item Net Value | | 0.35 USD | 100 FTS | 25,980.56 |

**Purchase Order No/Date:** none4 / Item No: 0 **Contract:** 40446941
**DelNote/Date:** 1109751933 / / /

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|
| 0020 | 15538 | 8,630,400.000 FTS | | | |
| | NITROGEN DELIVERED > 10,000 < 36,000 SCFH | | | | |
| | Ship-To: 719098 | | | | |
| | Item Net Value | | 0.31 USD | 100 FTS | 26,863.21 |

**Purchase Order No/Date:** none4 / Item No: 0 **Contract:** 40446941
**DelNote/Date:** 1109751933 / / /

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|
| 0030 | 15538 | 0.000 FTS | | | |
| | NITROGEN VAPORIZED > 36,000 SCFH | | | | |
| | Ship-To: 719098 | | | | |

**Purchase Order No/Date:** none4 / Item No: 0 **Contract:** 40446941
**DelNote/Date:** 1109751933 / / /

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|
| 0040 | 300231 | 60,942.000 FTS | | | |
| | NITROGEN VAPORIZED DURING PLANT OUTAGES | | | | |
| | Ship-To: 719098 | | | | |
| | Item Net Value | | 0.42 USD | 100 FTS | 258.10 |

**Purchase Order No/Date:** none4 / Item No: 0 **Contract:** 40446941
**DelNote/Date:** 1109751933 / / /

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|
| 0050 | 15525 | 56,581.470 EA | | | |
| | LESS MIN.PROD CHRG PREVIOUSLY INVOICED | | | | |
| | Ship-To: 719098 | | | | |
| | Item Net Value | | 1.00- USD | 1 EA | 56,581.47- |

| | |
|---|---|
| Net value | 3,479.60- |
| **Total to be credited** | 3,479.60- |

# Credit Note

Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com





Delivery Details

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|

Price escalation descriptions:

ECIb: EMPLOYMENT COST INDEX\COMPENSATION, PRIVATE INDUSTRY WORKERS\MANUFACTURING\NOT SEASONALLY ADJUSTED\SOURCE: BLS, EMPLOYMENT COST INDEX PRESS RELEASE 107.00 for October 2009

ECIn: EMPLOYMENT COST INDEX\COMPENSATION, PRIVATE INDUSTRY WORKERS\MANUFACTURING\NOT SEASONALLY ADJUSTED\SOURCE: BLS, EMPLOYMENT COST INDEX PRESS RELEASE 111.40 for March 2011

SCPb: SELLER'S FIRM POWER COST: 10.34 for October 2009

SCPn: SELLER'S FIRM POWER COST: 11.87 for May 2011

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Various Itemized Charges:
The total amount due from the customer may include various itemized charges, including: charges for the handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, and shipping; and/or charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the Company.

# Invoice Correction

Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com






SOLYNDRA INCORPORATED
DEBTOR IN POSSESION
47700 KATO RD
FREMONT CA 94538

| | |
|---|---|
| **Invoice No.:** | **915678238** |
| **Date:** | 09/15/2011 |
| **Bill-To No. :** | 642930 |
| **Account Number.:** | **642930** |
| **Cust.VAT No.:** | |
| **Delivery Terms:** | DDP DELIVERY POINT |
| **Payment Terms:** | Direct Debit - Net 15 d.o.i. |
| **Contact:** | MILLER, MICHELLE A |
| **Telephone:** | 610-481-2190 |
| **Fax:** | 610-706-5925 |
| **Email:** | MILLERM4@airproducts.com |

Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact MILLER, MICHELLE A immediately on 610-481-2190

Ship-To:719098
**SOLYNDRA INCORPORATED**
**47700 KATO RD**
**FREMONT CA 94538**

**Quantity - Price unit:**

| | | |
|---|---|---|
| TO = 1000 KG | KM = 1000 M | KG = Kilogram |
| H = Hours | L = Litre | M3 = Cubic meter |
| EA = Each | NM3 = Normal Cubic Meter | |
| LB = Pounds | FTS = 1scf (70F, 1atm) & FTU= 1000FTS | |
| | FTR = 1scf (60F, 1atm) & FTT= 1000FTR | |

**Invoice Summary**

| | | |
|---|---|---|
| Product Price | | 12,460.01- |
| Net value | | 12,460.01- |
| **Total to be credited** | **USD** | **12,460.01-** |

**Purchase Order Number: none4**
**Payment Reference.: 915678238**

**The above amount will be credited to your account.**

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.

# Invoice Correction

AIR PRODUCTS

Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com



**Delivery Details**

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|

Product Charges for Pipeline Nitrogen - Santa Clara, CA for July 2011

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|
| **Purchase Order No/Date:** none4 / | | | **Original invoice:** 915327638 | | |
| 0010 | 15538 | 16,070,400.000 FTS | | | |
| | NITROGEN DELIVERED UP TO 10,000 SCFH | | | | |
| | Item Net Value | | 0.35- USD | 100 FTS | 56,581.47- |
| **Purchase Order No/Date:** none4 / | | | **Original invoice:** 915327638 | | |
| 0020 | 15538 | 2,796,587.000 FTS | | | |
| | NITROGEN DELIVERED > 10,000 < 36,000 SCFH | | | | |
| | Item Net Value | | 0.31- USD | 100 FTS | 8,704.73- |
| **Purchase Order No/Date:** none4 / | | | **Original invoice:** 915327638 | | |
| 0030 | 15538 | 0.000 FTS | | | |
| | NITROGEN VAPORIZED > 36,000 SCFH | | | | |
| **Purchase Order No/Date:** none4 / | | | **Original invoice:** 915327638 | | |
| 0040 | 300231 | 65,932.000 FTS | | | |
| | NITROGEN VAPORIZED DURING PLANT OUTAGES | | | | |
| | Item Net Value | | 0.42- USD | 100 FTS | 279.24- |
| **Purchase Order No/Date:** none4 / | | | **Original invoice:** 915327638 | | |
| 0050 | 15525 | 55,583.010 EA | | | |
| | LESS MIN.PROD CHRG PREVIOUSLY INVOICED | | | | |
| | Item Net Value | | 1.00- USD | 1 EA | 55,583.01 |
| **Purchase Order No/Date:** none4 / | | | **Original invoice:** 915327638 | | |
| 0060 | 15538 | 7,374,068.000 FTS | | | |
| | NITROGEN DELIVERED UP TO 10,000 SCFH | | | | |
| | Item Net Value | | 0.35 USD | 100 FTS | 25,962.98 |
| **Purchase Order No/Date:** none4 / | | | **Original invoice:** 915327638 | | |
| 0070 | 15538 | 8,630,400.000 FTS | | | |
| | NITROGEN DELIVERED > 10,000 < 36,000 SCFH | | | | |
| | Item Net Value | | 0.31 USD | 100 FTS | 26,863.21 |
| **Purchase Order No/Date:** none4 / | | | **Original invoice:** 915327638 | | |

# Invoice Correction

Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com

AIR PRODUCTS



Delivery Details

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|
| 0080 | 15538 | 0.000 FTS | | | |
| | NITROGEN VAPORIZED > 36,000 SCFH | | | | |
| Purchase Order No/Date: none4 / | | Original invoice: 915327638 | | | |
| 0090 | 300231 | 65,932.000 FTS | | | |
| | NITROGEN VAPORIZED DURING PLANT OUTAGES | | | | |
| | Item Net Value | | 0.42 USD | 100 FTS | 279.24 |
| Purchase Order No/Date: none4 / | | Original invoice: 915327638 | | | |
| 0100 | 15525 | 55,583.010 EA | | | |
| | LESS MIN.PROD CHRG PREVIOUSLY INVOICED | | | | |
| | Item Net Value | | 1.00- USD | 1 EA | 55,583.01- |
| Net value | | | | | 12,460.01- |
| **Total to be credited** | | | | | 12,460.01- |

**Price escalation descriptions:**

**ECIb:** EMPLOYMENT COST INDEX\COMPENSATION, PRIVATE INDUSTRY WORKERS\MANUFACTURING\NOT SEASONALLY ADJUSTED\SOURCE: BLS, EMPLOYMENT COST INDEX PRESS RELEASE 107.00 for October 2009

**ECIn:** EMPLOYMENT COST INDEX\COMPENSATION, PRIVATE INDUSTRY WORKERS\MANUFACTURING\NOT SEASONALLY ADJUSTED\SOURCE: BLS, EMPLOYMENT COST INDEX PRESS RELEASE 111.40 for March 2011 (original)

**ECIn:** EMPLOYMENT COST INDEX\COMPENSATION, PRIVATE INDUSTRY WORKERS\MANUFACTURING\NOT SEASONALLY ADJUSTED\SOURCE: BLS, EMPLOYMENT COST INDEX PRESS RELEASE 112.70 for June 2011

**SCPb:** SELLER'S FIRM POWER COST: 10.34 for October 2009

**SCPn:** SELLER'S FIRM POWER COST: 11.87 for May 2011 (original)

**SCPn:** SELLER'S FIRM POWER COST: 11.93 for July 2011

# Invoice



Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com



SOLYNDRA INCORPORATED
DEBTOR IN POSSESION
47700 KATO RD
FREMONT CA 94538

**Invoice No.:** 915757522
**Date:** 10/03/2011
**Bill-To No. :** 642930
**Account Number.:** **642930**
**Cust.VAT No.:**
**Delivery Terms:** DDP DELIVERY POINT
**Payment Terms:** Direct Debit - Net 15 d.o.i.
**Contact:** MILLER, MICHELLE A
**Telephone:** 610-481-2190
**Fax:** 610-706-5925
**Email:** MILLERM4@airproducts.com
Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact MILLER, MICHELLE A immediately on 610-481-2190

Ship-To:719098
**SOLYNDRA INCORPORATED**
**47700 KATO RD**
**FREMONT CA 94538**

**Quantity - Price unit:**
TO = 1000 KG
KM = 1000 M
KG = Kilogram
H = Hours
L = Litre
M3 = Cubic meter
EA = Each
NM3 = Normal Cubic Meter
LB = Pounds
FTS = 1scf (70F, 1atm) & FTU= 1000FTS
FTR = 1scf (60F, 1atm) & FTT= 1000FTR

**Invoice Summary**

| | | |
|---|---|---|
| Product Price | | 900.00 |
| Net value | | 900.00 |
| **Total to be paid** | **USD** | **900.00** |

**Purchase Order Number: none3**
**Payment Reference.: 915757522 (Please quote this reference when making your payment)**

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Checks to:
Air Products Manufacturing Corp.
Dept CH 10200
Palatine, IL
60055-0200

**Payment Due Date: 10/18/2011**

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.

# Invoice



Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com

**Currency:** USD **Date:** 10/03/2011 **Invoice No.:** 915757522 

**Delivery Details**

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|

Pipeline Nitrogen - Fremont, CA

**Purchase Order No/Date:** none3 / Item No: 0 Release No:
**Purchase Order/Reference No:** none3 **Ship From:**
**DelNote/Date:** 70458962 / / /

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|
| 0020 | 15507 | 1 EA | | | |
| | MONTHLY CHARGE | | | | |
| | Product Price | | 900.00 USD | 1 EA | 900.00 |
| | Monthly Charge | | | | |
| | Pre-Petition Invoice for 9/1/11-9/6/11 | | | | |
| | $4500/30 days = $150/day | | | | |
| | $150/day * 6 days = $900 | | | | |

Net value 900.00

**Total to be Paid** 900.00

# Invoice



Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com



SOLYNDRA INCORPORATED
DEBTOR IN POSSESION
47700 KATO RD
FREMONT CA 94538

**Invoice No.:** 915846240
**Date:** 10/12/2011
**Bill-To No. :** 642930
**Account Number.:** 642930
**Cust.VAT No.:**
**Delivery Terms:** DDP DELIVERY POINT
**Payment Terms:** Direct Debit - Net 15 d.o.i.
**Contact:** MILLER, MICHELLE A
**Telephone:** 610-481-2190
**Fax:** 610-706-5925
**Email:** MILLERM4@airproducts.com
Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact MILLER, MICHELLE A immediately on 610-481-2190

Ship-To:719098
**SOLYNDRA INCORPORATED**
**47700 KATO RD**
**FREMONT CA 94538**

**Quantity - Price unit:**
TO = 1000 KG  KM = 1000 M  KG = Kilogram
H = Hours  L = Litre  M3 = Cubic meter
EA = Each  NM3 = Normal Cubic Meter
LB = Pounds  FTS = 1scf (70F, 1atm) & FTU= 1000FTS
FTR = 1scf (60F, 1atm) & FTT= 1000FTR

**Invoice Summary**

| | | |
|---|---|---|
| Product Price | | 2,400.00 |
| Net value | | 2,400.00 |
| **Total to be paid** | **USD** | **2,400.00** |

**Purchase Order Number: none3**
**Payment Reference.: 915846240 (Please quote this reference when making your payment)**

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Checks to:
Air Products Manufacturing Corp.
Dept CH 10200
Palatine, IL
60055-0200

**Payment Due Date: 10/27/2011**

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.

# Invoice



Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com

**Currency:** USD **Date:** 10/12/2011 **Invoice No.:** 915846240 

**Delivery Details**

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|

Pipeline Nitrogen - Fremont, CA

**Purchase Order No/Date:** none3 / Item No: 0 Release No:
**Purchase Order/Reference No:** none3 **Ship From:**
**DelNote/Date:** 70460074 / / /

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|
| 0020 | 15507 | 1 EA | | | |
| | MONTHLY CHARGE | | | | |
| | Product Price | | 2,400.00 USD | 1 EA | 2,400.00 |
| | Post-Petition Invoice for 9/7/11-9/22/11 | | | | |
| | $4500/30 days = $150/day | | | | |
| | $150/day * 16 days = $2400 | | | | |

Net value 2,400.00

**Total to be Paid** 2,400.00

# Invoice



Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com



SOLYNDRA INCORPORATED
DEBTOR IN POSSESION
PO Box 61239
SUNNYVALE CA 94088

| | |
|---|---|
| **Invoice No.:** | **915850356** |
| **Date:** | 10/13/2011 |
| **Bill-To No. :** | 953412 |
| **Account Number.:** | **642930** |
| **Cust.VAT No.:** | |
| **Delivery Terms:** | DDP DELIVERY POINT |
| **Payment Terms:** | Direct Debit - Net 15 d.o.i. |
| **Contact:** | MILLER, MICHELLE A |
| **Telephone:** | 610-481-2190 |
| **Fax:** | 610-706-5925 |
| **Email:** | MILLERM4@airproducts.com |

Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact MILLER, MICHELLE A immediately on 610-481-2190

Ship-To:719098
**SOLYNDRA INCORPORATED**
**47700 KATO RD**
**FREMONT CA 94538**

**Quantity - Price unit:**

TO = 1000 KG KM = 1000 M KG = Kilogram
H = Hours L = Litre M3 = Cubic meter
EA = Each NM3 = Normal Cubic Meter
LB = Pounds FTS = 1scf (70F, 1atm) & FTU= 1000FTS
FTR = 1scf (60F, 1atm) & FTT= 1000FTR

**Invoice Summary**

| | | |
|---|---|---|
| Product Price | | 0.00 |
| Net value | | 10,269.36 |
| **Total to be paid** | **USD** | **10,269.36** |

**Purchase Order Number: NONE**
**Payment Reference.: 915850356 (Please quote this reference when making your payment)**

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Checks to:
Air Products Manufacturing Corp.
Dept CH 10200
Palatine, IL
60055-0200

**Payment Due Date: 10/28/2011**

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.

# Invoice

Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com



Currency: USD | Date: 10/13/2011 | Invoice No.: 915850356 | 

Delivery Details

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|

**Purchase Order No/Date:** NONE / Item No: 0 **Contract:** 40740563

| 0010 | 15538 | 0.000 FTS | | | |
|---|---|---|---|---|---|

MINIMUM PRODUCT CHARGE
Pre-Petition Invoice for 9/1/11-9/6/11
$51,346.78/30 days = $1,711.56/day
$1,711.56/day * 6 days = $10,269.36

Net value 10,269.36

**Total to be Paid** 10,269.36

**Price escalation descriptions:**

**ECIb:** EMPLOYMENT COST INDEX\COMPENSATION, PRIVATE INDUSTRY WORKERS\MANUFACTURING\NOT SEASONALLY ADJUSTED\SOURCE: BLS, EMPLOYMENT COST INDEX PRESS RELEASE 107.00 for October 2009

**ECIn:** EMPLOYMENT COST INDEX\COMPENSATION, PRIVATE INDUSTRY WORKERS\MANUFACTURING\NOT SEASONALLY ADJUSTED\SOURCE: BLS, EMPLOYMENT COST INDEX PRESS RELEASE 112.70 for June 2011

**SCPb:** SELLER'S FIRM POWER COST: 10.34 for October 2009

**SCPn:** SELLER'S FIRM POWER COST: 11.95 for August 2011

# Invoice

Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com





SOLYNDRA INCORPORATED
DEBTOR IN POSSESION
PO Box 61239
SUNNYVALE CA 94088

**Invoice No.:** 915852535
**Date:** 10/14/2011
**Bill-To No. :** 953412
**Account Number.:** 642930
**Cust.VAT No.:**
**Delivery Terms:** DDP DELIVERY POINT
**Payment Terms:** Direct Debit - Net 15 d.o.i.
**Contact:** MILLER, MICHELLE A
**Telephone:** 610-481-2190
**Fax:** 610-706-5925
**Email:** MILLERM4@airproducts.com
Copies of Invoices and Delivery Notes are available on www.airproducts.com/APDirect.

If you have any further questions relating to your Invoice, please contact MILLER, MICHELLE A immediately on 610-481-2190

Ship-To:719098
**SOLYNDRA INCORPORATED**
**47700 KATO RD**
**FREMONT CA 94538**

**Quantity - Price unit:**
TO = 1000 KG KM = 1000 M KG = Kilogram
H = Hours L = Litre M3 = Cubic meter
EA = Each NM3 = Normal Cubic Meter
LB = Pounds FTS = 1scf (70F, 1atm) & FTU= 1000FTS
FTR = 1scf (60F, 1atm) & FTT= 1000FTR

**Invoice Summary**

| | | |
|---|---|---|
| Product Price | | 0.00 |
| Net value | | 27,384.96 |
| **Total to be paid** | **USD** | **27,384.96** |

**Purchase Order Number: NONE**
**Payment Reference.: 915852535 (Please quote this reference when making your payment)**

Please pay the above invoiced amount to the bank account, or to the company, as indicated below on or before the Payment Due date.

Checks to:
Air Products Manufacturing Corp.
Dept CH 10200
Palatine, IL
60055-0200

**Payment Due Date: 10/29/2011**

To the maximum extent permitted by law, Seller shall not be liable under any liability theory for damage claims greater than the price of the product shipment or service giving rise to the claim.

# Invoice

Air Products Manufacturing Corporation
7201 Hamilton Blvd
Allentown, PA 18195-1501
(610)481-4911
Exporter EIN No.232255911
www.airproducts.com



**Currency:** USD **Date:** 10/14/2011 **Invoice No.:** 915852535 

**Delivery Details**

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|

**Purchase Order No/Date:** NONE / Item No: 0 **Contract:** 40740563

| Item | Product Detail | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|
| 0010 | 15538 | 0.000 FTS | | | |

MINIMUM PRODUCT CHARGE
Post-Petition Invoice for 9/7/11-9/22/11
$51,346.78/30 days = $1,711.56/day
$1,711.56/day * 16 days = $27,384.96

Net value 27,384.96

**Total to be Paid** 27,384.96

**Price escalation descriptions:**

**ECIb:** EMPLOYMENT COST INDEX\COMPENSATION, PRIVATE INDUSTRY WORKERS\MANUFACTURING\NOT SEASONALLY ADJUSTED\SOURCE: BLS, EMPLOYMENT COST INDEX PRESS RELEASE 107.00 for October 2009

**ECIn:** EMPLOYMENT COST INDEX\COMPENSATION, PRIVATE INDUSTRY WORKERS\MANUFACTURING\NOT SEASONALLY ADJUSTED\SOURCE: BLS, EMPLOYMENT COST INDEX PRESS RELEASE 112.70 for June 2011

**SCPb:** SELLER'S FIRM POWER COST: 10.34 for October 2009

**SCPn:** SELLER'S FIRM POWER COST: 11.95 for August 2011