# Exhibit A

VDL Owned Equipment

# VDL property at Solyndra

Han van Kerkhoff   VDL USA   Sept 21 2011





VDL Enabling Technologies Group



Locations of VDL property (M, C, R & P) at 901Page

# VDL Property at Solyndra

 **Mobile Workshop on rear parking lot**
See photos in this presentation and 0.Content Mobile workshop ETG.xls

 **Cage in CIGS hall 901Page**
See next page for details

 **Remaining hardware & material near ENCP202 line**
See photos in this presentation

 **Pallets in Equipment Build hall 901Page**
See overview photo in this presentation



# Cage in CIGS hall 901Page – detail overview

**General material:**

- Tool cars: see inventory list 0.Content toolboxes assembly workers ETG.xls
- Tool boxes and other tooling
- Work clothes, safety harnesses & personal belongings
- Computer & electric devices: see VDL purchased items @ Solyndra.xls
- OEM parts

**ENCP specific material:**

- Parts for specific zones
- Product holders for transports
- Remaining material

See Encp 201 retrofit overview 2011-09-20.xls for all items that were shipped to Solyndra (excl. the shipment of the modules of the 2 ENCP lines)



4

Sharing high-tech ambitions

*Enabling Technologies Group*

##  Mobile Workshop





+ distribution box & power cables for Mobile Workshop inside near door to Mobile Workshop ●



5

## Cage overview



# Tool cars in Cage








## Tool boxes and other tooling




