---

# Work clothes, safety harnesses & personal belongings







Cabinet with personal belongings Jan Cardol



Enabling Technologies Group

# Computer & electric devices









Enabling Technologies Group

# ■ OEM parts



NO PICTURE

2 mill rotation tools "tornkast"



GAT Feedthrough zone 12 *



?

* package 131 of VDL shipping
list Encp 201 retrofit overview
2011-09-20.xls

*Enabling Technologies Group*

# Parts for specific zones







*Enabling Technologies Group*

# Product Holders for buffers








Pictures of PH buffers 6, 7, 9 & 12, 11 and Rejects
No pictures of PH buffers 5, 10 and 13



# Remaining material



Aligning racks Product Holders zone 6



Parts for Radine modification



Various parts & materials in a lot of pallet boxes, see for full list: Encp 201 retrofit overview 2011-09-20.xls

Enabling Technologies Group



 Remaining hardware near ENCP202 line







Enabling Technologies Group

# R Remaining material near ENCP202 line



Cable tray material

Fences

Fence posts

VDL

Enabling Technologies Group



R Remaining material near ENCP202 line - continued







# R Product Holders buffers near ENCP202 line








Identical to
Product
Holders in
cage



Enabling Technologies Group

## Pallets in Equipment Build hall





Cables, electric & fitting material, ENCP tools