IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Re doc. 167 |

**Deadline for Submitting Bids: January 17, 2012 at 4:00 p.m. PT**
**Auction Date: January 19, 2012 at 10:00 a.m. PT**
**Deadline for Objections to Sale Motion: January 20, 2012 at 12:00 p.m. ET**
**Hearing Date on Sale Motion: January 23, 2012 at 11:30 a.m. ET**

# NOTICE OF CONTINUED BID DEADLINE, AUCTION, AND SALE HEARING FOR SALE OF SOLYNDRA LLC'S BUSINESS ASSETS ON TURNKEY BASIS AND ASSUMPTION AND ASSIGNMENT OF RELATED CONTRACTS AND LEASES

PLEASE BE ADVISED that, on September 16, 2011, Solyndra LLC ("Solyndra"), one of the above-captioned debtors and debtors in possession herein (the "Debtors"), filed the *Motion of Solyndra LLC for an Order (A) Approving Procedures for Sale of Business Assets on Turnkey Basis; (B) Scheduling Auction and Hearing to Consider Approval of Sale and Assumption and Assignment of Certain Executory Contracts an Unexpired Leases; (C) Approving Forms of Notice; and (D) Granting Related Relief* [Docket No. 91] (the "Bid Procedures Motion").[2]

PLEASE BE FURTHER ADVISED that, on September 28, 2011, the Court entered an order approving the Bid Procedures Motion [Docket No. 167] (the "Bid Procedures Order"), which approved certain bid procedures for the sale (the "Bid Procedures"). As set forth

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Bid Procedures Motion.

in the Bid Procedures, Solyndra seeks to sell substantially all of Solyndra's assets utilized in the ordinary course operation of Solyndra's business (or any portion thereof), including Solyndra's manufacturing plant and land, all associated fixtures and equipment, intellectual property, rights under executory contracts and leases, and any other business assets necessary for a "turnkey" sale of Solyndra's enterprise (together, the "<u>Assets</u>" and the "<u>Turnkey Sale</u>"). Solyndra holds all of the Assets necessary to operate the company's business.

PLEASE BE FURTHER ADVISED that Solyndra filed its *Motion of Solyndra LLC for an Order (I) Approving Sale of Business Assets on Turnkey Basis Free and Clear of All Liens, Claims, Encumbrances and Other Interest, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases and (III) Granting Related Relief* ("<u>Turnkey Sale Motion</u>") on November 1, 2011, and the Turnkey Sale Motion was previously scheduled for hearing on November 22, 2011 at 4:00 pm. (prevailing Eastern time) ("<u>Turnkey Sale Hearing</u>").

PLEASE BE FURTHER ADVISED that Solyndra, in consultation with its key creditor constituencies, has determined that an extension of the dates and deadlines for the Turnkey Sale is necessary and appropriate. While no acceptable turnkey bid was received by the prior bid deadline, parties continue to express interest in acquiring the Debtors' Assets on a turnkey basis. Accordingly, in light of the complexity of the Assets, the Debtors believe that the prudent approach is to continue to allow parties to conduct diligence in connection with a possible Turnkey Sale while at the same time moving forward with an alternative auction process for the Assets. The Debtors believe that this "dual track" process will maximize value. Accordingly, the Debtors will be filing a separate motion to approve the proposed alternative

auction process to be conducted during the last week of January solely in the event that no acceptable Turnkey Sale bid is received by the Extended Turnkey Bid Deadline.

PLEASE BE FURTHER ADVISED that, in accordance with the Bid Procedures, Solyndra hereby extends certain dates and deadlines in the Bid Procedures and the Bid Procedures Order as follows: (i) <u>January 17, 2012 at 4:00 p.m. (prevailing Pacific time)</u> is set as the deadline for submitting turnkey bids on the Assets ("<u>Turnkey Bid Deadline</u>"), (ii) <u>January 19, 2012, commencing at 10:00 am (prevailing Pacific time)</u> is set as the date and time for an auction (the "<u>Turnkey Auction</u>") of the Assets, to be conducted at Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, or at such other date, time and place as determined and announced by Solyndra; (iii) <u>January 20, 2012 at 12:00 p.m. (prevailing Eastern time)</u> is set as the deadline for any objections to the Turnkey Sale Motion and (iv) <u>January 23, 2012 at 11:30 a.m.</u> is set as the date and time of the Turnkey Sale Hearing (as defined below).

PLEASE BE FURTHER ADVISED that any response or objection to the Turnkey Sale Motion or the conduct of the Turnkey Auction must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before <u>January 20, 2012, at 12:00 p.m. (prevailing Eastern time)</u>. By the same time, you must also serve a copy of the response or objection upon Solyndra's financial advisors, Imperial Capital, LLC, 55 Second Street, Suite 1950, San Francisco, CA 94105, Attn: Eric Carlson (email: ecarlson@imperialcapital.com), with a copy to: (a) Solyndra's counsel, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Debra I. Grassgreen (email: dgrassgreen@pszjlaw.com); (b) counsel to AE DIP 2011,

3

DOCS_SF:78795.2 80368-001

LLC, as the DIP Lender, and Argonaut Ventures I, L.L.C., as the Prepetition Tranche A Representative and the Prepetition Tranche E Agent, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166, Attn: Michael A. Rosenthal (email: mrosenthal@gibsondunn.com) and Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, DE 19899, Attn: Sean M. Beach, Esq. (email: sbeach@ycst.com); (c) counsel to the U.S. Department of Energy, acting by and through the Secretary of Energy, as the Prepetition Tranche B/D Credit Facility Agent, U.S. Department of Justice, Civil Division, 1100 L Street NW, Room 10030, Washington, D.C. 20530, Attn: Matthew J. Troy (email: matthew.troy@usdoj.gov); (d) counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, Attn: Bonnie Glantz Fatell (email: fatell@blankrome.com); and (e) Office of the U.S. Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Jane M. Leamy (email: jane.m.leamy@usdoj.gov) (collectively, the "Notice Parties"). Bids received by any of the Notice Parties may be shared with any of the other Notice Parties without prior notice to any bidders.

PLEASE BE FURTHER ADVISED that an evidentiary hearing (the "Turnkey Sale Hearing") on the relief requested in the Turnkey Sale Motion (among other things, to confirm the results of any Auction and approve the sale of the Assets to the Successful Bidder(s), if any) will be held on January 23, 2012 at 11:30 a.m. (prevailing Eastern time) before the Honorable Mary J. Walrath, United States Bankruptcy Judge, at the United States District Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801. The Turnkey Sale Hearing may be adjourned from time to time without further notice to creditors or

parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

PLEASE BE FURTHER ADVISED that all requests for information concerning information on the Bid Procedures, the proposed sale of the Assets, or the Turnkey Sale Motion should be directed in writing to Solyndra's financial advisors, Imperial Capital, LLC, 55 Second Street, Suite 1950, San Francisco, CA 94105, Attn: Eric Carlson (email: ecarlson@imperialcapital.com).

Dated: November 16, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Bruce Grohsgal
---
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Maxim B. Litvak (CA Bar No. 215852)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
bgrohsgal@pszjlaw.com
mlitvak@pszjlaw.com

Counsel for the Debtors and
Debtors in Possession