IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 306** |

## NOTICE OF FILING OF PROOFS OF CLAIM FORMS

TO: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Prepetition Tranche A Term Loan Facility Representative; (c) counsel to the Prepetition Tranche B/D Agent; (d) counsel to the Prepetition Tranche E Agent; (e) counsel to the DIP Lender; (f) counsel to U.S. Bank National Association as Collateral Agent; (g) counsel to the Unsecured Creditors Committee; and (h) those persons who have requested notice filed pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that the debtors and debtors in possession (collectively, the "Debtors") in the captioned cases filed the *Motion of Debtors for an Order (1) Fixing Bar Date for the Filing of Proofs of Claim, (2) Fixing Bar Date for the Filing of Proofs of Claim by Governmental Units, (3) Fixing Bar Date for the Filing of Requests for Allowance of Bankruptcy Code § 503(b)(9) Administrative Expense Claims, (5) Fixing Bar Date for the Filing of Requests for Allowance of WARN Act Claims, (5) Designating Form and Manner of Notice Thereof, and (6) Granting Related Relief* (the "Motion") (Docket No. 306), attached to which is the proposed *Notice of Bar Dates for Filing Proofs of Claim and Certain Administrative Claims Requests* (the "Bar Date Notice"). Attached as Exhibit A to this Notice is the proof of claim form proposed to be attached to the Bar Date Notice with respect to claims

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

DOCS_DE:175155.1 80368-00001

against Solyndra LLC, and attached as Exhibit B to this Notice is the proof of claim form proposed to be attached to the Bar Date Notice with respect to claims against 360 Degree Solar Holdings, Inc.

Dated: November 17, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ B. Grohsgal
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
bgrohsgal@pszjlaw.com
jfried@pszjlaw.com

Counsel for the Debtors and Debtors in Possession