IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Solyndra LLC, et al.,[1]<br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 11-12799 (MFW)<br>) (Jointly Administered)<br>)<br>) **Related Docket No. 305** |

**Hearing Date: November 22, 2011 at 4:00 p.m. (ET)**

**NOTICE OF REVISION TO DEBTORS' SECOND MOTION FOR ORDER UNDER SECTION 365(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS (A) TO REJECT UNEXPIRED LEASE AND (B) ABANDON ANY PERSONAL PROPERTY LOCATED AT SUCH PREMISES AND FIXING A BAR DATE FOR CLAIMS OF COUNTERPARTY**

PLEASE TAKE NOTICE that, on November 4, 2011, the captioned debtors and debtors in possession herein (the "Debtors") filed their *Debtors' Second Motion for Order Under Section 365(a) of the Bankruptcy Code Authorizing the Debtors (A) to Reject Unexpired Lease and (B) Abandon any Personal Property Located at Such Premises and Fixing a Bar Date for Claims of Counterparty* (the "Motion"). Set forth in ¶ 10 of the Motion and in Exhibit A to the Motion is a description of the Rejected Lease with respect to the Debtors' leased premises located at 47700 Kato Road and 1055 Page Avenue (Buildings 1 and 2), Fremont, California, sought to be rejected pursuant to the Motion.

PLEASE BE FURTHER ADVISED that the Rejection Motion is hereby amended to include both of the leases listed on Exhibit A to this Notice for 47700 Kato Road and 1055 Page Avenue (Buildings 1 and 2), Fremont California, which leases are the "Rejected Lease"

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

DOCS_DE:174948.1 80368-00001

under the Motion.[2] All other information set forth in the Motion, and the notice filed in connection with it, including the Rejection Effective Date, and other dates, remains unchanged.

Dated: November 17, 2011      PACHULSKI STANG ZIEHL & JONES LLP

*B* /s/

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:     rpachulski@pszjlaw.com
           dgrassgreen@pszjlaw.com
           bgrohsgal@pszjlaw.com
           jfried@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

---

[2] The Industrial Lease dated 9/16/02 previously listed in the Motion appears to have expired, both Global Kato HG, LLC and Seagate Technology (US) Holdings, Inc. have asserted (at Docket Nos. 338 and 336) that the Industrial Lease dated 9/16/02 has expired, and the Debtors reserve the right to assert that the Industrial Lease dated 9/16/02 has expired.

# EXHIBIT A

## Rejected Lease

| Lease | Leased Premises | Name and Notice Address of Counterparty (Current Lessor) | Rejection Effective Date |
|---|---|---|---|
| Industrial Lease dated 9/16/02 between Global Kato HG, LLC (lessor) and Maxtor Corporation, as amended<br><br>Industrial Lease dated 1/24/07 between Global Kato HG LLC (lessor) and Solyndra, Inc. (lessee), as amended | 47700 Kato Road and 1055 Page Avenue, Fremont, CA (Buildings 1 and 2) | Global Kato HG, LLC<br>c/o Digital Realty Trust, LP<br>Attn: Chrissa H. Tran<br>560 Mission Street<br>Ste. 2900<br>San Franciso, CA 94105<br><br>Global Kato HG, LLC<br>Attn: Scott Peterson<br>2370 Sand Hill Road<br>Menlo Park, CA 94025 | November 30, 2011 |