

## PENTAGON
### TECHNOLOGIES

November 15, 2011

US Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, Delaware 19801

This letter is in response to Case No. 11-12799 (Solyndra). We disagree with the
cure amount shown on the Assumed Executory Contract on Exhibit 1.

I request you correct the amount to $435,287.77

Enclosed is a copy of their aging.

Thank you in advance for your cooperation and prompt attention to this matter.

Sincerely,

Karen Delfino
Pentagon Technologies Group, Inc.
21031 Alexander Court
Hayward, CA 94545
kdelfino@pen-tec.com
510.723.2101 direct
510.783.1969 fax

Enclosure

| Date | Invoice | PO# | Amount |
|---|---|---|---|
| 5/23/11 | CA449854 | SOLY01B-132530 | 3,600.00 |
| 5/23/11 | CA449861 | SOLY01B-138639 | 240.00 |
| 5/24/11 | CA450034 | SOLY01B-129160 | 3,556.67 |
| 5/24/11 | CA450036 | SOLY01B-132530 | 3,360.00 |
| 5/24/11 | CA449929 | SOLY02C-136921 | 65.00 |
| 5/24/11 | CA449943 | SOLY02C-138965 | 320.04 |
| 5/25/11 | CA450119 | SOLY01B-119961 | 206.15 |
| 5/25/11 | CA450126 | SOLY01B-123535 | 989.52 |
| 5/25/11 | CA450117 | SOLY01B-126645 | 371.07 |
| 5/25/11 | CA450056 | SOLY02C-130996 | 940.50 |
| 5/25/11 | CA450072 | SOLY02C-136921 | 80.00 |
| 5/25/11 | CA450099 | SOLY02C-140079 | 344.95 |
| 5/25/11 | CA450101 | SOLY02C-140079 | 515.88 |
| 5/25/11 | CA450100 | SOLY02C-140079 | 2,029.31 |
| 5/25/11 | CA450108 | SOLY02C-140146 | 1,086.00 |
| 5/25/11 | CA450109 | SOLY02C-140146 | 1,086.00 |
| 5/25/11 | CA450110 | SOLY02C-140146 | 1,086.00 |
| 5/25/11 | CA450102 | SOLY02T-138965 | 2,634.50 |
| 5/26/11 | CA450175 | SOLY01B-139276 | 675.00 |
| 5/27/11 | CA450353 | SOLY01B-129160 | 1,869.88 |
| 5/27/11 | CA450385 | SOLY01B-129160 | 3,223.49 |
| 5/27/11 | CA450327 | SOLY01M-140146 | 1,128.00 |
| 5/28/11 | CA450449 | SOLY02C-140146 | 80.00 |
| 5/28/11 | CA450450 | SOLY02C-140146 | 80.00 |
| 5/28/11 | CA450452 | SOLY02C-140146 | 80.00 |
| 5/28/11 | CA450453 | SOLY02C-140146 | 853.00 |
| 5/28/11 | CA450405 | SOLY02C-140146 | 1,086.00 |
| 5/28/11 | CA450451 | SOLY02C-140146 | 1,086.00 |
| 5/28/11 | CA450454 | SOLY02C-140146 | 1,086.00 |
| 5/31/11 | CA450535 | SOLY01B-122749 | 778.80 |
| 5/31/11 | CA450531 | SOLY01B-124896 | 2,756.07 |
| 5/31/11 | CA450490 | SOLY01B-128770 | 371.07 |
| 5/31/11 | CA450539 | SOLY01B-129160 | 2,182.33 |
| 5/31/11 | CA450537 | SOLY01B-132530 | 1,549.02 |
| 5/31/11 | CA450530 | SOLY01B-139276 | 185.73 |
| 5/31/11 | CA450488 | SOLY01B-139276 | 2,414.49 |
| 5/31/11 | CA450536 | SOLY01M-136681 | 6,195.50 |
| 5/31/11 | CA450574 | SOLY02C-130996 | 60.00 |
| 5/31/11 | CA450502 | SOLY02C-140079 | 189.20 |
| 5/31/11 | CA450594 | SOLY02M-140146 | 3,787.49 |
| 6/1/11 | CA450699 | SOLY01B-126645 | 1,763.66 |
| 6/1/11 | CA450700 | SOLY01B-129160 | 684.22 |
| 6/1/11 | CA450655 | SOLY02C-130996 | 65.00 |
| 6/1/11 | CA450652 | SOLY02C-130996 | 80.00 |

| Date | Invoice | PO# | Amount |
|---|---|---|---|
| 6/1/11 | CA450653 | SOLY02C-130996 | 80.00 |
| 6/1/11 | CA450651 | SOLY02C-136681 | 60.00 |
| 6/1/11 | CA450654 | SOLY02C-136681 | 80.00 |
| 6/2/11 | CA450751 | SOLY02C-130996 | 80.00 |
| 6/2/11 | CA450748 | SOLY02C-140146 | 1,919.00 |
| 6/3/11 | CA450906 | SOLY01B-139276 | 1,315.33 |
| 6/3/11 | CA450930 | SOLY01B-140357 | 6,960.00 |
| 6/3/11 | CA450870 | SOLY02C-139698 | 1,250.00 |
| 6/6/11 | CA451031 | SOLY01B-140357 | 2,799.26 |
| 6/6/11 | CA450939 | SOLY02C-127089 | 765.50 |
| 6/6/11 | CA451029 | SOLY02C-140146 | 1,086.00 |
| 6/7/11 | CA451046 | SOLY02C-135921 | 40.00 |
| 6/7/11 | CA451045 | SOLY02C-135921 | 50.00 |
| 6/7/11 | CA451041 | SOLY02C-135921 | 80.00 |
| 6/7/11 | CA451042 | SOLY02C-135921 | 80.00 |
| 6/7/11 | CA451043 | SOLY02C-135921 | 80.00 |
| 6/7/11 | CA451044 | SOLY02C-135921 | 80.00 |
| 6/8/11 | CA451193 | SOLY01B-124896 | 1,363.38 |
| 6/8/11 | CA451220 | SOLY02C-140146 | 1,086.00 |
| 6/8/11 | CA451221 | SOLY02C-140146 | 1,086.00 |
| 6/8/11 | CA451224 | SOLY02C-140146 | 1,086.00 |
| 6/8/11 | CA451225 | SOLY02C-140146 | 1,086.00 |
| 6/8/11 | CA451140 | SOLY02C-140146 | 2,085.50 |
| 6/9/11 | CA451271 | SOLY01B-129160 | 1,000.88 |
| 6/9/11 | CA451285 | SOLY02C-140146 | 1,086.00 |
| 6/10/11 | CA451356 | SOLY02C-135921 | 213.36 |
| 6/10/11 | CA451328 | SOLY02C-140146 | 80.00 |
| 6/10/11 | CA451355 | SOLY02C-140146 | 906.50 |
| 6/13/11 | CA451439 | SOLY02C-140146 | 1,086.00 |
| 6/13/11 | CA451440 | SOLY02C-140146 | 1,086.00 |
| 6/13/11 | CA451466 | SOLY02C-140146 | 1,086.00 |
| 6/14/11 | CA451580 | SOLY01B-129160 | 900.00 |
| 6/14/11 | CA451579 | SOLY01B-140357 | 4,300.58 |
| 6/14/11 | CA451507 | SOLY02C-138110 | 35.00 |
| 6/14/11 | CA451506 | SOLY02C-140146 | 80.00 |
| 6/14/11 | CA451508 | SOLY02C-140146 | 80.00 |
| 6/14/11 | CA451509 | SOLY02C-140146 | 80.00 |
| 6/15/11 | CA451640 | SOLY01B-124896 | 1,290.88 |
| 6/15/11 | CA451681 | SOLY01B-140357 | 3,360.00 |
| 6/15/11 | CA451581 | SOLY02C-140146 | 1,815.50 |
| 6/15/11 | CA451598 | SOLY02T-135921 | 634.40 |
| 6/16/11 | CA451688 | SOLY02C-127089 | 30.00 |
| 6/16/11 | CA451687 | SOLY02C-140146 | 60.00 |
| 6/16/11 | CA451684 | SOLY02C-140146 | 80.00 |

| Date | Invoice | PO# | Amount |
|---|---|---|---|
| 6/16/11 | CA451717 | SOLY02C-140146 | 160.78 |
| 6/17/11 | CA451817 | SOLY01B-139276 | 1,290.88 |
| 6/17/11 | CA451876 | SOLY01B-140357 | 3,600.00 |
| 6/17/11 | CA451815 | SOLY02C-140146 | 386.50 |
| 6/20/11 | CA451923 | SOLY02C-135921 | 37.16 |
| 6/21/11 | CA452104 | SOLY01B-140357 | 3,965.03 |
| 6/21/11 | CA452023 | SOLY02C-140146 | 1,086.00 |
| 6/21/11 | CA452075 | SOLY02C-140146 | 1,086.00 |
| 6/21/11 | CA452101 | SOLY02C-140146 | 1,086.00 |
| 6/22/11 | CA452195 | SOLY01B-122749 | 450.00 |
| 6/22/11 | CA452194 | SOLY01B-140357 | 4,913.30 |
| 6/22/11 | CA452135 | SOLY02C-140146 | 1,530.50 |
| 6/23/11 | CA452327 | SOLY01B-123535 | 240.00 |
| 6/23/11 | CA452325 | SOLY01B-138639 | 240.00 |
| 6/23/11 | CA452322 | SOLY01B-140357 | 2,976.98 |
| 6/23/11 | CA452263 | SOLY02C-140146 | 60.00 |
| 6/23/11 | CA452237 | SOLY02C-140146 | 65.00 |
| 6/23/11 | CA452234 | SOLY02C-140146 | 80.00 |
| 6/23/11 | CA452235 | SOLY02C-140146 | 80.00 |
| 6/23/11 | CA452236 | SOLY02C-140146 | 80.00 |
| 6/23/11 | CA452232 | SOLY02C-140146 | 1,086.00 |
| 6/24/11 | CA452405 | SOLY01A-140146 | 1,456.20 |
| 6/24/11 | CA452461 | SOLY01B-140357 | 3,600.00 |
| 6/24/11 | CA452370 | SOLY02C-140146 | 80.00 |
| 6/24/11 | CA452371 | SOLY02C-141020 | 739.64 |
| 6/24/11 | CA452348 | SOLY02C-141020 | 1,086.00 |
| 6/24/11 | CA452407 | SOLY02C-141020 | 1,086.00 |
| 6/24/11 | CA452406 | SOLY02T-140146 | 3,382.08 |
| 6/27/11 | CA452464 | SOLY01C-140146 | 485.25 |
| 6/27/11 | CA452603 | SOLY02C-141020 | 1,086.00 |
| 6/27/11 | CA452604 | SOLY02C-141020 | 1,086.00 |
| 6/28/11 | | check # 061036 OA445848 | (60.00) |
| 6/28/11 | CA452753 | SOLY01B-132530 | 104.00 |
| 6/28/11 | CA452769 | SOLY01B-140357 | 1,218.38 |
| 6/28/11 | CA452776 | SOLY01B-140357 | 1,290.88 |
| 6/28/11 | CA452755 | SOLY01B-140357 | 2,160.00 |
| 6/28/11 | CA452618 | SOLY01B-140357 | 2,654.26 |
| 6/28/11 | CA452758 | SOLY02C-140357 | 900.03 |
| 6/28/11 | CA452757 | SOLY02T-135921 | 487.20 |
| 6/28/11 | CA452756 | SOLY02T-140146 | 223.86 |
| 6/29/11 | CA452837 | SOLY01B-124896 | 208.00 |
| 6/29/11 | CA452836 | SOLY01B-128770 | 208.00 |
| 6/29/11 | CA452882 | SOLY01B-140357 | 3,840.00 |
| 6/29/11 | CA452817 | SOLY01B-141020 | 852.00 |

| Date | Invoice | PO# | Amount |
|---|---|---|---|
| 6/29/11 | CA452794 | SOLY02C-140146 | 50.00 |
| 6/29/11 | CA452795 | SOLY02C-140146 | 50.00 |
| 6/29/11 | CA452796 | SOLY02C-140146 | 80.00 |
| 6/29/11 | CA452822 | SOLY02C-140146 | 80.00 |
| 6/29/11 | CA452797 | SOLY02C-141020 | 80.00 |
| 6/29/11 | CA452798 | SOLY02C-141020 | 80.00 |
| 6/29/11 | CA452799 | SOLY02C-141020 | 80.00 |
| 6/29/11 | CA452892 | SOLY02C-141020 | 1,086.00 |
| 6/29/11 | CA452893 | SOLY02C-141020 | 1,086.00 |
| 6/30/11 | CA452980 | SOLY01B-141174 | 2,654.26 |
| 6/30/11 | CA452927 | SOLY01M-130996 | 738.30 |
| 6/30/11 | CA452928 | SOLY01M-141020 | 224.00 |
| 6/30/11 | CA452929 | SOLY01M-141020 | 9,322.78 |
| 6/30/11 | CA452949 | SOLY02C-141020 | 80.00 |
| 7/1/11 | CA453137 | SOLY01B-141174 | 1,363.38 |
| 7/1/11 | CA453057 | SOLY02C-141020 | 45.00 |
| 7/1/11 | CA453056 | SOLY02C-141020 | 50.00 |
| 7/1/11 | CA453083 | SOLY02C-141020 | 828.88 |
| 7/1/11 | CA453055 | SOLY02T-141020 | 28.90 |
| 7/5/11 | CA453176 | SOLY02C-141020 | 508.20 |
| 7/6/11 | CA453239 | SOLY01B-141174 | 4,017.64 |
| 7/6/11 | CA453278 | SOLY01M-141020 | 1,128.00 |
| 7/6/11 | CA453243 | SOLY02C-141020 | 80.00 |
| 7/6/11 | CA453245 | SOLY02C-141020 | 80.00 |
| 7/6/11 | CA453247 | SOLY02C-141020 | 80.00 |
| 7/6/11 | CA453248 | SOLY02C-141020 | 115.00 |
| 7/6/11 | CA453283 | SOLY02C-141020 | 1,086.00 |
| 7/7/11 | CA453336 | SOLY01B-141174 | 2,364.26 |
| 7/7/11 | CA453408 | SOLY01B-141174 | 3,840.00 |
| 7/7/11 | CA453427 | SOLY01C-141020 | 485.25 |
| 7/7/11 | CA453426 | SOLY01C-141324 | 485.25 |
| 7/7/11 | CA453428 | SOLY01C-141324 | 485.25 |
| 7/7/11 | CA453348 | SOLY02C-141020 | 60.00 |
| 7/7/11 | CA453347 | SOLY02C-141020 | 80.00 |
| 7/7/11 | CA453346 | SOLY02C-141324 | 808.97 |
| 7/7/11 | CA453398 | SOLY02C-141324 | 1,086.00 |
| 7/7/11 | CA453399 | SOLY02C-141324 | 1,086.00 |
| 7/8/11 | CA453532 | SOLY01B-141174 | 2,436.76 |
| 7/8/11 | CA453489 | SOLY02C-141324 | 60.00 |
| 7/8/11 | CA453486 | SOLY02C-141324 | 80.00 |
| 7/8/11 | CA453487 | SOLY02C-141324 | 1,086.00 |
| 7/8/11 | CA453488 | SOLY02C-141324 | 1,086.00 |
| 7/11/11 | CA453566 | SOLY01B-140357 | 242.00 |
| 7/11/11 | CA453565 | SOLY01B-140357 | 847.00 |

| Date | Invoice | PO# | Amount |
|---|---|---|---|
| 7/12/11 | CA453675 | SOLY01A-141174 | 1,800.00 |
| 7/12/11 | CA453665 | SOLY01B-141174 | 3,600.00 |
| 7/12/11 | CA453741 | SOLY01B-141174 | 4,162.64 |
| 7/12/11 | CA453667 | SOLY02C-140146 | 166.70 |
| 7/12/11 | CA453639 | SOLY02C-141020 | 80.00 |
| 7/12/11 | CA453666 | SOLY02C-141020 | 83.35 |
| 7/12/11 | CA453637 | SOLY02C-141020 | 130.00 |
| 7/12/11 | CA453688 | SOLY02C-141324 | 42.35 |
| 7/12/11 | CA453640 | SOLY02C-141324 | 80.00 |
| 7/12/11 | CA453641 | SOLY02C-141324 | 80.00 |
| 7/12/11 | CA453668 | SOLY02C-141324 | 120.00 |
| 7/12/11 | CA453638 | SOLY02C-141324 | 998.98 |
| 7/13/11 | CA453829 | SOLY01B-141174 | 1,290.88 |
| 7/13/11 | CA453771 | SOLY02C-141324 | 1,078.84 |
| 7/14/11 | CA453834 | SOLY01B-119961 | 247.38 |
| 7/14/11 | CA453833 | SOLY01B-126645 | 144.00 |
| 7/14/11 | CA453832 | SOLY01B-126645 | 220.80 |
| 7/14/11 | CA453917 | SOLY01B-141174 | 720.00 |
| 7/14/11 | CA453927 | SOLY01B-141174 | 1,218.38 |
| 7/14/11 | CA453918 | SOLY01B-141174 | 1,768.00 |
| 7/14/11 | CA453830 | SOLY02C-141324 | 80.00 |
| 7/14/11 | CA453897 | SOLY02C-141324 | 1,086.00 |
| 7/15/11 | CA454011 | SOLY01B-141174 | 1,768.00 |
| 7/15/11 | CA453949 | SOLY02C-141324 | 60.00 |
| 7/15/11 | CA453948 | SOLY02C-141324 | 404.44 |
| 7/15/11 | CA454026 | SOLY02C-141324 | 725.00 |
| 7/15/11 | CA453930 | SOLY02C-141324 | 1,086.00 |
| 7/18/11 | CA454054 | SOLY01A-141174 | 1,456.20 |
| 7/18/11 | CA454049 | SOLY02C-141324 | 80.00 |
| 7/18/11 | CA454092 | SOLY02C-141324 | 186.69 |
| 7/19/11 | CA454212 | SOLY01B-141174 | 2,436.76 |
| 7/19/11 | CA454139 | SOLY01M-141020 | 376.19 |
| 7/19/11 | CA454227 | SOLY02C-141324 | 60.00 |
| 7/19/11 | CA454229 | SOLY02C-141324 | 60.00 |
| 7/19/11 | CA454149 | SOLY02C-141324 | 80.00 |
| 7/19/11 | CA454150 | SOLY02C-141324 | 80.00 |
| 7/19/11 | CA454151 | SOLY02C-141324 | 80.00 |
| 7/19/11 | CA454152 | SOLY02C-141324 | 80.00 |
| 7/19/11 | CA454228 | SOLY02C-141324 | 100.00 |
| 7/19/11 | CA454140 | SOLY02C-141324 | 1,086.00 |
| 7/19/11 | CA454141 | SOLY02C-141324 | 1,086.00 |
| 7/20/11 | CA454312 | SOLY01B-141174 | 312.00 |
| 7/20/11 | CA454314 | SOLY01B-141174 | 2,581.76 |
| 7/20/11 | CA454325 | SOLY01B-141174 | 3,600.00 |

| Date | Invoice | PO# | Amount |
|---|---|---|---|
| 7/20/11 | CA454241 | SOLY02C-141324 | 1,534.81 |
| 7/21/11 | CA454409 | SOLY01B-141174 | 3,840.00 |
| 7/21/11 | CA454367 | SOLY01C-141324 | 485.25 |
| 7/22/11 | CA454505 | SOLY01B-141174 | 1,290.88 |
| 7/22/11 | CA454461 | SOLY01B-141174 | 3,872.64 |
| 7/22/11 | CA454448 | SOLY01C-141324 | 485.25 |
| 7/22/11 | CA454476 | SOLY02C-141324 | 1,086.00 |
| 7/25/11 | CA454555 | SOLY02C-141324 | 506.04 |
| 7/25/11 | CA454589 | SOLY02C-141324 | 1,086.00 |
| 7/25/11 | CA454590 | SOLY02C-141324 | 1,086.00 |
| 7/25/11 | CA454591 | SOLY02C-141324 | 1,086.00 |
| 7/26/11 | CA454632 | SOLY01B-141174 | 3,161.76 |
| 7/26/11 | CA454719 | SOLY02C-141324 | 1,086.00 |
| 7/26/11 | CA454633 | SOLY02C-141324 | 1,192.50 |
| 7/27/11 | CA454832 | SOLY01B-119961 | (135.73) |
| 7/27/11 | CA454814 | SOLY01B-122749 | (193.90) |
| 7/27/11 | CA454816 | SOLY01B-123535 | (96.95) |
| 7/27/11 | CA454831 | SOLY01B-139276 | (271.46) |
| 7/27/11 | CA454874 | SOLY01B-141174 | 4,347.42 |
| 7/27/11 | CA454764 | SOLY01B-141174 | 4,742.64 |
| 7/27/11 | CA454734 | SOLY02C-141324 | 60.00 |
| 7/27/11 | CA454737 | SOLY02C-141324 | 80.00 |
| 7/27/11 | CA454739 | SOLY02C-141324 | 80.00 |
| 7/27/11 | CA454833 | SOLY02C-141324 | 80.00 |
| 7/27/11 | CA454834 | SOLY02C-141324 | 80.00 |
| 7/27/11 | CA454752 | SOLY02C-141324 | 83.35 |
| 7/27/11 | CA454744 | SOLY02C-141324 | 170.40 |
| 7/27/11 | CA454735 | SOLY02C-141324 | 190.00 |
| 7/27/11 | CA454736 | SOLY02C-141324 | 1,324.24 |
| 7/28/11 | CA454982 | SOLY01B-141174 | 312.00 |
| 7/28/11 | CA454947 | SOLY02C-141324 | 80.00 |
| 7/28/11 | CA454940 | SOLY02C-141324 | 160.02 |
| 7/28/11 | CA454908 | SOLY02C-141324 | 1,086.00 |
| 7/28/11 | CA454937 | SOLY02C-141324 | 1,086.00 |
| 7/28/11 | CA454946 | SOLY02C-141324 | 1,192.50 |
| 7/29/11 | CA455113 | SOLY01B-124896 | (232.68) |
| 7/29/11 | CA455114 | SOLY01B-124896 | (155.12) |
| 7/29/11 | CA455115 | SOLY01B-124896 | (116.34) |
| 7/29/11 | CA455105 | SOLY01B-126645 | (77.56) |
| 7/29/11 | CA455106 | SOLY01B-129160 | (213.29) |
| 7/29/11 | CA455107 | SOLY01B-129160 | (193.90) |
| 7/29/11 | CA455109 | SOLY01B-129160 | (174.51) |
| 7/29/11 | CA455104 | SOLY01B-129160 | (38.78) |
| 7/29/11 | CA455108 | SOLY01B-129160 | (38.78) |

| Date | Invoice | PO# | Amount |
|---|---|---|---|
| 7/29/11 | CA455112 | SOLY01B-139276 | (174.51) |
| 7/29/11 | CA455111 | SOLY01B-139276 | (155.12) |
| 7/29/11 | CA455103 | SOLY01B-139276 | (96.95) |
| 7/29/11 | CA455110 | SOLY01B-139276 | (19.39) |
| 7/29/11 | CA455074 | SOLY01B-141174 | 1,580.88 |
| 7/29/11 | CA455065 | SOLY01B-141174 | 3,360.00 |
| 7/29/11 | CA455081 | SOLY02C-141324 | 1,086.00 |
| 7/29/11 | CA455082 | SOLY02C-141324 | 1,086.00 |
| 8/1/11 | CA455198 | SOLY02C-141324 | 638.81 |
| 8/1/11 | CA455307 | SOLY02C-141324 | 1,086.00 |
| 8/1/11 | CA455308 | SOLY02C-141324 | 1,192.50 |
| 8/2/11 | CA455316 | SOLY01B-141994 | 3,600.00 |
| 8/2/11 | CA455447 | SOLY01B-141994 | 4,742.64 |
| 8/2/11 | CA455441 | SOLY01C-141324 | 485.25 |
| 8/2/11 | CA455309 | SOLY02C-141324 | 80.00 |
| 8/2/11 | CA455310 | SOLY02C-141324 | 80.00 |
| 8/2/11 | CA455311 | SOLY02C-141324 | 80.00 |
| 8/2/11 | CA455395 | SOLY02C-141324 | 80.00 |
| 8/2/11 | CA455396 | SOLY02C-141324 | 80.00 |
| 8/2/11 | CA455312 | SOLY02C-141324 | 145.00 |
| 8/3/11 | CA455498 | SOLY01B-141994 | 3,161.76 |
| 8/3/11 | CA455466 | SOLY02C-141324 | 80.00 |
| 8/3/11 | CA455468 | SOLY02C-141324 | 80.00 |
| 8/3/11 | CA455448 | SOLY02C-141324 | 1,071.72 |
| 8/4/11 | CA455618 | SOLY01B-141994 | 4,742.64 |
| 8/4/11 | CA455536 | SOLY02C-141324 | 65.00 |
| 8/4/11 | CA455537 | SOLY02C-141324 | 80.00 |
| 8/4/11 | CA455535 | SOLY02C-141324 | 370.82 |
| 8/4/11 | CA455583 | SOLY02C-141324 | 1,086.00 |
| 8/4/11 | CA455585 | SOLY02M-141324 | 320.00 |
| 8/5/11 | CA455635 | SOLY02C-141324 | 50.00 |
| 8/5/11 | CA455636 | SOLY02C-141324 | 80.00 |
| 8/5/11 | CA455705 | SOLY02C-141324 | 386.38 |
| 8/5/11 | CA455637 | SOLY02C-141324 | 405.44 |
| 8/5/11 | CA455674 | SOLY02C-141324 | 1,086.00 |
| 8/5/11 | CA455719 | SOLY02C-141324 | 1,086.00 |
| 8/5/11 | CA455720 | SOLY02C-141324 | 1,086.00 |
| 8/8/11 | CA455822 | SOLY01B-141994 | 1,580.88 |
| 8/8/11 | CA455846 | SOLY01B-141994 | 2,400.00 |
| 8/8/11 | CA455774 | SOLY02C-141324 | 70.00 |
| 8/8/11 | CA455753 | SOLY02C-141324 | 80.00 |
| 8/9/11 | CA455857 | SOLY01C-141324 | 485.25 |
| 8/9/11 | CA455859 | SOLY01C-141324 | 485.25 |
| 8/9/11 | CA455850 | SOLY02C-141324 | 80.00 |

| Date | Invoice | PO# | Amount |
|---|---|---|---|
| 8/9/11 | CA455852 | SOLY02C-141324 | 80.00 |
| 8/9/11 | CA455851 | SOLY02C-141324 | 160.00 |
| 8/9/11 | CA455849 | SOLY02C-141324 | 571.48 |
| 8/9/11 | CA455966 | SOLY02C-141324 | 1,086.00 |
| 8/9/11 | CA455971 | SOLY02C-141324 | 1,172.90 |
| 8/10/11 | CA455972 | SOLY01B-128770 | 28.80 |
| 8/10/11 | CA455989 | SOLY01B-141994 | 1,580.88 |
| 8/10/11 | CA456105 | SOLY01B-141994 | 3,600.00 |
| 8/10/11 | CA455992 | SOLY02C-141324 | 1,086.00 |
| 8/10/11 | CA455993 | SOLY02T-141324 | 448.00 |
| 8/10/11 | CA455991 | SOLY02T-141324 | 3,472.74 |
| 8/11/11 | CA456159 | SOLY02C-141324 | 60.00 |
| 8/11/11 | CA456160 | SOLY02C-141324 | 80.00 |
| 8/12/11 | CA456203 | SOLY01B-141994 | 3,161.76 |
| 8/12/11 | CA456210 | SOLY02C-141324 | 80.00 |
| 8/12/11 | CA456201 | SOLY02C-142284 | 60.00 |
| 8/12/11 | CA456200 | SOLY02C-142284 | 349.20 |
| 8/15/11 | CA456315 | SOLY01B-141994 | 1,200.00 |
| 8/15/11 | CA456356 | SOLY01B-141994 | 1,580.88 |
| 8/15/11 | CA456312 | SOLY01B-141994 | 2,400.00 |
| 8/15/11 | CA456322 | SOLY02C-141324 | 1,086.00 |
| 8/15/11 | CA456321 | SOLY02C-142284 | 502.18 |
| 8/15/11 | CA456323 | SOLY02C-142284 | 1,086.00 |
| 8/15/11 | CA456324 | SOLY02C-142284 | 1,086.00 |
| 8/16/11 | CA456396 | SOLY02C-142284 | 80.00 |
| 8/16/11 | CA456397 | SOLY02C-142284 | 60.00 |
| 8/16/11 | CA456465 | SOLY02C-142284 | 1,086.00 |
| 8/17/11 | CA456496 | SOLY01B-141994 | 2,964.15 |
| 8/17/11 | CA456534 | SOLY02C-142284 | 80.00 |
| 8/17/11 | CA456535 | SOLY02C-142284 | 60.00 |
| 8/17/11 | CA456563 | SOLY02C-142284 | 1,086.00 |
| 8/17/11 | CA456595 | SOLY02C-142284 | 412.94 |
| 8/17/11 | CA456607 | SOLY01B-141994 | 4,742.64 |
| 8/18/11 | CA456637 | SOLY01B-141994 | 588.00 |
| 8/18/11 | CA456642 | SOLY01B-141994 | 135.94 |
| 8/18/11 | CA456653 | SOLY02C-142284 | 80.00 |
| 8/18/11 | CA456654 | SOLY02C-142284 | 115.00 |
| 8/18/11 | CA456655 | SOLY02C-142284 | 1,086.00 |
| 8/18/11 | CA456682 | SOLY02C-142284 | 486.18 |
| 8/18/11 | CA456720 | SOLY01B-141994 | 1,920.00 |
| 8/18/11 | CA456721 | SOLY01B-141994 | 208.00 |
| 8/18/11 | CA456722 | SOLY01B-141994 | 121.00 |
| 8/19/11 | CA456738 | SOLY01B-141994 | 1,580.88 |
| 8/19/11 | CA456768 | SOLY02C-142284 | 377.85 |

| Date | Invoice | PO# | Amount |
|---|---|---|---|
| 8/19/11 | CA456794 | SOLY01A-142284 | 509.67 |
| 8/19/11 | CA456865 | SOLY01B-141994 | 1,383.27 |
| 8/19/11 | CA456867 | SOLY01B-141994 | 197.61 |
| 8/19/11 | CA456870 | SOLY01B-141994 | 1,580.88 |
| 8/20/11 | CA456872 | SOLY02C-142284 | 725.00 |
| 8/20/11 | CA456873 | SOLY02C-142284 | 1,086.00 |
| 8/20/11 | CA456874 | SOLY02C-142284 | 1,086.00 |
| 8/20/11 | CA456879 | SOLY02C-142284 | 476.68 |
| 8/20/11 | CA456880 | SOLY01C-141324 | 485.25 |
| 8/20/11 | CA456903 | SOLY01M-141324 | 1,222.00 |
| 8/22/11 | CA456928 | SOLY02C-142284 | 80.00 |
| 8/22/11 | CA456929 | SOLY02C-142284 | 60.00 |
| 8/22/11 | CA456942 | SOLY01B-141994 | 395.22 |
| 8/22/11 | CA456943 | SOLY01B-141994 | 988.05 |
| 8/22/11 | CA457026 | SOLY01B-141994 | 3,161.76 |
| 8/23/11 | CA457065 | SOLY01B-141994 | 1,580.88 |
| 8/23/11 | CA457036 | SOLY01B-141994 | 3,600.00 |
| 8/23/11 | CA457112 | SOLY01C-142284 | 485.25 |
| 8/23/11 | CA457047 | SOLY02C-142284 | 80.00 |
| 8/23/11 | CA457049 | SOLY02C-142284 | 80.00 |
| 8/23/11 | CA457050 | SOLY02C-142284 | 80.00 |
| 8/23/11 | CA457046 | SOLY02C-142284 | 180.00 |
| 8/23/11 | CA457089 | SOLY02C-142284 | 265.96 |
| 8/23/11 | CA457048 | SOLY02C-142284 | 281.96 |
| 8/24/11 | CA457210 | SOLY01B-141994 | 1,185.66 |
| 8/24/11 | CA457140 | SOLY01B-141994 | 1,580.88 |
| 8/24/11 | CA457146 | SOLY02C-142284 | 1,014.04 |
| 8/25/11 | CA457278 | SOLY01B-141994 | 1,976.10 |
| 8/25/11 | CA457310 | SOLY01B-141994 | 3,120.00 |
| 8/25/11 | CA457243 | SOLY02C-142284 | 60.00 |
| 8/25/11 | CA457227 | SOLY02C-142284 | 1,086.00 |
| 8/25/11 | CA457228 | SOLY02C-142284 | 1,086.00 |
| 8/26/11 | CA457357 | SOLY01B-141994 | 1,185.66 |
| 8/26/11 | CA457403 | SOLY01B-141994 | 1,580.88 |
| 8/26/11 | CA457359 | SOLY01B-141994 | 1,976.10 |
| 8/26/11 | CA457396 | SOLY01B-requisition 768075 | 1,500.00 |
| 8/26/11 | CA457421 | SOLY01M-141324 | 9,037.88 |
| 8/29/11 | CA457470 | SOLY02C-142284 | 60.00 |
| 8/29/11 | CA457471 | SOLY02C-142284 | 80.00 |
| 8/29/11 | CA457472 | SOLY02C-142284 | 80.00 |
| 8/29/11 | CA457492 | SOLY02T-142284 | 784.86 |
| 8/29/11 | CA457450 | SOLY02C-142284 | 873.62 |
| 8/29/11 | CA457451 | SOLY02C-142284 | 1,086.00 |
| 8/29/11 | CA457520 | SOLY02C-142284 | 1,086.00 |

| Date | Invoice | PO# | Amount |
|---|---|---|---|
| 8/29/11 | CA457493 | SOLY02T-142284 | 2,459.08 |
| 8/30/11 | CA457792 | SOLY02M-141324 | 192.00 |
| 8/30/11 | CA457698 | SOLY01M-142284 | 376.19 |
| 8/30/11 | CA457699 | SOLY01M-142284 | 738.30 |
| 8/30/11 | CA457677 | SOLY02C-142284 | 1,086.00 |
| 8/30/11 | CA457696 | SOLY02C-142284 | 1,086.00 |
| 8/30/11 | CA457697 | SOLY02C-142284 | 1,086.00 |
| 8/30/11 | CA457701 | SOLY02C-142284 | 1,086.00 |
| 8/30/11 | CA458132 | SOLY01A-142284 | 946.53 |
| 8/30/11 | CA458133 | SOLY01B-141994 | 121.00 |
| 8/30/11 | CA458127 | SOLY01B-141994 | 720.00 |
| 8/30/11 | CA458180 | SOLY01B-141994 | 988.05 |
| 8/30/11 | CA458183 | SOLY01B-141994 | 1,580.88 |
| 8/30/11 | CA458175 | SOLY01B-141994 | 3,161.76 |
| 8/30/11 | CA458190 | SOLY01B-141994 | 3,161.76 |
| 8/30/11 | CA458187 | SOLY01B-141994 | 3,600.00 |
| 8/30/11 | CA458185 | SOLY01B-141994 | 3,840.00 |
| 8/30/11 | CA458169 | SOLY01C-141324 | 485.25 |
| 8/30/11 | CA458130 | SOLY01C-142284 | 485.25 |
| 8/30/11 | CA458131 | SOLY01C-142284 | 485.25 |
| 8/30/11 | CA458170 | SOLY01C-142284 | 485.25 |
| 8/30/11 | CA458128 | SOLY02C-142284 | 53.34 |
| 8/30/11 | CA458125 | SOLY02C-142284 | 80.00 |
| 8/30/11 | CA458126 | SOLY02C-142284 | 80.00 |
| 8/30/11 | CA458135 | SOLY02C-142284 | 80.00 |
| 8/30/11 | CA458124 | SOLY02C-142284 | 185.00 |
| 8/30/11 | CA458123 | SOLY02C-142284 | 1,034.72 |
| 8/30/11 | CA458120 | SOLY02C-142284 | 1,086.00 |
| 8/30/11 | CA458168 | SOLY02M-141324 | 239.00 |
| 8/30/11 | CA458167 | SOLY02M-141324 | 2,278.15 |
| 8/30/11 | CA458122 | SOLY02M-142284 | 1,004.60 |
| 8/30/11 | CA458129 | SOLY02T-142284 | 716.00 |
| | | | |
| | | TOTAL AMOUNT DUE | $ 435,287.77 |