## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*, | ) | Case No. 11-12799 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: November 18, 2011** |
| | ) | **at 4:00 p.m. (ET)** |
| | ) | **Hearing: November 22, 2011 at 4:00 p.m. (ET)** |
| | ) | **Related to Docket Nos. 315 and 321** |

### GLOBAL KATO HG, LLC'S LIMITED OPPOSITION TO MOTION OF SOLYNDRA LLC PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE FOR AUTHORITY TO (A) CONDUCT A SUPPLEMENTAL AUCTION FOR ADDITIONAL NON-CORE ASSETS, (B) SELL ASSETS TO THE SUCCESSFUL BIDDERS AT AN AUCTION FREE AND CLEAR OF ALL ENCUMBRANCES, AND (C) EXPAND RETENTION OF HERITAGE GLOBAL PARTNERS AS AUCTIONEER AND SALE AGENT

Global Kato, HG, LLC ("Global"), the lessor of debtor-in-possession Solyndra, LLC (with affiliated co-debtors, "Debtors") with respect to certain real property located at 47700 Kato Road and 1055 Page Avenue, Fremont, California (the "Leased Premises"), respectfully submits its limited opposition to the *Motion of Solyndra LLC Pursuant To Sections 105(a) and 363 of the Bankruptcy Code For Authority To (A) Conduct A Supplemental Auction For Additional Non-Core Assets, (B) Sell Assets To The Successful Bidders At An Auction Free and Clear of All Encumbrances, and (C) Expand Retention of Heritage Global Partners As Auctioneer and Sale Agent* [Docket No. 315] (the "Supplemental Auction Motion"), as follows:

1.     Debtors' Supplemental Auction Motion seeks authority to conduct a further auction of "Additional Non-Core Assets" not sold at the prior auction (November 2-4, 2011) of assets not necessary to run Debtors' business. Debtors propose to conduct the auction of Additional Non-Core Assets, identified in Exhibit B to the Supplemental Auction Motion, commencing on December 7, 2011.

2. Numerous items of equipment or other personal property among the Additional Non-Core Assets described in Exhibit B to the Supplemental Auction Motion are identified as being in "Building 1," i.e., 47700 Kato Road, Fremont, California. Other items identified as simply being located in "Fremont, California," without specific reference to one of Debtors' addresses. As set forth in Debtors' *Notice of Revision To Debtors' Second Motion For Order Under Section 365(a) of the Bankruptcy Code Authorizing The Debtors (A) To Reject Unexpired Lease and (B) Abandon Any Personal Property Located At Such Premises and Fixing A Bar Date For Claims of Counterparty* [Docket No. 347], filed November 17, 2011 ("Amended Rejection Notice"), Building 1 is among the premises leased from Global. Yet, with respect to the January 24, 2007 Industrial Lease between Global and Solyndra LLC, as amended (the "Global Kato Lease"), <u>Debtors are seeking to reject the Global Kato Lease effective November 30, 2011, a week prior to the scheduled auction</u> of Additional Non-Core Assets. Debtors must reconcile the inconsistencies between the proposed November 30, 2011 lease rejection date in the Amended Rejection Notice and the Supplemental Auction Motion. For example:

- Do Debtors propose that purchasers of certain assets at the auction have access to Building 1 after the proposed rejection date for the Global Kato Lease, fundamentally inconsistent with Debtors' duty to surrender possession upon lease rejection or will all of the assets at Building 1 to be sold be relocated to other facilities prior to the proposed November 30, 2011 rejection date set forth in the Amended Rejection Notice?[1]

- How can Debtors sell assets located at Building 1 commencing on December 7, 2011 when Debtors propose to abandon all personal property remaining on such premises on November 30, 2011?

3. Should Debtors propose to auction any of the Additional Non-Core Assets at the Building 1 premises, such removal should be subject to the same terms and conditions contained

---

[1] Global has raised separate objections to the effective date of the proposed rejection of the Global Kato Lease and the proposed abandonment of personal property which will be heard concurrently with the Supplemental Auction Motion.

in Exhibit B to this Court's *Order Granting Motion of Solyndra LLC Pursuant to Sections 105(A) and 363 of the Bankruptcy Code and Authorizing them to (A) Conduct Auction for Non-Core Assets and (B) Sell Such Assets to the Successful Bidders at an Auction Free and Clear of All Encumbrances* [Docket No. 260], filed October 19, 2011. Global Kato reasserts and incorporates herein by this reference the arguments supporting its *Limited Opposition to Motion of Solyndra LLC for Authority to (A) Conduct an Auction for Non-Core Assets and (B) Sell Assets to the Successful Bidders at an Auction Free and Clear of All Encumbrances* [Docket No. 206].

For the foregoing reasons, Debtors should clarify the relief requested by the Supplemental Auction Motion and reconcile the timing of the proposed auction with the effective date of rejection of the Global Kato Lease before any procedures for the sale of Additional Non-Core Assets are approved.

Dated: November 18, 2011      CONNOLLY BOVE LODGE & HUTZ LLP

Karen C. Bifferato (Bar No. 3279)
Marc J. Phillips (Bar No. 4445)
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141

-and-

Michael S. Greger (CA Bar No. 156525)
Ivan M. Gold (CA Bar No. 121486)
Richard N. Dinets (CA Bar No. 265197)
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Telephone: (949) 553-1313
Facsimile: (949) 553-8354
Email: mgreger@allenmatkins.com
Email: igold@allenmatkins.com
Email: rdinets@allenmatkins.com

*Attorneys for Global Kato HG, LLC*