# **EXHIBIT B**

**Invoices**

(See attached)

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 710119**

Invoice Date 06/24/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 06/24/11 | PP/SEC | Customer | Net 30 Days | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 912192 | 03/28/11 | | 72964 | DDP | SEC | SEM | SEM |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| 12.000 | 12.000 | 0.000 | PBN-0020-31248 | METAL SOURCE TALL CRUCIBLE PBN XL-LINER | N | 5000.000 | EA | 60000.00 |

By: LOUR Date: 03/28/11 :

Contact:
Desk/Cell: :
Fax:
Email:

CC:
Email: :

Lot No. 11060

| | |
|---|---:|
| NonTaxable Subtotal | 60000.00 |
| Taxable Subtotal | 0.00 |
| Tax (9.750%) | 0.00 |
| Total Invoice in USD | 60000.00 |

Customer Original (Reprinted)
Printed in the USA

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 710120**

Invoice Date 06/24/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**
SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**
SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 06/24/11 | PP/SEC | Customer | Net 30 Days | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 912192 | 03/30/11 | | 73020 | DDP | SEC | SEM | SEM |

| Quantity Req. | Quantity Ship | B.O. | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| 26.000 | 26.000 | 0.000 | PBN-0020-31439 | METAL SOURCE PBN HEATER .375PORT AC-110 CIGS | N | 660.000 | EA | 17160.00 |

By: LOUR Date: 03/30/11 :

Contact:
Desk/Cell:
Fax:
Email:

CC:
Email:

Lot No. 11060

| | |
|---|---:|
| NonTaxable Subtotal | 17160.00 |
| Taxable Subtotal | 0.00 |
| Tax (9.750%) | 0.00 |
| Total Invoice in USD | 17160.00 |

Customer Original (Reprinted)
**Printed in the USA**

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 710121**

Invoice Date 06/24/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | | | |
|---|---|---|---|---|---|---|---|
| 06/24/11 | PP/SEC | Customer | Net 30 Days | | | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 912192 | 03/30/11 | | 73021 | DDP | SEC | SEM | SEM |

| Quantity | | | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| 14.000 | 14.000 | 0.000 | PBN-0020-31440 | METAL SOURCE PBN HEATER .375PORT | N | 660.000 | EA | 9240.00 |

By: LOUR Date: 03/30/11 :

Contact:
Desk/Cell:
Fax:
Email:

CC:
Email:

Lot No. 11060

| | |
|---|---:|
| NonTaxable Subtotal | 9240.00 |
| Taxable Subtotal | 0.00 |
| Tax (9.750%) | 0.00 |
| Total Invoice in USD | 9240.00 |

Customer Original (Reprinted)
Printed in the USA

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice** 710122

Invoice Date 06/24/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 06/24/11 | PP/SEC | Customer | Net 30 Days | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 912192 | 03/30/11 | | 73022 | DDP | SEC | SEM | SEM |

| Quantity | | | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| 10.000 | 10.000 | 0.000 | PBN-0020-31441 | METAL SOURCE PBN HEATER .375PORT | N | 660.000 | EA | 6600.00 |

By: LOUR Date: 03/30/11 :

Contact:
Desk/Cell:
Fax:
Email:

CC:
Email:

Lot No. 11060

| | |
|---|---:|
| NonTaxable Subtotal | 6600.00 |
| Taxable Subtotal | 0.00 |
| Tax (9.750%) | 0.00 |
| Total Invoice in USD | 6600.00 |

Customer Original (Reprinted)

**Printed in the USA**

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 710184**

Invoice Date 06/28/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | | |
|---|---|---|---|---|---|---|
| 06/28/11 | PP/SEC | Customer | Net 30 Days | | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 912343 | 04/05/11 | | 73140 | DDP | SEC | SEM | SEM |

| Quantity Req. | Quantity Ship | B.O. | Item Number / Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|
| 30.000 | 30.000 | 0.000 | PBN-0020-31249    METAL SOURCE CRUCIBLE XL GRAPHITE PBN | N | 3100.000 | EA | 93000.00 |

Your Item # 7076224

By: LOUR Date: 04/05/11 :

Contact:
Phone:
Fax:
Email:

CC:
Email: :
Lot No. 11060

|  |  |
|---|---|
| NonTaxable Subtotal | 93000.00 |
| Taxable Subtotal | 0.00 |
| Tax (9.750%) | 0.00 |
| Total Invoice in USD | 93000.00 |

Customer Original (Reprinted)
**Printed in the USA**

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910658**

Invoice Date 06/30/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 06/30/11 | PP/SEC | DDP CUSTOMER | Net 30 Days | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 138487 | 07/01/11 | | 75054 | DDP | SEC | SEM | SEM |

| Quantity | | | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| 2.000 | 2.000 | 0.000 | PBN-0020-30411 | PBN TOP LIP HEATER .375 PORT PBN IN-GA | N | 510.000 | EA | 1020.00 |
| | | | Lot No. 11060 | | | | | |
| 1.000 | 1.000 | 0.000 | PBN-0020-31439 | METAL SOURCE PBN HEATER .375PORT AC-110 CIGS | N | 660.000 | EA | 660.00 |
| | | | Lot No. 11050 | | | | | |
| 1.000 | 1.000 | 0.000 | PBN-0020-31440 | METAL SOURCE PBN HEATER .375PORT | N | 660.000 | EA | 660.00 |
| | | | Lot No. 11050 | | | | | |
| 1.000 | 1.000 | 0.000 | PBN-0020-31441 | METAL SOURCE PBN HEATER .375PORT | N | 660.000 | EA | 660.00 |

By: LIND Date: 06/30/11: CONSIGNMENT RELEASE UNDER BLANKET PO#138487.
FOR INVOICING PURPOSES, REFERENCE INVOICE#:
USE-18-JUN-11-1085.

CONTACT:
PHONE:
EMAIL:
Lot No. 11050

| | |
|---|---|
| NonTaxable Subtotal | 3000.00 |
| Taxable Subtotal | 0.00 |
| Tax (9.750%) | 0.00 |
| Total Invoice in USD | 3000.00 |

Customer Original (Reprinted)
**Printed in the USA**

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910659**
Invoice Date 06/30/11
Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**
SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**
SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 06/30/11 | PP/SEC | DDP CUSTOMER | Net 30 Days | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 138487 | 07/01/11 | | 75055 | DDP | SEC | SEM | SEM |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| 8.000 | 8.000 | 0.000 | PBN-0020-30844 Lot No. 11040 | PBN Metal Source R002 Heater 375 Port Universal | N | 510.000 | EA | 4080.00 |
| 1.000 | 1.000 | 0.000 | PBN-0020-31439 Lot No. 11050 | METAL SOURCE PBN HEATER .375PORT AC-110 CIGS | N | 660.000 | EA | 660.00 |
| 4.000 | 4.000 | 0.000 | PBN-0020-31440 Lot No. 11050 | METAL SOURCE PBN HEATER .375PORT | N | 660.000 | EA | 2640.00 |
| 4.000 | 4.000 | 0.000 | PBN-0020-31441 | METAL SOURCE PBN HEATER .375PORT | N | 660.000 | EA | 2640.00 |

By: LIND Date: 06/30/11: CONSIGNMENT RELEASE UNDER BLANKET PO#138487.
FOR INVOICING PURPOSES, REFERENCE INVOICE#:
USE-25-JUN-11-1105.

CONTACT:
PHONE:
EMAIL:
Lot No. 11050

| | |
|---|---|
| NonTaxable Subtotal | 10020.00 |
| Taxable Subtotal | 0.00 |
| Tax (9.750%) | 0.00 |
| Total Invoice in USD | 10020.00 |

Customer Original (Reprinted)
Printed in the USA
Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910660**

Invoice Date 07/15/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**
SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**
SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | | Terms | | | |
|---|---|---|---|---|---|---|---|
| 07/15/11 | PP/SEC | DDP CUSTOMER | | Net 30 Days | | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 138487 | 07/15/11 | | 75371 | DDP | SEC | SEM | SEM |

| Quantity | | | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| 2.000 | 2.000 | 0.000 | PBN-0020-30844 Lot No. 11040 | PBN Metal Source R002 Heater 375 Port Universal | N | 510.000 | EA | 1020.00 |
| 15.000 | 15.000 | 0.000 | PBN-0020-31214 Lot No. 11060 | PBN METAL SOURCE PBN HEATER .375 PORT | N | 510.000 | EA | 7650.00 |
| 4.000 | 4.000 | 0.000 | PBN-0020-30411 Lot No. 11060 | PBN TOP LIP HEATER .375 PORT PBN IN-GA | N | 510.000 | EA | 2040.00 |
| 3.000 | 3.000 | 0.000 | PBN-0020-31440 Lot No. 11050 | METAL SOURCE PBN HEATER .375PORT | N | 660.000 | EA | 1980.00 |
| 5.000 | 5.000 | 0.000 | PBN-0020-31441 | METAL SOURCE PBN HEATER .375PORT | N | 660.000 | EA | 3300.00 |

By: LIND Date: 07/15/11 : CONSIGNMENT RELEASE UNDER BLANKET PO#138487.
FOR INVOICING PURPOSES, REFERENCE INVOICE#:
USE-02-JUL-11-1125.

CONTACT:
PHONE:

| | |
|---|---|
| NonTaxable Subtotal | 15990.00 |
| Taxable Subtotal | 0.00 |
| Tax (9.750%) | 0.00 |
| Total Invoice in USD | 15990.00 |

Customer Original (Reprinted)
**Printed in the USA**

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910660**

Invoice Date 07/15/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | | |
|---|---|---|---|---|---|---|
| 07/15/11 | PP/SEC | DDP CUSTOMER | Net 30 Days | | | |

| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
|---|---|---|---|---|---|---|---|
| 138487 | 07/15/11 | | 75371 | DDP | SEC | SEM | SEM |

| Quantity | | | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| | | | EMAIL: | | | | | |
| | | | Lot No. 11050 | | | | | |

| | |
|---|---|
| NonTaxable Subtotal | 15990.00 |
| Taxable Subtotal | 0.00 |
| Tax (9.750%) | 0.00 |
| Total Invoice in USD | 15990.00 |

Customer Original (Reprinted)
**Printed in the USA**

Page 2

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910661**

Invoice Date 07/15/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 07/15/11 | PP/SEC | DDP CUSTOMER | Net 30 Days | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 138487 | 07/15/11 | | 75372 | DDP | SEC | SEM | SEM |

| Quantity | | | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| 10.000 | 10.000 | 0.000 | PBN-0020-30844<br>Lot No. 11040 | PBN Metal Source R002 Heater 375 Port Universal | N | 510.000 | EA | 5100.00 |
| 11.000 | 11.000 | 0.000 | PBN-0020-31214<br>Lot No. 11060<br>Lot No. 11070 | PBN METAL SOURCE PBN HEATER .375 PORT | N | 510.000 | EA | 5610.00 |
| 3.000 | 3.000 | 0.000 | PBN-0020-30411<br>Lot No. 11060 | PBN TOP LIP HEATER .375 PORT PBN IN-GA | N | 510.000 | EA | 1530.00 |
| 3.000 | 3.000 | 0.000 | PBN-0020-31248<br>Lot No. 11050 | METAL SOURCE TALL CRUCIBLE PBN XL-LINER | N | 5000.000 | EA | 15000.00 |
| 4.000 | 4.000 | 0.000 | PBN-0020-31249<br>Lot No. 11050<br>Lot No. 11060 | METAL SOURCE CRUCIBLE XL GRAPHITE PBN | N | 3100.000 | EA | 12400.00 |

(Continued)

Customer Original (Reprinted)
Printed in the USA

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910661**

Invoice Date 07/15/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 07/15/11 | PP/SEC | DDP CUSTOMER | Net 30 Days | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 138487 | 07/15/11 | | 75372 | DDP | SEC | SEM | SEM |

| Quantity | | | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| 16.000 | 16.000 | 0.000 | PBN-0020-31439 Lot No. 11060 | METAL SOURCE PBN HEATER .375PORT AC-110 CIGS | N | 660.000 | EA | 10560.00 |
| 3.000 | 3.000 | 0.000 | PBN-0020-31440 Lot No. 11060 | METAL SOURCE PBN HEATER .375PORT | N | 660.000 | EA | 1980.00 |
| 1.000 | 1.000 | 0.000 | PBN-0020-31441 | METAL SOURCE PBN HEATER .375PORT | N | 660.000 | EA | 660.00 |

By: LIND Date: 07/15/11 : CONSIGNMENT RELEASE UNDER BLANKET PO#138487.
FOR INVOICING PURPOSES, REFERENCE INVOICE#:
USE-14-JUL-11-1145.

CONTACT:
PHONE:
EMAIL:
Lot No. 11060

| | |
|---|---|
| NonTaxable Subtotal | 52840.00 |
| Taxable Subtotal | 0.00 |
| Tax (9.750%) | 0.00 |
| Total Invoice in USD | 52840.00 |

Customer Original (Reprinted)

**Printed in the USA**

Page 2

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910662**

Invoice Date 07/31/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | | |
|---|---|---|---|---|---|---|
| 07/31/11 | PP/SEC | DDP CUSTOMER | Net 30 Days | | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 138487 | 08/04/11 | DH | 75849 | DDP | SEC | SEM | SEM |

| Quantity | | | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| 14.000 | 14.000 | 0.000 | PBN-0020-30844 | PBN Metal Source R002 Heater 375 Port Universal | N | 510.000 | EA | 7140.00 |
| | | | | Lot No. 11040 | | | | |
| 3.000 | 3.000 | 0.000 | PBN-0020-30411 | PBN TOP LIP HEATER .375 PORT PBN IN-GA | N | 510.000 | EA | 1530.00 |
| | | | | Lot No. 11060 | | | | |
| 6.000 | 6.000 | 0.000 | PBN-0020-31439 | METAL SOURCE PBN HEATER .375PORT AC-110 CIGS | N | 660.000 | EA | 3960.00 |

By: LIND Date: 08/04/11 : CONSIGNMENT RELEASE UNDER BLANKET PO#138487.
FOR INVOICING PURPOSES, REFERENCE INVOICE#:
USE-23-JUL-11-1205.

CONTACT:
PHONE:
EMAIL:
Lot No. 11060

| | |
|---|---|
| NonTaxable Subtotal | 12630.00 |
| Taxable Subtotal | 0.00 |
| Tax (8.750%) | 0.00 |
| Total Invoice in USD | 12630.00 |

Customer Original (Reprinted)
**Printed in the USA**

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910663**

Invoice Date 08/22/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**
SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**
SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms |||
|---|---|---|---|---|---|
| 08/22/11 | PP/SEC | DDP CUSTOMER | Net 30 Days |||
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 138487 | 08/22/11 | | 76227 | DDP | SEC | SEM | SEM |

| Quantity ||| Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| 12.000 | 12.000 | 0.000 | PBN-0020-30844 Lot No. 11060 | PBN Metal Source R002 Heater 375 Port Universal | N | 510.000 | EA | 6120.00 |
| 6.000 | 6.000 | 0.000 | PBN-0020-31214 Lot No. 11070 | PBN METAL SOURCE PBN HEATER .375 PORT | N | 510.000 | EA | 3060.00 |
| 4.000 | 4.000 | 0.000 | PBN-0020-30411 | PBN TOP LIP HEATER .375 PORT PBN IN-GA | N | 510.000 | EA | 2040.00 |

By: LIND Date: 08/22/11 : CONSIGNMENT RELEASE UNDER BLANKET PO#138487.
FOR INVOICING PURPOSES, REFERENCE INVOICE#:
USE-30-JUL-11-1245
ORDER NO. 138476

CONTACT:
PHONE:
EMAIL:
Lot No. 11060

| | |
|---|---|
| NonTaxable Subtotal | 11220.00 |
| Taxable Subtotal | 0.00 |
| Tax (8.750%) | 0.00 |
| Total Invoice in USD | 11220.00 |

Customer Original (Reprinted)
Printed in the USA

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910664**

Invoice Date 08/22/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**
SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**
SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | |
|---|---|---|---|---|
| 08/22/11 | SEC | CUSTOMER | Net 30 Days | |

| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
|---|---|---|---|---|---|---|---|
| 141112 | 08/22/11 | DH | 76228 | DDP | SEC | SEM | SEM |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| 2.000 | 2.000 | 0.000 | PBN-0020-31439 | METAL SOURCE PBN HEATER .375PORT AC-110 CIGS | N | 660.000 | EA | 1320.00 |

By: LIND Date: 08/22/11 : CONSIGNMENT RELEASE UNDER BLANKET
PO#141112
FOR INVOICING PURPOSES, REFERENCE INVOICE#:
USE-30-JUL-11-1245
ORDER NO. 138476

CONTACT:
PHONE:
EMAIL:
Lot No. 11060

| | |
|---|---|
| NonTaxable Subtotal | 1320.00 |
| Taxable Subtotal | 0.00 |
| Tax (8.750%) | 0.00 |
| Total Invoice in USD | 1320.00 |

Customer Original (Reprinted)
**Printed in the USA**

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910665**

Invoice Date 08/22/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**
SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**
SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | | | |
|---|---|---|---|---|---|---|---|
| 08/22/11 | PP/SEC | DDP CUSTOMER | Net 30 Days | | | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 138487 | 08/22/11 | | 76230 | DDP | SEC | SEM | SEM |

| Quantity | | | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| 28.000 | 28.000 | 0.000 | PBN-0020-30844 | PBN Metal Source R002 Heater 375 Port Universal | N | 510.000 | EA | 14280.00 |
| | | | Lot No. 11060 | | | | | |
| | | | Lot No. 11070 | | | | | |
| 18.000 | 18.000 | 0.000 | PBN-0020-31214 | PBN METAL SOURCE PBN HEATER .375 PORT | N | 510.000 | EA | 9180.00 |
| | | | Lot No. 11070 | | | | | |
| 3.000 | 3.000 | 0.000 | PBN-0020-30411 | PBN TOP LIP HEATER .375 PORT PBN IN-GA | N | 510.000 | EA | 1530.00 |
| | | | Lot No. 11070 | | | | | |
| 1.000 | 1.000 | 0.000 | PBN-0020-31248 | METAL SOURCE TALL CRUCIBLE PBN XL-LINER | N | 5000.000 | EA | 5000.00 |
| | | | Lot No. 11060 | | | | | |
| 2.000 | 2.000 | 0.000 | PBN-0020-31249 | METAL SOURCE CRUCIBLE XL GRAPHITE PBN | N | 3100.000 | EA | 6200.00 |

By: LIND Date: 08/22/11: CONSIGNMENT RELEASE UNDER BLANKET PO#138487.
FOR INVOICING PURPOSES, REFERENCE INVOICE#:
USE-13-AUG-11-1305.
ORDER NO. 138476

| | |
|---|---:|
| NonTaxable Subtotal | 36190.00 |
| Taxable Subtotal | 0.00 |
| Tax (8.750%) | 0.00 |
| Total Invoice in USD | 36190.00 |

Customer Original (Reprinted)
**Printed in the USA**

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910665**

Invoice Date 08/22/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**
SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**
SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | | | |
|---|---|---|---|---|---|---|---|
| 08/22/11 | PP/SEC | DDP CUSTOMER | Net 30 Days | | | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 138487 | 08/22/11 | | 76230 | DDP | SEC | SEM | SEM |

| Quantity | | | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | | |
| | | | CONTACT: | | | | | |
| | | | PHONE: | | | | | |
| | | | EMAIL: | | | | | |
| | | | Lot No. 11060 | | | | | |

NonTaxable Subtotal  36190.00
Taxable Subtotal  0.00
Tax (8.750%)  0.00
Total Invoice in USD  36190.00

Customer Original (Reprinted)

Printed in the USA

Page 2

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910666**

Invoice Date 08/22/11

Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | | |
|---|---|---|---|---|---|---|
| 08/22/11 | SEC | CUSTOMER | Net 30 Days | | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 141112 | 08/22/11 | DH | 76231 | DDP | SEC | SEM | SEM |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| 5.000 | 5.000 | 0.000 | PBN-0020-31439 | METAL SOURCE PBN HEATER .375PORT AC-110 CIGS | N | 660.000 | EA | 3300.00 |

By: LIND Date: 08/22/11 : CONSIGNMENT RELEASE UNDER BLANKET PO#141112.
FOR INVOICING PURPOSES, REFERENCE INVOICE#:
USE-13-AUG-11-1305.
ORDER NO. 138476

CONTACT:
PHONE:
EMAIL:
Lot No. 11060

| | |
|---|---|
| NonTaxable Subtotal | 3300.00 |
| Taxable Subtotal | 0.00 |
| Tax (8.750%) | 0.00 |
| Total Invoice in USD | 3300.00 |

Customer Original (Reprinted)

**Printed in the USA**

Page 1

# Shin-Etsu Microsi, Inc.
*Building Customer Satisfaction Every Day*

**Invoice 910667**
Invoice Date 08/31/11
Customer SOL914

**Remit to:**
Shin-Etsu MicroSi, Inc.
10028 South 51st Street
Phoenix, AZ 85044 USA

Phone:

**Bill To:**

SOLYNDRA, INC.
P.O BOX 61239
SUNNYVALE, CA 94088
USA

**Ship To:**

SOLYNDRA
41652 BOSCELL ROAD
CONTACT: RECEIVING
FREMONT, CA 94538
USA

| Ship Date | Ship Via | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 08/31/11 | PP/SEC | CUSTOMER | Net 30 Days | | |
| Purchase Order Number | Order Date | Salesperson | Sales Order/Packing Slip Number | Incoterm 2000 | Freight | Duties | Importer |
| 138487 | 09/06/11 | | 76546 | DDP | SEC | SEM | SEM |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | U/M | Amount US Dollars |
|---|---|---|---|---|---|---|---|---|
| 6.000 | 6.000 | 0.000 | PBN-0020-30844 | PBN Metal Source R002 Heater 375 Port Universal | N | 510.000 | EA | 3060.00 |
| | | | Lot No. 11070 | | | | | |
| 3.000 | 3.000 | 0.000 | PBN-0020-30411 | PBN TOP LIP HEATER .375 PORT PBN IN-GA | N | 510.000 | EA | 1530.00 |

By: LIND Date: 09/06/11 : CONSIGNMENT RELEASE UNDER BLANKET
PO#138487.
FOR INVOICING PURPOSES, REFERENCE INVOICE#:
USE-20-AUG-11-1325
ORDER NO. 138476

CONTACT:
PHONE:
EMAIL:
Lot No. 11070

| | |
|---|---|
| NonTaxable Subtotal | 4590.00 |
| Taxable Subtotal | 0.00 |
| Tax (8.750%) | 0.00 |
| Total Invoice in USD | 4590.00 |

Customer Original (Reprinted)
**Printed in the USA**

Page 1