# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | (Jointly Administered) |
| | ) | **Related Docket No. 271** |
| Debtors. | ) | **Objection Deadline: November 17, 2011** |

## CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING MONTHLY FEE APPLICATION OF IMPERIAL CAPITAL, LLC FOR THE PERIOD SEPTEMBER 10, 2011 THROUGH OCTOBER 9, 2011

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Monthly Interim Application of Imperial Capital, LLC ("Imperial") as Financial Advisor and Investment Banker to Debtors and Debtors in Possession for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period September 10, 2011 through October 9, 2011 (Docket No. 271) (the "Application") filed on October 28, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 17, 2011.

Pursuant to the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Professionals, dated September 23, 2011 (the "Order") [Docket No. 129), the Debtors are authorized to pay

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

Imperial $120,000.00 which represents 80% of the fees ($150,000.00) and $8,996.91 which represents 100% of the expenses requested in the Application for the period September 10, 2011 through October 9, 2011, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: November 21, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
Curtis A. Hehn (DE Bar No. 6461)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:      rpachulski@pszjlaw.com
             dgrassgreen@pszjlaw.com
             bgrohsgal@pszjlaw.com
             jfried@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:174684.1 80368-002

2