# AMENDED EXHIBIT B

Amends Exhibit B to Cure

Objection of Sapphire Automation, Inc. to Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned [D.I. 354]

Software Licensing

Agreement

For SA Framework

July 7, 2011

SOFTWARE LICENSE AGREEMENT
This software license Agreement ("Agreement") is made effective as of this __7th__ of
__July__, 2011 ("Effective Date"), by and between Solyndra and Sapphire.

Solyndra and Sapphire are also referred to individually as, a "Party" and together as, the "Parties". Capitalized terms used herein have the meanings set forth in Section 1.

**Recitals**

Whereas Sapphire makes and licenses certain computer software for use in semiconductor processing applications;

Whereas Solyndra and Sapphire have previously executed an earlier Software License to use the Sapphire Software;

Whereas Solyndra wishes to expand the scope of the Software License;

NOW, THEREFORE, in consideration of the mutual covenants herein contained and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto, intending to be legally bound hereby, agree as follows

1. Definitions

1.1 "Solyndra Inc" shall mean Solyndra, Inc., a Delaware Corporation with a principal place of business at 47700 Kato Road, Fremont, CA 94538.
1.2 "Fab 2" shall mean Solyndra LLC, a Delaware limited liability company having its principal place of business at 47488 Kato Road, Fremont, California 94538, a wholly-owned subsidiary of Solyndra Inc.
1.3 "Solyndra Entity" shall mean any single legal entity described as Solyndra under Section 1.4.
1.4 "Solyndra" shall mean Solyndra Inc, Fab 2, and any other subsidiary owned or controlled by either Solyndra Inc or Fab 2, and as named by Solyndra Inc or Fab 2 with notice to Sapphire.
1.5 "Sapphire" shall mean Sapphire Automation, Inc, a California Corporation with a principal place of business at 200 Brown Road, Suite 200, Fremont, CA 94539.
1.6 "Previous Software License" shall mean the Software Licensing agreement between the Parties dated April 4th 2006 and the Software Licensing Agreement dated December 21, 2009.
1.7 "Sapphire Software" shall mean the Sapphire Framework Software delivered to Solyndra under the Previous Software License.
1.8 "Software" shall mean the same as Software as defined in the Previous Software License. Per the Software Licensing Agreement dated December 21, 2009, section 1.19 and 2.7
1.9 "Sapphire Middleware" shall mean an executable program that interacts with the Sapphire Software.

1.10 "Solyndra Site 1" shall mean 47700 Kato Road, Fremont, CA 94538.
1.11 "Solyndra Site 2" shall mean 47488 Kato Road, Fremont, CA 94538.

2. License

2.1 Software License.

    a. Sapphire hereby grants to Solyndra a License to use the Sapphire Software (including but not limited to any Sapphire Middleware Derivative Work Source Materials owned by Solyndra, executable code, object code, documentation, test protocols, tools and/or libraries) for any and all work done at Solyndra Site 1 during the time frame between December 7, 2010 through March 15, 2011, and ending on March 15, 2011.

    b. Sapphire hereby grants to Solyndra a License to use the Sapphire Software (including but not limited to any Sapphire Middleware Derivative Work Source Materials owned by Solyndra, executable code, object code, documentation, test protocols, tools and/or libraries) for any and all work done at Solyndra Site 2 from June, 2010 through March 15, 2011.

    c. Nothing in the licenses granted in this Section 2.1 shall modify or relate to any dates at which monies are due to Sapphire under the Previous Software License.

    d. The licensing terms for the Development License in the Previous Agreement are amended as follows:

        i. The scope of only one Development License granted under the Previous Agreement is expanded to include any and all development work performed at any Offsite Development Center which is operated by Solyndra.

        ii. The Development License as hereby expanded shall not be used on any machinery operating for production purposes.

        iii. The initial Solyndra Offsite Development Center is 901 Page Rd. Fremont CA.

        iv. The location of Offsite Development Center may be transferred by Solyndra at its own discretion with 30 days notice to Sapphire.

3. Fees

3.1 License Fee.
    a. The license fee for the Licenses granted in Section 2.a shall be the amount of sixty thousand dollars ($60,000.00),

      b. The license fee for the License granted in Section 2.b and for the defintional expansion of the Development Licenses granted shall be $23,000.
      c. The licenses shall be effective as of the time of payment by Solyndra to Sapphire of the amounts in this Section 3.1.

3.2    Solyndra shall continue to pay $23,000 per year for Solyndra Site 2 for the development license beginning in January 2012 under the Licensing Framework Agreement dated 12/21/2009.

3.3    Solyndra shall also continue to pay for the balance remaining on the production license under the schedule of Licensing Framework Agreement dated 12/21/2009, which was granted to Solyndra Site 1, but is transferred to Solyndra Site 2, and under the payment schedule thereto.

3.4    <u>License Guarantee</u>

    a.    Solyndra shall purchase from Sapphire a Site License for its next semiconductor fabrication facility in the United States. This license will be purchased according to and under the terms of the then current Licensing Agreement between Sapphire and Solyndra.

    b.    Should Solyndra purchase a license from Sapphire for a semiconductor fabrication facility outside the United States, this purchase shall fulfill the requirements of this Section.

3.5    Contract Personnel/Employees

    a. Development Personnel

        i.    For each Contract Personnel position opening in the Development department headed by David Ullstrom, or his successor, that requires a qualification of programming computers, Solyndra shall submit such positions to Sapphire at least ten (10) work days prior to the submission of such job to any other provider or persons, and grant to Sapphire a right of first refusal for such positions.

        ii.    For each employee position opening in the Development department headed by David Ullstrom, or his successor, that requires a qualification of programming computers, Solyndra shall submit such positions to Sapphire at least ten (10) work days prior to the submission of such job to any other provider or persons. The obligation under this Section 3.3 a) shall continue for two years from the execution of this Agreement. The fee paid to Sapphire for placement of such

an employee under this provision shall be 25% of the initial yearly salary of the placed employee.

    iii. The obligation under this Section 3.3 a) shall continue for two years from the execution of this Agreement, or until three persons are supplied by Sapphire under any combination of sections i) and ii) above.

b. For each contract position opening in the generalized field of programming or network support in the information technology department of Solyndra, Solyndra shall submit to Sapphire information on such positions to Sapphire at least ten (10) work days prior to the submission of such job to any other provider or persons. The obligation under this Section 3.3 b) shall continue for two years from the execution of this Agreement, or until three personnel have been placed within the information technologies department.

c. Operations

    i. For each contract position opening in the operations area of Solyndra requiring support for operations, software, hardware, programming and network support related to the production operations, Solyndra shall submit to Sapphire information on such positions to Sapphire at least ten (10) work days prior to the submission of such job to any other provider or persons and grant to Sapphire a right of first refusal for such positions prior to submission to any other contract services provider or persons.

    ii. For each employee position opening in the operations area of Solyndra requiring support for operations, software, hardware, programming and network support related to the production operations, Solyndra shall submit to Sapphire information on such positions to Sapphire at least ten (10) work days prior to submission to any other contract services provider or persons.

    iii. The obligation under this Section 3.3 c) shall continue for the earlier of: (a) two years from the execution of this Agreement, or (b) until two personnel have been placed within the operations section of Solyndra.

    iv. The fee payed to Sapphire for placement of such an employee under this provision shall be 25% of the initial yearly salary of the placed employee.

d. The obligations of Solyndra under Sections 3.3 a), 3.3 b), and 3.3 c) shall be considered fulfilled when the requirements of any of the Sections 3.3 a), 3.3 b), or 3.3 c) is fulfilled.

e. Any personnel hired under or contracted for under this Section 3.3. are subject to the full discretion of Solyndra on the qualifications of the personnel and a right to terminate. Further, the positions will be subject to commercially reasonable rates. Solyndra agrees that any personnel supplied to Solyndra by Sapphire on a contract basis to Solyndra shall be under any then existing consulting agreement between Sapphire and Solyndra.

f. Should Solyndra be merged into another company, then the provisions of this Agreement shall transfer to the new company, but only as to the operations of Solyndra.

4. Press Release Solyndra agrees that it will allow Sapphire to publish a Press Release for the general public and Sapphire's potential customers regarding Sapphire's assistance to Solyndra. Sapphire understands that the Press Release shall not contain confidential, trade secret, or proprietary information of Solyndra. Solyndra will reasonably approve a Press Release that Sapphire will author, and that Solyndra shall edit. An outline, or the text of that Press Release is attached as Exhibit C.

5. This Agreement shall supplement, not replace, the Licensing Framework Agreement dated 12/21/2009.

Signatures

IN WITNESS WHEREOF, the duly authorized representative of each party has executed this agreement and shall be effective on the date and year affixed hereto by the party last signing this agreement.

| Solyndra, Inc | Sapphire Automation, Inc |
|---|---|
| Name: W. G. STOVER, JR. | Name: NITIN PAREKH |
| Title: CFO | Title: PRESIDENT |
| Signature: *[signed]* | Signature: *[signed]* |
| Date: 7 July '11 | Date: 7\|7\|11 |