IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                           :

In re:                                      :         Chapter 11

SOLYNDRA LLC, L.P., *et al.*[1],        :         Case No. 11-12799 (MFW)

                  Debtors.        :         Jointly Administered

                                                          :         Objection Deadline: December 12, 2011 @ 4 p.m.
---------------------------------------------------------x    Hearing Date: Only in the Event of an Objection

**FIRST MONTHLY FEE APPLICATION OF BLANK ROME LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SOLYNDRA LLC,
ET AL., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OF SEPTEMBER 15, 2011 THROUGH SEPTEMBER 30, 2011**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of Solyndra LLC, et al. |
| *Date of Retention*: | November 1, 2011, *nunc pro tunc* to September 15, 2011 |
| *Period for which Compensation and Reimbursement is Sought*: | September 15, 2011 through September 30, 2011 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $103,633.20 (80% of $129,541.50[2]) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $7,873.53 |

This is a:      ✓ Monthly      _____ Quarterly      _____ Final Application

No prior applications have been filed.

---

[1] The Debtors in these cases and the last four digits of each Debtors' federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Total fees sought by Blank Rome's First Monthly Fee Application reflects a voluntary reduction of fees in the amount of $9,140.50.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
:
In re: : Chapter 11
:
SOLYNDRA LLC, L.P., *et al.*[1], : Case No. 11-12799 (MFW)
:
Debtors. : Jointly Administered
:
: Objection Deadline: December 12, 2011 @ 4 p.m.
---------------------------------------------------------x Hearing Date: Only in the Event of an Objection

**FIRST MONTHLY FEE APPLICATION OF BLANK ROME LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SOLYNDRA LLC, ET AL., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 15, 2011 THROUGH SEPTEMBER 30, 2011**

This first monthly fee application for compensation and reimbursement of expenses (the "Application") is filed by Blank Rome LLP ("Blank Rome") requesting payment for services rendered and reimbursement of costs expended as counsel for the Official Committee of Unsecured Creditors (the "Committee") of Solyndra LLC, et al. (the "Debtor"), for the period of September 15, 2011 through September 30, 2011 (the "Application Period"). In support of this Application, Blank Rome respectfully states as follows:

**Jurisdiction**

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On September 6, 2011 (the "Petition Date"), the Debtors each commenced

---

[1] The Debtors in these cases and the last four digits of each Debtors' federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

chapter 11 cases in this Court by filing voluntary petitions for relief under chapter 11 of the United States Code, 11 U.S.C. *§§* 101, *et seq*. (the "Bankruptcy Code"). This Court granted joint administration of the Debtors' chapter 11 cases by an order dated September 7, 2011 [Docket No. 38].

3. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

4. On September 15, 2011, the United States Trustee for the District of Delaware appointed the Committee, pursuant to section 1102(a)(1) of the Bankruptcy Code, consisting of the following members: (i) Schott North America, Inc.; (ii) MGS Manufacturing Group, Inc.; (iii) Certified Thermoplastics Co. Inc.; (iv) West Valley Staffing Group; (v) Plastikon Industries Inc.; (vi) VDL Enabling Technologies Group; and (vii) Peter M. Kohlstadt [Docket No. 86].

5. Subsequent to the formation, the Committee selected Blank Rome as its counsel.

6. On September 23, 2011, the Court entered the Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code (the "Administrative Order") [Docket No. 284].

7. On October 7, 2011, the Committee filed the Application of the Official Committee of Unsecured Creditors of Solyndra LLC, et al., for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Counsel Pursuant 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of September 15, 2011 (the "Blank Rome Retention Application") [Docket No. 191] with the Court. On November 1, 2011, the Court entered an order approving the Blank Rome Retention Application [Docket No. 284].

8. The Blank Rome Retention Application further sought authorization for Blank Rome to engage Blank Rome Government Relations LLC ("BRGR") on behalf of the Committee to assist the Committee in respect of the various government investigations of the Debtors. The services BRGR will provide are non-legal in nature and are distinct from the services that Blank Rome will provide to the Committee. The Order approving Blank Rome's retention authorizes Blank Rome to engage BRGR and seek an expense reimbursement for any fees and expenses paid to BRGR.

9. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

10. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in this chapter 11 case are Bonnie Glantz Fatell and David Carickhoff. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

**Relief Requested**

11. Blank Rome submits this Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Administrative Order, and Del. Bankr. LR 2016-2. By this Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $129,541.50 for the Application Period, and seeks payment of 80% of this amount, $103,633.20, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $7,873.53, in accordance with the terms of the Administrative Order.

**Summary of Fees**

12. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 248.3 hours at a blended billing rate of $521.71 per hour. The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

13. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

14. Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1) <u>Blank Rome Fee/Employment Applications</u>:

Blank Rome prepared its retention application and a related disclosure affidavit, and entered its appearance on behalf of the Committee. Preparation of the retention application and affidavit involved reviewing extensive information with respect to disclosure issues, discussions with the Office of the United States Trustee ("OUST") and clarification of the proposed retention order to address questions raised by the OUST.

**Total Hours: 12.9      Total Fees: $4,427.50**

(Project Code 2)   Other Professionals' Fee/Employment Issues:

Blank Rome prepared a retention application and drafted the respective notice of and certificate of service with respect to same on behalf of BDO Consulting, a Division of BDO USA, LLP ("BDO"), as the Committee's proposed financial advisor, and BDO Capital Advisors, LLC, the Committee's proposed investment banker.  In addition, Blank Rome reviewed the retention application of Imperial Capital LLC ("Imperial Capital"), the proposed financial advisor and investment bank for the Debtors, communicated with Debtors' counsel regarding Committee concerns regarding the fee structure presented by Imperial Capital and subsequently negotiated a revised proposed order approving Imperial's retention application.

**Total Hours: 8.0        Total Fees: $3,169.00**

(Project Code 4)   Claims Analysis and Objections:

Blank Rome reviewed Connor Manufacturing's reclamation demand and discussed same with the creditor.  Blank Rome also reviewed Debtors' motion to establish procedures to deal with reclamation claims.

**Total Hours: 1.4        Total Fees: $782.00**

(Project Code 5)   Committee Business and Meetings:

As counsel to the Committee, Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, an initial meeting with Committee members on September 15, 2011, and drafted the Committee bylaws.  Blank Rome reviewed all case pleadings filed to date and conducted the necessary due diligence to ascertain the status of the case, Debtors' history and company background.  Blank Rome participated in the interviews and ultimate selection of financial advisors for the Committee (September 16, 2011) and attended and participated in various Committee meetings (September 16, 2011, September 21, 2011 and

September 28, 2011) via teleconference (plus several conference calls with individual committee members) regarding matters of import to the case and, in the general provision of information regarding case status. In preparation for such meetings, Blank Rome reviewed meeting agendas, reports prepared by BDO and pertinent pleadings.

**Total Hours: 56.5   Total Fees: $30,240.50**

(Project Code 6)   Case Administration:

Specific to this monthly period, Blank Rome reviewed and negotiated provisions of Debtors' proposed confidentiality agreement regarding Committee information sharing protocol.

The time billed to this category also includes services related to general administrative and case management matters, including, but not limited to, reviewing and filing pleadings, monitoring the docket, and reviewing pertinent pleadings and transcripts of court hearings, and reviewing motions, objections, responses and orders. This category also includes time that otherwise would not comport with an identified project code. Blank Rome also maintained and updated a case calendar of critical events which highlighted the deadlines and hearing dates of pertinent matters for all Committee professionals. Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and reviewing and e-filing pleadings on behalf of the Committee and its professionals.

**Total Hours: 13.4   Total Fees: $5,941.00**

(Project Code 7)   Debtors' Business Operations:

Blank Rome participated in a meeting and teleconferences with the Debtor's counsel and Imperial Capital regarding the Debtors' operations and related issues. Blank Rome also discussed internally the prospect of Debtors retaining a chief restructuring officer and the

necessary qualifications for same. Blank Rome worked closely with the Committee's financial advisors to identify issues and documents that should be reviewed and analyzed by BDO.

**Total Hours: 13.5      Total Fees: $7,071.00**

(Project Code 8)      <u>Labor and Employment Issues</u>:

Blank Rome reviewed Debtors' wage motion, WARN Act claims and objections to financing by WARN Act claimants.

**Total Hours: 1.2      Total Fees: $876.00**

(Project Code 10)      <u>Financing Issues (DIP Financing and Cash Collateral)</u>:

Blank Rome reviewed the Debtors' motion for use of cash collateral and approval of DIP financing, discussed with the Debtors, the lenders and the Committee financial advisors, and Committee members; analyzed the provision of the DIP loan documents and the impact on the estate and recoveries to creditors; and prepared a detailed objection to the DIP Financing motion, including research into relevant legal precedent. Blank Rome reviewed other objections to the financing, analyzed the budget and participated in negotiations with the DIP lenders and the debtors, prepared a modified objection and participated in numerous telephone calls and email conversations with respect to the financing.

**Total Hours: 72.4      Total Fees: $38,892.50**

(Project Code 12)      <u>Sale of Assets</u>:

Time billed to this matter relates to the sale of the Debtor's assets. Blank Rome reviewed Debtors' bid procedures and sale motion, including issues relating to same in relation to plan structures. Blank Rome consulted BDO in connection with same and contacted potential purchasers. Blank Rome monitored and studied objections filed in response to the bid procedures and sale motion and drafted an objection to same to be filed on behalf of the

Committee. Blank Rome also reviewed Debtors' motion to auction and sell non-core assets and motion to approve procedures for the sale and/or abandonment of de minimis assets and for sale of inventory and raw materials. Blank Rome discussed all of the foregoing with Committee members and participated in email and telephonic communication with the Committee financial advisors and the Debtors' professionals.

**Total Hours: 16.5  Total Fees: $8,965.00**

(Project Code 14)   Secured Creditors / Equipment Lessor Issues:

In connection with its responsibility to investigate transactions with the secured lenders prior to the Petition Date, Blank Rome researched and analyzed lien search results and began review of voluminous complex pre petition finance transaction documents.

**Total Hours: 15.0  Total Fees: $5,229.00**

(Project Code 17)   Hearings – Attendance / Preparation:

The time billed to this matter relates to the attendance at hearings and related proceedings and includes time spent in preparation for the same. Specifically, Blank Rome prepared for and attended the hearing that took place on September 27, 2011 (on DIP financing, sale of Debtors' assets, utilities motion and related issues, and the retention of Blank Rome and BDO).

**Total Hours: 13.5  Total Fees: $8,369.00**

(Project Code 20)   Congressional Issues:

During this Application Period, there were numerous reports and material produced in connection with the Congressional investigation of Solyndra and the loans from the Department of Energy ("DOE"). Attorneys from Blank Rome and professionals from Blank Rome Government Relations ("BRGR") worked together to monitor the hearings, review the materials, and meet with staffers and others with respect to the impact of the investigations on the

reorganization proceedings and likely recoveries to creditors. As stated previously, in accordance with the Retention Order, the fees for the BRGR professionals are invoiced to Blank Rome and appear as an expense to this Application.

**Total Hours: 14.7     Total Fees: $10,709.00**

(Code 21)     <u>Non-Working Travel Time</u>:

Time billed to this matter relates to non-working travel time. In accordance with Del. Bankr. L.R. 2016-2(d)(viii), any time in this category is either billed at 50% of the regular hourly rate or reduced to 50% of the amount of time actually expended. Each of the time entries reflect the reduction. During this Application period an attorney from Blank Rome travelled to San Francisco to meet with the Debtors and their professionals.

**Total Hours: 6.5     Total Fees: $3,185.00**

(Project Code 22)     <u>Chapter 11 Trustee</u>:

Blank Rome reviewed the United States Trustee's motion to appoint a Chapter 11 Trustee, or in the alternative, to convert the case and all related exhibit documentation, discussed same with Debtors' counsel and committee members.

**Total Hours: 2.8     Total Fees: $1,684.00**

**Actual and Necessary Costs and Expenses Incurred**

15. Reimbursement of expenses in the amount of $7,873.53 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

16. In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Application complies with Del. Bankr. LR 2016-2.

17. Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

18. No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with this case; except to the extent BRGR invoices Blank Rome for government relations services and costs consistent with the Blank Rome Retention Application and subsequent Order approving same.

**Notice**

19. As required by the Administrative Order, a copy of this Application has been served upon: (a) Debtors' counsel; (b) the Office of the United States Trustee; (c) counsel for Tranche B/D Agent (Dept of Energy); (d) counsel for U.S. Bank, Master Collateral Agent; (e) U.S. Bank National Association, as Collateral Agent; and (f) counsel for Argonaut, Tranche A and E Agent (collectively, the "Notice Parties"). Notice of this Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as counsel to the Committee during the Application Period in the sum of $103,633.20 (80% of $129,541.50), together with the reimbursement of disbursements in the amount of $7,873.53; and such other and further relief that the Court deems just and proper.

Dated: November 22, 2011      BLANK ROME LLP

By: */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

*Counsel for the Official Committee of Unsecured Creditors*