# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| SOLYNDRA LLC, *et al.*,[1] ) | |
| ) | Case No. 11-12799 (MFW) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| ) | Ref. Docket No. 353 |

## ORDER APPROVING THE STIPULATION GOVERNING PRODUCTION AND USE OF CONFIDENTIAL INFORMATION

Upon consideration of the Stipulation Governing Production and Use of Confidential Information (the "Stipulation"), a copy of which is attached hereto as Exhibit 1; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Stipulation is approved and the terms, conditions and provisions of the Stipulation are incorporated in this Order by reference as if fully set forth herein;

ORDERED that any future signatories to the Stipulation, as provided for in Paragraph 19 of the Stipulation, shall be subject to and governed by the terms of this Order; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to enforce, modify, or vacate all or any portion of the Stipulation and this Order upon appropriate motion by a party in interest.

Date: November 22, 2011

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in the above captioned Chapter 11 proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.