IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Related Docket No. 351 |

## AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON NOVEMBER 22, 2011 AT 4:00 P.M.

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## CONTINUED MATTERS:

1. Motion of Canton Chem Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C Section 503(b)(9) (Filed September 27, 2011; Docket No. 166)

   **Objection Deadline:** October 10, 2011 at 4:00 p.m.

   **Objections/Responses:**

   (a) Objection of Solyndra LLC to Canton Chem Inc.'s Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C Section 503(b)(9) (Filed October 10, 2011; Docket No. 202)

   **Status:** This matter is continued to December 8, 2011 at 9:30 a.m.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

2.  Motion of Solyndra LLC for an Order (I) Approving Sale of Business Assets on Turnkey Basis Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed November 1, 2011; Docket No. 289)

    **Objection Deadline:** January 20, 2012 at 12:00 Noon

    **Objections/Responses:**

    (a) VDL Enabling Technologies Group Eindhoven BV's Renewed Omnibus Objection to Debtors' Sale and Auction Motions and Cure Notice (Filed November 15, 2011; Docket No. 340)

    **Related Documents:**

    (a) [signed] Bid Procedures Order (Entered September 28, 2011; Docket No. 167)

    (b) Notice of Continued Bid Deadline, Auction and Sale Hearing for Sale of Solyndra LLC's Business Assets on Turnkey Basis and Assumption and Assignment of Related Contracts and Leases (Filed October 18, 2011; Docket No. 257)

    (c) Notice of Auction and Sale Hearing (Filed November 1, 2011; Docket No. 287)

    (d) Notice of Bid Procedures, Auction Date and Sale Hearing (Filed November 1, 2011; Docket No. 288)

    (e) Auction Results and Auction Report (Filed November 4, 2011; Docket No. 310)

    (f) Notice of Continued Bid Deadline, Auction and Sale Hearing for Sale of Solyndra LLC's Business Assets on Turnkey Basis and Assumption and Assignment of Related Contracts and Leases (Filed November 16, 2011; Docket No. 344)

    **Status:** Pursuant to the Notice of Continued Bid Deadline, Auction and Sale Hearing filed at Docket No. 344, this matter is continued to January 23, 2012 at 11:30 a.m. The Department of Energy has not consented to the dates proposed.

3. Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Filed November 1, 2011; Docket No. 290)

   **Objection Deadline:** January 20, 2012 at 4:00 p.m.

   **Objections/Responses:**

   (a) Cure Objection of Air Products and Chemicals, Inc. and Air Products Manufacturing Corporation (Filed November 15, 2011; Docket No. 337)

   (b) VDL Enabling Technologies Group Eindhoven BV's Renewed Omnibus Objection to Debtors' Sale and Auction Motions and Cure Notice (Filed November 15, 2011; Docket No. 340)

   (c) Objection of Pentagon Technologies (Filed November 17, 2011; Docket No. 348)

   (d) **Cure Objection of Sapphire Automation, Inc. (Filed November 18, 2011; Docket No. 354) and Amended Exhibit B (Filed November 21, 2011; Docket No. 357)**

   (e) **Cure Objection of Shin-Etsu Microsi, Inc. (Filed November 21, 2011; Docket No. 355)**

   **Related Documents:**

   (a) Amendment to Notice to Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned (Filed November 4, 2011; Docket No. 307)

   **Status:** This matter is continued to January 23, 2012 at 11:30 a.m.

   ### UNCONTESTED MATTER (CERTIFICATION OF NO OBJECTION FILED):

4. Debtors' First Motion for the Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. Section 365 (Filed October 28, 2011; Docket No. 273)

   **Objection Deadline:** November 11, 2011 at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a) Notice of Filing of Revised Exhibit A to Debtors' First Motion for the Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. Section 365 (Filed November 3, 2011; Docket No. 299)

(b) Notice of Addition to Rejected Contracts List on Exhibit A to Debtors' First Motion for the Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. Section 365 (Filed November 7, 2011; Docket No. 314)

(c) Certification of No Objection (Filed November 17, 2011; Docket No. 349)

**Status:** A certification of no objection has been filed with the Court.

### CONTESTED MATTERS:

5. Debtors' Motion for an Order (I) Fixing Bar Date for the Filing of Proofs of Claim, (2) Fixing Bar Date for the Filing of Proofs of Claim by Governmental Units, (3) Fixing Bar Date for the Filing of Requests for Allowance of Bankruptcy Code Section 503(b)(9) Administrative Expense Claims, (4) Fixing Bar Date for the Filing of Requests for Allowance of WARN Act Claims, (5) Designating Form and Manner of Notice Thereof, and (6) Granting Related Relief (Filed November 4, 2011; Docket No. 306)

    **Objection Deadline:** November 15, 2011 at 4:00 p.m. [Extended for U.S. Trustee to November 17, 2011 at 4:00 p.m.]

    **Related Documents:**

    (a) Notice of Filing of Proofs of Claim Forms (Filed November 17, 2011; Docket No. 345)

    **Objections/Responses:** None to date.

    **Status:** This matter is going forward. The Debtors will submit a revised order to address the concerns of the U.S. Trustee

6. Debtors' Second Motion for Order under Section 365(a) of the Bankruptcy Code Authorizing the Debtors (A) to Reject Unexpired Lease and (B) Abandon Any Personal Property Located at Such Premises and Fixing a Bar Date for Claims of Counterparty (Filed November 4, 2011; Docket No. 305)

    **Objection Deadline:** November 15, 2011 at 4:00 p.m.

**Objections/Responses:**

(a) Limited Objection of Seagate Technology (US) Holdings, Inc. to Debtors' Second Motion for Order under Section 365(a) of the Bankruptcy Code Authorizing the Debtors (A) to Reject Unexpired Lease and (B) Abandon Any Personal Property Located at Such Premises and Fixing a Bar Date for Claims of Counterparty (Filed November 15, 2011; Docket No. 336)

(b) Global Kato HG, LLC's Objection to Debtors' Second Motion for Order under Section 365(a) of the Bankruptcy Code Authorizing the Debtors (A) to Reject Unexpired Lease and (B) Abandon Any Personal Property Located at Such Premises and Fixing a Bar Date for Claims of Counterparty (Filed November 15, 2011; Docket No. 338)

**Related Documents:**

(a) Notice of Revision to Debtors' Second Motion for Order under Section 365(a) of the Bankruptcy Code Authorizing the Debtors (A) to Reject Unexpired Lease and (B) Abandon Any Personal Property Located at Such Premises and Fixing a Bar Date for Claims of Counterparty (Filed November 17, 2011; Docket No. 347)

**Status: This matter is continued to December 8, 2011 at 9:30 a.m. The parties are discussing the framework of a settlement of this matter and other related disputes between the parties. The parties reserve their respective rights regarding the rejection effective date and the continuance of the hearing will not result in a waiver of any arguments regarding such effective date that would have been available had the hearing not been continued.**

7. Motion of Solyndra LLC Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, for Authority to (A) Conduct a Supplemental Auction for Additional Non-Core Assets, (B) Sell Assets to the Successful Bidders at an Auction Free and Clear of All Encumbrances, and (C) Expand Retention of Heritage Global Partners as Auctioneer and Sales Agent (Filed November 7, 2011; Docket No. 315)

   **Objection Deadline:** November 18, 2011 at 4:00 p.m.

   **Related Documents:**

   (a) [signed] Order Shortening Notice (Entered November 8, 2011; Docket No. 320)

   (b) Notice of Hearing (Filed November 9, 2011; Docket No. 321)

   **Objections/Responses:**

   (a) VDL Enabling Technologies Group Eindhoven BV's Renewed Omnibus Objection to Debtors' Sale and Auction Motions and Cure Notice (Filed November 15, 2011; Docket No. 340)

(b) Global Kato HG, LLC's Limited Opposition to Motion of Solyndra LLC Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, for Authority to (A) Conduct a Supplemental Auction for Additional Non-Core Assets, (B) Sell Assets to the Successful Bidders at an Auction Free and Clear of All Encumbrances, and (C) Expand Retention of Heritage Global Partners as Auctioneer and Sales Agent (Filed November 18, 2011; Docket No. 352)

**Status: The parties have resolved this matter and the Debtors intend to submit a revised proposed order.** This matter is going forward.

Dated: November 22, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Illegible

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
Curtis A. Hehn (DE Bar No. 6461)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
bgrohsgal@pszjlaw.com
jfried@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:174942.1 80368-002