U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware 19801
Tel. (302) 573-6491    Fax (302) 573-6497

<u>CHAPTER 11 - 341 (a) MINUTE SHEET</u>

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTOR: Solyndra, LLC, et al.

CASE NUMBER: 11-12799 (MFW)

DATE PETITION FILED: September 6, 2011

TIME OF MEETING: 9:30 a.m.

PLACE OF MEETING: J. Caleb Boggs Federal Building, Room 2112, 844 King St., Wilmington, Delaware

ORIGINAL 341 (a) DATE: October 18, 2011

ADJOURNED 341 (a) DATE: November 22, 2011

DEBTORS ATTORNEY (APPEARING): Debra Grassgreen
FIRM NAME: Pachulski Stang Ziehl & Jones

COUNSEL/CRED/COMM. (APPEARING): Bonnie Glantz Fatell
FIRM NAME: Blank Rome, LLP

WITNESS (NAME & TITLE): Shig Hamamatsu, Vice President of Finance; R. Todd Neilson, CRO

SCHEDULES FILED:   DATE: October 31, 2011

WHY HAVE SCHEDULES NOT BEEN FILED: n/a

WHEN WILL SCHEDULES BE FILED:

HAS DEBTOR FILED INTERIM REPORTS:   YES (✓)        NO ( )

IF NO, WHY NOT:

   /s/ Jane M. Leamy
*Jane M. Leamy*
Trial Attorney

DATED: November 22, 2011                CONCLUDED (✓)     CONTINUED ( )

MEETING CONTINUED TO OPEN DATE ( )
MEETING CONTINUED TO SET DATE: