# **EXHIBIT A**

{BAY:01752961v1}

# CONNOR MANUFACTURING SERVICES (ASIA) PTE LTD

**STATEMENT OF ACCOUNT**
**AS AT SEPTEMBER 2, 2011**
**Customer ID# SO105 - SOLYNDRA INC**

| InvoiceDate | InvoiceNum | Ordering PO# | Billing PO # | PO # SHOWING ON PS | TermsCode | DueDate | Amount (US$) | Notes |
|---|---|---|---|---|---|---|---|---|
| 11/30/2010 | 78262 | | 127883 | | N45 | 1/14/2011 | -399.38 | |
| 5/10/2011 | 79835 | | 135202 | | N45 | 5/10/2011 | -1,917.00 | |
| 6/8/2011 | 80234 | | 135202 | | N45 | 6/8/2011 | -448.15 | |
| 6/29/2011 | 80521 | 138948 | 138948 | | N45 | 8/13/2011 | 1,960.00 | |
| 6/30/2011 | 80524 | 138649 | 135202 | | N15 | 7/15/2011 | 2,130.00 | |
| 7/5/2011 | 80573 | 134347 | 134347 | | N45 | 8/19/2011 | 77,920.00 | |
| 7/5/2011 | 80574 | 134349 | 134349 | | N45 | 8/19/2011 | 77,920.00 | |
| 7/5/2011 | 80595 | 138253 | 135202 | | N15 | 7/20/2011 | 123,374.00 | Invoice total $201,924.00, partial payment $78,550.00 |
| 7/6/2011 | 80599 | 138948 | 138948 | | N45 | 8/20/2011 | 3,920.00 | |
| 7/13/2011 | 80666 | 138948 | 138948 | | N45 | 8/27/2011 | 3,920.00 | |
| 7/19/2011 | 80760 | 138253 | 135202 | 138253 | N15 | 8/3/2011 | 143,775.00 | |
| 7/19/2011 | 80761 | 137557 | 135203 | 137557 | N15 | 8/3/2011 | 76,650.00 | |
| 8/1/2011 | 80898 | 134347 | 134347 | | N45 | 9/15/2011 | 38,960.00 | |
| 8/1/2011 | 80899 | 134349 | 134349 | | N45 | 9/15/2011 | 38,960.00 | |
| 8/2/2011 | 80937 | 138649 | 135202 | 138649 | N15 | 8/17/2011 | 150,165.00 | |
| 8/2/2011 | 80938 | 137557 | 135203 | 137557 | N15 | 8/17/2011 | 89,250.00 | |
| 8/4/2011 | 80981 | 139007 | 135202 | | N15 | 8/19/2011 | 2,130.00 | |
| 8/12/2011 | 81086 | 134347 | 134347 | | N45 | 9/26/2011 | 38,960.00 | |
| 8/12/2011 | 81087 | 134349 | 134349 | | N45 | 9/26/2011 | 38,960.00 | |
| 8/15/2011 | 81124 | 138649 | 135202 | 138649 | N15 | 8/30/2011 | 146,970.00 | |
| 8/15/2011 | 81125 | 137557 | 135203 | 137557 | N15 | 8/30/2011 | 94,050.00 | |
| 8/19/2011 | 81194 | 134347 | 134347 | | N45 | 10/3/2011 | 31,168.00 | |
| 8/19/2011 | 81195 | 134349 | 134349 | | N45 | 10/3/2011 | 31,168.00 | |
| 9/1/2011 | 81319 | 138649 | 135202 | | N15 | 9/16/2011 | 136,107.00 | |
| 9/1/2011 | 81320 | 137557 | 135203 | | N15 | 9/16/2011 | 98,100.00 | |

**TOTAL**     **1,443,752.47**