# EXHIBIT B

{BAY:01752963v1}

**CONNOR MANUFACTURING SERVICES (ASIA) PTE LTD**
**OPEN PO LIABILITIES WITH WALSIN PRECISION TECHNOLOGY SDN BHD**

| Location | Material Part Number | PO Number | PO Quantity (Kg) | PO Delivery date Schedule | Price (USD/Kg) | Total Value (USD) | Total (USD) |
|---|---|---|---|---|---|---|---|
| *Singapore* | SUS4302B063X0870MMS | 53759 | 7,600 | 2,000kgs on 20-Jul-11<br>2,000kgs on 27-Jul-11<br>2,000kgs on 03-Aug-11<br>1,600kgs on 10-Aug-11 | $ 2.5000 | $ 19,000.00 | |
| | | 53759 | 103 | 15-Jul-11 | $ 2.6500 | $ 272.95 | |
| | SUS4302B063X0480MMS | 54055 | 7,205 | 3,505kgs on 05-Sep-11<br>3,700kgs on 12-Sep-11 | $ 2.4950 | $ 17,976.48 | |
| | SUS304QH025X0170MMS | 53689 | 582 | 82kgs on 29-Jul-11<br>500kgs on 12-Aug-11 | $ 5.3000 | $ 3,084.60 | |
| | SUS304QH025X0410MMS | 53689 | 1,000 | 500kgs on 29-Jul-11<br>500kgs on 12-Aug-11 | $ 5.3000 | $ 5,300.00 | $ 45,634.03 |
| *Malaysia* | SUS410AH063XW1 | 20762 | 103,315 | 8,315kgs on 22-Aug-11<br>95,000kgs on 15-Sep-11 | $ 3.2000 | $ 330,608.00 | |
| | SUS410AH063XW1 | 21128 | 116,000 | 10,000kgs on 03-Oct-11<br>15,000kgs on 10-Oct-11<br>15,000kgs on 17-Oct-11<br>15,000kgs on 24-Oct-11<br>15,000kgs on 31-Oct-11<br>15,000kgs on 07-Nov-11<br>15,000kgs on 14-Nov-11<br>16,000kgs on 21-Nov-11 | $ 3.2000 | $ 371,200.00 | |
| | SUS4302B063X0480MMS<br><br>21018 | 21018 | 126,245 | 5,745kgs on 12-Sep-11<br>11,500kgs on 19-Sep-11<br>14,600kgs on 26-Sep-11<br>14,600kgs on 03-Oct-11<br>14,600kgs on 03-Oct-11<br>14,600kgs on 17-Oct-11<br>14,600kgs on 24-Oct-11<br>14,600kgs on 31-Oct-11<br>14,600kgs on 08-Nov-11<br>6,800kgs on 14-Nov-11 | $ 2.4950 | $ 314,981.28 | |
| | SUS304HH030X0580MMS | 20920 | 5,712 | 712kgs on 02-Aug-11<br>5,000kgs on 10-Aug-11 | $ 4.6500 | $ 26,560.80 | $ 1,043,350.08 |
| | | | | | | **Total Value** | **$ 1,088,984.10** |