# **EXHIBIT C**

{BAY:01752964v1}

**SOLYNDRA CLAIM FOR INVENTORY**
Data Date: 09/12/2011
In Quantity

| Part Number | R/M (After conversion of Kgs to Pcs) | | | F/G | | | | | WIP | | | Qty Total | Unit Price | Amount Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | In House (Singapore) | In House (Malaysia) | Sub Total | On Hand (Singapore) | On Hand (Malaysia) | Hub | In-Transit | Sub Total | Singapore | Malaysia | Sub Total | | | |
| EKK-903-005 End Cap | 0 | 3,977,143 | 3,977,143 | 400,814 | 185,134 | 2,206,075 | 960,000 | 3,752,023 | 0 | 214,017 | 214,017 | 7,943,183 | 0.13200 | 1,048,500.16 |
| EKK-903-001 Open End Cap | 0 | 941,560 | 941,560 | 323,800 | 60,001 | 0 | 0 | 383,801 | 0 | 223,961 | 223,961 | 1,549,322 | 0.09740 | 150,903.96 |
| EKK-903-002 Closed End Cap | 870,351 | 220,533 | 1,090,884 | 480,349 | 235,436 | 0 | 0 | 715,785 | 169,000 | 629,517 | 798,517 | 2,605,186 | 0.09740 | 253,745.12 |
| EKK-903-006 Inner Contact | 669,403 | 1,928,532 | 2,597,935 | 1,666,767 | 23,988 | 8,166,000 | 2,520,000 | 12,376,755 | 91,293 | 140,570 | 231,863 | 15,206,553 | 0.05000 | 760,327.65 |
| EKK-903-008 Expansion Plug | 3,332,306 | 0 | 3,332,306 | 951,841 | 0 | 0 | 0 | 951,841 | 842,546 | 0 | 842,546 | 5,126,693 | 0.00980 | 50,241.59 |
| EKK-903-003 Lateral Clip | 0 | 0 | 0 | 0 | 25,332 | 0 | 0 | 25,332 | 0 | 0 | 0 | 25,332 | 0.12476 | 3,160.42 |
| EKK-903-007 Clip, Cable Trough | 0 | 694 | 694 | 0 | 2,420 | 0 | 0 | 2,420 | 0 | 0 | 0 | 3,114 | 0.47000 | 1,463.58 |
| Tooling WIP (Estimated) | | | 0 | | | | | | | | 0 | 0 | | 0.00 |
| **Total** | **4,872,060** | **7,068,462** | **11,940,522** | **3,823,571** | **532,311** | **10,372,075** | **3,480,000** | **18,207,957** | **1,102,839** | **1,208,065** | **2,310,904** | **32,459,383** | | **2,268,342.48** |