IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: December 1, 2011 at 4:00 p.m. (prevailing Eastern time)**
**Hearing: December 8, 2011 at 9:30 a.m. (prevailing Eastern time)**

## NOTICE OF HEARING ON DEBTORS' MOTION FOR THE ENTRY OF AN ORDER APPROVING STIPULATION TO OBTAIN RELIEF FROM AUTOMATIC STAY TO PERMIT PAYMENT OF DEFENSE COSTS BY INSURANCE CARRIERS

TO: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Official Committee of Unsecured Creditors (c) counsel to the Prepetition Tranche A Term Loan Facility Representative; (d) counsel to the Prepetition Tranche B/D Agent; (e) counsel to the Prepetition Tranche E Agent; (f) the DIP Lender; (g) counsel to U.S. Bank National Association as Collateral Agent, (h) counsel to Navigators and C.V. Starr and (i) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

On November 22, 2011, the captioned debtors and debtors in possession (collectively, the "Debtors" or "Solyndra") filed the attached *Debtors' Motion for the Entry of an Order Approving Stipulation to Obtain Relief from Automatic Stay to Permit Payment of Defense Costs by Insurance Carriers* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

OBJECTIONS AND RESPONSES TO THE MOTION, IF ANY, MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT NO LATER THAN **4:00 P.M., PREVAILING EASTERN TIME, ON DECEMBER 1, 2011.** Objections or other responses to the Motion, if any, must also be served so that they are received not later than **December 1, 2011, 4:00 p.m.** by: (i) counsel to the Debtors and Debtors-in-Possession, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bruce Grohsgal Esq.; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Jane M. Leamy, Esq.; and (iii) counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 N. Market Street, Ste 800, Wilmington, DE 19801, Attn: Bonnie Glantz Fatell, Esq.

**A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, FIFTH FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801 ON DECEMBER 8, 2011 AT 9:30 A.M. PREVAILING EASTERN TIME.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: November 22, 2011 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ BG*<br>_____<br>Richard M. Pachulski (CA Bar No. 90073)<br>Debra I. Grassgreen (CA Bar No. 169978)<br>Bruce Grohsgal (DE Bar No. 3583)<br>Joshua M. Fried (CA Bar No. 181541)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>E-mail: rpachulski@pszjlaw.com<br>           dgrassgreen@pszjlaw.com<br>           bgrohsgal@pszjlaw.com<br>           jfried@pszjlaw.com<br><br>Counsel for the Debtors and Debtors in Possession |

DOCS_DE:175303.1 80368-002