# **EXHIBIT A**

Stipulation

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: Case No. 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**STIPULATION TO OBTAIN RELIEF FROM AUTOMATIC STAY, TO PERMIT PAYMENT OF DEFENSE COSTS BY INSURANCE CARRIERS**

**Recitals**

A. On September 6, 2011, the above-captioned debtors (the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

B. On September 15, 2011, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.

C. The Debtors remain in possession of their property and are managing their affairs, as debtors and debtors in possession, pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in these cases.

D. Current and former officers, directors and employees of the Debtors have received various claims against them and related information requests, including but not limited to a search warrant and requests for testimony by a committee of the United States House of Representatives. It is anticipated that other investigations will be pursued and assertions of liability will be made against one or more of those current or former officers, directors or

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

employees. (All of these claims and information requests are referred to herein collectively as the "Claims.")

E. Before these chapter 11 cases were commenced, Navigators Insurance Company ("Navigators") issued Policy No. NY10DOL6093771V (the "Navigators Policy") to Debtor Solyndra LLC (the "Company"), with a policy period of November 15, 2010 to November 15, 2011.

F. In general terms, the Navigators Policy is a typical "D&O policy," providing insurance for the Company (the "Company Insured"), its directors and officers (the "Individual Insureds" and collectively with the Company Insured, the "Insureds"), for certain claims made against them.

G. Subject to its terms, conditions and endorsements, the Navigators Policy affords a limit of liability of $5 million for claims made during the policy period. In addition to the Navigators Policy, the Insureds may be covered by another policy, issued by C.V. Starr & Company ("CV Starr"), via syndicate CVS 1919 at Lloyd's, under Policy No. SILSXFL25011310 (the "CV Starr Policy"). The CV Starr Policy supplies an additional $5 million in excess of the Navigators Policy (collectively, the "Policies"), and may drop down in place of the Navigators Policy when, under certain circumstances, the Navigators Policy does not provide coverage to the Insureds. Both Policies provide an additional $500,000 of coverage exclusively for the Individual Insureds when the coverage limit of $5 million has been exhausted.

H. The Debtors have been informed that Navigators has agreed to advance the "Costs of Defense" (as that term is defined in the Navigators Policy) incurred by the Individual Insureds with regard to certain of the Claims, but it seeks further assurance that doing

so will not violate the automatic stay in these chapter 11 cases or otherwise be challenged by the Debtors, the Committee or the other named Insureds under the Policies. The payment of the Costs of Defense reduces the amount of coverage available. The Navigators Policy, procured and executed before the commencement of these chapter 11 cases, provides for the payment first to the Individual Insureds, if the Company is unable to provide indemnification (for example, due to financial impairment or because the Claim is not eligible for indemnification).

I. The Debtors have been informed that CV Starr has taken a similar position to that of Navigators and seeks similar comfort concerning the automatic stay. The Parties agree that notice will be provided by counsel for an Individual Insured to counsel for the Debtors and counsel for the Committee, before counsel for an Individual Insured first requests that CV Starr begin to advance Costs of Defense.

J. Notwithstanding anything to the contrary in the Navigators Policy, it is a condition to the Debtors' agreement to modify the automatic stay on the terms set forth in the Stipulation that the advancement of Costs of Defense shall not create an administrative expense claim against the Debtors' estates for the "Retention" (as defined in the Navigators Policy) or Costs of Defense.

K. In light of the foregoing facts, and in accordance with the covenants set forth herein, there is cause for relief from the automatic stay imposed by operation of § 362 of the Bankruptcy Code, to the extent it applies, to permit Navigators and CV Starr to advance the Costs of Defense and otherwise perform their obligations under the Policies.

NOW THEREFORE, IT IS HEREBY STIPULATED by those persons and entities whose counsel have signed below (the "Parties"), subject to the approval of the Bankruptcy Court, that:

1. The Debtors and the Committee consent to the entry of an order (the "Order") in the form attached hereto, to permit Navigators and CV Starr to advance Costs of Defense now or hereafter, without thereby violating the automatic stay in these chapter 11 cases, subject to the objection procedure outlined below.

2. Each law firm representing an Individual Insured shall provide to the attorneys for the Debtors and the attorneys for the Committee, on a monthly basis, a description ("Description") stating the total of all hours worked and the total dollar amount of all fees incurred in the previous calendar month, a one-paragraph brief narrative of the work performed by that firm in the previous month (which narrative need not include any information protected by the attorney-client privilege or the work product doctrine but must indicate the general subject matter of the work performed), along with the total amount of disbursements or other expenses paid in the previous month, broken down by category of expense, but not necessarily by individual expense.

3. If the Debtors or the Committee objects to the payment of any of the Costs of Defense set out in a Description, the objecting Party may, within ten business days after receiving the Description, file herein and serve on all of the other Parties a written objection, and shall set the objection for hearing at the next omnibus hearing in these cases that it is at least fourteen days after the date of the objection. If no objection is timely filed, served and set for hearing, the Costs of Defense described in the Description may be paid, but no payment shall be made of an amount that is subject to a pending timely objection.

4. Nothing in this Stipulation or the Order, or by virtue of the compliance with the procedures set out in this Stipulation, is intended to waive, or cause the waiver of,

attorney-client privilege, attorney work product or any other applicable confidentiality protections.

5. Nothing in this Stipulation is intended to waive any rights that the Debtors, the Committee or their bankruptcy estates may have under the Policies, to the extent that any such rights exist or shall impact any claims for indemnification or any defenses thereto.

6. Nothing in this Stipulation is intended to resolve any insurance-coverage issue or to waive any rights or obligations of any of the Parties regarding the Claims or any other matter that may now or in the future be covered by the Navigators Policy, the CV Starr Policy, or any other insurance policy.

7. Nothing in this Stipulation shall be deemed an acknowledgment that the Insureds are entitled to payment of Costs of Defense or any coverage under the Policies, and all rights, claims and causes of actions that may be asserted against the Insureds or any of them are expressly reserved.

8. Nothing in this Stipulation shall constitute consent or authorization by any of the Individual Insureds to jurisdiction of, or any power of adjudication by, the Bankruptcy Court, regarding any of the Claims or any related defense, counterclaim or cross claim.

9. This Stipulation is subject to the approval of the Bankruptcy Court, and the terms and provisions of this Stipulation shall be void and of no further effect if such approval is denied; provided, however, that the Court's modification or denial of this Stipulation does not operate to modify or otherwise limit the obligations of the insurers under applicable non-bankruptcy law.

10. Each of the undersigned counsel represents that he or she is authorized to execute this Stipulation on behalf of his or her respective client.

11.     This Stipulation is intended to be binding and inure to the benefit of the Parties and their respective successors and representatives, including, without limitation, any trustee or other fiduciary hereafter appointed as legal representative of either of the Debtors or either of their estates.

Dated: November 22, 2011

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
         dgrassgreen@pszjlaw.com
         bgrohsgal@pszjlaw.com
         jfried@pszjlaw.com

Attorneys for the Debtors and
Debtors in Possession

ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/
Frederick D. Holden, Jr. (CA Bar No. 61526)
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5985
Facsimile: (415) 773-5759
E-mail: fholden@orrick.com

Attorneys for Certain Covered Individuals

BLANK ROME LLP

By: /s/ Bonnie Fatell
Bonnie Glantz Fatell (DE 3809)
David W. Carickhoff, Jr. (DE 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6423
Facsimile: (302) 428-5110
Email: Fatell@blankrome.com
Carickhoff@blankrome.com

Attorneys for Official Committee of Unsecured Creditors of Solyndra LLC *et al.*

RAMSEY & EHRLICH LLP

By: _____
Miles Ehrlich
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060
Email: miles@ramsey-ehrlich.com

Attorneys for Certain Covered Individuals

KEKER & VAN NEST

By: _____
Jan Nielsen Little
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2211
Facsimile: (415) 397-7188
Email: jlittle@kvn.com

Attorneys for Certain Covered Individuals

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____
Marc H. Axelbaum
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1967
Facsimile: (415) 983-1200
Email: marc.axelbaum@pillsburylaw.com

Attorneys for Certain Covered Individuals

| | |
|---|---|
| BLANK ROME LLP | RAMSEY & EHRLICH LLP |
| By: _____<br>Bonnie Glantz Fatell (DE 3809)<br>David W. Carickhoff, Jr. (DE 3715)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6423<br>Facsimile: (302) 428-5110<br>Email: Fatell@blankrome.com<br>Carickhoff@blankrome.com<br><br>Attorneys for Official Committee of Unsecured Creditors of Solyndra LLC *et al.* | By: */s/ Miles Ehrlich /AEC*<br>Miles Ehrlich<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 548-3600<br>Facsimile: (510) 291-3060<br>Email: miles@ramsey-ehrlich.com<br><br>Attorneys for Certain Covered Individuals |
| KEKER & VAN NEST | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| By: _____<br>Jan Nielsen Little<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 676-2211<br>Facsimile: (415) 397-7188<br>Email: jlittle@kvn.com<br><br>Attorneys for Certain Covered Individuals | By: _____<br>Marc H. Axelbaum<br>50 Fremont Street<br>San Francisco, CA 94105<br>Telephone: (415) 983-1967<br>Facsimile: (415) 983-1200<br>Email: marc.axelbaum@pillsburylaw.com<br><br>Attorneys for Certain Covered Individuals |

| | |
|---|---|
| BLANK ROME LLP | RAMSEY & EHRLICH LLP |

By: _____
Bonnie Glantz Fatell (DE 3809)
David W. Carickhoff, Jr. (DE 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6423
Facsimile: (302) 428-5110
Email: Fatell@blankrome.com
Carickhoff@blankrome.com

Attorneys for Official Committee of Unsecured Creditors of Solyndra LLC *et al.*

By: _____
Miles Ehrlich
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060
Email: miles@ramsey-ehrlich.com

Attorneys for Certain Covered Individuals

| | |
|---|---|
| KEKER & VAN NEST | PILLSBURY WINTHROP SHAW PITTMAN LLP |

By: /s/ Jan Nielsen Little
Jan Nielsen Little
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 676-2211
Facsimile: (415) 397-7188
Email: jlittle@kvn.com

Attorneys for Certain Covered Individuals

By: _____
Marc H. Axelbaum
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1967
Facsimile: (415) 983-1200
Email: marc.axelbaum@pillsburylaw.com

Attorneys for Certain Covered Individuals

| BLANK ROME LLP | RAMSEY & EHRLICH LLP |
|---|---|
| By: _____<br>Bonnie Glantz Fatell (DE 3809)<br>David W. Carickhoff, Jr. (DE 3715)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6423<br>Facsimile: (302) 428-5110<br>Email: Fatell@blankrome.com<br>Carickhoff@blankrome.com<br><br>Attorneys for Official Committee of Unsecured Creditors of Solyndra LLC *et al.* | By: _____<br>Miles Ehrlich<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 548-3600<br>Facsimile: (510) 291-3060<br>Email: miles@ramsey-ehrlich.com<br><br>Attorneys for Certain Covered Individuals |
| KEKER & VAN NEST | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| By: _____<br>Jan Nielsen Little<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 676-2211<br>Facsimile: (415) 397-7188<br>Email: jlittle@kvn.com<br><br>Attorneys for Certain Covered Individuals | By: /s/ Marc H. Axelbaum<br>Marc H. Axelbaum<br>50 Fremont Street<br>San Francisco, CA 94105<br>Telephone: (415) 983-1967<br>Facsimile: (415) 983-1200<br>Email: marc.axelbaum@pillsburylaw.com<br><br>Attorneys for Certain Covered Individuals |