# EXHIBIT B

Exhibit B - Assets

## Solyndra LLC
### Fixed Assets - M&E
*As of 11/02/11*

| Summary Description | Location |
|---|---|
| BE Binning Tool (4) | B6 - 1210 California Circle, Milpitas |
| CATS201 | B4 - 47488 Kato Road, Fremont |
| CdS Chemical Bath Deposition Tools (8) | B4 - 47488 Kato Road, Fremont |
| CIGS Deposition Tool: Complete (7) | B4 - 47488 Kato Road, Fremont |
| CIGS Deposition Tool: Partial (1) | B4 - 47488 Kato Road, Fremont |
| ELMA Glass Clean Workcell (3) | B4 - 47488 Kato Road, Fremont |
| Bulk Chemical Mixing System (2) | B4 - 47488 Kato Road, Fremont |
| Robotic Tray Handler (Cosmetic inspection) (2) | B6 - 1210 California Circle, Milpitas |
| Cox Encapsulation Tool (4) | B6 - 1210 California Circle, Milpitas |
| Bulk Liquid Storage and Dispensing system ~30K gallons | B3 - 901 Page Ave, Fremont |
| VDL Encapsulation Lines (2) | B3 - 901 Page Ave, Fremont |
| Environmental Chambers - Reliability Lab (2) | B3 - 901 Page Ave, Fremont |
| Fab 1: Computer Equipment Individually < $100K | All Facilities |
| Fab 1: Furniture and Fixtures Individually < $100K | All Facilities |
| Fab 1: Machinery and Equipment Individually < $100K | All Facilities |
| Murata Building Wide Automatic Material Handling System | B3 - 901 Page Ave, Fremont |
| Murata Building Wide Automatic Material Handling System | B4 - 47488 Kato Road, Fremont |
| FAB 2 FE Intial Furniture & Fixtures | B4 - 47488 Kato Road, Fremont |
| FAB 2 Offline Fisher XRF Module | B4 - 47488 Kato Road, Fremont |
| FAB 2 Offline Raman & Photoluminescence | B4 - 47488 Kato Road, Fremont |
| FAB 2 Offline Reflectometer | B4 - 47488 Kato Road, Fremont |
| FAB 2 Wet Lab | B4 - 47488 Kato Road, Fremont |
| Fab 2: Computer Equipment Individually < $100K | All Facilities |
| Fab 2: Machinery and Equipment Individually < $100K | All Facilities |
| Fab 2: Other Equipment Individually < $100K | All Facilities |
| Stand Alone IVT System (Solar Simulator) (5) | B4 - 47488 Kato Road, Fremont |
| FEI SEM | B4 - 47488 Kato Road, Fremont |
| Orihiro Gas Bag Formation Tools (11) | B6 - 1210 California Circle, Milpitas |
| Gas Bag Insertion Workcell (2) | B3 - 901 Page Ave, Fremont |
| Glass Tube Machine Vision Inspection Workcell (2) | B3 - 901 Page Ave, Fremont |
| TCO Sputtering Tool Workcell (3) | B4 - 47488 Kato Road, Fremont |
| Immersion Polariscope | B4 - 47488 Kato Road, Fremont |
| Integrated Solar Simulator Module on VDL tool (2) | B3 - 901 Page Ave, Fremont |
| Automated IVT tool with Overhead Gantry (3) | B4 - 47488 Kato Road, Fremont |
| Overhead Gantry Tray and Tube Handling Robot (2) | B3 - 901 Page Ave, Fremont |
| Molybdenum Sputtering Workcell (3) | B4 - 47488 Kato Road, Fremont |
| Laser Scribe Workcells (2) | B4 - 47488 Kato Road, Fremont |
| Mechanical Scribe Workcells (6) | B4 - 47488 Kato Road, Fremont |
| Hybrid Scribe Workcells (2) | B4 - 47488 Kato Road, Fremont |
| Overhead Gantry Machine Vision Inspection Tools (3) | B4 - 47488 Kato Road, Fremont |
| Panel Framing Line for 150 Series Panels | B6 - 1210 California Circle, Milpitas |
| Panel Framing Line for 200 Series Panels (3) | B3 - 901 Page Ave, Fremont |
| Sierratherm conveyor ovens (3) with Automated load/unload | B6 - 1210 California Circle, Milpitas |
| Gas Bag Leak Detection Workcell (2) | B3 - 901 Page Ave, Fremont |
| SCRF201 | B4 - 47488 Kato Road, Fremont |
| Solar Simulator Room | B4 - 47488 Kato Road, Fremont |
| Solar Simulator Room | B3 - 901 Page Ave, Fremont |
| Overhead Gantry Tray Handling Robot (6) | B4 - 47488 Kato Road, Fremont |
| Stand Alone XRF System (2) | B4 - 47488 Kato Road, Fremont |

Note: Parenthetical figures represent quantity.