IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: December 1, 2011 at 4:00 p.m. (prevailing Eastern time)
Hearing: December 8, 2011 at 9:30 a.m. (prevailing Eastern time)

## NOTICE OF HEARING ON APPLICATION OF THE DEBTORS PURSUANT TO SECTION 327(A) AND 328 OF THE BANKRUPTCY CODE, RULES 2014 AND 6005 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN HERITAGE GLOBAL PARTNERS; COUNSEL RB CAPITAL, LLC; HILCO INDUSTRIAL, LLC; AND THE BRADFORD GROUP AS AUCTIONEERS AND SALES AGENTS TO THE DEBTORS AND DEBTORS IN POSSESSION NUNC PRO TUNC TO NOVEMBER 23, 2011 FOR SALE AND AUCTION OF CORE ASSETS

TO: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Official Committee of Unsecured Creditors (c) counsel to the Prepetition Tranche A Term Loan Facility Representative; (d) counsel to the Prepetition Tranche B/D Agent; (e) counsel to the Prepetition Tranche E Agent; (f) the DIP Lender; (g) counsel to U.S. Bank National Association as Collateral Agent, and (h) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

On November 22, 2011, the captioned debtors and debtors in possession (collectively, the "Debtors" or "Solyndra") filed the attached *Application of the Debtors Pursuant to Section 327(a) and 328 of the Bankruptcy Code, Rules 2014 and 6005 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Heritage Global Partners; Counsel RB Capital, LLC; Hilco Industrial, LLC and the Branford Group as Auctioneers and Sales Agents to the Debtors and Debtors in Possession nunc pro tunc to November 23, 2011 for Sale and Auction of Core Assets* (the "Application"), with the United

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

OBJECTIONS AND RESPONSES TO THE APPLICATION, IF ANY, MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT NO LATER THAN **4:00 P.M., PREVAILING EASTERN TIME, ON DECEMBER 1, 2011.** Objections or other responses to the Application, if any, must also be served so that they are received not later than **December 1, 2011, 4:00 p.m.** by: (i) (proposed) counsel to the Debtors and Debtors-in-Possession, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bruce Grohsgal Esq.; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Jane M. Leamy, Esq.; and (iii) counsel to the Official Committee of Unsecured Creditors, Blank Rome LLP, 1201 N. Market Street, Ste 800, Wilmington, DE 19801, Attn: Bonnie Glantz Fatell, Esq.

**A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, FIFTH FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801 ON DECEMBER 8, 2011 AT 9:30 A.M. PREVAILING EASTERN TIME.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 22, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bruce Grohsgal*

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
bgrohsgal@pszjlaw.com
jfried@pszjlaw.com

Counsel for the Debtors and Debtors in Possession