IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

DECLARATION OF IAN S. FREDERICKS IN SUPPORT
OF APPLICATION OF THE DEBTORS PURSUANT TO
SECTION 327(A) AND 328 OF THE BANKRUPTCY CODE, RULES 2014
AND 6005 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND
LOCAL RULE 2014-1 TO EMPLOY AND RETAIN HERITAGE GLOBAL
PARTNERS, COUNSEL RB CAPITAL, LLC, HILCO INDISTRIAL, LLC AND THE
BRANFORD GROUP, INC. AS SALES AGENT AND AUCTIONEER TO THE
<u>DEBTORS AND DEBTORS IN POSSESSION</u>

I, Ian S. Fredericks, declare as follows:

1. I am the Vice President and Assistant General Counsel of Hilco Trading, LLC, the Managing Member of Hilco Industrial, LLC ("Hilco"). I make this Declaration in support of the *Application of the Debtors Pursuant to Section 327(a) and 328 of the Bankruptcy Code, Rules 2014 and 6005 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 to Employ and Retain Heritage Global Partners, Counsel RB Capital, LLC, Hilco Industrial, LLC, and The Branford Group, Inc. as Sales Agent and Auctioneer to the Debtors and Debtors in Possession* (the "<u>Application</u>"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

### Hilco's Qualifications

2. Hilco is well-qualified to serve as the Debtors' auctioneer/liquidator in connection with the sale of the non-real property owned by Solyndra. Hilco is an experienced full service national auctioneer/liquidation/appraisal firm. Hilco is prepared to put forth extensive efforts to market and promote the auction. Additionally, Hilco and The Branford Group have also recently been involved in the sale of similar assets, most notably, Evergreen Solar. Due to the scope the scope of the subject sale program, Heritage Global Partners, Counsel RB Capital, Hilco and The Branford group have agreed to pool their collective industry expertise and customer lists in an effort to maximize the recovery to creditor (together, the "Sales Agent").

### Hilco's Disinterestedness

3. Neither I, Hilco nor any principal or professional thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, or any other parties-in-interest in these bankruptcy cases, or the respective attorneys, except as set forth herein and as listed on Exhibit B. Specifically, and as a matter of routine course in bankruptcy proceedings, we have manually analyzed the creditor list attached as Exhibit A provided by the Debtors and have determined that no conflicts exist. Hilco does not hold nor represent any entity having an adverse interest in connection with this bankruptcy cases.

4. To the best of my knowledge, Hilco is a "disinterested person" as the term is defined in section 101(14) of title 11 of the United States Code (as amended, the "Bankruptcy

Code"), as modified by section 1107(b) of the Bankruptcy Code. Hilco and its members and employees:

 (a) do not hold or represent any interests adverse to the estates, are disinterested, and are eligible to serve as sales consultant for the Debtors under the Bankruptcy Code;

 (b) are not creditors, equity security holders, or insiders of the Debtors and do not represent any entity (or its attorneys and accountants) other than the Debtors, in connection with this case;

 (c) are not, and were not within the past two years, a director, officer, or employee of the Debtors;

 (d) have no interests materially adverse to the interests of the Debtors or of any class of creditors or equity security holders of the Debtors; and

 (e) have no connections, other than as disclosed herein and on Exhibit B, with the Debtors, their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

 5. As part of its regular practice, Hilco appears in numerous cases, proceedings and transactions involving attorneys, accountants, investment bankers and financial consultants, some of which may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Further, Hilco has in the past, and may in the future, be represented by attorneys and law firms in the legal community, some of whom may be involved in these proceedings. In addition, Hilco has in the past and will likely in the future be working with or against other professionals involved in this case in matters unrelated to this case. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these business relations constitute interests materially adverse to the Debtors regarding matters upon which Hilco is to be employed.

6. Hilco may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest of the Debtors in connection with matters unrelated to the Debtors and their chapter 11 cases.

### Professional Services Compensation

7. Pursuant to the Engagement Agreement annexed as Exhibit A to the Application, the Sales Agent will not receive a seller's commission payable by the Debtors. The Sales Agent will charge a buyer premium equal to fifteen percent (15%) of the aggregate gross proceeds for the sale of an asset (the "Buyer's Premium"). A Buyer's Premium is a standard in the auction industry. The Debtors' estate is not responsible for any unpaid portion of the Buyer's Premium. The collected Buyer's Premium will be allocated 50% to the Sales Agent and 50% to the Debtors. The Sales Agent also has a right of reimbursement of actually incurred reasonable expenses (including, without limitation, labor, advertising, travel and lodging, digital photography of the Non-Core Assets, print and electronic media production, brochure and catalog production, and telemarketing) up to the amount of $40,000.00, and upon the terms and conditions stated in the Sales Agent Engagement Agreement. Reimbursement of such expenses is also standard in this industry. Hilco does not have any rights of compensation, or reimbursement of expenses from the Debtors' estate, except as stated above. There is no indemnification provision in favor of Hilco.

8. Based on its experience and independent analysis, Hilco believes that the fees set forth herein are fair and reasonable. Hilco believes that the fees set forth herein reflect the nature and scope of the services to be provided by Hilco.

9. No promises have been received by Hilco or by any shareholder or professional thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

10. There are no outstanding bills due and owing to Hilco for professional services performed for the Debtors or for reimbursement of charges and disbursements.

11. As of the Petition Date, Hilco was not a creditor of the Debtors.

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of November 2011.

_____
Ian S. Fredericks

# EXHIBIT A

Creditor List

List of disclosure parties

I. Employees

Abad, Honorato
Abad, Juan
Abad, Wilfredo U
Abalos, Ronnel E.
Abelian, Jonathan
Abinsay, Arnel C.
Ablao, Edgar
Achkire, Younes
Adams, Robert
Adre, Noel
Afalla, John
Afsari, Gholam Reza
Aguilar, Ernesto
Aguilar, Marita F.
Ahern, Michael M
Akramy, Mohammad
Alamyar, Paktina
Albers, Holger
Alcause, Jovanne G
Alima, Sakera
Alter, Karen L.
Amigable, Manuelito
Amoroso, Juan
Andersen, Peter
Anderson, Mark R.
Andres, Marites
Apodaca, Gerard
Aquino, Bernabe
Arase, Tomney
Arghestani, Jawid
Arluck, Jack A
Armas, Juan
Arnold, Gary D
Arrasmith, James
Ashraf, Kazi Najib
Audetto, Gregory
Aung, Hlwan
Aung, Thaung H
Aureguy, Andrew

Avila, Roberto
Awayan, Henrietto
Aye, Daniel L
Ayele, Seneserat
Aynalem, Mel
Babakhan, Edgard
Bachiri, Khalid
Badall, Ator
Baird, Aaron
Bajwa, Jatinder
Baker, Michael
Balan, Vinay S
Balatayo, Nereo A.
Balatayo, Nereo V
Baltodano, Reynaldo A
Bamnolker, Hanna
Barbera, Brandon Nicholas
Barlow, Stephen
Barnes, Susan
Bar-Ness, Leslie
Bartolome, Elenita Lantin
Bauer, David A
Baumann, Erik Glen
Bautista, Dante
Bautista, Ferdinand
Bautista, Leonard Tommy
Bava Anantharam, Venkat Raman
Baxter, Bruce B
Beaudry, Christopher
Behm, Patricia A
Belliveau, James
Belvisi, Sandro
Benitez Jr, Claudio A
Bento, Michael
Berania, William
Bergis, Sharon A.
Bergmans, Christian
Bernard, Lisa
Beylin, Victor
Bhardwaj, Rajiv Kumar
Biagtan, Edilberto
Bierman, Benjamin

Bigolin, Rodolfo
Bockelman, Bryan
Bola, Santokh
Bolden, Sherry Lee
Boloor, Manjunath
Borchers, Gannon Michael
Borges, Daciano
Bortone, Alessio
Bosma, Walter
Botros, Adel
Botros, Christopher
Bowman, Brian
Boyer, Steven James
Brani, Francesco Maria
Braun, Dan W.
Breen, John Dennis
Brennecke, Nathan
Brewer, Donnie Alan
Briceno, Rene
Bringas, Maureen
Britton, Feng
Brock, Gregory Joseph
Brown, Christopher Michael
Brown, Julia M.
Brown, Michael Cordell
Brudny, Alexander
Buck, Douglas
Buck, Jeffrey
Bui, Helen Andrea
Bunot, Roldan
Burrows, Craig
Butler, Brandon
Butterfuss, Andrea
Byers, Robert Edward
Cabral, Manuel E
Cabrera, Wayne T
Cahandig, Frank
Cahiles, Manuel B.
Cahill, James M.
Calantoc, Cesar F
Camporaso, Paula
Campson, Keegan
Canonizado, Nicasio S.

Cantada, Randolph
Carothers, Bruce M
Cartago, Nicolas
Castillano, John
Castillo, Alfredo
Castillo, Clifford
Castillo, Joselito
Castillo, Juan
Castillo, Raynaud
Castro, Gerardo
Cayabyab, Gina M
Certiberi, Suzanne
Cervantes, Edwin
Cervantes, Nubia
Chaidez, Antonio Munoz
Chandra, Manish
Chatterjee, Saugata
Chau, Annie T
Chau, Anthony
Chau, Douglas
Chau, Hao
Chavez, Lorenzo
Chavez, Rafael
Chavez, Senon
Chavez, Stephen
Chelette, Elizabeth
Cheng, Mao Xun
Chew, Vincent
Chi, David
Ching, Benedict G.
Chipman, Frank S.
Chizhov, Ilya
Choi, Jean
Chok, James Edward
Christian, Carlos
Chu, Gary C
Chuvessiriporn, Jonathan
Ciocon, Emilio Felicito Villa
Clarke, Edgar B.
Clifford, Gary
Clow, Patrick
Colmer, Mark S
Colon, Tito

Conway, Ryan
Cook, Kelvin F.
Cooper, John S
Coopernurse, Robbie M
Cordero, Ana M
Cordero, Annie
Corpuz, Maynard
Corpuz, Michael
Corpuz, Rommel
Correa, Rene T.
Cortez, John
Costa, Jose Leon Mariano
Cowern, Joseph
Craig, Joseph
Creely, Michael
Criminale, Phillip
Crittendon, Kyle
Cronin, Zachary Ronald Philip
Cross, Kawika Kyle
Crowley, Gavin L.
Cruz Perez, Maria Gabriela
Cruz, Maria
Cumpston, Brian
Daconceicao, Francisco X
Dailey, Scott
Daily, Robert F.
Dalmar, Liban A.
Dalsania, Kiran M.
Danemayer, Scott M.
Dang, Danny
Dang, Ho
Dang, Johnathan
Dang, Steven Ngoc
Daniels, James David
Danley, Bryan Alexander
Dao, Dan
Darrow, Christopher B
Darrow, David
Dave, Sanat
David, Gerard
Davis, John Kennedy
Davis, Waymon
De Cordova, Arthur E.

De Leon, Michael
De Teglassy, Rodolphe
De Vera, Rolando O.
Deacon, Robert G
Dela Cruz, Eugene
Dela Cruz, Joselito
Delgadillo, Blanca C
Deo, Sachin Jayant
Depew, Dana Lee
Depiano, Michael
Desai, Rekha R
Desai, Ronak Rohitkumar
Detjen, Bradley Scott
Devera, John
Dhir, Usha
Dietrich, Jacob A.
Dion, Timothy W
Dixon, Mark T
Dizon, Perchy
Do, Eric
Do, Tim Hung
Doan, Jonathan C.
Doan, Linh
Doll, Steve
Dolorfo, Nicolas
Dominguez, Robert John
Drahos, Pavel
Dumlao, Jimmy
Duncan, Robert S
Dunphy, James C
Duong, Daren
Duong, Tim
Duran, Gilberto
Duran, Jose
Dvorsky, Randolph
Eastburn, Lindsey
Ebert, Scott W.
Ebreo, Efren Q
Ebreo, Jonathan
Edmunson, Ronald
Eichelbronner, Martin
Ekanayake, Christopher M.
Elizaga, Rolly

Emperador, Martin T.
Enrile, Jonas Y.
Epshteyn, Genny
Escobar, Javier
Espanol, Joel M.
Estela, Rosalinda
Evans, Martin
Evon, Michael
Ewing, Craig
Fagrey, Tyler Joseph
Fajardo, Selinda
Faltiquera, Luis B
Fang, Zhengmin
Farver, Adam C
Feltner, Thomas
Fernandez, Arnel
Fernandez, Janet E.
Fernandez, Vernon
Ferrer, Ernesto
Fischbach, Adam
Fitzgerald, David Patrick
Fleming, Russell
Fleming, Victoria P
Fletcher, Sara R.
Flores, Ivan B.
Flores, Ricardo
Floris, David
Fo, Nathan J
Fong, Garman
Foong, Lynda
Foster, Anthony Brian
Foster, Lee Michael
Fox, Peter
Francisco, Paolo A
Franklin, Walter B.
Frey, Christopher
Fritton, Joseph Edward
Frye, Charles D.
Fuentes, Arturo
Fukai, Daniel
Fumagalli, Domenico
Gaddipati, Triveni
Gadige, Bhaskar V