IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, et al.,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Bruce Grohsgal, hereby certify that on the 22nd day of November, 2011, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> **Notice and Application of the Debtors Pursuant to Section 327(a) and 328 of the Bankruptcy Code, Rules 2014 and 6005 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Heritage Global Partners; Counsel RB Capital, LLC; Hilco Industrial, LLC and the Branford Group as Auctioneers and Sales Agents to the Debtors and Debtors in Possession nunc pro tunc to November 23, 2011 for Sale and Auction of Core Assets**

Bruce Grohsgal (DE Bar No. 3583)

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

DOCS_DE:173370.2 80368-00001

**Solyndra LLC 2002 Overnight Service List**
Case No. 11-12799
Document No. 173121
12 – Hand Delivery
03 – Express Mail
02 – Interoffice Pouch
42 – Overnight Delivery

(Counsel for the Debtors)
Bruce Grohsgal (DE Bar No. 3583)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

**Interoffice Pouch (LA)**
(Counsel for the Debtors)
Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

**Interoffice Pouch (SF)**
(Counsel for the Debtors)
Debra I. Grassgreen, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Hand Delivery**
**(counsel for Menlo Logistics, Inc.)**
Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
**(counsel for Argonaut Ventures I, LLC)**
Sean M. Beach, Esquire
Robert F. Poppiti, Jr., Esquire
Young Conaway Stargatt
& Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Hand Delivery**
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
**(U.S. Trustee)**
Jane M. Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

**Hand Delivery**
**(United States Attorney)**
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
**(Counsel for Global Kato, HG, LLC)**
Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

**Hand Delivery**
**(Counsel to the Creditors' Committee)**
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 N. Market Street, Ste 800
Wilmington, DE 19801

**Hand Delivery**
**(Counsel to U.S. Bank National Association)**
Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

**Hand Delivery**
**(Counsel for VDL Enabling Technologies Group)**
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

**Hand Delivery**
**(Counsel to Wells Fargo Finanial Leasing)**
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
PO Box 410
Wilmington, DE 19899

**Hand Delivery**
**(Counsel for Advanced Nano Products Co., Ltd.)**
Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

**Hand Delivery**
**(Counsel for Seagate Technology (US) Holdings, Inc.)**
Bayard J. Snyder, Esquire
Snyder & Associates, P.A.
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801

**Express Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**Express Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Express Mail**
John Stemplewicz, Esquire
Matthew J. Troy, Esquire
United States Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

**Overnight Delivery**
**(counsel for U.S. Dept. of Justice)**
John Stemplewicz, Esquire
Matthew J. Troy, Esquire
United States Department of Justice
Civil Division
1100 L Street, N.W.
Room 10030
Washington, D.C. 20530

**Overnight Delivery**
**(United States Attorney General)**
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**Overnight Delivery**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**Overnight Delivery**
George S. Canellos, Esquire
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**Overnight Delivery**
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**Overnight Delivery**
Matthew Berry, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**Overnight Delivery**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**Overnight Delivery**
**(Debtors)**
Ben Schwartz
W.B. Stover
Solyndra LLC
47488 Kato Road
Fremont, CA 94538

**Overnight Delivery**
**(Counsel for Argonaut, Tranche A and E Agent)**
Michael A. Rosenthal, Esquire
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166-4000

**Overnight Delivery**
**(Counsel for Tranche B/D Agent (Dept. of Energy)**
Alexandra Barrage, Esquire
Frederick E. Jenney, Esquire
Morrison & Foerster
2000 Pennsylvania Avenue, NW, Suite 6000
Washington, DC 20006-1888

**Overnight Delivery**
**(Counsel for Tranche B/D Agent (Dept. of Energy)**
Peter C. Dopsch, Esquire
Norman Rosenbaum, Esquire
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104-0050

**Overnight Delivery**
**(Counsel for U.S. Bank, Master Collateral Agent)**
Irving C. Apar, Esquire
Mildred Quinones-Holmes, Esquire
Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4611

**Overnight Delivery**
U.S. Bank National Association, as
Collateral Agent
Attn: Corporate Trust Services
100 Wall Street, Suite 1600
New York, NY 10005

**Overnight Delivery**
Oracle Credit Corporation
500 Oracle Parkway
Redwood Shores, CA 94065

**Overnight Delivery**
Bank of America Leasing & Capital, LLC
135 South LaSalle Street
Chicago, IL 60603

**Overnight Delivery**
Dell Financial Services, L.P.
12234 N. IH-35, Building B
Austin, TX 78753

**Overnight Delivery**
US Bancorp
1310 Madrid Street, Suite 101
Marshall, MN 56258

**Overnight Delivery**
HSH Nordbank
New York Branch, as Collateral Agent
230 Park Avenue, 33rd Floor
New York, NY 10169

**Overnight Delivery**
Kuka Robotics Corporation
22500 Key Drive
Clinton Township, MI 48036

**Overnight Delivery**
GreatAmerica Leasing Cororation
625 First Street
Cedar Rapids, IA 52401

**Overnight Delivery**
Argonaut Ventures I, L.L.C.
as Agent under the Loan and Security
Agreement
6733 South Yale
Tulsa, OK 74136

**Overnight Delivery**
Ixmation Inc.
471 Fox Court
Bloomingdale, IL 60108

**Overnight Delivery**
Wells Fargo Bank, N.A.
300 Tri-State International, Suite 400
Lincolnshire, IL 60069

**Overnight Delivery**
NFS Leasing, Inc.
900 Cummings Center, Suite 309-V
Beverly, MA 01915

**Overnight Delivery**
**(Counsel for Menlo Logistics, Inc.)**
Gerald H. Gline, Esquire
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800

**Overnight Delivery**
Michael A. Rosenthal, Esquire
J. Eric Wise, Esquire
Matthew K. Kelsey, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

**Overnight Delivery**
(Counsel for Yusen Logistics (Americas)
Inc.)
Robert M. Marshall, Esquire
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470

**Overnight Delivery**
**(Counsel for Global Kato, HG, LLC)**
Michael S. Greger, Esquire
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main Street, 5th Floor
Irvine, CA 92614

**Overnight Delivery**
**(Counsel for McKinstry Essention Inc.)**
Lawrence S. Glosser, Esquire
Ahlers & Cressman PLLC
999 Third Avenue, Suite 3800
Seattle, WA 98104

**Overnight Delivery**
**(Counsel for Lintelle Engineering, Inc.)**
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

**Overnight Delivery**
**(Counsel for iStar CTL I, L.P.)**
Dennis D. Miller, Esquire
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

**Overnight Delivery**
**(Counsel for Speedmark Transportation, Inc.)**
Mario Aieta, Esquire
Pamela A. Bosswick, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

**Overnight Delivery**
**(Counsel for Oracle America, Inc.)**
Shawn M. Christianson, Esquire
Buchalter Nemer, PC
333 Market Street, 25th Floor
San Francisco, CA 94105

**Overnight Delivery**
**(Counsel for Motion Industries, Inc.)**
Kimberly J. Robinson, Esquire
Barack Ferrazzano Kirschbaum & Nagelberg LLLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

**Overnight Delivery**
**(Counsel for Panalpina, Inc.)**
Jeffrey N. Rothleder, Esquire
Arent Fox LLP
1050 Connecticut Avenue NW
Washington, DC 20036

**Overnight Delivery**
**(Counsel to U.S. Bank National Association)**
Steven J. Heim, Esquire
Erik Detlefsen, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

**Overnight Delivery**
**(Counsel for VDL Enabling Technologies Group)**
David Dornblaser, Esquire
Law Offices of David Dornblaser
890 Hillview Court, Suite 260
Milpitas, CA 95035

**Overnight Delivery**
**(Counsel for Assentintel LLC**
Doneen Douglas Jones, Esquire
Fellers, Snider, Blankenship, Bailey & Tippens, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820

**Overnight Delivery
(Counsel for Advanced Nano Products
Co., Ltd.)**
Joon P. Hong, Esquire
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1003

**Overnight Delivery
(Counsel for General Electric Capital
Corporation)**
Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054

**Overnight Delivery
(Counsel for The Regents of the
University of California)**
Eric K. Behrens, Esquire
Office of the General Counsel
1111 Franklin Street, 8th Floor

**Overnight Delivery
(Counsel for DLA Piper LLP)**
Richard M. Kremen, Esquire
Jodie E. Buchman, Esquire
DLA Piper LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209