IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                     :

In re:                                                :         Chapter 11

SOLYNDRA LLC, L.P., *et al.*[1],        :         Case No. 11-12799 (MFW)

                    Debtors.            :         Jointly Administered

---------------------------------------------------------x  Re: Docket No. 361

**NOTICE OF FILING OF CORRECTED EXHIBIT "B"
TO FIRST MONTHLY FEE APPLICATION OF BLANK ROME LLP, COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SOLYNDRA
LLC, ET AL., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OF SEPTEMBER 15, 2011 THROUGH SEPTEMBER 30, 2011**

Please take notice that Exhibit "B" to the First Monthly Fee Application of Blank Rome LLP, Counsel to the Official Committee of Unsecured Creditors of Solyndra LLC, et al., for Compensation and Reimbursement of Expenses for the Period of September 15, 2011 through September 30, 2011 [Docket. No. 361] (the "Application") did not include a complete copy of the required expense backup documentation. Attached hereto is a corrected Exhibit "B" to the Application.

Dated:    November 23, 2011         BLANK ROME LLP

                                                        By:  */s/ Bonnie Glantz Fatell*
                                                              Bonnie Glantz Fatell (DE No. 3809)
                                                             David W. Carickhoff (DE No. 3715)
                                                             1201 Market Street, Suite 800
                                                              Wilmington, DE 19801
                                                              Telephone: (302) 425-6400
                                                              Facsimile: (302) 425-6464

                                                              *Counsel for the Official Committee of
                                                              Unsecured Creditors of Solyndra LLC, et al.*

---

[1] The Debtors in these cases and the last four digits of each Debtors' federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

EXHIBIT B

# SOLYNDRA LLC
# EXPENSE SUMMARY
## SEPTEMBER 15, 2011 TO SEPTEMBER 30, 2011

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| BRGR Fees / Expenses | | $3,848.50 |
| Long Distance Telephone | | $0.00 |
| Audio Conference Calls | | $102.30 |
| Reproduction of Documents | | $20.20 |
| Contracted Photocopying - Parcels | | $20.20 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $0.00 |
| Hand Delivery Service | | $5.00 |
| Special Mailing Charges | | $0.00 |
| Filing Fees | | $0.00 |
| Travel Expenses | Train and AirFare | $153.00 |
| Travel Expenses | Parking and Toll | $75.00 |
| Travel Expenses | Cab Fare | $140.00 |
| Travel Expenses | Meals | $107.49 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $0.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw/Lexis | | $36.11 |
| Transcript | | $93.60 |
| Record/Docket Searches | Good Standing Certificate, Ucc Liens and Fed & State Tax Leins | $3,272.13 |
| **TOTAL** | | **$7,873.53** |



WATERGATE
600 NEW HAMPSHIRE AVENUE, NW
WASHINGTON, DC 20037
(202) 944-3000   FAX: (202) 944-3068
FEDERAL TAX I.D. NO. 52-2351620

BLANK ROME LLP  
600 NEW HAMPSHIRE AVENUE, NW  
WASHINGTON, DC   20037

INVOICE DATE:   NOVEMBER 18, 2011  
MATTER NO.   018596-04020 00020  
INVOICE NO.   401106

**REGARDING:**   BLANK ROME LLP  
SOLYNDRA/CREDITORS COMMITTEE

**FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2011**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/16/11 | CONFERENCE CALL TO DISCUSS DOE STRATEGY; (.8) DISCUSSION WITH HOUSE STAFF; (.4) REVIEW DOCUMENTS FROM HOUSE INVESTIGATION | K REMINGTON | 0.50 | 282.50 |
| 09/18/11 | TELEPHONE CALL WITH B. FATELL | K REMINGTON | 0.60 | 339.00 |
| 09/20/11 | REVIEW MATERIALS PRODUCED BY HOUSE COMMITTEE; MEETINGS TO DISCUSS HOUSE INVESTIGATION | K REMINGTON | 2.00 | 1,130.00 |
| 09/20/11 | REVIEW AND EDIT MEMO RE. CONGRESSIONAL HEARING; | M FOXMAN | 1.00 | 515.00 |
| 09/26/11 | TELECONFERENCE WITH B. FATELL REGARDING CONGRESSIONAL INVESTIGATIONS | K REMINGTON | 0.30 | 169.50 |
| 09/28/11 | DRAFT BACKGROUND MATERIALS ON CONGRESSIONAL ACTIVITY REGARDING SOLYNDRA | K REMINGTON | 1.00 | 565.00 |
| 09/30/11 | OUTREACH TO CONGRESSIONAL OFFICES REPRESENTING MEMBERS OF THE CREDITORS' COMMITTEE | K REMINGTON | 1.50 | 847.50 |
| **TOTAL SERVICES** | | | **$** | **3,848.50** |

**CURRENT INVOICE TOTAL** $ 3,848.50

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| KRISTI L. REMINGTON | 565.00 | 5.90 | 3,333.50 |
| MISSY FOXMAN | 515.00 | 1.00 | 515.00 |
| **TOTALS** | | **6.90** | **$ 3,848.50** |

COST BILL DETAIL

Cost Type: 11SOFT   Audio Conference Calls

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9443274 | 137623-01600 | ☐ | 0.20 | 0.20 | 0.20 | USD |
| 9443275 | 137623-01600 | ☐ | 0.25 | 0.25 | 0.25 | USD |
| 9443276 | 137623-01600 | ☐ | 0.30 | 0.30 | 0.30 | USD |
| 9443277 | 137623-01600 | ☐ | 0.30 | 0.30 | 0.30 | USD |
| 9443278 | 137623-01600 | ☐ | 0.45 | 0.45 | 0.45 | USD |
| 9443279 | 137623-01600 | ☐ | 0.45 | 0.45 | 0.45 | USD |
| 9443280 | 137623-01600 | ☐ | 0.55 | 0.55 | 0.55 | USD |
| 9443281 | 137623-01600 | ☐ | 1.05 | 1.05 | 1.05 | USD |
| 9443282 | 137623-01600 | ☐ | 1.05 | 1.05 | 1.05 | USD |
| 9443283 | 137623-01600 | ☐ | 1.90 | 1.90 | 1.90 | USD |
| 9443284 | 137623-01600 | ☐ | 1.95 | 1.95 | 1.95 | USD |
| 9443285 | 137623-01600 | ☐ | 2.10 | 2.10 | 2.10 | USD |
| 9443286 | 137623-01600 | ☐ | 2.10 | 2.10 | 2.10 | USD |
| 9443287 | 137623-01600 | ☐ | 2.15 | 2.15 | 2.15 | USD |
| 9443288 | 137623-01600 | ☐ | 2.15 | 2.15 | 2.15 | USD |
| 9443289 | 137623-01600 | ☐ | 2.15 | 2.15 | 2.15 | USD |
| 9443290 | 137623-01600 | ☐ | 2.20 | 2.20 | 2.20 | USD |
| 9443291 | 137623-01600 | ☐ | 2.20 | 2.20 | 2.20 | USD |
| 9443292 | 137623-01600 | ☐ | 2.20 | 2.20 | 2.20 | USD |
| 9443293 | 137623-01600 | ☐ | 2.20 | 2.20 | 2.20 | USD |
| 9443294 | 137623-01600 | ☐ | 2.50 | 2.50 | 2.50 | USD |
| 9443295 | 137623-01600 | ☐ | 2.70 | 2.70 | 2.70 | USD |
| 9443296 | 137623-01600 | ☐ | 2.95 | 2.95 | 2.95 | USD |
| 9443297 | 137623-01600 | ☐ | 3.30 | 3.30 | 3.30 | USD |
| 9443298 | 137623-01600 | ☐ | 3.60 | 3.60 | 3.60 | USD |
| 9443299 | 137623-01600 | ☐ | 3.65 | 3.65 | 3.65 | USD |
| 9443300 | 137623-01600 | ☐ | 3.65 | 3.65 | 3.65 | USD |
| 9443301 | 137623-01600 | ☐ | 3.65 | 3.65 | 3.65 | USD |
| 9443302 | 137623-01600 | ☐ | 3.75 | 3.75 | 3.75 | USD |
| 9443303 | 137623-01600 | ☐ | 3.75 | 3.75 | 3.75 | USD |
| 9443304 | 137623-01600 | ☐ | 3.75 | 3.75 | 3.75 | USD |
| 9443305 | 137623-01600 | ☐ | 3.75 | 3.75 | 3.75 | USD |
| 9443306 | 137623-01600 | ☐ | 3.75 | 3.75 | 3.75 | USD |

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9443307 | 137623-01600 | ☐ | 3.80 | 3.80 | 3.80 | USD |
| 9443308 | 137623-01600 | ☐ | 3.85 | 3.85 | 3.85 | USD |
| 9443309 | 137623-01600 | ☐ | 5.25 | 5.25 | 5.25 | USD |
| 9443310 | 137623-01600 | ☐ | 5.55 | 5.55 | 5.55 | USD |
| 9443311 | 137623-01600 | ☐ | 5.60 | 5.60 | 5.60 | USD |
| 9443312 | 137623-01600 | ☐ | 5.60 | 5.60 | 5.60 | USD |
| | | Cost Type Total: | 102.30 | 102.30 | 102.30 | |

Cost Type: 26P  Hand Delivery - Parcels

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9404333 | 137623-01600 | ☐ | 5.00 | 5.00 | 5.00 | USD |
| | | Cost Type Total: | 5.00 | 5.00 | 5.00 | |

Cost Type: 30  Reproduction Of Documents

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9360439 | 137623-01600 | ☐ | 2.70 | 1.80 | 1.80 | USD |
| 9360440 | 137623-01600 | ☐ | 27.60 | 18.40 | 18.40 | USD |
| | | Cost Type Total: | 30.30 | 20.20 | 20.20 | |

Cost Type: 33  Contracted Photocopying

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9404334 | 137623-01600 | ☐ | 13.96 | 20.20 | 20.20 | USD |
| | | Cost Type Total: | 13.96 | 20.20 | 20.20 | |

Cost Type: 44S-G  Record Search: Good Standing Certificate

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9360441 | 137623-01600 | ☐ | 528.85 | 528.85 | 528.85 | USD |
| 9362882 | 137623-01600 | ☐ | 737.35 | 737.35 | 737.35 | USD |
| | | Cost Type Total: | 1,266.20 | 1,266.20 | 1,266.20 | |

Cost Type: 44S-K  Record Search: Ucc Liens, Fed & State Tax Liens

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9359160 | 137623-01600 | ☐ | 721.85 | 721.85 | 721.85 | USD |
| 9359161 | 137623-01600 | ☐ | 737.35 | 737.35 | 737.35 | USD |
| 9369430 | 137623-01600 | ☐ | 223.85 | 223.85 | 223.85 | USD |

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9369431 | 137623-01600 | ☐ | 236.00 | 236.00 | 236.00 | USD |
| | Cost Type Total: | | 1,919.05 | 1,919.05 | 1,919.05 | |

Cost Type: 90  Lexis

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9366194 | 137623-01600 | ☐ | 1.48 | 1.48 | 1.48 | USD |
| 9366195 | 137623-01600 | ☐ | 2.98 | 2.98 | 2.98 | USD |
| 9425590 | 137623-01600 | ☐ | 1.73 | 1.73 | 1.73 | USD |
| 9425592 | 137623-01600 | ☐ | 14.26 | 14.26 | 14.26 | USD |
| 9425594 | 137623-01600 | ☐ | 2.97 | 2.97 | 2.97 | USD |
| | Cost Type Total: | | 23.42 | 23.42 | 23.42 | |

Cost Type: 95  Westlaw

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9364412 | 137623-01600 | ☐ | 12.69 | 12.69 | 12.69 | USD |
| | Cost Type Total: | | 12.69 | 12.69 | 12.69 | |

Cost Type: PACERPG  Docket Searches

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9391662 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391663 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391664 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391665 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391666 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391667 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391668 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391669 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391670 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391671 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391672 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391673 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391674 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391675 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391676 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391677 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9391678 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391679 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391680 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391681 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391682 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391683 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391684 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391685 | 137623-01600 | ☐ | 0.08 | 0.08 | 0.08 | USD |
| 9391686 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391687 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391688 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391689 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391690 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391691 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391692 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391693 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391694 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391695 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391696 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391697 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391698 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391699 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391700 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391701 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391702 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391703 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391704 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391705 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391706 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391707 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391708 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391709 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391710 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391711 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391712 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9391713 | 137623-01600 | ☐ | 0.16 | 0.16 | 0.16 | USD |
| 9391714 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391715 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391716 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391717 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391718 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391719 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391720 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391721 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391722 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391723 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391724 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391725 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391726 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391727 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391728 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391729 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391730 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391731 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391732 | 137623-01600 | ☐ | 0.24 | 0.24 | 0.24 | USD |
| 9391733 | 137623-01600 | ☐ | 0.32 | 0.32 | 0.32 | USD |
| 9391734 | 137623-01600 | ☐ | 0.32 | 0.32 | 0.32 | USD |
| 9391735 | 137623-01600 | ☐ | 0.32 | 0.32 | 0.32 | USD |
| 9391736 | 137623-01600 | ☐ | 0.32 | 0.32 | 0.32 | USD |
| 9391737 | 137623-01600 | ☐ | 0.32 | 0.32 | 0.32 | USD |
| 9391738 | 137623-01600 | ☐ | 0.32 | 0.32 | 0.32 | USD |
| 9391739 | 137623-01600 | ☐ | 0.32 | 0.32 | 0.32 | USD |
| 9391740 | 137623-01600 | ☐ | 0.32 | 0.32 | 0.32 | USD |
| 9391741 | 137623-01600 | ☐ | 0.32 | 0.32 | 0.32 | USD |
| 9391742 | 137623-01600 | ☐ | 0.40 | 0.40 | 0.40 | USD |
| 9391743 | 137623-01600 | ☐ | 0.40 | 0.40 | 0.40 | USD |
| 9391744 | 137623-01600 | ☐ | 0.40 | 0.40 | 0.40 | USD |
| 9391745 | 137623-01600 | ☐ | 0.40 | 0.40 | 0.40 | USD |
| 9391746 | 137623-01600 | ☐ | 0.40 | 0.40 | 0.40 | USD |
| 9391747 | 137623-01600 | ☐ | 0.40 | 0.40 | 0.40 | USD |

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9391748 | 137623-01600 | ☐ | 0.40 | 0.40 | 0.40 | USD |
| 9391749 | 137623-01600 | ☐ | 0.40 | 0.40 | 0.40 | USD |
| 9391750 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391751 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391752 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391753 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391754 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391755 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391756 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391757 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391758 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391759 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391760 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391761 | 137623-01600 | ☐ | 0.48 | 0.48 | 0.48 | USD |
| 9391762 | 137623-01600 | ☐ | 0.56 | 0.56 | 0.56 | USD |
| 9391763 | 137623-01600 | ☐ | 0.56 | 0.56 | 0.56 | USD |
| 9391764 | 137623-01600 | ☐ | 0.56 | 0.56 | 0.56 | USD |
| 9391765 | 137623-01600 | ☐ | 0.56 | 0.56 | 0.56 | USD |
| 9391766 | 137623-01600 | ☐ | 0.56 | 0.56 | 0.56 | USD |
| 9391767 | 137623-01600 | ☐ | 0.56 | 0.56 | 0.56 | USD |
| 9391768 | 137623-01600 | ☐ | 0.56 | 0.56 | 0.56 | USD |
| 9391769 | 137623-01600 | ☐ | 0.56 | 0.56 | 0.56 | USD |
| 9391770 | 137623-01600 | ☐ | 0.56 | 0.56 | 0.56 | USD |
| 9391771 | 137623-01600 | ☐ | 0.56 | 0.56 | 0.56 | USD |
| 9391772 | 137623-01600 | ☐ | 0.64 | 0.64 | 0.64 | USD |
| 9391773 | 137623-01600 | ☐ | 0.64 | 0.64 | 0.64 | USD |
| 9391774 | 137623-01600 | ☐ | 0.64 | 0.64 | 0.64 | USD |
| 9391775 | 137623-01600 | ☐ | 0.72 | 0.72 | 0.72 | USD |
| 9391776 | 137623-01600 | ☐ | 0.72 | 0.72 | 0.72 | USD |
| 9391777 | 137623-01600 | ☐ | 0.80 | 0.80 | 0.80 | USD |
| 9391778 | 137623-01600 | ☐ | 0.80 | 0.80 | 0.80 | USD |
| 9391779 | 137623-01600 | ☐ | 0.80 | 0.80 | 0.80 | USD |
| 9391780 | 137623-01600 | ☐ | 0.80 | 0.80 | 0.80 | USD |
| 9391781 | 137623-01600 | ☐ | 0.80 | 0.80 | 0.80 | USD |
| 9391782 | 137623-01600 | ☐ | 0.80 | 0.80 | 0.80 | USD |

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9391783 | 137623-01600 | ☐ | 0.80 | 0.80 | 0.80 | USD |
| 9391784 | 137623-01600 | ☐ | 0.88 | 0.88 | 0.88 | USD |
| 9391785 | 137623-01600 | ☐ | 0.88 | 0.88 | 0.88 | USD |
| 9391786 | 137623-01600 | ☐ | 0.88 | 0.88 | 0.88 | USD |
| 9391787 | 137623-01600 | ☐ | 0.88 | 0.88 | 0.88 | USD |
| 9391788 | 137623-01600 | ☐ | 0.88 | 0.88 | 0.88 | USD |
| 9391789 | 137623-01600 | ☐ | 0.88 | 0.88 | 0.88 | USD |
| 9391790 | 137623-01600 | ☐ | 0.88 | 0.88 | 0.88 | USD |
| 9391791 | 137623-01600 | ☐ | 0.88 | 0.88 | 0.88 | USD |
| 9391792 | 137623-01600 | ☐ | 0.88 | 0.88 | 0.88 | USD |
| 9391793 | 137623-01600 | ☐ | 0.88 | 0.88 | 0.88 | USD |
| 9391794 | 137623-01600 | ☐ | 0.96 | 0.96 | 0.96 | USD |
| 9391795 | 137623-01600 | ☐ | 0.96 | 0.96 | 0.96 | USD |
| 9391796 | 137623-01600 | ☐ | 1.04 | 1.04 | 1.04 | USD |
| 9391797 | 137623-01600 | ☐ | 1.12 | 1.12 | 1.12 | USD |
| 9391798 | 137623-01600 | ☐ | 1.20 | 1.20 | 1.20 | USD |
| 9391799 | 137623-01600 | ☐ | 1.20 | 1.20 | 1.20 | USD |
| 9391800 | 137623-01600 | ☐ | 1.20 | 1.20 | 1.20 | USD |
| 9391801 | 137623-01600 | ☐ | 1.20 | 1.20 | 1.20 | USD |
| 9391802 | 137623-01600 | ☐ | 1.20 | 1.20 | 1.20 | USD |
| 9391803 | 137623-01600 | ☐ | 1.20 | 1.20 | 1.20 | USD |
| 9391804 | 137623-01600 | ☐ | 1.20 | 1.20 | 1.20 | USD |
| 9391805 | 137623-01600 | ☐ | 1.28 | 1.28 | 1.28 | USD |
| 9391806 | 137623-01600 | ☐ | 1.28 | 1.28 | 1.28 | USD |
| 9391807 | 137623-01600 | ☐ | 1.44 | 1.44 | 1.44 | USD |
| 9391808 | 137623-01600 | ☐ | 1.60 | 1.60 | 1.60 | USD |
| 9391809 | 137623-01600 | ☐ | 1.84 | 1.84 | 1.84 | USD |
| 9391810 | 137623-01600 | ☐ | 1.84 | 1.84 | 1.84 | USD |
| 9391811 | 137623-01600 | ☐ | 2.24 | 2.24 | 2.24 | USD |
| 9391812 | 137623-01600 | ☐ | 2.32 | 2.32 | 2.32 | USD |
| 9391813 | 137623-01600 | ☐ | 2.40 | 2.40 | 2.40 | USD |
| 9391814 | 137623-01600 | ☐ | 2.40 | 2.40 | 2.40 | USD |
| 9391815 | 137623-01600 | ☐ | 2.40 | 2.40 | 2.40 | USD |
| 9391816 | 137623-01600 | ☐ | 2.40 | 2.40 | 2.40 | USD |
| 9391817 | 137623-01600 | ☐ | 2.40 | 2.40 | 2.40 | USD |

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9391818 | 137623-01600 | ☐ | 2.40 | 2.40 | 2.40 | USD |
| | Cost Type Total: | | 86.88 | 86.88 | 86.88 | |
| | | | 3,459.80 | 3,455.94 | 3,455.94 | Soft Cost |

Cost Type: 06  Travel Expense: Parking, Tolls

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9367429 | 137623-01600 | ☑ | 52.00 | 52.00 | 52.00 | USD |
| 9384198 | 137623-01600 | ☑ | 23.00 | 23.00 | 23.00 | USD |
| | Cost Type Total: | | 75.00 | 75.00 | 75.00 | |

Cost Type: 48  Cab Fare Reimbursement

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9367430 | 137623-01600 | ☑ | 112.00 | 112.00 | 112.00 | USD |
| 9384196 | 137623-01600 | ☑ | 28.00 | 28.00 | 28.00 | USD |
| | Cost Type Total: | | 140.00 | 140.00 | 140.00 | |

Cost Type: 63  Transcript

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9406672 | 137623-01600 | ☑ | 93.60 | 93.60 | 93.60 | USD |
| | Cost Type Total: | | 93.60 | 93.60 | 93.60 | |

Cost Type: 64A  Travel Expense: Train

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9384195 | 137623-01600 | ☑ | 153.00 | 153.00 | 153.00 | USD |
| | Cost Type Total: | | 153.00 | 153.00 | 153.00 | |

Cost Type: 75  Travel Expense: Out-Of-Town Meals

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9384197 | 137623-01600 | ☑ | 60.05 | 60.05 | 60.05 | USD |
| | Cost Type Total: | | 60.05 | 60.05 | 60.05 | |

Cost Type: 77  Travel Expense: Local Meals

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 9367428 | 137623-01600 | ☑ | 47.44 | 47.44 | 47.44 | USD |

| Cost Type Total: | 47.44 | 47.44 | 47.44 | |
| | 569.09 | 569.09 | 569.09 | Hard Cost |
| | 4,028.89 | 4,025.03 | 4,025.03 | USD |