# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Solyndra LLC, *et al.*,[1] | ) Case No.: Case No. 11-12799 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket No. ____** |

## ORDER EXTENDING THE PERIOD WITHIN WHICH DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order further extending the period within which the Debtors may remove actions pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

---

1 The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

**ORDERED** that the time period provided by Bankruptcy Rule 9027 within which the Debtors may file notices of removal of related proceedings under Bankruptcy Rule 9027(a)(2) is enlarged and extended through and including March 5, 2012 (the "Prepetition Removal Deadline"); and it is further

**ORDERED** that the Prepetition Removal Deadline applies to all matters specified in Bankruptcy Rule 9027(a)(2); and it is further

**ORDERED** that the time period provided by Bankruptcy Rule 9027 within which the Debtors may file notices of removal of related proceedings under Bankruptcy Rule 9027(a)(3) is enlarged and extended to the later of (i) March 5, 2012, and (ii) the time period specified in Bankruptcy Rule 9027(a)(3) (the "Postpetition Removal Deadline"); and it is further

**ORDERED** that the Postpetition Removal Deadline applies to all matters specified in Bankruptcy Rule 9027(a)(3); and it is further

**ORDERED** that this Order is without prejudice to the Debtors' right to seek further extensions of the time within which to remove related proceedings; and it is further

DOCS_DE:175371.1 80368-002

**ORDERED** that this Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: _____, 2011

>   _____
>   THE HONORABLE MARY F. WALRATH
>   UNITED STATES BANKRUPTCY JUDGE