**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) <br> ) <br> SOLYNDRA LLC, *et al.*,[1] ) <br> ) <br> Debtors. ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 11-12799 (MFW) <br><br> Jointly Administered <br><br> Ref. Docket No. 161 |

**NOTICE OF FILING OF STIPULATION EXTENDING THE CHALLENGE PERIOD RELATED TO THE FINDINGS OF AND THE DEBTORS' STIPULATIONS CONTAINED IN THE FINAL DIP FINANCING ORDER**

**PLEASE TAKE NOTICE THAT** on September 27, 2011, this Court entered that certain Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, and (IV) Modifying the Automatic Stay [Docket No. 161] (the "Final DIP Order").[2]

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Final Order, Peter M. Kohlstadt ("Kohlstadt"), on behalf of himself and a purported class of similarly-situated former employees of Solyndra LLC and 360 Degree Solar Holdings, the Official Committee of Unsecured Creditors (the "Committee"), Argonaut Ventures I, LLC (in its capacity as Prepetition Tranche A Term Loan Facility Representative and Prepetition Tranche E Agent) ("Argonaut"), and the United States Department of Energy (in its capacity as Prepetition Tranche B/D Agent) have reached an agreement with respect to the Challenge Period for the Committee

---

[1] The Debtors in the above captioned Chapter 11 proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Final DIP Order.

and Kohlstadt granted pursuant to Paragraph 9 of the Final DIP Order, the full terms and conditions of which are set forth in that certain Stipulation Extending the Challenge Period Related to the Findings of and the Debtors' Stipulations Contained in the Final DIP Financing Order (the "Stipulation").[3]  A copy of the Stipulation is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Stipulation, among other things, the Challenge Period for the Committee and Kohlstadt shall be extended through and including January 6, 2012.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 28, 2011 | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP |
| | */s/ Robert F. Poppiti, Jr.*<br>Sean M. Beach (No. 4070)<br>Robert F. Poppiti, Jr. (No. 5052)<br>The Brandywine Building, 1000 West St., 17th Fl.<br>Wilmington, DE 19801<br>Telephone: 302.571.6600  Facsimile: 302.571.1253 |
| | ---- and ---- |
| | GIBSON, DUNN & CRUTCHER LLP<br>Michael A. Rosenthal (admitted *pro hac vice*)<br>Mitchell A. Karlan (admitted *pro hac vice*)<br>Matthew K. Kelsey (admitted *pro hac vice*)<br>200 Park Ave, 47th Floor<br>New York, NY 10166-0193<br>Telephone: 212.351.4000  Facsimile: 212.351.4035 |
| | ATTORNEYS FOR ARGONAUT |

---

[3]  To the extent there is any inconsistency between the summary provided herein and the actual terms and conditions of the Stipulation, the latter shall control.

## EXHIBIT A

Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOLYNDRA LLC, *et al.,* | ) | Case No. 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### STIPULATION EXTENDING THE CHALLENGE PERIOD RELATED TO THE FINDINGS OF AND THE DEBTORS' STIPULATIONS CONTAINED IN THE FINAL DIP FINANCING ORDER

Peter M. Kohlstadt ("Kohlstadt"), on behalf of himself and a purported class of similarly-situated former employees of Solyndra LLC and 360 Degree Solar Holdings (collectively, the "WARN Claimants"), the Official Committee of Unsecured Creditors (the "Committee"), Argonaut Ventures I, LLC (in its capacity as Prepetition Tranche A Term Loan Facility Representative and Prepetition Tranche E Agent),[1] and the United States Department of Energy (in its capacity as Prepetition Tranche B/D Agent) (hereinafter, each individually, a "Party" and, collectively, the "Parties") hereby stipulate as follows:

1. The Parties agree that the Challenge Period for the Committee and Kohlstadt granted pursuant to Paragraph 9 of the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, and (IV) Modifying the Automatic Stay* (the "Final DIP Order") [Dkt. No. 161; filed 09/27/11] is hereby extended through and including January 6, 2012.

2. The Parties reserve all of their respective rights, including, without limitation, (a) the Committee's, Kohlstadt's and/or the WARN Claimants' right to request further extensions of

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Final DIP Order (as defined herein).

{00008210. }                                                        1

the Challenge Period and any objections thereto by the other Parties, (b) Kohlstadt's and/or the WARN Claimants' right to assert an administrative expense claim in the Debtors' bankruptcy and any objections thereto by the other Parties, and (c) the Parties' right to object to Kohlstadt's and/or the WARN Claimants' request for standing to commence or prosecute an objection or challenge to the findings in and the Debtors' Stipulations in Paragraph F (and its subsections) of the Final DIP Order.

3. Nothing herein is intended to or shall limit the right of the above-captioned debtors (collectively, the "Debtors") or any party-in-interest to object to (a) Kohlstadt's and/or the WARN Claimants' right to an administrative expense claim in the Debtors' bankruptcy or (b) Kohlstadt's and/or the WARN Claimants' request for standing to commence or prosecute an objection or challenge to the findings in and/or the Debtors' Stipulations in Paragraph F (and its subsections) in the Final DIP Order.

4. Except as specifically set forth herein, the Final DIP Order remains in full force and effect.

5. The foregoing is without prejudice with respect to Kohlstadt's and the WARN Claimants' rights, including the rights to take discovery, in the adversary proceeding styled *Peter M. Kohlstadt, on behalf of himself and all others similarly situated, v. Solyndra LLC and 360 Degree Solar Holdings, Inc.*, Adversary No. 11-53155 (MFW), and any objections or defenses thereto that may be asserted by the Debtors.

6. Each undersigned counsel represents that s/he is authorized to execute this Stipulation on behalf of his/her respective clients.

7. The Stipulation shall be binding upon all successors and assigns of each Party to the Stipulation.

8. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

9. This Stipulation may not be modified, altered, amended or vacated without the written consent of all Parties hereto.

| ACKNOWLEDGED AND AGREED: | ACKNOWLEDGED AND AGREED: |
|---|---|
| **THE ROSNER LAW GROUP LLC** | **BLANK ROME LLP** |
| */s/ Julia B. Klein* | */s/ Bonnie Glantz Fatell* |
| Julia B. Klein (DE #5198) | Bonnie Glantz Fatell (DE #3809) |
| Frederick B. Rosner (DE #3995) | David W. Carickhoff (DE #3715) |
| 824 Market Street, Suite 810 | 1201 N. Market Street, Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 777-1111 | |
| klein@teamrosner.com | *Counsel to the Official Committee of Unsecured Creditors* |
| -- and -- | Dated: November 23, 2011 |
| Jack A. Raisner | |
| René S. Roupinian | |
| **OUTTEN & GOLDEN LLP** | |
| 3 Park Avenue, 29th Floor | |
| New York, New York 10016 | |
| Telephone: (212) 245-1000 | |
| *Counsel to Peter M. Kohlstadt on Behalf of Himself and Others Similarly Situated* | |
| Dated: November 22, 2011 | |

[*SIGNATURES CONTINUED ON FOLLOWING PAGE*]

| ACKNOWLEDGED AND AGREED: | ACKNOWLEDGED AND AGREED: |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION** |

*/s/ Matthew Kelsey*
Michael A. Rosenthal, Esq.
Matthew Kelsey, Esq.
200 Park Avenue
New York, NY 10166
mrosenthal@gibsondunn.com

-- and --

Sean M. Beach, Esq. (DE #4070)
Robert F. Poppiti, Jr., Esq. (DE #5052)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
1000 West Street, 17th Floor
Wilmington, DE 19899

*Counsel to Argonaut Ventures I, LLC, Prepetition Tranche A Representative and Prepetition Tranche E Agent*

Dated: November 23, 2011

*/s/ Matthew J. Troy*
Matthew J. Troy, Esq.
1100 L Street NW, Room 10030
Washington, DC 20530
matthew.troy@usdoj.gov

*Counsel to the US Dept. of Energy, acting by and through the Secretary of Energy, as Prepetition Tranche B/D Credit Facility Agent*

Dated: November 22, 2011