IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Related Document No. 315, 368** |

## NOTICE OF AUCTION RESULTS AND AUCTION REPORT

**PLEASE TAKE NOTICE** that pursuant to the *Order Granting Motion of Solyndra LLC Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Authorizing Them to (A) Conduct a Supplemental Auction for Additional Non-Core Assets, and (B) Sell Such Assets to the Successful Bidders at an Auction Free and Clean of All Encumbrances* (the "Supplemental Non-Core Auction Procedures Order") [Docket No. 315] entered by this Court on November 22, 2011, Solyndra LLC, one of the captioned debtors herewith ("Solyndra"), held an auction for the sale of certain of its non-core assets that are not necessary to the operation of its business (collectively, the "Additional Non-Core Assets") commencing on December 13, 2011 (the "Supplemental Non-Core Auction"). The Non-Core Auction was broadcast on the website maintained by the Court-appointed sales agent and auctioneer, Heritage Global Partners ("HGP").[2]

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Supplemental Non-Core Auction Procedures Order, attached hereto as **Exhibit A** are the

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Capitalized terms not defined herein are defined in the Supplemental Non-Core Auction Procedures Order.

DOCS_SF:79165.1 80368-002                  1

post auction disclosures (the "Post Auction Disclosures") that provides: a list of each Successful Bidder, and/or Backup Bidder, the Additional Non-Core Asset(s) purchased by such bidder, the price to be paid by each Successful Bidder for each Additional Non-Core Asset or lot(s) of Additional Non-Core Assets.

**PLEASE TAKE FURTHER NOTICE** that following two (2) business days after the filing of these Post Auction Disclosures with the Court and if no timely objection is received by any of the Notice Parties prior to the expiration of such period, Solyndra is authorized to immediately consummate the proposed sales contemplated under the Post Auction Disclosures upon entry of an order approving such sales by the Court.

Dated: December 15, 2011         PACHULSKI STANG ZIEHL & JONES LLP

/s/ Bruce Grohsgal_____
Richard M. Pachulski (CA Bar No. 90073)
Bruce Grohsgal (DE Bar No. 3583)
Debra I. Grassgreen (CA Bar No. 169978)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail:      rpachulski@pszjlaw.com
             bgrohsgal@pszjlaw.com
             dgrassgreen@pszjlaw.com
             jfried@pszjlaw.com

Attorneys for the Debtors and Debtors in Possession