IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOLYNDRA LLC, *et al.,* | ) | Case No. 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STIPULATION EXTENDING THE CHALLENGE PERIOD
RELATED TO THE FINDINGS OF AND THE DEBTORS' STIPULATIONS
CONTAINED IN THE FINAL DIP FINANCING ORDER**

Peter M. Kohlstadt ("Kohlstadt"), on behalf of himself and a purported class of similarly-situated former employees of Solyndra LLC and 360 Degree Solar Holdings (collectively, the "WARN Claimants"), the Official Committee of Unsecured Creditors (the "Committee"), Argonaut Ventures I, LLC ("Argonaut") (in its capacity as Prepetition Tranche A Term Loan Facility Representative and Prepetition Tranche E Agent),[1] and the United States Department of Energy (the "DOE") (in its capacity as Prepetition Tranche B/D Agent) (hereinafter, each individually, a "Party" and, collectively, the "Parties") hereby stipulate as follows:

1. The Parties agree that the Challenge Period for the Committee granted pursuant to Paragraph 9 of the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, and (IV) Modifying the Automatic Stay* (the "Final DIP Order") [Dkt. No. 161; filed 09/27/11] is hereby extended through and including February 6, 2012; provided that counsel for the Committee meets with counsel for Argonaut at a mutually agreeable place and time during the week of January 16, 2012 or such later time is mutually agreed by counsel for the Committee and counsel for Argonaut.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Final DIP Order (as defined herein).

{00008210. }                                       1

2. Notwithstanding the foregoing, by agreement of the Committee and the DOE, the Challenge Period for the Committee as it relates to the DOE or the loan to the Debtors that the DOE guaranteed is hereby extended through and including March 2, 2012, regardless of whether counsel for the Committee meets with counsel for Argonaut during the week of January 16, 2012 or such later mutually agreeable time.

3. The Parties agree that the Challenge Period for Kohlstadt granted pursuant to Paragraph 9 of the Final DIP Order is hereby extended through and including February 6, 2012; provided that counsel for Kohlstadt meets with counsel for Argonaut at a mutually agreeable place and time during the week of January 16, 2012 or such later time is mutually agreed by counsel for Kohlstadt and counsel for Argonaut.

4. The Parties reserve all of their respective rights, including, without limitation, (a) the Committee's, Kohlstadt's, and/or the WARN Claimants' right to request further extensions of the Challenge Period and any objections thereto by the other Parties, (b) Kohlstadt's and/or the WARN Claimants' right to assert an administrative expense claim in the Debtors' bankruptcy and any objections thereto by the other Parties, and (c) the Parties' right to object to Kohlstadt's and/or the WARN Claimants' request for standing to commence or prosecute an objection or challenge to the findings in and the Debtors' Stipulations in Paragraph F (and its subsections) of the Final DIP Order.

5. Nothing herein is intended to or shall limit the right of the above-captioned debtors (collectively, the "Debtors") or any party-in-interest to object to (a) Kohlstadt's and/or the WARN Claimants' right to an administrative expense claim in the Debtors' bankruptcy or (b) Kohlstadt's and/or the WARN Claimants' request for standing to commence or prosecute an

objection or challenge to the findings in and/or the Debtors' Stipulations in Paragraph F (and its subsections) in the Final DIP Order.

6. Except as specifically set forth herein, the Final DIP Order remains in full force and effect.

7. The foregoing is without prejudice with respect to Kohlstadt's and the WARN Claimants' rights, including the rights to take discovery, in the adversary proceeding styled *Peter M. Kohlstadt, on behalf of himself and all others similarly situated, v. Solyndra LLC and 360 Degree Solar Holdings, Inc*., Adversary No. 11-53155 (MFW), and any objections or defenses thereto that may be asserted by the Debtors.

8. Each undersigned counsel represents that s/he is authorized to execute this Stipulation on behalf of his/her respective clients.

9. The Stipulation shall be binding upon all successors and assigns of each Party to the Stipulation.

10. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

11. This Stipulation may not be modified, altered, amended or vacated without the written consent of all Parties hereto.

ACKNOWLEDGED AND AGREED:

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Julia B. Klein (DE #5198)
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone:  (302) 777-1111
klein@teamrosner.com

-- and --

Jack A. Raisner
René S. Roupinian
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

*Counsel to Peter M. Kohlstadt on Behalf of Himself and Others Similarly Situated*

Dated:  January 4, 2012

[*SIGNATURES CONTINUED ON FOLLOWING PAGE*]

| | |
|---|---|
| ACKNOWLEDGED AND AGREED: | ACKNOWLEDGED AND AGREED: |
| **GIBSON, DUNN & CRUTCHER LLP** | **U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION** |

*/s/ Matthew Kelsey*
Michael A. Rosenthal, Esq.
Matthew Kelsey, Esq.
200 Park Avenue
New York, NY 10166
mrosenthal@gibsondunn.com

-- and --

Sean M. Beach, Esq. (DE #4070)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
1000 West Street, 17th Floor
Wilmington, DE 19899

*Counsel to Argonaut Ventures I, LLC, Prepetition Tranche A Representative and Prepetition Tranche E Agent*

Dated:  January 4, 2012

ACKNOWLEDGED AND AGREED:

**BLANK ROME LLP**

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 N. Market Street, Suite 800
Wilmington, DE 19801

*Counsel to the Official Committee Of Unsecured Creditors*

Dated:  January 4, 2012

*/s/ Matthew J. Troy*
Matthew J. Troy, Esq.
1100 L Street NW, Room 10030
Washington, DC 20530
matthew.troy@usdoj.gov

*Counsel to the US Dept. of Energy, acting by and through the Secretary of Energy, as Prepetition Tranche B/D Credit Facility Agent*

Dated:  January 4, 2012