IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Related Document Nos. 370 and 467** |

## NOTICE OF AUCTION RESULTS AND AUCTION REPORT

**PLEASE TAKE NOTICE** that pursuant to the *Order Granting Motion of Solyndra LLC Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Authorizing Them to (A) Conduct a Supplemental Auction for Core Assets, and (B) Sell Such Assets to the Successful Bidders at an Auction Free and Clean of All Encumbrances* (the "Core Auction Procedures Order") [Docket No. 467] entered by this Court on December 21, 2011, Solyndra LLC, one of the captioned debtors herewith ("Solyndra"), held an auction for the sale of certain of its core assets formerly used in the operation of its business (collectively, the "Core Assets") commencing on February 22, 2012 and concluding on February 24, 2012 (the "Core Auction"). The Core Auction was broadcast on the website maintained by the Court-appointed sales agents and auctioneers: Heritage Global Partners, Counsel RB Capital LLC, Hilco Industrial LLC and the Branford Group (collectively, the "Auctioneers").[2]

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Core Auction Procedures Order, attached hereto as **Exhibit A** are the post auction disclosures (the

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Capitalized terms not defined herein are defined in the Core Auction Procedures Order.

DOCS_SF:79752.1 80368-002         1

"Post Auction Disclosures") that provides: a list of each Successful Bidder, the Core Asset(s) purchased by such bidder, the price to be paid by each Successful Bidder for each Core Asset or lot(s) of Core Assets.

**PLEASE TAKE FURTHER NOTICE** that following two (2) business days after the filing of these Post Auction Disclosures with the Court and if no timely objection is received by any of the Notice Parties prior to the expiration of such period, Solyndra is authorized to immediately consummate the proposed sales contemplated under the Post Auction Disclosures upon entry of an order approving such sales by the Court.

Dated: February 27, 2012　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　/s/ Bruce Grohsgal
　　　　　　　　　　　　　　　　　　Richard M. Pachulski (CA Bar No. 90073)
　　　　　　　　　　　　　　　　　　Bruce Grohsgal (DE Bar No. 3583)
　　　　　　　　　　　　　　　　　　Debra I. Grassgreen (CA Bar No. 169978)
　　　　　　　　　　　　　　　　　　Joshua M. Fried (CA Bar No. 181541)
　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　　　　Telephone:  (302) 652-4100
　　　　　　　　　　　　　　　　　　Facsimile:   (302) 652-4400
　　　　　　　　　　　　　　　　　　E-mail:　　rpachulski@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　bgrohsgal@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　dgrassgreen@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　jfried@pszjlaw.com

　　　　　　　　　　　　　　　　　　Attorneys for the Debtors and Debtors in Possession