**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOLYNDRA LLC, *et al.*, | ) | Case No. 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STIPULATION EXTENDING THE CHALLENGE PERIOD**
**RELATED TO THE FINDINGS OF FACT AND THE DEBTORS' STIPULATIONS**
**CONTAINED IN THE FINAL DIP FINANCING ORDER**

The Official Committee of Unsecured Creditors (the "Committee"), the United States Department of Energy (the "DOE") (in its capacity as Prepetition Tranche B/D Agent[1]) and Argonaut Ventures I, LLC ("Argonaut") (in its capacity as Prepetition Tranche A Term Loan Facility Representative and Prepetition Tranche E Agent) (hereinafter, each individually, a "Party" and, collectively, the "Parties") hereby stipulate as follows:

1. The Parties agree that the Challenge Period for the Committee granted pursuant to Paragraph 9 of the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, and (IV) Modifying the Automatic Stay* (the "Final DIP Order") [Docket. No. 161] is hereby extended through and including June 29, 2012.

2. The Parties reserve all of their respective rights, including, without limitation, the Committee's right to request further extensions of the Challenge Period and any objections thereto by Argonaut and the DOE.

3. Except as specifically set forth herein, the Final DIP Order remains in full force and effect.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Final DIP Order (as defined herein).

4. Each undersigned counsel represents that he or she is authorized to execute this Stipulation on behalf of his or her respective clients.

5. The Stipulation shall be binding upon all successors and assigns of each Party to the Stipulation.

6. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronically and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

7. This Stipulation may not be modified, altered, amended or vacated without the written consent of all Parties hereto.

[*Rest of Page Intentionally Left Blank*]

| ACKNOWLEDGED AND AGREED: | ACKNOWLEDGED AND AGREED: |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **BLANK ROME LLP** |

*/s/ Sean M. Beach*
Sean M. Beach, Esq. (No. 4070)
Rodney Square
1000 North King Street
Wilmington, DE 19801

-- and --

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal, Esq.
Matthew Kelsey, Esq.
200 Park Avenue
New York, NY 10166

*Counsel to Argonaut Ventures I, LLC, Prepetition Tranche A Representative and Prepetition Tranche E Agent*

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell, Esq. (No. 3809)
David W. Carickhoff, Esq. (No. 3715)
1201 N. Market Street, Suite 800
Wilmington, DE 19801

*Counsel to the Official Committee of Unsecured Creditors*

ACKNOWLEDGED AND AGREED:

**U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION**

*/s/ Matthew J. Troy*
Matthew J. Troy, Esq.
1100 L Street NW, Room 10030
Washington, D.C. 20530

*Counsel to the U.S. Dept. of Energy, acting by and through the Secretary of Energy, as Prepetition Tranche B/D Credit Facility Agent*

Dated:  May 23, 2012

137623.01600/40201371v.1