IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) Chapter 11<br>) <br>Solyndra LLC, et al.,[1] ) Case No.: 11-12799 (MFW)<br>) <br>) (Jointly Administered) *Re: #941*<br>Debtors. ) <br>**Hearing Date: September 7, 2012 at 10:30 a.m. E.T.**<br>**Objection Deadline: August 27, 2012 at 4:00 p.m. E.T.** | |

## NOTICE OF HEARING ON DISCLOSURE STATEMENT AND OBJECTION DEADLINE

**PLEASE TAKE NOTICE** that on July 27, 2012, the above-captioned debtors in possession (the "Debtors") filed the *Debtors' Joint Chapter 11 Plan* dated July 27, 2012 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan").[2] Concurrently therewith, the Debtors filed the related *Disclosure Statement in Respect of Debtors' Joint Chapter 11 Plan* (as it may be amended, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Disclosure Statement will commence on **September 7, 2012** commencing at **10:30 a.m.** prevailing Eastern time before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. The hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest. The Debtors will provide further notice of the date and time scheduled to consider confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that any objection or response of a party regarding the approval of the Disclosure Statement must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 27, 2012 at 4:00 p.m. (prevailing Eastern time)** (the "Objection Deadline") and served so as to be received by: (a) counsel to the Debtors (1) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899-8705, Attn: Bruce Grohsgal, Esq.; Fax: 302-652-4400, email: bgrohsgal@pszjlaw.com and (2) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111; Attn: Debra I. Grassgreen, Esq. and Maxim B. Litvak, Esq.; Fax: 415-263-7010, email: dgrassgreen@pszjlaw.com and mlitvak@pszjlaw.com; (b) counsel to the Prepetition Tranche A/E Agent (1) Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY, Attn: Michael A. Rosenthal, Esq., J. Eric Wise, Esq. and Matthew K. Kelsey, Esq., Fax: 212-351-4035, email: mrosenthal@gibsondunn.com, ewise@gibsondunn.com and mkelsey@gibsondunn.com and (2) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, DE 19899, Attn: Sean M.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

[2] Unless otherwise defined herein, all capitalized terms shall have the respective meanings ascribed to them in the Plan.

DOCS_SF:80940.1 80368-002

Beach, Esq., Fax: 302-571-1253, email: sbeach@ycst.com; (c) counsel to the Prepetition Tranche B/D Agent, United States Department of Justice, Civil Division, P.O. Box 875, Ben Franklin Station, Washington, D.C. 20044-0875, Attn: John Stemplewicz, Esq. and Matthew J. Troy, Esq., Fax: 202-307-0494, email: john.stemplewicz@usdoj.gov and matthew.troy@usdoj.gov; (d) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801; Attn: Jane M. Leamy, Esq.; and (e) counsel for the Creditors' Committee, Blank Rome LLP, 1201 N. Market Street, Ste 800, Wilmington, DE 19801, Attn: Bonnie Glantz Fatell, Esq.; email: fatell@blankrome.com; Fax: (302) 428-5110; and David W. Carickhoff, Jr., Esq.; email: carickhoff@blankrome.com. For purposes of filing pleadings in these cases, the address of the Bankruptcy Court is 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain copies of the Disclosure Statement or the Plan may do so by (i) calling AlixPartners LLP, the Notice and Balloting Agent, at (888) 369-6613 or (ii) viewing such documents by accessing the Notice and Balloting Agent's website: www.solyndra-info.com or the Court's website: www.deb.uscourts.gov. Please note that a PACER password and login are needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond on or before the Objection Deadline, the Court may approve the Disclosure Statement as adequate without further notice or hearing.

Dated: July 31, 2012                            PACHULSKI STANG ZIEHL & JONES LLP

/s/ Bruce Grohsgal
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Maxim B. Litvak (CA Bar No. 215852)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:        rpachulski@pszjlaw.com
               dgrassgreen@pszjlaw.com
               bgrohsgal@pszjlaw.com
               mlitvak@pszjlaw.com

Counsel for the Debtors and Debtors in Possession