IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 1173** |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING DEBTORS' AMENDED JOINT CHAPTER 11 PLAN; (B) EFFECTIVE DATE OF THE PLAN; (C) SUBSTANTIAL CONSUMMATION OF THE PLAN; AND (D) BAR DATES FOR CERTAIN ADMINISTRATIVE, PROFESSIONAL, AND REJECTION CLAIMS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

**1.     Confirmation of the Plan.**  The debtors and debtors-in-possession in the above-captioned cases (the "Debtors") hereby give notice that, on October 22, 2012, the Honorable Mary F. Walrath, United States Bankruptcy Judge, entered an order *[D.I. 1173]* (the "Confirmation Order") confirming *Debtors' Amended Joint Chapter 11 Plan [D.I. 1059],* as modified (the "Plan").[2]  Unless otherwise defined in this Notice, capitalized terms used herein have the meanings set forth in the Plan.

**2.     Effective Date.**  Pursuant to the Confirmation Order, the Debtors hereby certify and give notice that the Plan became effective on **November 7, 2012** (the "Effective Date").

**3.     Substantial Consummation.**  The Debtors hereby give notice that, pursuant to section 1101(2) of the Bankruptcy Code, the Plan has been substantially consummated.

**4.     Injunctions.**  All injunctions provided for under the Plan and the Confirmation Order, and any and all documents related thereto, are now in full force and effect.

**5.     Bar Date for Professional Fee Claims.**  All final requests for compensation or reimbursement of expenses of any professional employed in the Debtors' cases pursuant to sections 327, 328, 330, 331, 503(b) or 1103 of the Bankruptcy Code or otherwise, relating to services performed after the Petition Date and prior to the Effective Date in connection with the Debtors' cases (each a "Professional"), and Claims for making a substantial contribution under sections 503(b)(3)(D) and/or 503(b)(4) of the Bankruptcy Code, shall be filed and served on all parties entitled to notice thereof by **no later than January 7, 2013 (i.e., sixty (60) days after the Effective Date)** (the "Professional Fee Bar Date").  The procedures for processing final requests for compensation or reimbursement of expenses of any Professional are set forth in the Plan.  If a Professional or other Entity does not submit a request for payment of an Administrative Expense on account of services rendered to or for the benefit of the Debtors' estate on or before the Professional Fee Bar Date, such Entity shall be forever barred from seeking payment of such Professional fee claim from the Debtors or their Estates.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583).  The Debtors' address is 47488 Kato Road, Fremont, CA 94538.
[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings set forth in the Plan.

**6.     Bar Date for Administrative Claims.**  All requests for payment of an Administrative Expense, other than requests for compensation or reimbursement of expenses to be filed by Professionals shall be filed and served on Reorganized Holdings and the Solyndra Residual Trust, as applicable, the Prepetition Lenders and the United States Trustee by **no later than December 7, 2012 (i.e., thirty (30) days after the Effective Date)**.  If an Entity, other than a Professional requesting compensation or reimbursement of expenses, does not submit a request for payment of an Administrative Expense on or before December 7, 2012, such Entity shall be forever barred from seeking payment of such Administrative Expense from the Debtors or their Estates.

**7.     Bar Date for Rejection Damages Claims.**  Except as set forth in Article VII of the Plan, all executory contracts and unexpired leases of the Debtors have been rejected as of the Effective Date.  If the rejection of an executory contract or unexpired lease pursuant to the Plan or otherwise gives rise to a Claim by the non-Debtor party or parties to such contract or lease, such Claim shall be forever barred and shall not be enforceable against the Debtors or their Estates, Reorganized Holdings, the Solyndra Residual Trust or the Solyndra Settlement Trust unless a proof of Claim is filed and served on the Debtors, Reorganized Holdings, the Solyndra Residual Trust, the Solyndra Settlement Trust, the Prepetition Lenders and the United States Trustee by **no later than December 7, 2012 (i.e., thirty (30) days after the Effective Date)**.  All such Claims for which proofs of Claim are required to be filed, if Allowed, will be, and will be treated as, General Unsecured Claims, subject to the provisions of the Plan.

**8.     Copies of Plan and Confirmation Order.**  Any party-in-interest who wishes to obtain a copy of the Plan, any exhibits to the Plan, or the Confirmation Order may view and download such documents at http://www.deb.uscourts.gov or through the Debtors' notice and claims agent at https://www.solyndra-info.com.

Dated: November 7, 2012

**PACHULSKI STANG ZIEHL & JONES LLP**
**Richard M. Pachulski (CA Bar No. 90073**
**Debra I. Grassgreen (CA Bar No. 169978)**
**Bruce Grohsgal (DE Bar No. 3583)**
**Maxim B. Litvak (CA Bar No. 215852)**
**James E. O'Neill (DE Bar No. 4042)**
**919 North Market Street, 17th Floor**
**Post Office Box 8705**
**Wilmington, Delaware  19899-8705 (Courier 19801)**
**Telephone: (302) 652-4100**

**Counsel to Debtors and Debtors in Possession**