IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,1 | ) | Case No.: 11-12799 (MFW) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Related Docket No. 1322 |

## HEARING SCHEDULING ORDER

**IT IS ORDERED,** that the following omnibus hearings have been scheduled in the above referenced matter and shall take place at the United States Bankruptcy Court, 824 North Market Street, Fifth Floor, Courtroom No. 4, Wilmington, Delaware:

| DATE | TIME |
|---|---|
| February 26, 2013 | 11:30 a.m. prevailing Eastern Time |
| March 19, 2013 | 3:00 p.m. prevailing Eastern Time |
| April 23, 2013 | 10:30 a.m. prevailing Eastern Time |

Dated: January 14, 2013

_____
The Honorable Mary F. Walrath

DOCS_DE:185238.1 80368/003

---

1 The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.