UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:  Case No. 11-12799 (MFW)
In re    :
:  Chapter 11
Solyndra, LLC., *et al.*,[1]    :
:  (Jointly Administered)
               Debtors.    :
:
------------------------------------------------------------ x

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the law firm of Arent Fox LLP has relocated its Washington, DC offices.  Effective immediately, all future correspondence, notices, pleadings and other documents should be directed to:

        Jeffrey N. Rothleder
        Andrea Davison
        ARENT FOX LLP
        1717 K Street NW
        Washington DC 20036
        Telephone: (202) 857-6000
        Facsimile: (202) 857-6395
        jeffrey.rothleder@arentfox.com
        andrea.davison@arentfox.com

Dated:    February 7, 2013

        ARENT FOX LLP

         */s/ Jeffrey N. Rothleder*
        Jeffrey N. Rothleder
        Andrea Campbell Davison
        1050 Connecticut Avenue NW
        Washington, DC 20036
        (202) 857-6000
        (202) 857-6395

        *Counsel for Panalpina, Inc.*

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583).

GENBUS/907682.1