# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOLYNDRA LLC, *et al.,* | ) | Case No. 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Responses Due:** 2/11/13 @ 4:00 p.m. |
| | ) | **Hearing Date:** 2/26/13 @ 11:30 a.m. |
| | ) | |

## CLAIMANTS' RESPONSE TO TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS THAT ASSERT PRIORITY STATUS UNDER BANKRUPTCY CODE SECTION 507(A)(4) (ACCRUED VACATION) (SUBSTANTIVE)

The individual claimants listed on Exhibit A hereto (collectively the "Claimants") hereby respond to the Trustee's Fifth Omnibus Objection to Certain Claims that Assert Priority Status Under Bankruptcy Code Section 507(A)(4) (Accrued Vacation) (Substantive) (the "Response"). In support of this Response, the Claimants respectfully state as follows:

The objection is erroneous in that (1) it overstates the amount of priority vacation accrued in the 180 day period to the extent that Solyndra is deducting from the 180 day accrual period an amount equal to the vacation payment made on or about September 2011; and (2) it does not give an accounting as to the amount that is overstated.

### CONCLUSION

For the reasons explained above, the Court should overrule the Objection and allow the Claims in their entirety.

Dated: February 11, 2013                      Respectfully Submitted,

**OUTTEN & GOLDEN LLP**

*/s/ Jack A. Raisner*

Jack A. Raisner
René S. Roupinian
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

-- and –

Frederick B. Rosner (DE #3995)
Julia B. Klein (DE #5198)
**THE ROSNER LAW GROUP LLC**
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111

*Counsel to the Claimants*