# Exhibit A

|    | Last Name | First Name |
|----|-----------|------------|
| 1  | Arnold    | Gary D     |
| 2  | Arrasmith | James      |
| 3  | Bergis    | Sharon A   |
| 4  | Beylin    | Victor     |
| 5  | Biagtan   | Edilberto  |
| 6  | Britton   | Feng       |
| 7  | Campson   | Keegan     |
| 8  | Certiberi | Suzanne    |
| 9  | Chau      | Hao        |
| 10 | Chizhov   | Ilya       |
| 11 | Correa    | Rene T     |
| 12 | Delgadillo | Blanca C  |
| 13 | Doll      | Steve      |
| 14 | Ekanayake | Christopher |
| 15 | Ewing     | Craig      |
| 16 | Faltiquera | Luis B    |
| 17 | Fang      | Zhengmin   |
| 18 | Fo        | Nathan J   |
| 19 | Gatchalian | Vilma V   |
| 20 | Gibson    | Peter      |
| 21 | Goroza    | Wilma      |
| 22 | Hayes     | Joy        |
| 23 | Herrera   | Gilbert    |
| 24 | Ho        | Hiep S     |
| 25 | Hsu       | Joe C.     |
| 26 | Hughes    | Daniel P.  |
| 27 | Johnson   | Reginald   |
| 28 | Kapsaskis | Dan        |
| 29 | Khean     | Khim       |
| 30 | Martinez  | Moises     |
| 31 | Mascolo   | Gianluigi  |
| 32 | McFarland | Dave       |
| 33 | Mirakhur  | Ravinder K |
| 34 | Miyashiro | Alan       |

|    | **Last Name** | **First Name** |
|----|---------------|----------------|
| 35 | Orolfo        | Austin         |
| 36 | Parker        | Adam           |
| 37 | Pascual       | Ariel          |
| 38 | Pina          | Elizabeth      |
| 39 | Plambeck      | Albert         |
| 40 | Porcari       | Kathleen       |
| 41 | Prouty        | Stephen        |
| 42 | Remo          | Wynn T.        |
| 43 | Reyes         | Jerardo        |
| 44 | Sabala        | David          |
| 45 | Scannell      | William J.     |
| 46 | Sheehan       | Kevin B        |
| 47 | Sterio        | Linda          |
| 48 | Syfu          | Maria S.       |
| 49 | Tam           | Halbert        |
| 50 | Teplinsky     | Shaul          |
| 51 | Thavy         | Somboun        |
| 52 | Toledo        | Ruben          |
| 53 | Vaughn        | Greg           |
| 54 | Verma         | Yogesh         |
| 55 | Villanueva    | Rodrigo        |
| 56 | Visarraga     | Marietta       |
| 57 | Vu            | Huong          |
| 58 | Vu            | Vinh T         |
| 59 | Wong          | David          |
| 60 | Wong          | Eugene         |