**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOLYNDRA LLC, *et al.,* | ) | Case No. 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Responses Due:** 2/11/13 @ 4:00 p.m. |
| | ) | **Hearing Date:** 2/26/13 @ 11:30 a.m. |
| | ) | |

**CLAIMANTS' RESPONSE TO TRUSTEE'S SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS THAT ASSERT PRIORITY STATUS UNDER BANKRUPTCY CODE SECTION 507(A)(4) (ACCRUED VACATION AND WARN ACT CLAIMS) (SUBSTANTIVE)**

The individual claimants Mark Dixon and Deborah McReynolds (collectively the "Claimants") hereby respond to the Trustee's Sixth Omnibus Objection to Certain Claims that Assert Priority Status Under Bankruptcy Code Section 507(A)(4) (Accrued Vacation and WARN Act Claims) (Substantive) (the "Response"). In support of this Response, the Claimants respectfully state as follows:

The objection is erroneous in that: (1) Debtor's contention that the Claimants overstated the amounts of priority vacation earned in the 180 day period is erroneous to the extent Debtor's conclusion is based on having credited against Claimants' 180 day accrual an amount equal to the vacation payments they received in their final paychecks in September 2011; and (2) it does not give an accounting as to the amount that is purportedly overstated. The Claimants' response is limited the vacation portion of their claim. They do not challenge the objection to the extent it seeks disallowance of their claim for WARN damages, as those claims were resolved as part of the WARN Class settlement.

## CONCLUSION

For the reasons explained above, the Court should overrule the Objection as to the vacation portion of the Claimants' claim, and allow the Vacation Claims in their entirety.

Dated: February 11, 2013              Respectfully Submitted,

**OUTTEN & GOLDEN LLP**

*/s/ Jack A. Raisner*
Jack A. Raisner
René S. Roupinian
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

-- and –

Frederick B. Rosner (DE #3995)
Julia B. Klein (DE #5198)
**THE ROSNER LAW GROUP LLC**
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111

*Counsel to the Claimants*