# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SOLYNDRA, LLC | | |
| **Case Number:** | 11-12799-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 26, 2013  11:30 AM  CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

Omnibus

**R / M #:**   1,359 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Items 1 and 2 - Orders entered under CNOs
- Item 3 - Order entered
- Item 4 - Order entered