**SIGN-IN SHEET**

**CASE NAME:** Solyndra, LLC

**CASE NUMBER:** 11-12799 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** February 26, 2013 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| JAMES O'NEILL | PSZJ | Residual Trustee |
| Alan Root | Blank Rome | Settlement Trustee |
| Erin Gray | PSZJ | Debtor |
| David Wildman (telephonic) | | |
| Jack Raisner | Outten & Golden | Peter Wohl shiebler |