# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Solyndra, LLC
2880 Zanker Road        **Chapter:** 11
Suite 203
San Jose, CA 95134
 **EIN:** 30–0559771
Solyndra Fab 2, LLC

*Case No*.: 11–12799–MFW

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 2/26/2013 was filed on 2/27/2013 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/20/2013 .

If a request for redaction is filed, the redacted transcript is due 4/1/2013 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/28/2013 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 2/27/13

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                                  Case No. 11-12799-MFW
Solyndra, LLC                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: Brandon              Page 1 of 2              Date Rcvd: Feb 27, 2013
                              Form ID: ntcBK             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2013.
db          +Solyndra, LLC,    2880 Zanker Road,    Suite 203,    San Jose, CA 95134-2122
aty         +Debra Grassgreen,    Pachulski Stang Ziehl & Jones LLP,    150 California Street, 15th Floor,
              San Francisco, CA 94111-4554
aty         +Joshua Fried,    Pachulski Stang Ziehl & Jones LLP,    150 California Street, 15th Floor,
              San Francisco, CA 94111-4554
aty         +Maxim B. Litvak,    Pachulski Stang Ziehl & Jones LLP,    150 California Street,   15th Floor,
              San Francisco, CA 94111-4554
aty         +Richard M. Pachulski,    Pachulski Stang Ziehl & Jones LLP,    10100 Santa Monica Blvd., 11th Floor,
              Los Angeles, CA 90067-4114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2013**              **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0311-1          User: Brandon               Page 2 of 2              Date Rcvd: Feb 27, 2013
                              Form ID: ntcBK              Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2013 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0