UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Solyndra LLC, et al.,[1]<br>               Debtors. | Chapter 11<br>Case No.: 11-12799 (MFW)<br>Jointly Administered<br><br>Related Docket No. 1342 |

## ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the *Joint Motion of the Solyndra Residual Trustee and the Solyndra Settlement Trustee for Order Extending Deadline to Object to Claims* (the "Motion"), and it appearing that the Court has subject matter jurisdiction to consider the Motion and to issue the relief requested therein in accordance with 28 U.S.C. § 1334; and the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and proper notice of the Motion was provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, and creditors, that the original deadline to object to Claims was extended pursuant to Local Bankruptcy Rule 9006-2 upon the filing of the Motion; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is

IT IS HEREBY ORDERED that the Motion is granted; and it is further

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal tax payer identification number are as follows; Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

DOCS_LA:263948.2 80368-003

ORDERED that the deadline for the Solyndra Residual Trustee, the Solyndra Settlement Trustee and/or 360 Degree Solar Holdings, Inc. to file and serve objections to Claims (as defined in the *Amended Joint Chapter 11 Plan of Solyndra, Inc. and 360 Degree Solar Holdings, Inc.*, which was confirmed by this Court by order entered on October 22, 2012) is extended through and including July 8, 2013; and it is further

ORDERED that this order is without prejudice to the rights of the Solyndra Residual Trustee, the Solyndra Settlement Trustee and/or 360 Degree Solar Holdings, Inc. to seek an additional extension or extensions of the deadline to object to Claims.

_____    3/18/13
The Honorable Mary F. Walrath
United States Bankruptcy Court

DOCS_LA:263948.2 80368-003