IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Solyndra LLC, *et al.*,[1] | ) | Case No. 11-12799 (MFW) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Hearing Date:  June 20, 2013 at 10:30 AM |
|  | ) | Objection Date:  June 12, 2012 |
|  | ) | Ref. D.I. _____ |

**ORDER GRANTING MOTION OF KINETIC SYSTEMS, INC. FOR A
DETERMINATION THAT THE PLAN INJUNCTIONS DO NOT
PROHIBIT INSTITUTION OF AN ACTION TO DETERMINE THE
PRIORITY OF MECHANICS LIENS AND THE CREDITORS' RIGHTS
TO THE SEGREGATED ACCOUNT PROVIDED FOR IN THE SALE
ORDER (OR, IN THE ALTERNATIVE TO MODIFY SUCH INJUNCTIONS)**

AND NOW, upon consideration of the Motion of Kinetic Systems, Inc. for a

Determination that the Plan Injunctions do not Prohibit Institution of an Action to Determine the

Priority of Mechanics Liens and the Creditors' Rights to the Segregated Account Provided for in

the Sale Order (or, in the Alternative to Modify Such Injunctions) (the "Motion"),

IT IS HEREBY ORDERED that:

1.      The Motion[2] is GRANTED;

2.      The Debtors' Amended Joint Chapter 11 Plan (D.I. 1059) and Order Confirming

Debtors' Amended Joint Chapter 11 Plan (D.I. 1173) do not limit or enjoin Kinetic from

instituting suit to resolve the Lien Priority Dispute and the parties rights to the Segregated

Account established in the Sale Order to hold the funds subject to the competing lien claims of

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583).  The Debtors' address is 47488 Kato Road, Freemont, CA 94538.

[2] Capitalized terms not defined herein shall have the definition given to them in the Motion.

Kinetic and the Secured Lenders; the Debtors/Trust need not be a party to such litigation, and the Segregated Account shall be disbursed to Kinetic or the Secured Lenders upon entry of and in accordance with the final Order of the Court that resolves the Lien Priority Dispute.

      3.     To the extent that this Court might have jurisdiction over the Lien Priority Dispute, abstention under 28 U.S.C. § 1334(c) is appropriate, which further leads to the conclusion that the Plan and Confirmation Order do not enjoin Kinetic from instituting suit to resolve such dispute.

      IT IS SO ORDERED.


Dated:                           _____

                                       Honorable Mary F. Walrath
                                       United States Bankruptcy Judge