**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Solyndra LLC, *et al.*,[1] | ) | Case No.:  11-12799 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Re: Dkt. Nos. 1436 and 1443**

**JOINDER OF SOLYNDRA SETTLEMENT TRUSTEE TO OPPOSITION**
**OF THE SOLYNDRA RESIDUAL TRUSTEE TO MOTION OF KINETIC**
**SYSTEMS, INC. FOR A DETERMINATION THAT THE PLAN INJUNCTIONS**
**DOES NOT PROHIBIT INSTITUTION OF AN ACTION TO DETERMINE THE**
**PRIORITY OF MECHANCIS' LIENS AND THE CREDITORS' RIGHTS TO THE**
**SEGREGATED ACCOUNT PROVIDED FOR IN THE SALE ORDER**
**(OR, IN THE ALTERNATIVE, TO MODIFY SUCH INJUNCTIONS)**

Bonnie Glantz Fatell, in her capacity as trustee (the "Settlement Trustee") of the

Solyndra Settlement Trust, established pursuant to the *Debtor's Amended Joint Chapter 11 Plan*

(the "Plan"), hereby joins in the *Opposition of the Residual Trustee to the Motion of Kinetic*

*Systems, Inc. for a Determination that the Plan Injunctions Do Not Prohibit Institution of an*

*Action to Determine the Priority of Mechanics' Liens and the Creditors' Rights to the*

*Segregated Account Provided for in the Sale Order (Or, in the Alternative to Modify Such*

*Injunctions* [Dkt. No. 1443].

Specifically, the Settlement Trustee joins in each of the arguments made by the Residual

Trustee and wishes to emphasize that the Solyndra Settlement Trust has a vested interest in the

outcome of the Lien Priority Dispute. Specifically, as the Residual Trustee points out,

distributions to unsecured creditors cannot be calculated and these chapter 11 cases cannot be

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583).  The Debtors' address is 47488 Kato Road, Fremont, CA 94538.

1

wound up until such time as the Lien Priority Dispute is decided.  As such, a quick resolution of

the Lien Priority Dispute is necessary to allow the Settlement Trustee to carry out her duties

under the Plan.  This Court is in the best position to ensure that the Lien Priority Dispute is

resolved in a quick and efficient manner.

     Dated:  June 12, 2013

**BLANK ROME LLP**


*/s/ Alan M. Root_____*
Alan M. Root (DE No. 5427)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400

Attorneys for Bonnie Glantz Fatell, in her
capacity as Trustee of the Solyndra
Settlement Trust