IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOLYNDRA LLC, *et al.*,[1] | ) | Case No.: 11-12799 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**Objections Due By: October 19, 2013 at 4:00 p.m. (ET)**
**Hearing Date: November 13, 2013 at 3:00 p.m. (ET)**

**NOTICE OF EIGHTH OMNIBUS OBJECTION TO CERTAIN REQUESTS AND CLAIMS THAT ASSERT RECLAMATION STATUS UNDER BANKRUPTCY CODE SECTION 546(C) (SUBSTANTIVE)**

TO: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Solyndra Settlement Trustee; (c) counsel to the Prepetition Tranche A Term Loan Facility Representative; (d) counsel to the Prepetition Tranche B/D Agent; (e) counsel to the Prepetition Tranche E Agent; (f) the DIP Lender; (g) counsel to U.S. Bank National Association as Collateral Agent; (h) claimants holding the Reclamation Requests listed on Exhibit A to the Objection, and (i) all parties requesting notice pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b) as of the date of this Objection.

> **THE SOLYNDRA RESIDUAL TRUSTEE HAS FILED THE ATTACHED OBJECTION WHICH SEEKS AN ORDER THAT REDUCES, MODIFIES AND/OR DISALLOWS YOUR CLAIM. PLEASE REVIEW THE OBJECTION AND THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE that** on October 2, 2013, R. Todd Neilson, in his capacity as trustee (the "Trustee") of the Solyndra Residual Trust established pursuant to the *Debtors' Amended Joint Chapter 11 Plan*, as amended by *the Order Confirming Debtors' Amended Joint Chapter 11 Plan,* filed his *Eighth Omnibus Objection to Certain Requests and Claims That Assert Reclamation Status Under Bankruptcy Code Section 546(c) (Substantive)*

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 2880 Zanker Road, Suite 203, San Jose, CA 95143.

(the "Objection").[2] The claimants listed on **Exhibit A** to the Objection (the "Claimants") have each asserted rights of reclamation for goods delivered to the Debtors prepetition (the "Reclamation Requests") under section 546(c) of title 11 of the United States Code (the "Bankruptcy Code").[3] Pursuant to the *Final Order (1) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, and (IV) Modifying the Automatic Stay* [Docket No. 161] (the "Final DIP Order") entered on September 27, 2011, the liens of the Prepetition Secured Parties (as defined in the Objection) were deemed, *inter alia*, valid and duly perfected and not subject to avoidance, attack, offset, or recharacterization. Because the Bankruptcy Code expressly subordinates a creditor's reclamation claims in goods to the security interests of the Prepetition Secured Parties in such goods (or the proceeds thereof), the Reclamation Requests should be disallowed as secured, administrative or priority claims and should be reclassified as general unsecured claims.[4]

**PLEASE TAKE FURTHER NOTICE that** if you do not want the Court to reduce, disallow and/or modify the claim as requested in the Objection, you or your attorney must: (i) prepare a written response (a "Response") to the Objection; (ii) file the Response no later than **4:00 p.m. (prevailing Eastern Time) on October 19, 2013** (the "Response Deadline") with the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Clerk") which is located at 824 North Market Street, Wilmington, Delaware 19801; and (iii)

---

[2] Defined terms that are not capitalized in this Notice have the meanings given to them in the Objection.
[3] As is set forth on **Exhibit A** to the Objection, some of the Reclamation Requests were made pursuant to letters delivered to the Debtors and some were made pursuant to filed proofs of claim. The court-appointed claims agent docketed each Reclamation Request on the official claims register.
[4] A copy of the proposed *Order Granting the Eighth Omnibus Objection* (the "Proposed Order") is attached to the Objection as **Exhibit C**.

serve the Response so it is actually <u>received</u> by the Response Deadline on counsel to the Trustee at the following addresses:

> Pachulski Stang Ziehl & Jones LLP
> 150 California Street, 15th Floor
> San Francisco, California 94111
> Attn:  Joshua M. Fried
> Telephone: (415) 263-7000
> Facsimile:  (415) 263-7010
>
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd, 13th Floor
> Los Angeles, California 90067
> Attn:  Erin Gray
> Telephone: (310) 277-6910
> Facsimile:  (310) 201-0760

**PLEASE TAKE FURTHER NOTICE** that every Response to the Objection must contain, at a minimum, the following information:

a. a caption setting forth the name of the Court, the Debtors' names, the case number, and the title of the Objection;

b. the name of the claimant, the number of his/her/its claim, and a description of the basis for the amount of the claim;

c. the specific factual basis and supporting legal argument upon which the claimant will rely in opposing this Objection;

d. any supporting documentation, to the extent it was not included with the claim previously filed with the Clerk or AlixPartners, LLP, upon which the claimant will rely to support the basis for and amounts asserted in the claim; and

e. the name, address, telephone number, fax number and email address of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Trustee should communicate with respect to the claim or the Objection and who possesses authority to reconcile, settle, or otherwise resolve the objection to the disputed claim on behalf of the claimant.

3

**PLEASE TAKE FURTHER NOTICE** that if a Response is properly filed and served in accordance with the above procedures, a hearing on the Objection and the Response will be held on **November 13, 2013, at 3:00 p.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Only a Response that is made in writing and is timely filed and received will be considered by the Bankruptcy Court at the Hearing. If you file a Response, you should be prepared to argue it at the Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

PLEASE TAKE FURTHER NOTICE THAT THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE TRUSTEE'S RIGHT TO PURSUE FURTHER SUBSTANTIVE AND/OR NON-SUBSTANTIVE OBJECTIONS AGAINST THE CLAIM(S) SUBJECT TO THE OBJECTION.

Dated: October 2, 2013

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Joshua M. Fried (CA Bar No. 181541)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:rpachulski@pszjlaw.com
        dgrassgreen@pszjlaw.com
        jfried@pszjlaw.com
        joneill@pszjlaw.com

Counsel for R. Todd Neilson, Trustee
of the Solyndra Residual Trust