# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SOLYNDRA LLC, et al.,[1] | ) Case No.: 11-12799 (MFW) |
| | ) |
| | ) (Jointly Administered) |
| Debtor. | ) **Related Docket No.** _____ |

**ORDER GRANTING EIGHTH OMNIBUS OBJECTION TO CERTAIN REQUESTS AND CLAIMS THAT ASSERT RECLAMATION STATUS UNDER BANKRUPTCY CODE SECTION 546(C) (SUBSTANTIVE)**

Upon the *Eighth Omnibus Objection to Certain Requests and Claims That Assert Reclamation Status Under Bankruptcy Code Section 546(c) (Substantive)* (the "Objection"),[2] the Court having subject matter jurisdiction to consider the Objection and to issue the relief requested therein in accordance with 28 U.S.C. § 1334; and the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, and creditors, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 2880 Zanker Road, Suite 203, San Jose, CA 95143.
[2] Defined terms that are not capitalized in this Objection have the meanings given to them in the Objection.

FOUND AND DETERMINED that the requests and claims listed on **Schedule 1** hereto (the "Reclamation Requests") are not entitled to reclamation status under section 546(c) of title 11 of the United States Code (the "Bankruptcy Code") ; and it is therefore hereby

ORDERED that the Objection is granted, as may be modified herein; and it is further

ORDERED that each Reclamation Request shall be treated in accordance with the treatment set forth on **Schedule 1**; and it is further

ORDERED that none of the Reclamation Requests listed on **Schedule 1** are entitled to be treated as priority, administrative or secured claims; and it is further

ORDERED that the priority portion of each Reclamation Request listed on **Schedule 1** is reclassified as a general unsecured claim as set forth in Column 5 of **Schedule 1**; and it is further

ORDERED that, notwithstanding anything contained in the Objection or **Schedule 1**, the Trustee's rights to bring avoidance actions under the applicable sections of the Bankruptcy Code against the claimants whose claims are subject to this Order remain unaffected; and it is further

ORDERED that, notwithstanding anything contained in the Objection or **Schedule 1**, the rights of any party in interest, including but not limited to the Trustee and the Solyndra Settlement Trustee, to bring additional objections to the Reclamation Requests is preserved; and it is further

ORDERED that this Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order; and it is further

ORDERED that each claim and the objections by the Trustee to such claim, as addressed in the Objection and set forth in the **Schedule 1** hereto, constitute a separate contested matter as contemplated by Rule 9014 of the Bankruptcy Rules and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each claim that is subject to the Objection. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters addressed in the Objection and this Order; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in a contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to those claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters.

Dated: _____, 2013
      Wilmington, Delaware

_____
Honorable Mary F. Walrath
United States Bankruptcy Court

**Schedule 1**

Case 11-12799-MFW    Doc 1528-4    Filed 10/02/13    Page 6 of 11

**Schedule 1 to Order Granting Eighth Omnibus Objection**

In re:Solyndra LLC, et al.
Case No 11-12799 (MFW) Jointly Administered

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | (4) Claim Priority Status | (5) Modified Priority Status | |
|---|---|---|---|---|---|
| 5N Plus, Inc.<br>Isaiah Z. Weedn, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626-1993<br><br>and<br><br>Nicholas Audet<br>4385 Garand Street<br>Saint-Laurent, Quebec<br>H4R 2B4 Canada | 8000 | $0.00<br>$0.00<br>$292,872.16<br>$0.00<br>$292,872.16 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$292,872.16<br>$292,872.16 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |
| Advanced Nano Products Co., Ltd.<br>Joon P. Hong, Esq.<br>Richards Kibbe & Orbe LLP<br>One World Financial Center<br>New York, NY 10281-1003<br><br>and<br><br>Stephen M. Miller<br>Morris James LLP<br>500 Delaware Ave, Suite 1500<br>Wilmington, DE 19801-1494 | 8001<br><br>(Docket #152) | $0.00<br>$0.00<br>$4,469,184.00<br>$0.00<br>$4,469,184.00 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$4,469,184.00<br>$4,469,184.00 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |
| Brenntag Pacific, Inc.<br>Mitch Pons, VP, Finance<br>10747 Patterson Place<br>Santa Fe Springs, CA 90670 | 8002<br><br>(Docket #48) | $0.00<br>$0.00<br>$132,264.43<br>$0.00<br>$132,264.43 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$132,264.43<br>$132,264.43 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |

Note: The Claims Agent assigned claim numbers to all notices of reclamation it received

Case 11-12799-MFW    Doc 1528-4    Filed 10/02/13    Page 7 of 11

Schedule 1 to Order Granting Eighth Omnibus Objection

In re:Solyndra LLC, et al.
Case No 11-12799 (MFW) Jointly Administered

| (1)<br>Name of<br>Claimant | (2)<br>Claim<br>Number | (3)<br>Claim<br>Amount | (4)<br>Claim Priority<br>Status | (5)<br>Modified Priority Status | |
|---|---|---|---|---|---|
| Canton Chem, Inc.<br>Christopher D. Loizides, Esq.<br>Loizides, P A<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br><br>and<br><br>Jigita Patel<br>Semmes Bowen & Semmes, PC<br>25 South Charles Street<br>Suite 1400<br>Baltimore, MD 21201 | 8011<br><br>(Docket #105) | $0.00<br>$0.00<br>$49,077.50<br>$0.00<br>———<br>$49,077.50 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$49,077.50<br>———<br>$49,077.50 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |
| Carlton-Bates Company<br>Lucian B. Murley, Esq<br>Saul Ewing LLP; 222 Delaware Avenue, Suite 1200;<br>PO Box 1266<br>Wilmington, DE 19899<br><br>and<br><br>Carlton-Bates Company<br>9101 Wall Street Suite 400<br>Austin, TX 78754 | 342<br><br>(Docket #47) | $0.00<br>$0.00<br>$24,348.99<br>$412,985.28<br>———<br>$437,334.27 | Secured<br>Admin<br>Priority    and<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$437,334.27<br>———<br>$437,334.27 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |
| Carlton-Bates Company<br>Lucian B. Murley, Esq<br>Saul Ewing LLP; 222 Delaware Avenue, Suite 1200;<br>PO Box 1266<br>Wilmington, DE 19899<br><br>and<br><br>Carlton-Bates Company<br>9101 Wall Street Suite 400<br>Austin, TX 78754 | 343<br><br>(Docket #47) | $0.00<br>$0.00<br>$24,348.99<br>$412,985.28<br>———<br>$437,334.27 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$437,334.27<br>———<br>$437,334.27 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |

Note: The Claims Agent assigned claim numbers to all notices of reclamation it received

**Schedule 1 to Order Granting Eighth Omnibus Objection**

| (1)<br>Name of<br>Claimant | (2)<br>Claim<br>Number | (3)<br>Claim<br>Amount | (4)<br>Claim Priority<br>Status | (5)<br>Modified Priority Status | |
|---|---|---|---|---|---|
| Dow Corning<br>Kathleen M. Smith, Attorney<br>Corporate Center, PO Box 994<br>Midland, MI 48686-0994<br><br>and<br><br>Dow Corning Corporation<br>4770 Highway 42 E<br>Carrollton, KY 41008 | 149 | $0.00<br>$0.00<br>$1,073,329.35<br>$108,139.59<br>———————<br>$1,181,468.94 | Secured<br>Admin<br>Priority<br>Unsecured<br><br>Total | $0.00<br>$0.00<br>$0.00<br>$1,181,468.94<br>———————<br>$1,181,468.94 | Secured<br>Admin<br>Priority<br>Unsecured<br><br>Total |
| Dow Corning Corporation<br>Katherine L. Krotzer, CBA<br>PO Box 994/Mail #C02101<br>Midland, MI 48686-0994<br><br>and<br><br>Dow Corning Corporation<br>4770 Highway 42 E<br>Carrollton, KY 41008 | 13 | $0.00<br>$0.00<br>$1,073,329.35<br>$0.00<br>———————<br>$1,073,329.35 | Secured<br>Admin<br>Priority<br>Unsecured<br><br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>———————<br>$0.00 | Secured<br>Admin<br>Priority<br>Unsecured<br><br>Total |
| FlexLink Systems, Inc.<br>Douglas J. Smillie, Esq.<br>Fitzpatrick Lentz & Bubba, P.C<br>4001 Schoolhouse Lane<br>PO Box 219<br>Center Valley, PA 18034-0219<br><br>and<br><br>FlexLink Systems, Inc<br>Jeff Roth, Finance & Acctg Mgr.<br>6580 Snowdrift Rd Suite 200<br>Allentown, PA 18106-9331 | 8004 | $0.00<br>$0.00<br>$400,000.00<br>$0.00<br>———————<br>$400,000.00 | Secured<br>Admin<br>Priority<br>Unsecured<br><br>Total | $0.00<br>$0.00<br>$0.00<br>$400,000.00<br>———————<br>$400,000.00 | Secured<br>Admin<br>Priority<br>Unsecured<br><br>Total |

Note: The Claims Agent assigned claim numbers to all notices of reclamation it received

Case 11-12799-MFW    Doc 1528-4    Filed 10/02/13    Page 9 of 11

In re:Solyndra LLC, et al.
Case No 11-12799 (MFW) Jointly Administered

Schedule 1 to Order Granting Eighth Omnibus Objection

| (1)<br>Name of<br>Claimant | (2)<br>Claim<br>Number | (3)<br>Claim<br>Amount | (4)<br>Claim Priority<br>Status | (5)<br>Modified Priority Status | |
|---|---|---|---|---|---|
| Hon Hai Precision Industry Co., Ltd.<br>Mark Carson, Associate Legal Counsel<br>1588 Richard Avenue<br>Santa Clara, CA 95051<br><br>and<br><br>Hon Hai Precision Industry Co., Ltd<br>Thomas Sun, Manager, Legal Dept.<br>1688 Richard Ave<br>Santa Clara, CA 95050 | 8005 | $0.00<br>$0.00<br>$671,126.40<br>$0.00<br>$671,126.40 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$671,126.40<br>$671,126.40 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |
| Pacific Rare Specialty Metals & Chemicals, Inc.<br>Robert D. German, Esq.<br>Sherrard German & Kelly, P.C.<br>28th Floor, Two PNC Plaza<br>620 Liberty Avenue<br>Pittsburgh, PA 15222<br><br>and<br><br>Mary Caloway, Esq<br>Buchanan Ingersoll & Rooney, PC<br>1105 North Market St.<br>Suite 1900<br>Wilmington, DE 19801 | 8006<br><br>(Docket #129) | $0.00<br>$0.00<br>$167,500.00<br>$0.00<br>$167,500.00 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$167,500.00<br>$167,500.00 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |
| Royal Wholesale Electric<br>Michael Wayne, Esq.<br>Gibbs, Giden, Locher, Turner & Senet LLP<br>1880 Century Park East<br>12th Floor<br>Los Angeles, CA 90067-1621<br><br>and<br><br>Royal Wholesale Electric<br>Brian R. Gausman, Division Credit Mgr<br>14492 Doolittle Dr<br>San Leandro, CA 94577 | 8007<br><br>(Docket #403) | $0.00<br>$0.00<br>$48,451.39<br>$0.00<br>$48,451.39 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$48,451.39<br>$48,451.39 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |

Note: The Claims Agent assigned claim numbers to all notices of reclamation it received

Case 11-12799-MFW    Doc 1528-4    Filed 10/02/13    Page 10 of 11

Schedule 1 to Order Granting Eighth Omnibus Objection

In re:Solyndra LLC, et al.
Case No 11-12799 (MFW) Jointly Administered

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | (4) Claim Priority Status | (5) Modified Priority Status | |
|---|---|---|---|---|---|
| Saint-Gobain Ceramics & Plastics, Inc. dba Saint-Gobain Ceramic Materials<br>Joseph P. Hawthorne<br>1 New Bond Street<br>PO Box 15136<br>Worcester, MA 01615-0136<br><br>and<br><br>Saint-Gobain Ceramics & Plastics, Inc. dba Saint-Gobain Ceramic Materials<br>168 Creekside Drive<br>Amherst, NY 14228 | 8010<br><br>(Docket #72) | $0.00<br>$0.00<br>$90,800.00<br>$0.00<br>$90,800.00 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$90,800.00<br>$90,800.00 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |
| Satcon Technology Corporation<br>25 Drydock Avenue<br>Boston, MA 02210<br><br>and<br><br>Victoria Watson Counihan<br>Greenburg Traurig, LLP<br>1007 North Orange St.<br>Suite 1200<br>Wilmington, DE 19801 | 600<br><br>(Docket #46) | $0.00<br>$0.00<br>$144,378.00<br>$0.00<br>$144,378.00 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$144,378.00<br>$144,378.00 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |
| Staples<br>1 Environment Way<br>Broomfield, CO 90021 | 8008 | $0.00<br>$0.00<br>$7,016.59<br>$0.00<br>$7,016.59 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,016.59<br>$7,016.59 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |

Note: The Claims Agent assigned claim numbers to all notices of reclamation it received

Schedule 1 to Order Granting Eighth Omnibus Objection

In re:Solyndra LLC, et al.
Case No 11-12799 (MFW) Jointly Administered

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | (4) Claim Priority Status | (5) Modified Priority Status | |
|---|---|---|---|---|---|
| Telemark Cryogenics, a Division of TFI Telemark<br>Gordon N Hanson, Esq<br>Law Offices of Gordon N. Hanson<br>726 Aries Lane<br>Foster City, CA  94404<br><br>and<br><br><br>Telemark Cryogenics<br>Gerald G. Henderson, President<br>1801 SE Commerce Avenue<br>Battle Ground, WA  98604 | 8009 | $0.00<br>$0.00<br>$129,785.00<br>$0.00<br>$129,785.00 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$129,785.00<br>$129,785.00 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |
| Total Claims To Be Modified: | 16 | $0.00<br>$0.00<br>$8,797,812.15<br>$934,110.15<br>$9,731,922.30 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$8,658,592.95<br>$8,658,592.95 | Secured<br>Admin<br>Priority<br>Unsecured<br>Total |

Note: The Claims Agent assigned claim numbers to all notices of reclamation it received